**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| TATIANA PAVLOVA-COLEMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SPLUNK INC., DOUGLAS MERRITT, and JASON CHILD,<br><br>    Defendant. | Case No. 4:20-CV-08600-JST<br><br>**[PROPOSED] ORDER** |
| DANIEL GUIRGUIS, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SPLUNK INC., DOUGLAS S. MERRITT, and JASON E. CHILD,<br><br>    Defendant. | Case No. 4:21-cv-00164-JST |

Having considered the Motion of Ka Wah Lui for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.     The Motion is GRANTED;

2.     The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Splunk Inc. Securities Litigation*, Master File No. 4:20-cv-08600;

3.     The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Ka Wah Lui as Lead Plaintiff; and

4.     Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

IT IS SO ORDERED.

Dated: _____, 2021     _____

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
Case No. 4:20-CV-08600-JST                                                    1