Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiff Movant Ka Wah Lui
and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TATIANA PAVLOVA-COLEMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPLUNK INC., DOUGLAS MERRITT, and JASON CHILD,<br><br>Defendant. | Case No. 4:20-CV-08600-JST<br><br>**DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF MOTION OF KA WAH LUI FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| DANIEL GUIRGUIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPLUNK INC., DOUGLAS S. MERRITT, and JASON E. CHILD,<br><br>Defendant. | Case No. 4:21-cv-00164-JST |

DECLARATION OF CHARLES H. LINEHAN
Case No. 4:20-CV-08600-JST

I, Charles H. Linehan, declare as follows:

1.    I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Ka Wah Lui ("Movant") and proposed lead counsel for the class in the above-captioned actions. I make this declaration in support of Movant's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Notice published in *Globe Newswire* on December 4, 2020, announcing the pendency of the action against the defendants herein;

Exhibit B:    Signed PSLRA Certification of Movant;

Exhibit C:    Table of Movant's calculated losses, as a result of transactions in Splunk Inc. common stock; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of February 2021, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN
Case No. 4:20-CV-08600-JST

1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On February 2, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 2, 2021, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN
Case No. 4:20-CV-08600-JST