# EXHIBIT C

## Loss Chart

**Company Name:** Splunk Inc.
**Ticker:** SPLK
**Class Period:** 08/26/2020 - 12/02/2020
**Name:** Ka Wah Lui

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/27/2020 | 500 | $203.5000 | -$101,750.0000 | | $0.0000 | -$101,750.00 |
| 11/27/2020 | 500 | $203.4000 | -$101,700.0000 | | $0.0000 | -$101,700.00 |
| 12/1/2020 | 20 | $205.5000 | -$4,110.0000 | | $0.0000 | -$4,110.00 |
| 12/1/2020 | 4 | $205.5000 | -$822.0000 | | $0.0000 | -$822.00 |
| 12/2/2020 | 200 | $204.5000 | -$40,900.0000 | | $0.0000 | -$40,900.00 |
| 12/2/2020 | 175 | $203.0000 | -$35,525.0000 | | $0.0000 | -$35,525.00 |
| 12/2/2020 | 25 | $203.0000 | -$5,075.0000 | | $0.0000 | -$5,075.00 |
| 12/2/2020 | 90 | $202.0000 | -$18,180.0000 | | $0.0000 | -$18,180.00 |
| 12/2/2020 | 110 | $202.0000 | -$22,220.0000 | | $0.0000 | -$22,220.00 |
| 12/2/2020 | 20 | $205.5000 | -$4,110.0000 | | $0.0000 | -$4,110.00 |
| 12/2/2020 | 20 | $205.5000 | -$4,110.0000 | | $0.0000 | -$4,110.00 |
| 12/2/2020 | 1 | $205.5000 | -$205.5000 | | $0.0000 | -$205.50 |
| 12/2/2020 | 100 | $205.5000 | -$20,550.0000 | | $0.0000 | -$20,550.00 |
| 12/2/2020 | 44 | $205.5000 | -$9,042.0000 | | $0.0000 | -$9,042.00 |
| 12/2/2020 | 15 | $205.5000 | -$3,082.5000 | | $0.0000 | -$3,082.50 |
| 12/2/2020 | 100 | $205.9700 | -$20,597.0000 | | $0.0000 | -$20,597.00 |
| 12/2/2020 | 100 | $206.0300 | -$20,603.0000 | | $0.0000 | -$20,603.00 |
| 12/2/2020 | 228 | $205.8000 | -$46,922.4000 | | $0.0000 | -$46,922.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **2,252** | | | | **Subtotal:** | **-$459,504.40** |
| | | **90-Day Average Price** | **Shares Retained** | | **90-Day Average:** | **$376,978.61** |
| | | $167.3972 | 2,252 | | **Total:** | **-$82,525.79** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between December 3, 2020 and February 1, 2021.