Jacob A. Walker (CA Bar No. 271217)
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
Tel.: (617) 398-5600
Fax: (617) 507-6020
jake@blockleviton.com

Attorney for Movant Tatiana Pavlova-Coleman

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TATIANA PAVLOVA-COLEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPLUNK INC., DOUGLAS MERRITT, and JASON CHILD,<br><br>Defendants. | No. 4:20-cv-08600-JST<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JACOB A. WALKER IN SUPPORT OF MOTION FOR CONSOLIDATION OF PSLRA CASES, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** |
| DANIEL GUIRGUIS, on behalf of himself and a class of similarly situated investors,<br><br>Plaintiff,<br><br>v.<br><br>SPLUNK INC., DOUGLAS MERRITT, and JASON CHILD,<br><br>Defendants. | No. 4:21-cv-00164-JST |

I, Jacob A. Walker, declare as follows:

1.     I am an attorney licensed to practice before all the courts of the State of California, and this Court. I am a partner at Block & Leviton LLP, proposed lead counsel for proposed lead plaintiff Tatiana Pavlova-Coleman in the above-captioned action. I make this Declaration in support of Ms. Pavlova-Coleman's Motion for Consolidation of PSLRA Cases, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits:

**Exhibit A**: the December 4, 2020 press release issued by Block & Leviton LLP announcing the filing of the first-filed *Pavlova-Coleman* class action against the above-referenced defendants and noticing that the filing date for appointment as Lead Plaintiff is February 2, 2021;

**Exhibit B**: the January 8, 2021 press release issued by Johnson Fistel, LLP announcing the filing of the above-captioned *Guirguis* action with the expanded class period of August 26, 2020 to December 2, 2020, and reiterating that the filing date for appointment as Lead Plaintiff is February 2, 2021;

**Exhibit C:** Ms. Pavlova-Coleman's PSLRA Certification;

**Exhibit D**: Ms. Pavlova-Coleman's Loss Charts (prepared by counsel);

**Exhibit E:** Ms. Pavlova-Coleman's Declaration; and

**Exhibit F**: Block & Leviton LLP's firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 2, 2021, at Boston, Massachusetts.

/s/ Jacob A. Walker
Jacob A. Walker (CA Bar No. 271217)
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
Tel.: (617) 398-5600
Fax: (617) 507-6020
jake@blockleviton.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


*/s/ Jacob A. Walker*