# EXHIBIT B

# Johnson Fistel, LLP Files Class Action Suit Against Splunk (SPLK) Announces Expanded Class Period

NEWS PROVIDED BY
**Johnson Fistel, LLP** →
Jan 08, 2021, 18:44 ET

SAN DIEGO, Jan. 8, 2021 /PRNewswire/ -- Johnson Fistel, LLP announces that a class action lawsuit has commenced on behalf of shareholders of Splunk, Inc. common stock, which expands the class period.  The class action is on behalf of shareholders and expands the class period to those who purchased Splunk between August 26, 2020 and December 2, 2020, both dates inclusive (the "Class Period"). If you wish to serve as lead plaintiff in this class action, you must move the Court no later than **February 2, 2021**.

[**Click here to join this action**]

The Splunk class action lawsuit charges Splunk and certain of its officers and directors with violations of the Securities Exchange Act of 1934.

The complaint alleges that defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (1) Splunk was not closing deals with its largest customers in the third fiscal quarter of 2021; (2) Splunk was not hitting the financial targets it had previously announced; and (3) as a result of the foregoing, defendants' public statements were materially false and misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A lead plaintiff will act on behalf of all other class members in directing the Splunk class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the Splunk class-action lawsuit. An investor's ability to share any potential future recovery of the Splunk class action lawsuit is not dependent upon serving as lead plaintiff. **If you are interested in learning more about the case, please contact Jim Baker (jimb@johnsonfistel.com) at 619-814-4471. If you email, please include your phone number.**

Additionally, you can [**Click here to join this action**]. There is no cost or obligation to you.

**About Johnson Fistel, LLP:**

Johnson Fistel, LLP is a nationally recognized shareholder rights law firm with offices in California, New York and Georgia. The firm represents individual and institutional investors in shareholder derivative and securities class action lawsuits. For more information about the firm and its attorneys, please visit http://www.johnsonfistel.com. Attorney advertising. Past results do not guarantee future outcomes.

**Contact:**

Johnson Fistel, LLP

Jim Baker, 619-814-4471

jimb@johnsonfistel.com

SOURCE Johnson Fistel, LLP

Related Links

http://www.johnsonfistel.com