# EXHIBIT D

**LIFO Loss Chart Report**

| | |
|---|---|
| | Class Period Beginning: 08/26/2020 |
| Pavlova-Coleman (Splunk) | Class Period End: 12/02/2020 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Lookback Period Beginning: 12/03/2020 |
| Security: 848637104 | Lookback Period End: 03/03/2021 |
| Class Period: August 26,2020 - December 02,2020 | Days in Lookback Period: 90 |
| Currency: USD | Lookback Period Average Closing Price: 167.28 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @03/03/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 145.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| Pre-Class Period Holdings | | 18.0000 | | | Sale | 08/27/2020 | 18.0000 | 216.25 | 3,892.50 | 0.00 | |
| Pre-Class Period Holdings | | 47.0000 | | | Sale | 08/27/2020 | 47.0000 | 216.32 | 10,167.04 | 0.00 | |
| Pre-Class Period Holdings | | 80.0000 | | | Sale | 08/27/2020 | 80.0000 | 216.35 | 17,308.00 | 0.00 | |
| **1A. Total** | | **145.0000** | | | | | **145.0000** | | **31,367.54** | **0.00** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @03/03/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | **0.0000** | | | | | **0.0000** | | **0.00** | **0.00** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @03/03/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | **0.0000** | | | | | | | | **0.0000** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @03/03/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| Purchase | 09/18/2020 | 10.0000 | 178.08 | 1,780.80 | Sale | 09/28/2020 | 10.0000 | 188.90 | 1,889.00 | 0.0000 | 108.20 |
| Purchase | 09/16/2020 | 40.0000 | 184.68 | 7,387.20 | Sale | 09/28/2020 | 40.0000 | 188.90 | 7,556.00 | 0.0000 | 168.80 |
| Purchase | 10/15/2020 | 50.0000 | 203.50 | 10,175.00 | Sale | 10/16/2020 | 50.0000 | 209.90 | 10,495.00 | 0.0000 | 320.00 |
| Purchase | 10/14/2020 | 50.0000 | 206.39 | 10,319.50 | Sale | 10/16/2020 | 50.0000 | 209.90 | 10,495.00 | 0.0000 | 175.50 |
| Purchase | 11/23/2020 | 50.0000 | 195.18 | 9,759.00 | Sale | 11/23/2020 | 50.0000 | 200.00 | 10,000.00 | 0.0000 | 241.00 |
| Purchase | 11/23/2020 | 50.0000 | 198.29 | 9,914.50 | Sale | 11/23/2020 | 50.0000 | 200.00 | 10,000.00 | 0.0000 | 85.50 |
| Purchase | 11/23/2020 | 1.0000 | 199.01 | 199.01 | Sale | 11/23/2020 | 1.0000 | 200.00 | 200.00 | 0.0000 | 0.99 |
| Purchase | 11/23/2020 | 49.0000 | 199.74 | 9,787.26 | Sale | 11/23/2020 | 49.0000 | 200.00 | 9,800.00 | 0.0000 | 12.74 |
| Purchase | 11/24/2020 | 100.0000 | 196.83 | 19,683.00 | Sale | 11/25/2020 | 100.0000 | 201.12 | 20,112.00 | 0.0000 | 429.00 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @03/03/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. Total** | | **400.0000** | | **79,005.27** | | | **400.0000** | | **80,547.00** | **0.00** | **1,541.73** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @03/03/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| Purchase | 12/02/2020 | 100.0000 | 166.50 | 16,650.00 | Sale | 12/23/2020 | 100.0000 | 185.25 | 18,525.00 | 0.0000 | 1,875.00 |
| **2B. Total** | | **100.0000** | | **16,650.00** | | | **100.0000** | | **18,525.00** | **0.00** | **1,875.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @03/03/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| Purchase | 12/02/2020 | 100.0000 | 184.50 | 18,450.00 | | | | | | 100.0000 | (1,721.12) |
| Purchase | 12/02/2020 | 50.0000 | 204.15 | 10,207.50 | | | | | | 50.0000 | (1,843.06) |
| Purchase | 12/01/2020 | 100.0000 | 204.42 | 20,442.00 | | | | | | 100.0000 | (3,713.12) |
| **2C. Total** | | **250.0000** | | **49,099.50** | | | **0.000** | | **$0.00** | **250.0000** | **(7,277.32)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @03/03/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Total | | 750.0000 | | 144,754.77 | | | 500.0000 | | 99,072.00 | 250.0000 | (3,860.59) |
| Grand Total | | 750.0000 | | 144,754.77 | | | 645.0000 | | 130,439.54 | 250.0000 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **(3,860.59)** |

**Loss Methodology:**
1934 Act,Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of Avg.Closing Price as of the date of sale or the Actual Sale Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.

