**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470

*Counsel for Proposed Lead Plaintiff*
*Louisiana Sheriffs' Pension & Relief Fund*
*and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| TATIANA PAVLOVA-COLEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPLUNK INC., DOUGLAS MERRITT, and JASON CHILD,<br><br>Defendants. | Case No. 4:20-cv-08600-JST<br><br>CLASS ACTION<br><br>**DECLARATION OF JONATHAN D. USLANER IN SUPPORT OF THE MOTION OF LOUISIANA SHERIFFS' PENSION & RELIEF FUND FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND RELATION AND CONSOLIDATION OF ACTIONS**<br><br>Date: March 10, 2021<br>Time: 2:00 p.m.<br>Dept.: Courtroom 6, 2nd Floor<br>Judge: Hon. Jon S. Tigar |

*Captions continued on next page.*

DECLARATION OF JONATHAN D. USLANER
CASE NO. 4:20-CV-08600-JST

DANIEL GUIRGUIS, on behalf of himself and a class of similarly situated investors,

     Plaintiff,

    v.

SPLUNK INC., DOUGLAS S. MERRITT, and JASON E. CHILD,

     Defendants.

Case No. 4:21-cv-00164-JST

<u>CLASS ACTION</u>

DECLARATION OF JONATHAN D. USLANER
CASE NO. 4:20-CV-08600-JST

I, Jonathan D. Uslaner, declare as follows:

1.    I am a member in good standing of the bar of the State of California and am admitted to practice before this Court.  I am a partner with the law firm Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz").  I respectfully submit this declaration in support of the Motion of Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs") for entry of an Order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995: (1) appointing Louisiana Sheriffs as Lead Plaintiff in the above-captioned securities class actions (the "Actions"); (2) approving Louisiana Sheriffs' selection of Bernstein Litowitz to serve as Lead Counsel for the Class; (3) relating and consolidating the Actions pursuant to Civil Local Rule 3-12(a) and Rule 42(a) of the Federal Rules of Civil Procedure; and (4) granting any such further relief as the Court may deem just and proper.

2.    Attached as Exhibits A through C are true and correct copies of the following documents:

Exhibit A:    Certification of Louisiana Sheriffs;

Exhibit B:    Chart of transactions and losses of Louisiana Sheriffs; and

Exhibit C:    Bernstein Litowitz's Firm Résumé.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of February, 2021.

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner