# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Osey McGee, on behalf of Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Louisiana Sheriffs. I have reviewed a complaint filed in this matter with the Fund's legal counsel. Based on the legal counsel's knowledge and advice, Louisiana Sheriffs has authorized the filing of this motion for appointment as lead plaintiff.

2. Louisiana Sheriffs did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Louisiana Sheriffs is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Louisiana Sheriffs fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Louisiana Sheriffs' transactions in the Splunk Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Louisiana Sheriffs has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Louisiana Sheriffs' Pension & Relief Fund v. Intel Corporation,*
No. 18-cv-1460 (N.D. Cal.)
*Giugno v. Bristol-Myers Squibb Company,* No. 18-cv-878 (N.D. Cal.)
*In re Evoqua Water Technologies Corp. Sec. Litigation.,* No. 18-cv-10320 (S.D.N.Y.)
*In re Luckin Coffee Inc. Securities Litigation,* No. 20-cv-1293 (S.D.N.Y.)
*In re Wells Fargo & Company Securities Litigation,* No. 20-cv-4494 (S.D.N.Y.)

6. Louisiana Sheriffs has sought to serve as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

*Louisiana Sheriffs' Pension & Relief Fund v. Cardinal Health, Inc.,*
No. 19-cv-3347 (S.D. Ohio)

7. Louisiana Sheriffs will not accept any payment for serving as a representative party on behalf of the Class beyond Louisiana Sheriffs' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

Louisiana Sheriffs has relied on the research and analysis of the complaint provided by legal counsel Bernstein Litowitz Berger & Grossmann LLP. The undersigned declares that the statements made and information provided are, to the best of his knowledge, true and correct.

Executed this 2nd day of February, 2021.

_____

Osey McGee
Executive Director
*Louisiana Sheriffs' Pension & Relief Fund*

**Louisiana Sheriffs' Pension & Relief Fund**
**Transactions in Splunk Inc.**

| Transaction | Date | Shares | Price |
| --- | --- | --- | --- |
| Purchase | 9/3/2020 | 130 | 206.7623 |
| Purchase | 9/29/2020 | 217 | 187.4650 |
| Purchase | 9/30/2020 | 124 | 188.1779 |
| Purchase | 10/1/2020 | 59 | 191.4358 |
| Purchase | 10/2/2020 | 1,600 | 193.9043 |
| Purchase | 10/5/2020 | 800 | 193.9910 |
| Purchase | 10/6/2020 | 750 | 198.6720 |
| Purchase | 10/7/2020 | 800 | 204.5003 |
| Purchase | 10/8/2020 | 2,250 | 208.8263 |
| Purchase | 10/9/2020 | 750 | 212.2029 |
| Purchase | 10/14/2020 | 2,400 | 206.4663 |
| Purchase | 11/9/2020 | 200 | 201.8445 |