# EXHIBIT B

**Louisiana Sheriffs**
LIFO Loss in Splunk, Inc. (SPLK)
Class Period: 08/26/20 - 12/02/20
CUSIP: 848637104
Retained share price: $167.3973 (12/03/20 - 02/01/21)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 9/3/2020 | 130 | 206.7623 | $26,879.10 | | | | | |
| Purchase | 9/29/2020 | 217 | 187.4650 | $40,679.91 | | | | | |
| Purchase | 9/30/2020 | 124 | 188.1779 | $23,334.06 | | | | | |
| Purchase | 10/1/2020 | 59 | 191.4358 | $11,294.71 | | | | | |
| Purchase | 10/2/2020 | 1,600 | 193.9043 | $310,246.88 | | | | | |
| Purchase | 10/5/2020 | 800 | 193.9910 | $155,192.80 | | | | | |
| Purchase | 10/6/2020 | 750 | 198.6720 | $149,004.00 | | | | | |
| Purchase | 10/7/2020 | 800 | 204.5003 | $163,600.24 | | | | | |
| Purchase | 10/8/2020 | 2,250 | 208.8263 | $469,859.18 | Sale* | 12/3/2020 | (6,250) | 158.4009 | ($990,005.63) |
| Purchase | 10/9/2020 | 750 | 212.2029 | $159,152.18 | Sale* | 12/3/2020 | (3,100) | 158.0300 | ($489,893.00) |
| Purchase | 10/14/2020 | 2,400 | 206.4663 | $495,519.12 | | | | | |
| Purchase | 11/9/2020 | 200 | 201.8445 | $40,368.90 | Retained | | (730) | 167.3973 | ($122,199.99) |
| | | 10,080 | | $2,045,131.08 | | | (10,080) | | ($1,602,098.62) |

**Loss    ($443,032.46)**

*All shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*