# EXHIBIT 3

**Splunk Inc. Loss Chart**
**Class Period: August 26, 2020 and December 2, 2020**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wolk, Alexander | 8/28/2020 | 10 | ($219.99) | ($2,199.90) | | | | | | | | $167.40 |
| | 11/6/2020 | 4 | ($202.84) | ($811.36) | | | | | | | | |
| | | 14 | | ($3,011.26) | | | | | 14 | $2,343.56 | ($667.70) | |