UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA PAVLOVA-COLEMAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:20-cv-08600-JST |
| | CLASS ACTION |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL |
| vs. | |
| SPLUNK INC., et al., | |
| Defendants. | |

4847-2441-4170.v1

Having considered the motion of UA Local 13 Pension Fund (the "Pension Fund") for consolidation of related actions, appointment as lead plaintiff, and approval of selection of lead counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED.

1.      Pursuant to Rule 42(a) of Federal Rules of Civil Procedure, *Pavlova-Coleman v. Splunk Inc.*, No. 4:20-cv-08600-JST (N.D. Cal.) and *Guirguis v. Splunk Inc.*, No. 4:21-cv-00164-JST (N.D. Cal.) are consolidated as:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SPLUNK INC. SECURITIES LITIGATION | ) Master File No. 4:20-cv-08600-JST |
| | ) |
| | ) CLASS ACTION |
| | ) |
| This Document Relates To: | ) |
| | ) |
| ALL ACTIONS. | ) |
| | ) |

(a)      The file in Case No. 4:20-cv-08600-JST shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)      All securities class actions on behalf of purchasers of Splunk Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action;

(c)      This Order shall apply to every such action, absent Court order.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(d)      This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3.    The Pension Fund is appointed Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4.    The Pension Fund's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class: the preparation and filing of all pleadings; the briefing and argument of all motions; the conduct of all discovery proceedings including depositions; the selection of counsel to act as spokesperson at all pretrial conferences; settlement negotiations; the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and the supervision of all other matters concerning the prosecution or resolution of the action.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE