ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TATIANA PAVLOVA-COLEMAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Case No. 4:20-cv-08600-JST  CLASS ACTION |
|---|---|---|
| Plaintiff, | ) ) ) | DECLARATION OF MICHAEL ALBERT IN SUPPORT OF MOTION FOR |
| vs. | ) ) ) | CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD |
| SPLUNK INC., et al., | ) ) | PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL |
| Defendants. | ) ) ) | |

DATE: Wednesday March 10, 2021
TIME: 2:00 p.m.
CTRM: 6, 2nd Floor
JUDGE: Hon. Jon S. Tigar

4814-3372-0538.v1

I, MICHAEL ALBERT, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am associated with the law firm Robbins Geller Rudman & Dowd LLP, counsel of record for UA Local 13 Pension Fund (the "Pension Fund"), and proposed lead counsel for the class.  I make this declaration in support of the Pension Fund's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published on *Globe Newswire*, a national business-oriented wire service, on December 4, 2020;

Exhibit B:    The Pension Fund's Sworn Certification; and

Exhibit C:    The Pension Fund's estimate of losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 2nd day of February, 2021, at San Diego, California.

s/ Michael Albert
MICHAEL ALBERT

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 2, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Michael Albert
MICHAEL ALBERT

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  malbert@rgrdlaw.com

4814-3372-0538.v1

## Mailing Information for a Case 4:20-cv-08600-JST Pavlova-Coleman v. Splunk Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sara B. Brody**
  sbrody@sidley.com,ddelarocha@sidley.com,msam@sidley.com,sfdocket@sidley.com,sara-brody-9555@ecf.pacerpro.com

- **Thomas James Herron**
  therron@sidley.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Nicole Marie Ryan**
  nicole.ryan@sidley.com,tberninzoni@sidley.com,therron@sidley.com,nicole-ryan-5866@ecf.pacerpro.com,tj-herron-7299@ecf.pacerpro.com,sfdocket@sidley.com,dgiusti@sidley.com,ldonohue@sidley.com

- **Whitney E. Street**
  wstreet@blockesq.com,whitney-street-0082@ecf.pacerpro.com

- **Jonathan Daniel Uslaner**
  jonathanu@blbglaw.com,Khristine.DeLeon@blbglaw.com,Melody.Yaghoubzadeh@blbglaw.com,Scott.Foglietta@blbglaw.com,AdamW@blbglaw.com,Matthew.Maha

- **Jacob Allen Walker**
  jake@blockesq.com,jacob-walker-5598@ecf.pacerpro.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)