# EXHIBIT A

LAWSUIT FILED: Block & Leviton LLP Announces that it Has Filed a Lawsuit Against Splunk Inc. for Securities Fraud; Investors Who Lost Money Should Contact the Firm

BOSTON, Dec. 04, 2020 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockleviton.com), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against Splunk Inc. (NASDAQ: SPLK) and certain of its executives for securities fraud. Investors who purchased SPLK shares between October 21, 2020 and December 2, 2020 and who lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or at https://www.blockleviton.com/cases/splunk. The lead plaintiff deadline is February 2, 2021.

After the markets closed on December 2, 2020, Splunk stunned the market when it announced its financial results for the third quarter of 2021. These results fell short of annual recurring and total revenue estimates, and Splunk reported a loss of 7 cents per share versus an expected gain of 8 cents per share. Splunk's forecast for the fourth quarter of 2020 was also lower than expected. Numerous analysts have already downgraded the stock and cut their price targets. This includes JPMorgan, who was "blindsided by the magnitude of too many large deals slipping in the final days of October on the heels of an upbeat analyst day 10 days prior to the quarter close," on October 21, 2020, "at which the company reaffirmed guidance and stated that it was excited about near-term and long-term growth prospects." Shares fell over 23% in one trading day from their December 2, 2020 closing price, representing billions of dollars in lost market capitalization.

The lawsuit was filed in the U.S. District Court for the Northern District of California, and has not yet been assigned to a specific courthouse or judge. The case is captioned *Pavlova-Coleman v. Splunk Inc., et al.*, No. 3:20-cv-8600 (N.D. Cal.).

If you purchased or acquired shares of Splunk between October 21, 2020 and December 2, 2020 and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or at https://www.blockleviton.com/cases/splunk. The deadline to seek appointment as lead plaintiff in the matter is February 2, 2021.

Block & Leviton LLP is a firm dedicated to representing investors and maintaining the integrity of the country's financial markets. The firm represents many of the nation's largest institutional investors as well as individual investors in securities litigation throughout the United States. The firm's lawyers have recovered billions of dollars for its clients.
CONTACT:
BLOCK & LEVITON LLP
260 Franklin St., Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
Email: cases@blockleviton.com
SOURCE: Block & Leviton LLP
www.blockleviton.com