# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|-----------------|-------|-----------|--------|-------------|-------|----------------|--------------------|
| **UA Local 13 Pension Fund** | 10/02/2020 | 740 | $193.90 | $143,489.18 | 12/03/2020 | 1,400 | $158.03 | $221,242.00 | |
| | 10/05/2020 | 350 | $193.99 | $67,896.85 | 12/03/2020 | 2,840 | $158.40 | $449,858.56 | |
| | 10/06/2020 | 350 | $198.67 | $69,535.20 | | | | | |
| | 10/07/2020 | 350 | $204.50 | $71,575.11 | | | | | |
| | 10/08/2020 | 1,000 | $208.83 | $208,826.30 | | | | | |
| | 10/09/2020 | 350 | $212.20 | $74,271.02 | | | | | |
| | 10/14/2020 | 1,100 | $206.47 | $227,112.93 | | | | | |
| **Movant's Total** | | **4,240** | | **$862,706.58** | | **4,240** | | **$671,100.56** | **($191,606.03)** |

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded to two decimal places.