ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA PAVLOVA-COLEMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                                Plaintiff,<br><br>        vs.<br><br>SPLUNK INC., et al.,<br><br>                                Defendants. | Case No. 4:20-cv-08600-JST<br><br>CLASS ACTION<br><br>RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF<br><br>DATE: March 25, 2021<br>TIME: 2:00 p.m.<br>CTRM: 6, 2nd Floor<br>JUDGE: Hon. Jon S. Tigar |

4827-4426-3900.v1

Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), five movants filed motions seeking consolidation of the related actions, appointment as lead plaintiff, and approval of their selection of counsel. *See* ECF Nos. 19, 23, 28, 35, 41. Pursuant to the PSLRA, district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class that also satisfies the requirements of Federal Rule of Civil Procedure 23 is the "most adequate plaintiff." 15 U.S.C. §78u-4(a)(3)(B)(iii).

Here, while UA Local 13 Pension Fund suffered over $191,606 in losses, and it satisfies the Rule 23 requirements at this stage, the Pension Fund acknowledges that its loss is not the largest. If the Court determines that the movant that claims a larger financial interest is unable, unwilling, or unqualified to serve as lead plaintiff, the Pension Fund stands ready, willing, and able to fulfill that role on behalf of the class.

DATED: February 16, 2021

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT


                              s/ Michael Albert
                           MICHAEL ALBERT

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

ASHERKELLY
MICHAEL J. ASHER
JACQUELINE A. KELLY
25800 Northwestern Highway, Suite 1100
Southfield, MI 48075
Telephone: 248/746-2710
248/747-2809 (fax)
masher@asherkellylaw.com
jkelly@asherkellylaw.com

Additional Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 16, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Michael Albert
MICHAEL ALBERT

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  malbert@rgrdlaw.com

4827-4426-3900.v1

## Mailing Information for a Case 4:20-cv-08600-JST Pavlova-Coleman v. Splunk Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,MAlbert@ecf.courtdrive.com

- **Sara B. Brody**
  sbrody@sidley.com,ddelarocha@sidley.com,msam@sidley.com,sfdocket@sidley.com,sara-brody-9555@ecf.pacerpro.com

- **Thomas James Herron**
  therron@sidley.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Nicole Marie Ryan**
  nicole.ryan@sidley.com,tberninzoni@sidley.com,therron@sidley.com,nicole-ryan-5866@ecf.pacerpro.com,tj-herron-7299@ecf.pacerpro.com,sfdocket@sidley.com,dgiusti@sidley.com,ldonohue@sidley.com

- **Whitney E. Street**
  wstreet@blockesq.com,whitney-street-0082@ecf.pacerpro.com

- **Jonathan Daniel Uslaner**
  jonathanu@blbglaw.com,Khristine.DeLeon@blbglaw.com,Melody.Yaghoubzadeh@blbglaw.com,Scott.Foglietta@blbglaw.com,AdamW@blbglaw.com,Matthew.Maha

- **Jacob Allen Walker**
  jake@blockesq.com,jacob-walker-5598@ecf.pacerpro.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,cbarrett@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)