Sara B. Brody (SBN 130222)
sbrody@sidley.com
Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
TJ Herron (SBN 331728)
therron@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: +1 (415) 772-1200
Facsimile: +1 (415) 772-7400

*Attorneys for Defendants*
*Splunk Inc., Douglas Merritt, and*
*Jason Child*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| TATIANA PAVLOVA-COLEMAN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>SPLUNK INC., DOUGLAS MERRITT, and JASON CHILD,<br><br>                    Defendants. | Case No. 4:20-cv-08600-JST<br><br>**DEFENDANTS' RESPONSE TO MOTIONS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>Date:   March 25, 2021<br>Time:   2:00 p.m.<br>Judge:  Hon. Jon S. Tigar<br>Courtroom: 6 |
| DANIEL GUIRGUIS, on behalf of himself and a class of similarly situated investors,<br><br>                    Plaintiff,<br><br>    v.<br><br>SPLUNK INC., DOUGLAS S. MERRITT, and JASON E. CHILD,<br><br>                    Defendants. | Case No. 4:21-cv-00164-JST |

Pursuant to Civil Local Rule 7-3(b), Defendants Splunk Inc., Douglas Merritt, and Jason Child (collectively, "Defendants") hereby submit this statement in response to the following motions:

- Ka Wah Lui's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (Dkt. No. 19[1]);

- Tatiana Pavlova-Coleman's Motion for Consolidation of PSLRA Cases, Appointment as Lead Plaintiff, and Approval of Selection of Counsel (Dkt. 23 and *Guirguis v. Splunk Inc.*, Case No. 4:21-cv-08600-JST Dkt. No. 21);

- Louisiana Sheriffs Pension & Relief Fund's Motion for Appointment as Lead Plaintiff, Approval of Its Selection of Lead Counsel, and Relation and Consolidation of Actions (Dkt. 28); and

- UA Local 13 Pension Fund's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel (Dkt. 41).[2]

Defendants agree that the related cases *Pavlova-Coleman v. Splunk Inc.*, Case No. 4:20-cv-08600-JST (N.D. Cal. filed Dec. 2, 2020) and *Guirguis v. Splunk Inc.*, Case No. 4:21-cv-00164-JST (N.D. Cal. filed Jan. 8, 2021) involve common questions of law and fact and should be consolidated pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure. Both putative class actions assert claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder against the same Defendants. Consolidating the actions is appropriate to promote the efficient use of judicial and private resources.

Defendants take no position with respect to the Court's selection of Lead Plaintiff or the Court's determination of Lead Counsel. Defendants, however, expressly reserve all rights and defenses, including to assert that the appointed Lead Plaintiff is not an adequate or typical class representative or that the actions are otherwise inappropriate for class certification.

---

[1] Unless otherwise specified, Dkt. references are to *Pavlova-Coleman v. Splunk Inc.,* Case No. 4:20-cv-08600-JST.

[2] A fifth Lead Plaintiff motion was filed (Dkt. 35), but on February 5, 2021, Movant Alexander Wolk withdrew his Motion to Consolidate Related Actions, for Appointment as Lead Plaintiff, and Approval of Counsel (Dkt. 49).

-1-

Date: February 16, 2021                          **SIDLEY AUSTIN LLP**


By: */s/ Nicole M. Ryan*
               Nicole M. Ryan

*Attorneys for Defendants*
*Splunk Inc., Douglas Merritt, and*
*Jason Child*

DEFENDANTS' RESPONSE TO MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD COUNSEL – CASE NOS. 4:20-cv-08600-JST; 4:21-cv-00164-JST