Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Wolk*

[Additional Counsel on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA PAVLOVA-COLEMAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SPLUNK INC., DOUGLAS MERRITT, and JASON CHILD, <br><br> Defendants. | Case No.: 4:20-cv-08600-JST <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> Date Filed: December 4, 2020 <br> Judge: Jon S. Tigar |

[Caption continued on next page]

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
4:20-cv-08600-JST

ALEX WOLK, derivatively on behalf of, SPLUNK INC.,

    Plaintiff,

    v.

DOUGLAS S. MERRITT, JASON E. CHILD, SARA J. BAACK, SEAN BOYLE, MARK T. CARGES, JOHN G. CONNORS, PATRICIA B. MORRISON, STEPHEN G. NEWBERRY, GRAHAM V. SMITH, ELISA A. STEELE, and SRI VISWANATH,

    Defendants,

    and

SPLUNK INC.,

    Nominal Defendant.

Case No.: 4:21-cv-01116-YGR

Date Filed: February 15, 2021
Judge: Yvonne Gonzalez Rogers

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
4:20-cv-08600-JST

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Alexander ("Alex") Wolk respectfully requests this Court deem the matter *Wolk v. Merritt, et al.*, Case No. 4:21-cv-01116-YGR (N.D.Cal.) (the "Derivative Action") related to *Pavlova-Coleman v. Splunk Inc., et al.,* Case No. 4:20-cv-08600-JST (N.D. Cal.) ("Securities Class Action"). As discussed below, the criteria for relation are met here. These actions concern substantially the same parties, substantially similar facts, and "it appears likely that there will be an unduly burdensome duplication of labor and expense" if these cases are tried separately. Therefore, relation is proper under Civ. Loc. R. 3-12.

## RELATED ACTIONS

The following actions were filed in the following order:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Pavlova-Coleman v. Splunk Inc., et al.* | 4:20-cv-08600-JST | 12/04/2020 |
| *Wolk v. Merritt, et al* | 4:21-cv-01116-YGR | 02/15/2021 |

## LEGAL STANDARD

Pursuant to Civ. Loc. R. 3-12(a), actions are defined as related when: (1) they "concern substantially the same parties, property, transaction or event;" and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. Loc. R. 3-12(a).

## ARGUMENT

Both criteria are met here. The Securities Class Action and the Derivative Action address many of the same transactions and contain similar and overlapping sets of facts as well as involve some of the same parties. Specifically, the Securities Class Action and the Derivative Action arise, at least in part, from the same false and misleading statements made by executives of Splunk Inc. ("Splunk" or the "Company"). In particular, the Securities Class Action and Derivative Action allege that the Company switched its pricing model and that Splunk executives made materially misleading statements that did not accurately reflect that the Company was having trouble in securing deals with existing customers due to the change in pricing models, that several large customers did not renew their contracts with Splunk, that the Company would be unable to meet its financial guidance, and the statements did not support the Company's optimistic outlook.

Given the similarities between these cases and the fact that these cases are pending in this District, treating the cases as related would serve the interests of judicial economy and avoid the

1
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
4:20-cv-08600-JST

potential for conflicting rulings on common issues. Because the requirements of Loc. R. 3-12 are met, relation is appropriate. *In re Leapfrog Enterprises Inc. Sec. Litig.*, No. C 03 05421 RMW, 2005 WL 5327775, at *1 (N.D. Cal. July 5, 2005) (relating cases where the cases concerned the same defendants, similar factual allegations, and similar causes of action).

## CONCLUSION

For the above stated reasons, Plaintiff Wolk requests that pursuant to Civ. Loc. R. 3-12, the Court relate the Derivative Action to the Securities Class Action.

Dated: March 9, 2021                              Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Wolk*

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
4:20-cv-08600-JST

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

/s/Laurence M. Rosen
Laurence M. Rosen

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
4:20-cv-08600-JST