**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TATIANA PAVLOVA-COLEMAN, individually and on behalf of all others similarly situated, | Case No.: 4:20-cv-08600-JST |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | Date Filed: December 4, 2020 |
| | Judge: Jon S. Tigar |
| SPLUNK INC., DOUGLAS MERRITT, and JASON CHILD, | |
| Defendants. | |

[Caption continued on next page]

[PROPOSED] ORDER

ALEX WOLK, derivatively on behalf of, SPLUNK INC.,

    Plaintiff,

    v.

DOUGLAS S. MERRITT, JASON E. CHILD, SARA J. BAACK, SEAN BOYLE, MARK T. CARGES, JOHN G. CONNORS, PATRICIA B. MORRISON, STEPHEN G. NEWBERRY, GRAHAM V. SMITH, ELISA A. STEELE, and SRI VISWANATH,

    Defendants,

    and

SPLUNK INC.,

    Nominal Defendant.

Case No.: 4:21-cv-01116-YGR

Date Filed: February 15, 2021
Judge: Yvonne Gonzalez Rogers

Upon consideration of Alexander ("Alex") Wolk's Administrative Motion to Consider Whether Cases Should be Related, the Court finds that *Wolk v. Merritt, et al.*, Case No. 4:21-cv-01116-YGR (N.D.Cal.) ("Derivative Action") shall be deemed related to *Pavlova-Coleman v. Splunk Inc., et al.,* Case No. 4:20-cv-08600-JST (N.D. Cal.) ("Securities Class Action") pursuant to Civ. Loc. R. 3-12.

The Court, HEREBY ORDERS:

1.    The Derivative Action is deemed related to the Securities Class Action.

2.    The Derivative Action is hereby reassigned to Judge Jon S. Tigar.

3.    Pursuant to Civil Loc. R. 3-12(g), any Initial Case Management Conference currently scheduled in the Derivative Action will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

Dated: _____

                                      HON. JON S. TIGAR
                                      UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER