Sara B. Brody (SBN 130222)
sbrody@sidley.com
Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
TJ Herron (SBN 331728)
therron@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: +1 (415) 772-1200
Facsimile: +1 (415) 772-7400

Attorneys for Defendants
in *Pavlova-Coleman v. Splunk* and
Defendants and Nominal Defendant
in *Wolk v. Merritt*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| TATIANA PAVLOVA-COLEMAN, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>        v.<br><br>SPLUNK INC., DOUGLAS MERRITT, and JASON CHILD,<br><br>                                    Defendants. | Case No. 4:20-cv-08600-JST<br><br>**DEFENDANTS' AND NOMINAL DEFENDANT'S STATEMENT IN RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Date Filed:    December 4, 2020<br>Assigned to:   Honorable Jon S. Tigar |

[Caption Continued on Next Page]

ALEX WOLK, derivatively on behalf of, SPLUNK INC.,

Plaintiff,

v.

DOUGLAS S. MERRITT, JASON E. CHILD, SARA J. BAACK, SEAN BOYLE, MARK T. CARGES, JOHN G. CONNORS, PATRICIA B. MORRISON, STEPHEN G. NEWBERRY, GRAHAM V. SMITH, ELISA A. STEELE, and SRI VISWANATH,

Defendants,

and

SPLUNK INC.,

Nominal Defendant.

Case No. 4:21-cv-01116-YGR

Date Filed:    February 25, 2021
Assigned to:    Hon. Yvonne Gonzalez Rogers

Pursuant to Civil Local Rules 3-12 and 7-11, Defendants Splunk Inc., Douglas Merritt, and Jason Child in *Pavlova-Coleman v. Splunk Inc.*, Case No. 4:20-cv-08600-JST (N.D. Cal. filed Dec. 4, 2020) (the "*Pavlova-Coleman* Action"), and Nominal Defendant Splunk Inc. and Defendants Douglas S. Merritt, Jason E. Child, Sara J. Baack, Sean Boyle, Mark T. Carges, John G. Connors, Patricia B. Morrison, Stephen G. Newberry, Graham V. Smith, Elisa A. Steele, and Sri Viswanath in *Wolk v. Merritt*, Case No. 4:21-cv-01116-YGR (N.D. Cal. filed Feb. 15, 2021) (the "*Wolk* Action"), hereby submit this statement in response to the Administrative Motion to Consider Whether Cases Should Be Related ("Motion to Relate") (Dkt. 55).

Defendants and Nominal Defendant agree that the *Wolk* Action should be related to the *Pavlova-Coleman* Action.  Local Rule 3-12 provides that actions are related to each other when (i) they "concern substantially the same parties, property, transaction or event" and (ii) it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Civ. L. R. 3-12(a).  The *Wolk* Action and the *Pavlova-Coleman* Action meet this standard.

The derivative claims in the *Wolk* Action concern and arise from the same allegations of material misstatements or omissions that underlie the securities fraud claims asserted in the *Pavlova-Coleman* Action.  All Defendants in the *Pavlova-Coleman* Action are also named in the *Wolk* Action as Defendants (Douglas Merritt and Jason Child) or as Nominal Defendant (Splunk Inc.).  Securities and derivative cases premised on the same alleged misconduct and with overlapping parties—just like the *Wolk* Action and the *Pavlova-Coleman* Action here—are routinely related.  *E.g.*, *Hefler v. Wells Fargo*, No. 4:16-cv-05479-JST (N.D. Cal. filed Sept. 26, 2016) (Dkts. 8, 14, 22, 47, 55) (orders granting administrative motions to relate securities and derivative cases); *Huang v. Assertio Therapeutics, Inc.*, No. 4:17-cv-04830-JST (N.D. Cal. filed Aug. 18, 2017) (Dkt. 47) (same); *In re Twitter Inc. Sec. Litig.*, No. 4:16-cv-05314-JST (N.D. Cal. filed Sept. 16, 2016) (Dkt. 65) (same).  Assignment to a single judge will conserve judicial resources and promote an efficient determination of these matters.

Because the *Wolk* Action and the *Pavlova-Coleman* Action involve similar parties, transactions, and events, relating these cases will serve the interests of judicial economy.  Defendants and Nominal

-1-

STATEMENT IN RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED – CASE NOS. 4:20-CV-08600-JST; 4:21-CV-01116-YGR

Defendant therefore support relation of the *Wolk* Action with the *Pavlova-Coleman* Action and the resulting reassignment of the *Wolk* Action to the Honorable Jon S. Tigar.[1]

Dated:  March 12, 2021

**SIDLEY AUSTIN LLP**

By:  */s/ Sara B. Brody*

Sara B. Brody (SBN 130222)
sbrody@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: +1 (415) 772-1200
Facsimile: +1 (415) 772-7400

Attorneys for Defendants in *Pavlova-Coleman v. Splunk* and Defendants and Nominal Defendant in *Wolk v. Merritt*

---

[1] Defendants do not agree with the Motion to Relate insofar as it suggests that the two cases should be tried together.  *See* Dkt. 55 at 1 (asserting that "'it appears likely that there will be an unduly burdensome duplication of labor and expense' if these cases are tried separately").  Relating two cases does not mean that they will be tried together.  Any determination as to how the cases should be tried is both premature and unconnected to the specific relief that Movant requests.

-2-

STATEMENT IN RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED – CASE NOS. 4:20-CV-08600-JST; 4:21-CV-01116-YGR