UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA PAVLOVA-COLEMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>SPLUNK INC., et al.,<br><br>        Defendants. | Case No. 20-cv-08600-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF Nos. 19, 23, 28, 41 |

Before the Court are four motions to appoint lead plaintiff and lead counsel. ECF Nos. 19, 23, 28, 41. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds these matters suitable for disposition without oral argument. The hearings on these matters, currently scheduled for March 25, 2021, are hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 15, 2021



JON S. TIGAR
United States District Judge