**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TATIANA PAVLOVA-COLEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPLUNK INC., DOUGLAS MERRITT, and JASON CHILD,<br><br>Defendants. | Case No. 4:20-cv-08600-JST<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER APPOINTING LOUISIANA SHERIFFS' PENSION & RELIEF FUND AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF LEAD COUNSEL** |

Upon consideration of: (1) the Motion filed by Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs") for appointment as Lead Plaintiff, approval of its selection of Lead Counsel, and relation and consolidation ~~of the above-captioned securities class actions~~; (2) the Memorandum of Law in support thereof; (3) the Declaration of Jonathan D. Uslaner in support thereof; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. Louisiana Sheriffs' Motion is **GRANTED**.

2. Louisiana Sheriffs is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraphs 4 and 5 of this Order.

3. Louisiana Sheriffs' selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class.

4. Louisiana Sheriffs' request to consolidate this Action with *Guirguis v. Splunk Inc.*, No. 4:21-cv-00164 (N.D. Cal.) is moot. That case has been voluntarily dismissed. ~~Pursuant to Civil Local Rule 3-12(a) and Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), *Guirguis v. Splunk Inc.*, No. 4:21-cv-00164-JST (N.D. Cal.), is deemed related to and consolidated with *Pavlova-Coleman v. Splunk Inc.*, No. 4:20-cv-08600-JST (N.D. Cal.) (collectively, the "Consolidated Action").~~

5. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed, or transferred actions that are related to the claims asserted in the Consolidated Action shall be **CONSOLIDATED** for all purposes.

6. This action shall be captioned "*In re Splunk Inc. Securities Litigation*" and the file shall be maintained under Master File No. 4:20-cv-08600-JST.

**IT IS SO ORDERED.**

Dated: March 16, 2021

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE