Sara B. Brody (SBN 130222)
sbrody@sidley.com
Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
TJ Herron (SBN 331728)
therron@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: +1 (415) 772-1200
Facsimile: +1 (415) 772-7400

*Attorneys for Defendants*
SPLUNK INC., DOUGLAS MERRITT, and
JASON CHILD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | Case No. 4:20-cv-08600-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ESTABLISHING SCHEDULE FOR FILING OF CONSOLIDATED OR AMENDED COMPLAINT, BRIEFING ON MOTION TO DISMISS, AND CASE MANAGEMENT CONFERENCE**<br><br>Assigned to:  Honorable Jon S. Tigar |

1  Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund and Defendants Splunk Inc., Douglas
2  Merritt, and Jason Child ("Defendants"), by and through their undersigned counsel, hereby stipulate as
3  follows:
4  **WHEREAS**, on December 7, 2020, the Court issued an Initial Case Management Scheduling
5  Order with ADR Deadlines, which scheduled an Initial Case Management Conference ("CMC") for
6  March 9, 2021, a Rule 26(f) disclosure deadline on March 2, 2021, and Alternative Dispute Resolution
7  ("ADR") deadlines on February 16, 2021 (Dkt. 7);
8  **WHEREAS**, on January 20, 2021, the Court issued an Order that "[w]ithin fourteen (14) days of
9  the entry of an order appointing lead plaintiff and lead counsel, lead counsel and counsel for Defendants
10 shall meet and confer and submit to the Court a proposed schedule for the filing of a consolidated or
11 amended complaint and the filing of Defendants' response thereto" (Dkt. 18);
12 **WHEREAS**, pursuant to the same January 20, 2021 Order, the Court vacated the CMC
13 scheduled for March 9, 2021, along with all other Rule 26(f) and ADR deadlines, to be "reset following
14 the filing of Defendants' response to the consolidated or amended complaint designated by the court-
15 appointed lead plaintiff on dates to be selected by the Court" (*id.*);
16 **WHEREAS**, on March 16, 2021, the Court issued an Order appointing Louisiana Sheriffs'
17 Pension & Relief Fund as Lead Plaintiff and approving Lead Plaintiff's selection of Bernstein Litowitz
18 Berger & Grossmann LLP as Lead Counsel (Dkt. 59);
19 **WHEREAS,** the parties have met and conferred and have agreed to a schedule for the filing of a
20 consolidated or amended complaint and a briefing schedule for Defendants' anticipated motion to
21 dismiss;
22 **WHEREAS,** the parties agree that the interest of judicial economy would be served best by
23 resetting the CMC and all other related Rule 26(f) and ADR deadlines after the Court has heard and
24 issued an order on Defendants' motion to dismiss the consolidated or amended complaint;
25 **WHEREAS,** the parties' negotiated schedule will not affect or alter the date of any event or
26 deadline already fixed by Court order or otherwise affect the schedule of the case, as discovery is stayed
27 pursuant to the Private Securities Litigation Reform Act and there are no other events or deadlines
28

-1-

currently scheduled;

**WHEREAS,** other than the January 20, 2021 Order (Dkt. 7), there have been no other time modifications in this case;

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, by and through their undersigned counsel, and subject to this Court's approval:

1. Lead Plaintiff shall file the consolidated or amended complaint on or before June 7, 2021.

2. Defendants shall respond to the consolidated or amended complaint by filing a motion to dismiss or otherwise, on or before July 27, 2021.

3. Lead Plaintiff shall file an opposition to Defendants' motion to dismiss, if any, on or before September 15, 2021.

4. Defendants shall file a reply in support of their motion to dismiss, if any, on or before October 20, 2021.

5. The CMC shall be reset by the Court following the Court's ruling on Defendants' motion to dismiss on dates to be selected by the Court.

**IT IS SO STIPULATED.**

Dated:  March 26, 2021                **SIDLEY AUSTIN LLP**

By:   /s/ Nicole M. Ryan
          NICOLE M. RYAN

Sara B. Brody (SBN 130222)
Nicole M. Ryan (SBN 175980)
TJ Herron (SBN 331728)
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: +1 (415) 772-1200
Facsimile: +1 (415) 772-7400

*Attorneys for Defendants*
SPLUNK INC., DOUGLAS MERRITT, and JASON CHILD

Dated: March 26, 2021

**BERSTEIN LITOWITZ BERGER & GROSSMANN**

By: /s/ Jonathan D. Uslaner
JONATHAN D. USLANER

Jonathan D. Uslaner (SBN 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: +1 (310) 819-3470

*Attorneys for Lead Plaintiff*
Louisiana Sheriffs' Pension & Relief Fund

-3-

JOINT STIPULATION AND [PROPOSED] ORDER RE: FILING OF CONSOLIDATED OR AMENDED COMPLAINT, MTD BRIEFING SCHEDULE, AND CMC – CASE NO. 4:20-CV-08600-JST

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

I, Nicole M. Ryan, am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER ESTABLISHING SCHEDULE FOR FILING OF CONSOLIDATED OR AMENDED COMPLAINT, BRIEFING ON MOTION TO DISMISS, AND CASE MANAGEMENT CONFERENCE. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel for all parties have concurred in this filing.

Dated:  March 26, 2021                             By:      /s/ Nicole M. Ryan
                                                                     Nicole M. Ryan

-4-

JOINT STIPULATION AND [PROPOSED] ORDER RE: FILING OF CONSOLIDATED OR AMENDED COMPLAINT, MTD BRIEFING SCHEDULE, AND CMC – CASE NO. 4:20-CV-08600-JST

**[PROPOSED] ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated:  March 29, 2021



THE HON. JON S. TIGAR
United States District Judge

-5-

JOINT STIPULATION AND [PROPOSED] ORDER RE: FILING OF CONSOLIDATED OR AMENDED COMPLAINT, MTD BRIEFING SCHEDULE, AND CMC – CASE NO. 4:20-CV-08600-JST