Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE SPLUNK INC. SECURITIES LITIGATION

Case No: 4:20-cv-08600-JST

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, John J. Rizio-Hamilton, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Louisiana Sheriffs' Pension & Relief Fund in the above-entitled action. My local co-counsel in this case is Jonathan D. Uslaner, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Bernstein Litowitz Berger & Grossmann LLP | Bernstein Litowitz Berger & Grossmann LLP |
| 1251 Avenue of the Americas | 2121 Avenue of the Stars, Suite 2575 |
| New York, NY 10020 | Los Angeles, CA 90067 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (212) 554-1505 | (310) 819-3472 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| johnr@blbglaw.com | jonathanu@blbglaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4323846.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/04/21

John J. Rizio-Hamilton
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John J. Rizio-Hamilton is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 4, 2021

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    October 2012