Sara B. Brody (SBN 130222)
sbrody@sidley.com
Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
TJ Herron (SBN 331728)
therron@sidley.com
Stephen Tang (SBN 336273)
stang@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: +1 (415) 772-1200
Facsimile: +1 (415) 772-7400

*Attorneys for Defendants*
SPLUNK INC., DOUGLAS MERRITT, and
JASON CHILD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | Case No.  4:20-cv-08600-JST<br><br>CLASS ACTION<br><br>**DECLARATION OF NICOLE M. RYAN IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date:   November 18, 2021<br>Time:   2:00 p.m.<br>Judge:  Hon. Jon S. Tigar<br>Courtroom: 6 |

**DECLARATION OF NICOLE M. RYAN**

I, Nicole M. Ryan, declare as follows:

1.     I am an attorney, duly licensed to practice law in the State of California, and am admitted before this Court.  I am a counsel with the law firm of Sidley Austin LLP, counsel of record for Defendants Splunk Inc. ("Splunk"), Douglas Merritt, and Jason Child in this action.  The facts stated herein are true and correct based upon my own personal knowledge and, if called as a witness to testify, I could and would competently testify thereto.  I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Consolidated Class Action Complaint.

2.     Attached as exhibits to this declaration are true and correct copies of the following documents:

Exhibit 1:     Splunk's March 26, 2020 Form 10-K (excerpted)

Exhibit 2:     The transcript of Splunk's May 21, 2020 earnings call for Q1 2021

Exhibit 3:     Splunk's June 1, 2020 Form 10-Q (excerpted)

Exhibit 4:     The June 8, 2020 *Silicon Valley Business Journal* article, "Splunk CEO Doug Merritt on Growing in San Hose and Why He's Not Committing to No Layoffs This Year"

Exhibit 5:     Splunk's September 3, 2020 Form 10-Q (excerpted)

Exhibit 6:     The transcript of Splunk's presentation at the September 14, 2020 Jefferies Software Conference

Exhibit 7:     The transcript of Splunk's December 2, 2020 earnings call for Q3 2021

Exhibit 8:     The transcript of Splunk's presentation at the December 3, 2020 KeyBanc Capital Markets Cloud Leadership Conference

Exhibit 9:     *Yahoo! Finance* historical stock price data for Splunk (December 2, 2020 and December 3, 2020)

Exhibit 10:    *Yahoo! Finance* historical stock price data for the S&P 500 (December 2, 2020 and December 3, 2020)

1

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 27th day of July 2021, at San Francisco, California.

By: /s/ Nicole M. Ryan
Nicole M. Ryan

2