# EXHIBIT 4

 **SILICON VALLEY BUSINESS JOURNAL**

Subscribe Now —                    LIMITED TIME OFFER

**FOR THE EXCLUSIVE USE OF** TBERNINZONI@GMAIL.COM

From the Silicon Valley Business Journal:
https://www.bizjournals.com/sanjose/news/2020/06/08/splunk-ceo-doug-merritt-covid-san-jose-grow-hiring.html

# Splunk CEO Doug Merritt on growing in San Jose and why he's not committing to no layoffs this year

Jun 8, 2020, 7:30am PDT  Updated: **Jun 8, 2020, 8:48am PDT**

Splunk Inc. CEO Doug Merritt is thinking a lot these days about when and how to bring employees back to the office.

Merritt serves as one of the local business leaders on San Jose Mayor Sam Liccardo's Silicon Valley Recovery Roundtable. Unsurprisingly, the analytics platform CEO advocates for the use of data in reopening the economy.



SPLUNK INC.

Doug Merritt is the CEO of Splunk Inc.

Merritt spoke with the Business Journal recently to talk about remote work, reopening and his company's growth at Santana Row — as well as his reason for not committing to no layoffs this year. This interview has been lightly edited for length and clarity.

**Can you talk a little bit about what is going on in San Jose for Splunk right now?**

Sure. I would characterize Splunk as kind of dual headquarters between our Santana Row/Silicon Valley office and San Francisco. They're about the same size. That was an explicit decision probably a little over five years ago — we were all San Francisco-based with a very small satellite office down here. People wind up making, I think, defined choices: Do you want to live in the South Bay, East Bay or San Francisco or North Bay?

For what we do, being a big data, cloud-based analytics platform, my view was that there is amazing talent in San Francisco, but we were missing out on some of the incredible talent down here. For Splunk skills, especially engineering skills, this is the environment that you need to be in… I want to make sure that we could tap that talent pool like we were able to tap the San Francisco talent pool. It's not that much different than in London, where we've got a downtown office and a Reading office, and it's hard to argue which one is heavier than the other. They're both really important.

The Silicon Valley/Santana Row office is awesome. What we're trying to recreate down here is something similar to what we had in San Francisco, where there's a really upbeat, shopping-friendly, restaurant-friendly, high-energy vibe that appealed to all the age groups. We're South of Market in San Francisco, and I think you get a lot of that really highly diverse and engaging physical environment.

Santana Row was a very unusual choice five years ago — I think we're the first big company to go in there. But I'm really happy we made that selection. It's turned out to be a fantastic location.

**Obviously you're working remotely now, I assume, but were you based in San Jose most of the time before this?**

I'm in Los Gatos, so I would go to the San Jose location four out of five days. It depended on my travel schedule, but I'd favor going to this office.

**How has the Santana Row location been working out? That whole area has really been revamped recently.**

Yes. The way they set up our buildings, we have parking underneath the building that is ours from 8 a.m. until 5 p.m., so the only knock I ever heard on Santana Row, or felt as a patron, is if you try to go at dinnertime it's hard to find a place to park. That luckily is not a problem for us. There's amazing, ample parking underneath both buildings. It's worked out fantastic. When the offices were open and when they will be open again, I love having my family come and meet me at least once a month for either a lunch or a dinner. I see it all the time — it becomes a social hub as well as a work hub.

I love the location. They've done a nice job of continuously trying to upgrade and change out restaurants, and they just got Barry's Bootcamp there and SoulCycle — they're trying to stay pretty current on highly engaging shops and offerings.

> **Five things to know about Splunk Inc. CEO Doug Merritt:**
>
> **Age:** 56
>
> **Hometown:** Bronxville, New York
>
> **Residence:** Los Gatos
>
> **Education:** Bachelor's in business from the University of the Pacific
>
> **Career path:** Vice president and general manager of human capital management at PeopleSoft, senior vice president of

3

product and solution marketing at Cisco Systems Inc., CEO of Baynote, senior vice president of field operations at Splunk

**Before the shelter-in-place order went into effect in March, which office was growing faster?**

The San Jose office was growing faster. We have more square footage there, and we've been on a pretty aggressive engineering expansion for multiple years, including a whole host of acquisitions. Four years ago we had less than 100 people that designated the South Bay as their office, and now it's probably 1,200-plus… San Francisco's probably 1,000.

