# EXHIBIT 6

C Corrected Transcript

14-Sep-2020

# Splunk, Inc. (SPLK)

**Jefferies Software Conference**

**FACTSET: call**street
1-877-FACTSET   www.callstreet.com

Total Pages: 10
Copyright © 2001-2020 FactSet CallStreet, LLC

Splunk, Inc. *(SPLK)*
Jefferies Software Conference

**C** Corrected Transcript
14-Sep-2020

# CORPORATE PARTICIPANTS

**Jason E. Child**
*Chief Financial Officer & Senior Vice President, Splunk, Inc.*

**Timothy Tully**
*Chief Technology Officer & Senior Vice President, Splunk, Inc.*

# OTHER PARTICIPANTS

**Brent Thill**
*Analyst, Jefferies LLC*

# MANAGEMENT DISCUSSION SECTION

**Brent Thill**
*Analyst, Jefferies LLC*

Welcome, everyone. It's Brent Thill at Jefferies. We want to welcome the Splunk team and Jason Child, CFO; Tim Tully, CTO. Thank you, gentlemen, for joining us. Let's talk about the story.

Copyright © 2001-2020 FactSet CallStreet, LLC

**Splunk, Inc.** *(SPLK)*
Jefferies Software Conference

# QUESTION AND ANSWER SECTION

**Brent Thill**                                                                                                                    Q
*Analyst, Jefferies LLC*

Maybe if we can just start off between both of you just talking about this mega shift to the cloud obviously given what's happening with COVID and we continue here this shift to ongoing digitization of information. I understand that with all these cloud applications that are happening, can you just talk a little bit about what you're seeing in current [indiscernible] (00:00:32) and how long you expect this to last?

**Jason E. Child**                                                                                                                 A
*Chief Financial Officer & Senior Vice President, Splunk, Inc.*

Tim, did you...?

**Timothy Tully**                                                                                                                  A
*Chief Technology Officer & Senior Vice President, Splunk, Inc.*

Sorry. Yeah. My connection just broke up a little bit. Yeah. Look, I think the shift to cloud for us is an obvious one and the customers are sort of demanding and taking us there. In my team, we sort of turned the ship with the entire products and engineering organization to being cloud first to the point where all of our products are released to cloud first nowadays. That's a complete 180 from where we were just a couple of years ago. So, it's a huge transformation for the company and it's been multiple years that we've been on this journey and a lot of that work of re-architecting Splunk for the cloud is finally coming to fruition. And in our customer base, folks are seeing that, they're really excited, they love a lot of our new products, they're going to the cloud and we're there with them.

Just in the last session we are in, I was telling some of the attendees that – what I'm seeing in the customer base is a lot of folks are moving more towards a hybrid world quite frankly than being sort of discretely either on-prem or in the cloud. And fortunately, Splunk is well-positioned to move in that world. We have a stream processing solution called DSP that essentially enables that kind of architecture where you can have both on-prem and cloud presence and move data back and forth between both sides with processing in the middle. And that solution is a natural bridge to folks who want to buy our cloud SaaS solutions, right, because they can move data from their datacenter and then send it out into different formats, into different solutions that we have in the cloud.

**Brent Thill**                                                                                                                    Q
*Analyst, Jefferies LLC*

And Jason, for you, just from a financial perspective and how you're looking at this in terms of how you're managing the financial aspects of the business along this, just talk to us about how that's going?

**Jason E. Child**                                                                                                                 A
*Chief Financial Officer & Senior Vice President, Splunk, Inc.*

First of all, I'll just say the work that Tim's done has actually been incredible, especially given the baby here in the background like he is managing and juggling a lot like we all are. So, well done. Anyways, so, in terms of the financial aspects, what I would say is one of the things that was interesting is we actually were kind of holding back the cloud business until we started this year. We actually were comping our sales team at less than on-prem. And the reason why was there was just a lot of work to do to get the product feature set right, also a lot of work to – work on improving the margins.

