# EXHIBIT 8

C Corrected Transcript

03-Dec-2020

# Splunk, Inc. (SPLK)

**KeyBanc Capital Markets Cloud Leadership Conference**

FACTSET: callstreet
1-877-FACTSET   www.callstreet.com

Total Pages: 12
Copyright © 2001-2020 FactSet CallStreet, LLC

Splunk, Inc. *(SPLK)*
KeyBanc Capital Markets Cloud Leadership Conference

C Corrected Transcript
03-Dec-2020

# CORPORATE PARTICIPANTS

**Timothy Tully**
*Chief Technology Officer & Senior Vice President, Splunk, Inc.*

**Jason E. Child**
*Chief Financial Officer & Senior Vice President, Splunk, Inc.*

# OTHER PARTICIPANTS

**Michael Turits**
*Analyst, KeyBanc Capital Markets*

# MANAGEMENT DISCUSSION SECTION

[Abrupt Start]

## Michael Turits
*Analyst, KeyBanc Capital Markets*

...we've had this meeting set up with Tim Tully to talk about technology at Splunk and we're going to have Jason join us as well to talk a little bit about the quarter.

Splunk, Inc. *(SPLK)*
KeyBanc Capital Markets Cloud Leadership Conference

Corrected Transcript
03-Dec-2020

# QUESTION AND ANSWER SECTION

**Michael Turits**
*Analyst, KeyBanc Capital Markets*

Q

So, Tim, I'd like to take a step back and ask you a little bit about Splunk's evolution. Splunk has been around a while and their evolution from a long analytics platform to something broader. I just really – it may seem basic, but I want to make sure that we, investors, really do understand what – exactly what Splunk does and what makes it different from other approaches to enterprise data.

**Timothy Tully**
*Chief Technology Officer & Senior Vice President, Splunk, Inc.*

A

Splunk is a data platform. We grew from being in our early days a time series unstructured index – we used to say it was from machine data. Now we're ready for any data. And the way that that's happened is we've expanded with a capability set contains away from just the time series unstructured index into basically everything you would need from a data platform for a large scale enterprise, right.

So we've added capabilities around stream processing, federated search, orchestration and automation, all-in service to the idea that buyers want to buy something that will be a stalwart or the center of what they wanted to do from a data perspective to provide capabilities around security, IT ops, and now observability, which is something that we've entered in the last year to a year-and-a-half here.

Along the way, we've taken what was primarily an on-prem business that lived in the datacenter to being cloud-first. And so everything that we do is, is built for the cloud. And the releases that we build now go to the cloud-first and then the on-prem releases go after that. So we've gone through a pretty large set of evolutions throughout the last three to four years here.

**Michael Turits**
*Analyst, KeyBanc Capital Markets*

Q

Well, I guess, I'd like to drill down on that a little bit, because what I want to get to at some point is the ability to help investors differentiate between what you do and what other companies who are saying that they are broad data platforms are doing. There are a bunch of them. And some of them have recently come public. So, as you said, you started off doing something very specific, looking at logs, so-called machine data. I'm not sure if you just said [indiscernible] (02:28) sometimes this is considered to be semi-structured data. So if that's what you were really good at, what has Splunk done to evolve that into being really good at something much broader?

**Timothy Tully**
*Chief Technology Officer & Senior Vice President, Splunk, Inc.*

A

Yeah. There's a couple of aspects to it. One is, we had to go to the cloud, and the cloud allows us to add capabilities to the underlying platform that are otherwise quite difficult to do because when you're selling software to customers who live in the data center, you're selling them static binaries that are sort of shrink-wrap software. So it's hard to add capabilities to that software that's already been sold to the customers who are deploying it in the data center.

