# EXHIBIT 9

| Finance Home | Watchlists | My Portfolio | Screeners | Yahoo Finance Plus ✛ | Markets | News | ··· | y!finance⁺ | Try it free |

## Splunk Inc. (SPLK)

NasdaqGS - NasdaqGS Real Time Price. Currency in USD

☆ Add to watchlist    👥 Visitors trend   2W ↓   10W ↑   9M ↑

**137.05**   **-0.82 (-0.59%)**     **136.90** **-0.15 (-0.11%)**

At close: 4:00PM EDT      After hours: 06:25PM EDT

| Quote Lookup |
| --- |

| Summary | Company Outlook ✛ | Chart | Conversations | Statistics | **Historical Data** | Profile | Financials | Analysis | Options | Holders | Sustainability |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |



The New Standard for Tracing Instrumentation: OpenTelemetry 1.0 — Learn More — splunk>

Time Period: **Dec 01, 2020 - Dec 03, 2020** ⌄    Show: **Historical Prices** ⌄    Frequency: **Daily** ⌄

Apply

Currency in USD      ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
| --- | --- | --- | --- | --- | --- | --- |
| Dec 03, 2020 | 158.55 | 169.00 | 152.52 | 158.03 | 158.03 | 30,390,800 |
| Dec 02, 2020 | 203.32 | 207.00 | 201.00 | 205.91 | 205.91 | 3,882,900 |

*Close price adjusted for splits.     **Adjusted close price adjusted for both dividends and splits.



The New Standard for Tracing Instrumentation: OpenTelemetry 1.0 — Learn More — splunk>



yahoo! finance⁺ — Stay ahead of the market — Try it free*

### People Also Watch

| Symbol | Last Price | Change | % Change |
| --- | --- | --- | --- |
| **WDAY** Workday, Inc. | 237.36 | +6.53 | +2.83% |
| **NOW** ServiceNow, Inc. | 567.13 | +1.88 | +0.33% |
| **PANW** Palo Alto Networks, Inc. | 391.82 | -9.17 | -2.29% |
| **OKTA** Okta, Inc. | 247.25 | +0.91 | +0.37% |
| **TWLO** Twilio Inc. | 393.90 | +3.68 | +0.94% |

### Total ESG Risk score ›

**17.5** Low   14th percentile

### Earnings ›

◯ Consensus EPS



| | Q3 2020 | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 |
|---|---|---|---|---|---|
| | Met | Missed | Beat | Missed | — |
| | $0.33 | By $0.16 | By $0.34 | By $0.21 | Aug 24 |

## Financials ›

Annual  Quarterly                    Revenue    Earnings



## Recommendation Trends ›



Strong Buy
Buy
Hold
Underperform
Sell

## Recommendation Rating ›



2.2

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strong Buy | Buy | Hold | Under-perform | Sell |

## Analyst Price Targets (31) ›

Average 168.31

Low 133.00                                    High 225.00

Case 4:20-cv-08600-JST   Document 69-9   Filed 07/27/21   Page 4 of 5

| | | |
|---|---|---|
| Maintains | Mizuho: to Neutral | 6/23/2021 |
| Maintains | BMO Capital: to Outperform | 6/23/2021 |
| Upgrade | Summit Insights Group: Hold to Buy | 6/7/2021 |
| Maintains | Citigroup: to Neutral | 6/7/2021 |
| Maintains | Morgan Stanley: to Equal-Weight | 6/3/2021 |
| Maintains | Needham: to Buy | 6/3/2021 |

## Company Profile ›

270 Brannan Street
San Francisco, CA
94107
United States
415 848 8400
http://www.splunk.com
Sector(s): **Technology**
Industry: **Software—Infrastructure**
Full Time Employees: **6,500**

Splunk Inc. provides software and cloud solutions that deliver and operationalize insights from the data generated by digital systems in the United States and internationally. The company offers Splunk Platform, a real-time data platform comprising collection, streaming, indexing, search, reporting, analysis, machine learning, alerting, monitoring, and data management capabilities. It also provides Splunk Solutions, such as Splunk Security solutions that enable cybersecurity teams streamline the security operations workflow, accelerate threat detection and response, enhance threat visibility, and scale resources to increase analyst productivity through machine learning and runbook-driven automation; Splunk IT Solutions that provide IT Operations teams visibility and control across cloud and on-premises environments; and Splunk Observability Solutions for building and maintaining infrastructure and applications. In addition, the company offers Ecosystem Solutions, which includes pre-built data inputs, workflows, searches, reports, alerts, custom dashboards, flexible UI components, custom data visualizations, and integration actions and methods, as well as Splunk On-Call, Splunk Infrastructure Monitoring, and Splunk Phantom solutions, which provides APIs, SDKs, and other interfaces that enable its ecosystem, including third-party developers, partners, and customers to build content that configures and extends Splunk solutions to accommodate specific use cases. Further, the company provides adoption and implementation services, education services, and maintenance and customer support services. It sells its offerings directly through field and inside sales, and indirectly through various routes to market with various partners. Splunk Inc. was

Finance Home    Watchlists    My Portfolio    Screeners    Yahoo Finance Plus    Markets    News    ···    y!finance⁺    Try it free

More about Splunk Inc.

Advertise with us

Data Disclaimer   Help   Suggestions
Privacy Dashboard

Privacy (Updated)  About Our Ads  Terms (Updated)  Sitemap

© 2021 Verizon Media. All rights reserved.