# EXHIBIT 10

Finance Home    Watchlists    My Portfolio    Screeners    Yahoo Finance Plus ✚    Markets    News    ⋯    y!finance⁺    Try it free

**S&P 500 (^GSPC)**
SNP - SNP Real Time Price. Currency in USD

⭐ Add to watchlist

Quote Lookup

**4,383.96** +16.48 (+0.38%)
As of 10:00AM EDT. Market open.

Summary    Chart    Conversations    **Historical Data**    Options    Components

SoFi Personal Loans have absolutely no fees.    SoFi    LEARN MORE    DISCLAIMER

Time Period: Dec 01, 2020 - Dec 03, 2020 ⌄    Show: Historical Prices ⌄

Frequency: Daily ⌄    Apply

Currency in USD

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Dec 03, 2020 | 3,668.28 | 3,682.73 | 3,657.17 | 3,666.72 | 3,666.72 | 5,091,760,000 |
| Dec 02, 2020 | 3,653.78 | 3,670.96 | 3,644.84 | 3,669.01 | 3,669.01 | 5,029,620,000 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.


yahoo! finance
Stay ahead of the market
Try it free*

Advertise with us

Data Disclaimer  Help  Suggestions
Privacy Dashboard ▷

Privacy (Updated)  About Our Ads  Terms (Updated)  Sitemap

🐦  f  in

© 2021 Verizon Media. All rights reserved.