Sara B. Brody (SBN 130222)
sbrody@sidley.com
Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
TJ Herron (SBN 331728)
therron@sidley.com
Stephen Tang (SBN 336273)
stang@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: +1 (415) 772-1200
Facsimile: +1 (415) 772-7400

*Attorneys for Defendants*
SPLUNK INC., DOUGLAS MERRITT, and
JASON CHILD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | Case No.  4:20-cv-08600-JST |
| | DECLARATION OF NICOLE M. RYAN REGARDING STIPULATED [AND PROPOSED] PROTECTIVE ORDER |

I, Nicole M. Ryan, declare as follows:

1.     I am an attorney, duly licensed to practice law in the State of California, and am admitted before this Court.  I am a counsel with the law firm of Sidley Austin LLP, attorneys of record for Defendants Splunk Inc. ("Splunk"), Douglas Merritt, and Jason Child in this action.  The facts stated herein are true and correct based upon my own personal knowledge and, if called as a witness to testify, I could and would competently testify thereto.  I submit this declaration pursuant to Paragraph H of Judge Tigar's Standing Order for All Civil Cases in support of the parties' Stipulated [and Proposed] Protective Order ("Protective Order").

2.     The proposed Protective Order is modified from the Northern District of California model Stipulated Protective Order for Standard Litigation ("Model Order"), and a redline comparing the proposed Protective Order and the Model Order is attached hereto as **Exhibit 1**.  The parties' agreement to the terms of the proposed Protective Order is the product of good-faith negotiations.

3.     The parties have agreed to make the following modifications to the Model Order:

   a.  Adding case-identifying information;

   b.  In sections 1, 5.1, 6, 10, 12, and 13, making minor, non-substantive changes;

   c.  In section 5.2, providing that Disclosure or Discovery Material that qualifies for protection shall be so designated at the time of disclosure;

   d.  In section 5.2(a), providing a mechanism for the parties to mark electronic information as CONFIDENTIAL where it is impractical to affix confidentiality legends to each page, and making minor, non-substantive changes;

   e.  In section 5.2(b), modifying the procedure for designating and marking transcripts of testimony as CONFIDENTIAL in order to more readily facilitate the use of Protected Material during depositions;

   f.  In section 7.2, removing the requirement for certain persons to sign the Acknowledgement and Agreement to Be Bound prior to receiving Protected Material; providing that witnesses may review Protected Material for purposes of reviewing their deposition transcripts; and permitting Protected Material to be

1

disclosed to mediators and other alternative dispute resolution neutrals, Parties' insurers and counsel for such insurers, and other persons as agreed to by the Designating Party or ordered by the Court; and

g.  In section 11, adding a provision to specify the effect of production of privileged or otherwise protected material pursuant to Fed. R. Evid. 502(d).

4.    I have conferred with counsel for Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund, who concur with the contents of this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this ninth day of June 2022, at San Francisco, California.

By:*/s/ Nicole M. Ryan*
Nicole M. Ryan

DECLARATION OF NICOLE M. RYAN REGARDING PROTECTIVE ORDER
CASE NO. 4:20-cv-08600-JST