**FIFO Loss Chart Report**

| | |
|---|---|
| | Class Period Beginning: 08/26/2020 |
| Pavlova-Coleman (Splunk) | Class Period End: 12/02/2020 |
| First-In First-Out("FIFO")Share Accounting Gain(Loss) Analysis | Lookback Period Beginning: 12/03/2020 |
| Security: 848637104 | Lookback Period End: 03/03/2021 |
| Class Period: August 26,2020 - December 02,2020 | Days in Lookback Period: 90 |
| Currency: USD | Lookback Period Average Closing Price: 167.28 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @03/03/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 145.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| Pre-CP Holdings | | 18.0000 | | | Sale | 08/27/2020 | 18.0000 | 216.25 | 3,892.50 | 0.00 | 0.00 |
| Pre-CP Holdings | | 47.0000 | | | Sale | 08/27/2020 | 47.0000 | 216.32 | 10,167.04 | 0.00 | 0.00 |
| Pre-CP Holdings | | 80.0000 | | | Sale | 08/27/2020 | 80.0000 | 216.35 | 17,308.00 | 0.00 | 0.00 |
| **1A. Total** | | **145.0000** | | | | | **145.0000** | | **31,367.54** | **0.00** | **0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @03/03/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | **0.0000** | | | | | **0.0000** | | **0.00** | **0.00** | **0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @03/03/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | **0.0000** | | | | | | | | | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @03/03/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| Purchase | 09/16/2020 | 40.0000 | 184.68 | 7,387.20 | Sale | 09/28/2020 | 40.0000 | 188.90 | 7,556.00 | 0.0000 | 168.80 |
| Purchase | 09/18/2020 | 10.0000 | 178.08 | 1,780.80 | Sale | 09/28/2020 | 10.0000 | 188.90 | 1,889.00 | 0.0000 | 108.20 |
| Purchase | 10/14/2020 | 50.0000 | 206.39 | 10,319.50 | Sale | 10/16/2020 | 50.0000 | 209.90 | 10,495.00 | 0.0000 | 175.50 |
| Purchase | 10/15/2020 | 50.0000 | 203.50 | 10,175.00 | Sale | 10/16/2020 | 50.0000 | 209.90 | 10,495.00 | 0.0000 | 320.00 |
| Purchase | 11/23/2020 | 50.0000 | 195.18 | 9,759.00 | Sale | 11/23/2020 | 50.0000 | 200.00 | 10,000.00 | 0.0000 | 241.00 |
| Purchase | 11/23/2020 | 50.0000 | 198.29 | 9,914.50 | Sale | 11/23/2020 | 50.0000 | 200.00 | 10,000.00 | 0.0000 | 85.50 |
| Purchase | 11/23/2020 | 1.0000 | 199.01 | 199.01 | Sale | 11/23/2020 | 1.0000 | 200.00 | 200.00 | 0.0000 | 0.99 |
| Purchase | 11/23/2020 | 49.0000 | 199.74 | 9,787.26 | Sale | 11/23/2020 | 49.0000 | 200.00 | 9,800.00 | 0.0000 | 12.74 |
| Purchase | 11/24/2020 | 100.0000 | 196.83 | 19,683.00 | Sale | 11/25/2020 | 100.0000 | 201.12 | 20,112.00 | 0.0000 | 429.00 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @03/03/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2A. Total | | 400.0000 | | 79,005.27 | | | 400.0000 | | 80,547.00 | 0.00 | 1,541.73 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @03/03/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B) ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| Purchase | 12/01/2020 | 100.0000 | 204.42 | 20,442.00 | Sale | 12/23/2020 | 100.0000 | 185.25 | 18,525.00 | 0.0000 | (1,917.00) |
| Purchase | 12/02/2020 | 100.0000 | 166.50 | 16,650.00 | Sale | 12/23/2020 | 100.0000 | 185.25 | 18,525.00 | 0.0000 | 1,875.00 |
| **2B. Total** | | 200.0000 | | 37,092.00 | | | 200.0000 | | 37,050.00 | 0.00 | (42.00) |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @03/03/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C) ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| Purchase | 12/02/2020 | 100.0000 | 184.50 | 18,450.00 | | | | | | 100.0000 | (1,721.12) |
| Purchase | 12/02/2020 | 50.0000 | 204.15 | 10,207.50 | | | | | | 50.0000 | (1,843.06) |
| **2C. Total** | | 150.0000 | | 28,657.50 | | | 0.000 | | $0.00 | 150.0000 | (3,564.19) |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @03/03/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Purchase Total | | 750.0000 | | 144,754.77 | | | 600.0000 | | 117,597.00 | 150.0000 | (2,064.46) |
| Grand Total | | 750.0000 | | 144,754.77 | | | 745.0000 | | 148,964.54 | 150.0000 | |
| **Total FIFO Gain(Loss)** | | | | | | | | | | | (2,064.46) |

**Loss Methodology:**
1934 Act,Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of Avg.Closing Price as of the date of sale or the Actual Sale Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.