**What are you thinking in terms of bringing people back to the office? Is that going to happen anytime soon?**

I hope so. Our view goes very tightly with who we are as a company, which is we've got to let data be the guide for us. There's a nine-factor framework that we've come up with on when should we open any office, including this office here, that spans from: What kind of a flareup is occurring within 100 miles of the location? Is there freely available (personal protective equipment) for the population? What are the average age ranges? And if we have any underlying condition information, taking that into consideration. What kind of transit is available and what's the composition of the workforce — do they rely on public transit or not? Because that can be a more risk-oriented approach.

We're really trying to take a very thorough approach… We're actually beginning to open some of the offices in Asia and Europe as countries like Australia are Act II, no shelter in place, as an example. We experienced shutdown first with China, Hong Kong, Singapore, so we learned a lot from that and we'll learn a lot, I'm sure, from who comes back and who's excited to be back as we begin to open non-U.S.-based offices. But the commitment we've made is the first wave will be voluntary.

4

When I talk to people across the company, there are some that the second you can go, they're going to go as quickly as they can to the office because they don't have a work environment that works for them where they are now, and there are others that may never go back. We've been supporting remote workers for years, so I think we'll see that policy continue to probably be even more supportive of remote work as people figure out how they want to work going forward.

**Before the crisis, was anyone able to work remotely if they chose?**

Yeah. I would say no one was forbidden from working remotely, but the culture is a really tight, fun culture. Fun is one of our five core values and it appears to me that people enjoyed being at the office and being with their colleagues. We just sent out a survey where only 25 percent of the employees responded. But of that 25 percent, 60 percent said, "Hey, I really want to get back to the office." I think people like being around each other at Splunk.

Our sales force is largely virtual because they're dispersed all over the world, and a big chunk of our engineering teams are in different locations as well, and many work from home. It's not an unusual thing for us. It certainly is unusual to have all 6,000 employees all working remotely at once now.

**What was the most challenging thing about making that transition to all remote?**

Probably three core aspects. One, we had to really rapidly provision IT capability just to be able to handle VPN access. Some employees that didn't work from home didn't have laptops. I was really impressed with how in virtually a week, we were able to have everybody be remote and no one missed a beat.

5

The IT response was key and we actually published an app that's free for anyone to use based on that experience. It's called Remote Work Insights, that we built just to give our team visibility on VPN connections, throughput on VPN, cyber-resiliency of remote workers, connection to video conferencing services — Zoom connections, Teams connections, etc. — as well as visibility on cloud-based apps: How are things going on Salesforce, etc.?

The second is the bulk of our support people are distributed in multiple locations around the world, but they did come in to one of the offices and we had moved them all virtual. That also seemed to go very smoothly — no big interrupts. The hardest one was we've got hundreds of professional services people that 80 percent of work traditionally has been on site... We were able to retool that professional services group in less than three weeks so every existing assignment could be fulfilled with a few people starting to be on site — classified environments, with the government being an example. But 90-plus percent of the work is being done virtually now.

**How many Zoom calls do you do per day?**

Ten to 18.

**Wow, that's a lot. That's actually more than (Zoom CEO) Eric Yuan does. He told me that he does five or six a day.**

I'm even a better customer of Eric than he is of himself.

**Have you made any commitments to not do any layoffs? Are you thinking about potential layoffs or cutbacks?**

I was pretty vocal internally that I am not going to make a commitment to no layoffs, only because it's such an uncertain time. Right now things are going well for many tech companies, us included, but I just didn't want to get in a position where I declared "Hey, no layoffs for the year," and then

6

the worst-case scenario happens and I've got to go back and say "Hey, I'm sorry for that commitment."

The commitment I did make is our plans for the year are to grow headcount and spend... I still believe that we'll wind up with a bigger company in all ways at the end of calendar year 2020 versus what we entered calendar 2020. Through Q1, that looks like the right decision as people are moving all digital really quickly and really dependent on IT infrastructure to actually work and cybersecurity resiliency and try and make sense of the data.

The customer reaction has continued to be really strong for Splunk. There would have to be some really unexpected shifts in the macro environment beyond what we've already modeled.

**Allison Levitsky**
Tech Industry Reporter
*Silicon Valley Business Journal*