Copyright © 2001-2020 FactSet CallStreet, LLC

## Splunk, Inc. *(SPLK)*
Jefferies Software Conference

 Corrected Transcript
14-Sep-2020

I talked in the past about how there is a bunch of work we're working on, multi-cloud and multi-tenant, some of the last testing work we pulled out compute and storage. And so, just a lot of technical work to be able to get really the product ready. And so, then when we started this year. We're now actually compensating the sales team for cloud equal to on-prem. And ultimately, customers we feel are going to make whatever choice works best for them. So, that timing seemed to work out really well because once COVID hit, it turned out that I think the ability to actually deploy cloud when you're not having to procure servers, you're not having to find the people to do the work and kind of corral all the different efforts that it takes.

I'd say that difficulty combined with just the fact that the product was really ready has led to a significant acceleration in our cloud mix to the point where I think last year we were at about 35%, this year – this last quarter, we're at 53% of our software bookings in cloud. And we actually are now projecting to end the year at roughly 60%, a full two years faster in terms of reaching 60% of our business in cloud on a booking basis versus what we thought at the beginning of the year [indiscernible] (00:04:41). So, we're going to hit that at the end of this year instead the end of fiscal 2023. So, those are the pieces that we've been managing and so far we're very-very happy with the progress that we're making.

### Brent Thill
*Analyst, Jefferies LLC*

Q

Yeah. Good to see the progress. Tim, just mentioned – or go back on the cloud first. So, from your perspective, now you're effectively at parity where it doesn't matter what the client takes. They can get the same feature set on-prem or in cloud. When do you think that hit parity from a product perspective?

### Timothy Tully
*Chief Technology Officer & Senior Vice President, Splunk, Inc.*

A

I mean, we've always been at feature parity with what we call Splunk Cloud historically because, as you know, what we call Splunk Enterprise Cloud was our own on-prem product running in the cloud. And so, I think more specifically in terms of the new container-based multi-tenant cloud-native architecture, feature parity is there at the Splunk Enterprise level. Where there's still work to be done a bit is more in the application space, specifically around security and IT. But it's not a showstopper for folks necessarily to move over. Right? I mean, it's hard to get to a 100% and oftentimes you don't actually want it to be at a 100% feature parity. You actually want to take that as a moment to pare back pieces of the past that you don't actually like. So, being at a 100% is actually not a goal, to be honest, which I think you would hear from most of our leaders is that you take this time to not do that and kill deadweight.

### Brent Thill
*Analyst, Jefferies LLC*

Q

Yeah. Just on security, that's roughly half of the company's revenue I believe, correct me if I'm wrong. It's been a callus for you. Many are asking kind of what's next, what's left, how do we think about the evolution of the security business from here?

### Timothy Tully
*Chief Technology Officer & Senior Vice President, Splunk, Inc.*

A

Yeah. We announced something called Mission Control, which is essentially our next generation cloud-native SIEM, if you will. And what that is, is a single pane of glass that allows our security users to essentially see the totality of their security posture, but in the cloud and with more advanced third-party integration for other solutions. Right? And so, what that is, is what I call internally the [ph] grand unification theorem (00:07:03) of security for us.

# Splunk, Inc. *(SPLK)*
Jefferies Software Conference

 Corrected Transcript
14-Sep-2020

Right? It's a brand new UI. It's built for people to consume in the SOC. It's not just a rendition of your security posture in a Splunk dashboard, it's a completely native experience meant to be consumed by that security analyst, who's sitting in the security operating center. And again, the key there is the ability to plug and play third-party solutions from other sort of niche aspects of security into that solution so that you have one single pane of glass.

My perspective on security is it's sort of like a humongous spectrum of different frequencies of colors of a rainbow and it's hard to cover every aspect of every single frequency. And so, you need a tool like Mission Control that can actually pull all of these together into one UI and that demand is coming very specifically from CSOs and leaders in the SOC, and that's what Mission Control is there to deliver. So, you're going to see features on that added very, very quickly. You're going to see more about it at our conference next month and we're going to push it very hard. There is other things that we have working in the lab in terms of security. I can't quite say it yet, but stay tuned. There is much more to the story in my mind.

---

### Jason E. Child
*Chief Financial Officer & Senior Vice President, Splunk, Inc.*
A

Yeah. Brent, I would just add that on the views that kind of Gartner security total addressable market. I think we're in the kind of 2.5% kind of low single digit range. And if you look just [indiscernible] (00:08:30) some of the sweet spots we're at, there we're going to be higher. We're in maybe the high teens. But we're still – there's still a ton of runway. And then, with some of the new features that Tim mentioned, we feel like that also expands beyond just the current parts of security that we're addressing today, helps us get to attack the rest of the security kind of total addressable market which, again, we're in the kind of low single digit percentage.