So being in the cloud is a huge advantage, not just for us but any other company that operates in our sector. But what we've done along the way is add more to what we can do from a data perspective. Like I mentioned, stream

Copyright © 2001-2020 FactSet CallStreet, LLC

**Splunk, Inc.** *(SPLK)*
KeyBanc Capital Markets Cloud Leadership Conference

 Corrected Transcript
03-Dec-2020

processing is elemental to what we do. It's part of our underlying architecture but it's also part of the capability set that our customers buy and deploy at massive, massive scale up to including 5 petabytes a day, right, of [indiscernible] (03:30) stream.

But we do have, to your point on the question, aspects of data processing that are not semi-structured or unstructured data, right? I talked about the stream. But, in our specific solutions, say, in the observability suite and the security suite, we do have structured data processing, right? If you look at how we process metrics or traces in, say, our observability suite, that's using all that capabilities that would not have been within a country mile of what Splunk did even five years ago, right? So that structured, schematized data that's basically dimensional processing where you're slicing and dicing the data and asking any questions around specific dimensions. So it's an entirely new realm for us and it's opening up a lot of business specifically at the application side.

**Michael Turits**
*Analyst, KeyBanc Capital Markets*

So to the extent, obviously, that's a huge expansion there. So in that sense, what differentiates you from non-traditional, but from let's say more modern data warehouses like Snowflake who reported last night and also recently came public. Now, traditional data warehouse what it really is essentially a relational database but for analytic purposes, but relying on a structured data, very specifically defined fields. But I don't think that Snowflake or even Oracle frankly for that matter, would say that they're limited to that. So how are you differentiated from what Snowflake can do right now?

**Timothy Tully**
*Chief Technology Officer & Senior Vice President, Splunk, Inc.*

A

Well, I might take a slightly different perspective. I think it might make sense over the long run from the start thinking about going beyond that. But the bread and butter for a lot of the other players is certainly around specific capabilities. And the same way that we were, say, even three to five years ago. Right? I would say Snowflake is much more of a structured data store and they're really great at it. But what's different is we have that breadth unlike a lot of our other competitors. But we also have that sort of better together story where we had the applications that can leverage that platform. Right? I could talk about security and IT and observability. We give you the whole suite. Right?

We don't give you just the platform. We also give you the capabilities and the use cases that you need to make that platform productive. Right? As opposed to, say, some of the other players where you're getting more of a tool that can just do one thing really, really well. We give you not just that, but also the software that sits on top of it that lets you be amazing in security and IT and observability.

**Michael Turits**
*Analyst, KeyBanc Capital Markets*

Q

Got it. And I think I want to come back to that in a little bit as well to talk about some of those applications and also good to talk about machine learning. But what are the – before – you brought cloud, I want to approach that from two angles. I wanted to talk about your transition to the new cloud platform. But I also wanted to ask you a question that investors have asked me which is, as we – you guys started in a world [ph] where it ran (06:27) basically on-prem.

We're moving to the cloud because these applications are moving there and also because there's so-called data gravity, the application of the cloud, the data is going to be in the cloud. There's still speed of light and we still have a reason to keep that data physically proximate. So that's where a lot of it is sitting.

# Splunk, Inc. *(SPLK)*
KeyBanc Capital Markets Cloud Leadership Conference

 Corrected Transcript
03-Dec-2020

---

If that's the case, I would also get the applications we're talking about now in a cloud-native architecture, distributed, et cetera. So does what you do – let's begin with the core in looking at logs but then looking at stream processing et cetera, does this become more or less relevant in that world of data gravity and cloud-native architectures?

**Timothy Tully** 
*Chief Technology Officer & Senior Vice President, Splunk, Inc.*
<span style="float:right">A</span>

I think we become more relevant because we're one of the only players that can allow you to be only on-prem, only on cloud, or more in a hybrid scenario. One of our larger Fortune 100 customers is doing exactly that. They're using a heavy amount of our application layer stuff primarily observability in the cloud. But the source for that data comes from their proprietary data center with custom log formats and they're using our stream processing product DSP to do not just the ETL in the [ph] metro sizing (07:40) of the data and the ETL of the data and transform it into something appropriate for observability, but also to deliver that data and provide a bridge to bring that data that's humongous in terms of volume and deliver it out of their data center while transforming it in the middle, and then, delivering it into our cloud.