---

### Brent Thill
*Analyst, Jefferies LLC*
Q

That's great. A lot of questions about SignalFx and what that's going to add to you going forward. I guess, there is a lot of attention on APM and that market and where you can be given the success of others like Dynatrace and others in the market. Can you just talk to us a little bit about the overall trajectory with SignalFx and then specifically on APM.

---

### Timothy Tully
*Chief Technology Officer & Senior Vice President, Splunk, Inc.*
A

Yeah. So, maybe about a year ago, we acquired a SignalFx and we bought another company called Omnition at the same time. Omnition by far and away was the best distributed traces I had ever seen. And we spent the first few months of those acquisitions really [ph] forming (00:09:45) them together and we released that unified version in March of this year. So, next stage of that story was to have logs sitting together with metrics and traces and we've been working on that for the last six months as well as a brand new user interface to modernize it and make it more usable, easier to go back and forth between logs, metrics and traces, and making it more accessible for a wider variety of users, not just like the super-super power developer user.

So, you're going to see a lot of news from us in the next month or so at our conference where we're going to reveal a lot of that work coming to fruition, where logs, metrics and traces are together with that new UI as well as some other sort of interesting announcements in the space of observability. I prefer to use the word observability as opposed to APM because APM tends to narrow you down into aspects of observability in my mind.

---

### Brent Thill
*Analyst, Jefferies LLC*
Q

---

Okay. There have been a ton of questions just in the last two weeks, and this wasn't in the script, but just talking about the new coming IPOs of Snowflake and Sumo. And – I'm just curious if you can talk to it architecturally. There are some questions about, can one vendor take on another vendor's market or whatever. But where do you see kind of where Snowflake and Sumo sit relative to where you guys are at?

### Timothy Tully
*Chief Technology Officer & Senior Vice President, Splunk, Inc.*

A

Well, I see Snowflake more in sort of like the traditional data warehousing buyer. Right? They want some kind of [indiscernible] (00:11:23) style of solution. I see some OLTP usage as well, to be honest. But it's – they're playing in a slightly different world than Splunk. Right? We live more in the unstructured world of log aggregation and log collection. Snowflake is much more in the structured world. So, it's a different buyer. So, it's a little – it's – I would call it more complementary to Splunk than anything else.

In terms of Sumo, it's a different solution slightly in a different space. Right? It's more for SMBs in my mind, a little bit more down market. We tend to do much more upmarket where people have larger concerns around scale and being able to have long-term storage durability and being able to write queries that span years. Right? So, it's little bit in a different segment.

### Brent Thill
*Analyst, Jefferies LLC*

Q

Jason, the adoption of infrastructure based pricing, that was a big move that you guys pivoted to. Maybe just talk – I think you mentioned in the last calls, it's going to take a while to roll out as new – existing customers come back to you. But what have you seen so far? It seems like recent checks we've had been very positive and it seems like the Salesforce and the partner ecosystem starting to brace this. What are you seeing from your alliance?

### Jason E. Child
*Chief Financial Officer & Senior Vice President, Splunk, Inc.*

A



Yeah. I'd say so far it's – a relatively small portion of our customer base has moved to the infrastructure based or workload based pricing by the customers that have increased amount of data that they've put into Splunk, and that's exactly what we're hoping to drive with the pricing. We talked about a big customer win on the second quarter call and we talked about how the – the way customers have – if you do heavy querying than under the old ingestion-based model, you could really pay a lot and it's hard to predict, and that's where [ph] we're trying to remain (00:13:24).

So, what we're doing is giving customers the choice to say if you want to buy on the existing ingestion-based pricing, that's great, we'll also offer you a workload based pricing alternative, which is going to be either a Virtual Core for cloud or it's going to be vCPU, Virtual CPU, for on-prem, and we'll let you make the choice. And what we've found is that just by giving our customers the choice, I think that already is really helping them to understand the cost drivers. And then, for the folks that really just don't like ingestion-based pricing, they find it hard to predict or hard to budget, and they're more – a lot of those folks are using more workload based, they're really happy with it. And then, some customers are actually stuck with the old pricing, but they feel better about it because now they have a choice.