And so, there's just – there's not many other folks out there that can provide this capability set across the data center, hybrid and cloud at the same time, and we're fairly uniquely positioned in that sense.

**Michael Turits** 
*Analyst, KeyBanc Capital Markets*
<span style="float:right">Q</span>

And what about my question about cloud-native architectures? In other words, we're dealing with a more distributed application. Do logs have the same function in that environment? Or are you focused on other things in terms of being able to monitor, assess, manage what's taking place in the cloud?

**Timothy Tully** 
*Chief Technology Officer & Senior Vice President, Splunk, Inc.*
<span style="float:right">A</span>

I think your question is, does a cloud-native distributed microservice-based architecture lend itself well to log processing. Is that the essence of your question?

**Michael Turits** 
*Analyst, KeyBanc Capital Markets*
<span style="float:right">Q</span>

Yes. And I'm glad I was able to get I think the right number of buzzwords as you repeated back...

**Timothy Tully** 
*Chief Technology Officer & Senior Vice President, Splunk, Inc.*
<span style="float:right">A</span>

I mean, when think about it all day long, it comes out like a second language. Yeah. That's the journey that we've been on. And we're already deploying that in the underlying cloud product as we speak today. So the way that we're doing it is, as opposed to just one big bang discrete release, which I don't think is good for anyone, we're doing it piecemeal, service by service. And so what you do is you take the Splunk product and you break it down into a composite set of services, right? That's a proper microservice-based architecture.

And so what we're doing is injecting these services into customers that are already in flight without them really knowing it and without them being affected service by service. It's almost like a mid-flight refueling, if you will, of a commercial flight. And so without disruption, without impacting service and hopefully accelerating their service, we're already underway with that sort of capabilities.

---

**Michael Turits**
*Analyst, KeyBanc Capital Markets*

Q

Yeah. You jumped right into the technical aspects of the question that I wanted to put you to. I saw a competitor slide recently and it had themselves as cloud and had you guys as not cloud. And that's like well, there's a product called Splunk Cloud which we understand, but the view on that was that that was single tenant – essentially single tenant [indiscernible] (10:04) version of Splunk Enterprise. But as I understand it, what you're describing is, you moving towards a true multitenant cloud native fully, let's call it, SaaS-based architecture for – that's a rewrite of Splunk Enterprise right?

**Timothy Tully**
*Chief Technology Officer & Senior Vice President, Splunk, Inc.*

A

Yeah. It's already happening – I mean, the deployment is already – we're well into it already. We've already deployed a series of services that are supporting the underlining existing cloud customers. And by the way, those customers were cloud. Yes, they were single tenant but they're still on the cloud. What we're doing is converting those single-tenant customers into being multitenant based on the services that we're deploying to them right now.

**Michael Turits**
*Analyst, KeyBanc Capital Markets*

Q

Tim, what's the advantage for the customer then?

**Timothy Tully**
*Chief Technology Officer & Senior Vice President, Splunk, Inc.*

A

For the customer, oftentimes what you'll see is we're accelerating the capabilities of the platform and speeding up things. So, for example, our ability to provide certain services is actually going be faster, right, the query processing and response time. And meantime the response is actually going to be much faster. But it's also going to extend the scalability of what they can do.

As an example, doing lookups against, say, dimensional warehouses inside Splunk is a really popular use case, right? You might have – in the security domain, you might have a set of blacklisted IP addresses, for example, and you want to write a query to join logs against that blacklisted set of IPs to know if you have bad actors coming at you.

Those lookup tables can be rather large. And so providing that lookup table service in a more performant way is going to accelerate the search response time for our customers, but also at the same time we're giving them more scale hopefully at a better price.