I think overall what I would say is, because we have customers – we don't have kind of self-serve customer, all of our customers are negotiated via sales team through contracts that are multi-year duration, on average usually 2.5 to 3 years. So, what that means is you're not going to see the new pricing unless you're coming up for

## Splunk, Inc. *(SPLK)*
Jefferies Software Conference

**C** Corrected Transcript
14-Sep-2020

renewal. So, we've been about – we're about a year into the new pricing. So, it's probably going to take us another 1.5 to 2 years before the full customer base sees it. And so, that's why the adoption so far is relatively low. But we really liked the customer reaction thus far and really feel very happy with the kind of the progress and the momentum that we're seeing.

**Brent Thill**                                                                                      **Q**
*Analyst, Jefferies LLC*

There was questions around the Splunk Cloud and separating compute versus storage and talking about how you can do that, how far along are you in that journey? You obviously want everyone to store their data there, but maybe they don't want to get completely charged. How are you handling that?

**Timothy Tully**                                                                                    **A**
*Chief Technology Officer & Senior Vice President, Splunk, Inc.*

Well, I mean, that's the journey we've been on for quite some time. And In fact, some of that – some of the architecture work for that actually predates even my arrival at Splunk. Right? Sort of first leg of that story was – it materializes something called Smart Store, which is a feature that essentially lets you move colder Splunk buckets to blob storage in the cloud and then essentially page it in and out on demand depending on the workload. What we've done is really extend that story much more deeper – much more deeply, I should say, into fully coordinative container-based Kubernetes deployments, all driven sort of the way you would imagine through Terraform and it uses things like Istio and Envoy and all these things underneath the hood.

What we've done is really come to a point where this thing is fully operational, it's being already used within aspects of our observability solution inside the Mission Control which I just spoke about a minute ago on the security side, and you're going to see this thing really power our traditional Splunk Enterprise Cloud users moving forward. But some of these new customers that have on board will move to that first, and that's just right around the corner and stay tuned at our conference again next month to tune in more, because we'll basically double click on the architecture, talk about timelines and when people will start adopting.

**Jason E. Child**                                                                                   **A**
*Chief Financial Officer & Senior Vice President, Splunk, Inc.*

Just to apply the numbers to it, that was the driver – what Tim talked about was the driver why I think our margins were very, very low a couple of years ago. Even two years ago, they were in the 30-ish-percent range, then last year it came into the 50s, now we're just approaching 60%. The goal [ph] we told folks (00:16:58) we'll be above 60%, in the low 60s, by the end of this year, expect to be approaching 70% end of next year. And all of the work that Tim just mentioned is certainly core to actually being able to drive those improvements.

**Brent Thill**                                                                                      **Q**
*Analyst, Jefferies LLC*

New bay and a lot of architectural work. Congrats. That's a lot.

**Timothy Tully**                                                                                    **A**
*Chief Technology Officer & Senior Vice President, Splunk, Inc.*

Yeah. He's actually yelling downstairs. I'm having a little problem hearing you sometimes.

**Brent Thill**                                                                                      **Q**
*Analyst, Jefferies LLC*



## Splunk, Inc. *(SPLK)*
Jefferies Software Conference

 
Yeah. Jason, just when you think about the overall environment we obviously went to, air brakes came on, no one knew what was happening, you've heard kind of this continued improvement, I think you guys called out, it was a good quarter, but still tough out there. But when you think about kind of your plans and hiring in that, [ph] in direct (00:17:47) quota-carrying reps and going – kind of trying to get back to normal, how do you think about this year and what changes you've made around hiring and go-to-market resources? How's that shifted through the year for you?

### Jason E. Child
*Chief Financial Officer & Senior Vice President, Splunk, Inc.*

A

So, it's been a tricky year for us because we're not just dealing with COVID, we're also dealing with a pretty significant transformation where the sales motion for a cloud is different than it is for on-prem. And actually – the good news is it's actually a – it's a tighter sales cycle because you're now selling a hosted solution, you're not having to deal with multiple folks in an entity that you have to deal with procuring hardware, there's probably some head count required as well as the actual license. And so, that's great news. I would say, that said, COVID is certainly – it certainly made predictability of like – of what really – I mean, for us, we have to predict what our customers are predicting. And there's just a lot of uncertainty out there.