**Michael Turits**
*Analyst, KeyBanc Capital Markets*

Q

Got it. And then, what about so – and then what's the advantage to you? Is it primarily on the cost side or what's the advantage to Splunk?

**Timothy Tully**
*Chief Technology Officer & Senior Vice President, Splunk, Inc.*

A

Well, certainly, margin is one aspect of it for sure, but manageability of the service, auto scaling of the service. Those are sort of the key tenants of what we want to have. But that multi-tenancy is huge. Right? From a

# Splunk, Inc. *(SPLK)*
KeyBanc Capital Markets Cloud Leadership Conference

**Corrected Transcript**
03-Dec-2020

observability standpoint, from a monitoring standpoint and again from a manageability standpoint. Just it's much easier to deploy, and you can introduce a lot more automation this way because the services are smaller. Right? You're not deploying a huge monolith at once and then hoping that it goes well. You know  exactly what you're changing every time you introduce new software and it makes it a much more manageable service that you can roll back if you run into any problems. So it makes it a much cleaner engineering problem for us.

---

**Michael Turits**
*Analyst, KeyBanc Capital Markets*



Right. Well, is it Jason Child, I want to ask him some questions, but they're sort of a – kind of an overlap question. So Jason, can I ask Tim like how far along we are in that process of switching over to the cloud?

---

**Jason E. Child**
*Chief Financial Officer & Senior Vice President, Splunk, Inc.*



Yes. Thanks, Michael. Great to be here. Let's see. So yeah, on a year-to-date basis, about 49%. So just basically about half of the business on a bookings basis has moved to cloud. On a revenue basis, it's about 26% because the shift has really been pretty dramatic over the last year. And so it takes a while for that ratable revenue to stack up. But we have a target that by – in this quarter of Q4, we'll be over 50%. And, Mike, I have to assume it would be in the mid-50% range of our bookings will be cloud. And we have an expectation that will be in the 80-ish-percent range two years from now. So a very strong momentum.

---

**Michael Turits**
*Analyst, KeyBanc Capital Markets*



And then, I guess, the follow-up question to that is, how much of the – well, [indiscernible] (13:38) revenue, but – and this – maybe Tim can answer this and put you guys together. How much of the workloads are on the new multi-tenant cloud platform? Is the goal to get them all moved over completely at some point or where does that go? Because I would imagine it's good for customers, and as you pointed out, that could also be a driver for margins.

---

**Timothy Tully**
*Chief Technology Officer & Senior Vice President, Splunk, Inc.*



In the long run, we probably want to do a 100% of the conversion over to the multitenant piece. I would say, loosely, 95% would be a good target for me. I think there's some extreme outlier cases where the scale with which they're dealing with data in the cloud is just so large that I might take a more deliberate approach with it to be completely honest. But that's extreme, extreme percentiles of data volume on a monthly and just basis. So, but the idea is to convert almost all of them for sure.

---

**Michael Turits**
*Analyst, KeyBanc Capital Markets*



Okay. So we are splitting the time here. And so Jason Child, CFO, joined us as well. So, Jason, I wonder if I can switch over to you and ask you some follow-ups – some pretty high level follow-up questions regarding the quarter last night, which was a quarter that you guys had said that was – it was disappointing to you in terms of bookings, it wasn't what you were looking for.

After several good quarters this year during COVID and despite that, you kept your guide at the very beginning of the year, you never brought that down. And it seemed to have been powering through things. And then, this was a less satisfying quarter. So what happened?

---

## Splunk, Inc. *(SPLK)*
### KeyBanc Capital Markets Cloud Leadership Conference

Corrected Transcript
03-Dec-2020

### Jason E. Child
*Chief Financial Officer & Senior Vice President, Splunk, Inc.*

A

Yeah, I guess the – it was disappointing for us. We are typically close a couple thousand deals a quarter and we did that again this quarter. The difference is for, I'd say, a couple of handfuls of our largest seven and eight figure deals, those are deals that in this environment, we just were not able to get those closed in the last couple of weeks of the quarters, and that was something that historically we have been able to get that done.