And while – I know a lot of folks and some of the companies have started – been very positive about macro, I think most of the companies I've seen that have been positive have also removed all the guidance, took it down and then now taken apart back up to some extent, but not quite to where they started. We're kind of one of the few that actually has maintained our ARR guidance throughout the year. And so, from our perspective, we're continuing to hire DQCs, we're having to – we're growing 50% ARR last quarter. I think it's six or seven quarters in a row over 50%. And so, it's just that kind of growth, we have to be continuing to invest in sales capacity because, again, we're not a self-service model where – the sales team drives all of the growth.

And then also now with cloud growth accelerating, last quarter from 82% to 89%, now we're, well, between $400 million to $1 billion. I think we're the fastest growing cloud company on ARR basis out there. And so, that means we also have to continue to step up for capacity. And obviously, we gave out a three year CAGR that says we expect to maintain a 40% compounded annual growth from last year through FY 2023 and we haven't changed that guidance.

So, we're definitely going to continue to be hiring. And then, of course, we're also making investments in Tim's team. We've been – we've made a lot of tuck-in acquisitions to continue to evolve our platform to be really the best next gen platform to handle massive datasets for security, IT and observability, and those investments we're going to continue to make because of the growth trajectory we've seen and continue to forecast through FY 2023.

### Brent Thill
*Analyst, Jefferies LLC*

Q

Tim, are there any verticals where you're like while this could be pretty, pretty big what we're seeing kind of a minor adoption today, is there anyone [indiscernible] (00:20:52) stand out to you? Again, I'm making this up, whether it's healthcare or government or – are there any big ones where you're like, wow, we're kind of like just hitting the tip of the iceberg here?

### Timothy Tully
*Chief Technology Officer & Senior Vice President, Splunk, Inc.*

A

Yeah, there are. I can't tell you. There is like major ones for sure that are I think we have the right ingredients for. We just sort of have to pull the trigger. That being said, I think there's a lot of growth still remaining in the

## Splunk, Inc. *(SPLK)*
Jefferies Software Conference


Corrected Transcript
14-Sep-2020

observability, security and IT ops front. We can go much bigger and much more broad than we have. And I think, over time, you'll see a little bit of both. But I don't want to get into what's the next big vertical for us. That being said, they're readily apparent in my mind.

### Brent Thill
*Analyst, Jefferies LLC*

Q

Okay. And Jason, maybe last question, the true north of a $1 billion cash flow, I think you are pretty clear, you feel confident that you can get there. Maybe just walk us through the things that you're seeing that giving you that level of confidence?

### Jason E. Child
*Chief Financial Officer & Senior Vice President, Splunk, Inc.*

A

It's – I mean, it's relatively simple, and that is, as we continue to grow ARR, we will produce roughly 20-ish-percent of ARR will become operating cash flow. And that is a yield, cash yield, that we – I think 2013 to 2018, we were between 20%, 24% every year. So, as we kind of move through the transformation and now actually start to get all three layers, when you have a three-year deals and we charge upfront just for one year at a time, it's going to take us until middle of FY 2022 until we start to get the full all three layers of the cash inflow finally coming back [ph] to. We made this (00:22:32) change last year. Next year, you'll see us turn positive middle of next year and then when you take your ARR projections times roughly is 20-ish-percent plus or minus, that puts you right in that $1 billion range. And if you were to look at our operating margin on ARR basis, it would tie also pretty close to that percentage. And so, that's how you get to – that's from a numeric standpoint, that's how you get there.

### Brent Thill
*Analyst, Jefferies LLC*

Great. Thanks for joining, always great to have both you guys with us. So, thanks for all your time and helping educate investors of the story.

### Jason E. Child
*Chief Financial Officer & Senior Vice President, Splunk, Inc.*

Thank you, Brent.

### Timothy Tully
*Chief Technology Officer & Senior Vice President, Splunk, Inc.*

Thank you.

Splunk, Inc. *(SPLK)*
Jefferies Software Conference

 Corrected Transcript
14-Sep-2020

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2020 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.