In fact, when I look at the – in the year and a half I've been here, every forecast we've had for the last two weeks of the quarter, we've been able to hit, even the low end of our forecasts, our guidance was set on the low end of our forecast. And this was the first time where we were not able to close those deals.

And so, you step back and say, well, so how did this happen? At a high level, we did – we're one of the few companies that didn't pull our long-term targets when the pandemic hit. And so our target that was set pre-COVID was that we would grow ARR at 45% for the year. And we were, of course, on track. I think Q1 was 52% year-on-year. Q2 was 50%. Q3, our expectation was to be on the 46%, 47% range, and that's where we expected to be. We actually delivered 44%.

So what we – because of that, so if you then step back and say, so what happened? When the pandemic hit, we like, I think, most every other company, froze hiring, suspended investments in marketing, a lot of the more offensive-oriented spend to try to figure out what's going to happen in the pandemic.

After a few months when things, especially in the software world, I think, we saw that demand was still pretty strong, we then started rehiring and really getting much more aggressive about building pipeline. What that led to was a bit of a tight pipeline in Q3. And because of the fact it usually takes a quarter or two to build your pipeline, especially for a company of our size, these large deals have multi-quarter cycles.

And so we did have a tighter type pipeline going into Q3 which meant we were going to have – need to have really strong execution. And we did on the 99% of deals that got done is just this couple of handfuls of the large deals didn't get done. I would say, in terms of having to reset our expectations, what – the good news is Q4, we have very strong pipeline. So actually, and the way we look at pipeline is what is the multiple of the bookings we expect to deliver in the quarter. And so that multiple has recovered – it's actually stronger than it's been in over a year. So we have, I think, good fundamentals because of the stronger investments that we've seen starting back in the last quarter or two.

But the environment is still – Doug said on the quarter, Q2 earnings call, it was one of the toughest selling environments he'd ever seen. But we still were able to hit our targets. Q3, we came up a little bit short. I think in Q4, we wanted to make sure we give ourselves rooms that if the environment continues to be tough, we have a forecast that we know we can hit that – is again, completely related to this kind of a difficult selling environment related to the pandemic.

---

### Michael Turits
*Analyst, KeyBanc Capital Markets*

So I want to try to parse that out a little bit. So I think that, you mentioned on the call last night that it was macro, and just demand-oriented that caused you not to be able to close these larger deals at quarter end. But what you described just now, was that earlier, I think, you said it was earlier in the year, when you were concerned about COVID, you pulled back on hiring and on investment, such that you didn't get the pipeline built into this quarter. So in that sense, in some sense, let's call it, more of a supply issue than a demand issue. So is it both or more of

---



# Splunk, Inc. *(SPLK)*
KeyBanc Capital Markets Cloud Leadership Conference

**C** Corrected Transcript
03-Dec-2020

that side of supply and you just didn't have the capacity in terms of sales execution to execute at this point? Or was it demand? Or was it both?

---

**Jason E. Child**
*Chief Financial Officer & Senior Vice President, Splunk, Inc.*

**A**

It's both. I think as Doug said on the call last night, as we talk to others that are all in the same industry, everyone had a fairly similar approach in trying to be cautious early in the year. And then when we saw that the demand was there, we made sure that we were making the appropriate investments.

What that means is that you have a tighter pipeline than what we'd otherwise have, but which basically still means that we absolutely had line of sight to hit in our number. It just is tighter than what we'd otherwise like to see. In Q4, we actually have a much better pipeline. So we feel good about our ability to execute on Q4. But this is a very unique environment, and there is combination of – there's no doubt there's a demand environment that really affects the large deals.

So this is only going to affect, I think, really the companies that are selling seven- and eight-figure deals where typically in the past, there would be budgetary approval. You get that deal done. You get your champion at the customer and then you get that deal done, whatever the natural cycle is. In this environment, you have more of a zero-based budget approach where you're starting to see even though there's budgetary approval or whatnot, whenever it's a deal over X billion dollars, a board or a CEO, CFO, whatever is going to want to get involved and make sure that they're buying the capacity they feel confident they need.

And since we're selling – typically large deals are usually – these are all deals that are expanding capacity, and if there's questions about how strong the environment is going to be and how much they're going to need, they're going to want to make sure they are buying exactly what they need and not maybe – maybe not quite as optimistic as they had been in the past on how much additional capacity or expansion they're going to need.

As Doug talked about, that environment has been around since COVID started, and that's what's made it a challenging environment. We've been able to operate, I think, really well for the first couple of quarters. And again, in Q3, we kind of had a little bit of a perfect storm in terms of having a little bit tighter of a pipeline, having a tougher budgetary environment. We also had an election right around that time. There's just a lot of things that unfortunately came together and made it a tough quarter. But, as I said, I feel very good about the fundamentals on the pipeline that we've been able to build, and the team's feeling around our ability to deliver against our target in Q4.

---

**Michael Turits**
*Analyst, KeyBanc Capital Markets*

**Q**

So just to be clear, it sounds like what you're saying is that your pipeline coverage has improved going into 4Q versus where it was in 3Q?

---

**Jason E. Child**
*Chief Financial Officer & Senior Vice President, Splunk, Inc.*

**A**

That's correct.

---

**Michael Turits**
*Analyst, KeyBanc Capital Markets*

**Q**

---

# Splunk, Inc. *(SPLK)*
KeyBanc Capital Markets Cloud Leadership Conference

**Corrected Transcript**
03-Dec-2020

Okay. And what drove that? How are you able to achieve that? Is that because the salespeople that you started to rehire started to become productive or – what do you think in a tough environment enables you to improve that pipeline coverage?

---

### Jason E. Child
*Chief Financial Officer & Senior Vice President, Splunk, Inc.*



Yeah. Well, there's just – in this kind of environment you have to –  the sales cycles and the deal cycles in the past haven't involved a lot of traveling and meeting with customers. Now, it's involving Zoom meetings. It's a totally different set of tactics. And so I think there probably was – it took some adjustment to really being able to operate effectively in this environment, because a lot of our big deals are multi-quarter cycles, these are some of the challenges that manifest a bit over time.

I think our ability to try to change some of the tactics react has probably – that, of course – there is also more capacity than we had prior. But we're also – we're in the kind of thousand-ish-plus quota carrying reps. So there is a fair amount of capacity. And so – but as you add more capacity, it's just more boots on the ground that can just help continuing to build pipeline. So overall, there's a bunch of – let's say, bunch of tactics that are helping. It's not one single thing.

---

### Michael Turits
*Analyst, KeyBanc Capital Markets*



Jason, you've been – you said last night that it was – this was a demand side issue. You've added this morning some sense that it's, let's call it, a supply side issue, to the extent that you had, let's say, a cramp in your capacity because of investment earlier this year. Is it absolutely clear that this is neither a competitive nor a pricing issue? We did have a number of other companies report last night, including the Elastic, including Snowflake, who put up pretty good quarters. Now, they're obviously different companies in many ways.

But it's natural for us to ask whether or not you're seeing, if not direct like losses to other companies or difference in win rates, maybe extensions of decision cycles, because of an increased level of competition, I just want to make sure why you feel confident that these are not issues.

---

### Jason E. Child
*Chief Financial Officer & Senior Vice President, Splunk, Inc.*



Yeah. I'm confident because, again, we're talking about a couple thousand deals a quarter is our typical kind of range and that's exactly where we were. This is an impact on a very small number of very large deals. So I think it's different than – and I don't – some of the other companies you're looking at, I'm not sure what their percentage of deals on seven and eight-figure deals are. But these are very, very – this is a small number of deals that were impacted. And so, I think, from my perspective, we feel like we have a pretty good handle on exactly what the issues were and what we need to do to make sure we can execute in Q4.

---

### Michael Turits
*Analyst, KeyBanc Capital Markets*

Yeah. And then, I think that the...

---

### Jason E. Child
*Chief Financial Officer & Senior Vice President, Splunk, Inc.*



---

**FACTSET: call**street
1-877-FACTSET    www.callstreet.com

10

Copyright © 2001-2020 FactSet CallStreet, LLC

## Splunk, Inc. *(SPLK)*
KeyBanc Capital Markets Cloud Leadership Conference

One thing I didn't answer was on the competitive side. On the competitive side, we – none of the deals were because someone stepped in and said, I want a competitive offer because that we'd already past that point. It was more about maybe uncertainty around, is now the time to commit to a bunch of capacity, or do I now want to wait until I have a little more information from the buyer side. So this is – again, this is the elongated deal cycle where there's an extra level of approval required. And so this is not a competitive issue. It's really an elongated deal cycle issue.

### Michael Turits
*Analyst, KeyBanc Capital Markets*

Q

The other thing that people are thinking about is, you've had some turnover. You've changed your Head of Sales. There've been some changes in your product organization. Is there any sense that there was any kind of headwind from those changes that impacted your ability to execute?

### Jason E. Child
*Chief Financial Officer & Senior Vice President, Splunk, Inc.*

A

No, I would say, the Head of Sales for last couple years and now our CRO, Christian, has been in place. The processes, the way the sales team he's managed. As I said, we've got to – to get a couple of thousand deals done, you have to have a pretty strong set of process and tools to make sure that we're delivering on that. This is really a small number of deals where the personnel involved – that normally, on a small number of deals, you're going to have some exception process where you're going to have executives trying to help on that. And that's the impact of – our CRO leaving was not an aspect since the same people responsible for delivering deals were in one place.

### Michael Turits
*Analyst, KeyBanc Capital Markets*

Q

And, Jason, we're about to run over, so if you could limit the answer to this question, it's a big one, I know, to just one minute here, I'd appreciate it. But in the end, if your pipeline coverage has improved then in the fourth quarter and you feel like this is temporary and some of the structural changes of yours have been addressed, why did you yank the long-term guide because – especially during this transition to cloud? Without that long-term guidance, it's really tough to model this company.

### Jason E. Child
*Chief Financial Officer & Senior Vice President, Splunk, Inc.*

A

Yeah. I understand. I think – and I sympathize with that. I guess what I would say is, first, given that we did have a miss and that's not something that we have a lot experience with and we do see it completely tied to the environment that has a lot more uncertainty than it's had in the past, it made sense to have a much tighter range and a more conservative set of a range of guidance on ARR for Q4.

The problem is, is then if you flow through that reduction over the next couple of years, it ends up creating a really significant range, which would be, in our view, is as frustrating or maybe even more frustrating. So what makes more sense is in Q4, which is 40-plus-percent of our full year is in Q4, we – let us get through the next 90 days and be able to provide a much tighter, better view on what the future and long-term outlook looks like based on how we execute in Q4.

### Michael Turits
*Analyst, KeyBanc Capital Markets*



# Splunk, Inc. *(SPLK)*
KeyBanc Capital Markets Cloud Leadership Conference

 Corrected Transcript
03-Dec-2020

Great. All right. Well, listen, we ran a minute over, but I want to thank both of you guys. It's been a real pleasure to have you both, Tim and Jason. Thanks for being part of this KeyBanc event and look forward to talking to you guys both soon. And thanks, everybody, who joined on to listen. Thank you, guys.

## Jason E. Child
*Chief Financial Officer & Senior Vice President, Splunk, Inc.*

Thanks, Michael.

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2020 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

