# Exhibit A

**BERNSTEIN LITOWITZ BERGER**
    **& GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
Caitlin C. Bozman (Bar No. 343721)
caitlin.bozman@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Lead Counsel for Lead Plaintiff Louisiana*
*Sheriffs' Pension & Relief Fund and the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | Lead Case No. 4:20-cv-08600-JST<br>Related Case No. 4:21-cv-01116-JST<br><br>**DECLARATION OF OSEY McGEE IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**<br><br>Judge: Hon. Jon S. Tigar<br>Courtroom: 6 |

DECLARATION OF OSEY MCGEE                                        4:20-cv-08600-JST
ISO MOTION FOR CLASS CERTIFICATION

I, Osey McGee, hereby state as follows:

1.      I, Osey McGee, respectfully submit this declaration in support of Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund's ("Louisiana Sheriffs") Motion for Class Certification and Appointment of Class Representatives and Class Counsel. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto. I am the Executive Director of Louisiana Sheriffs and am authorized to make this declaration on behalf of Louisiana Sheriffs.

2.      Louisiana Sheriffs understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to direct securities class actions. As Lead Plaintiff and proposed Class Representative, Louisiana Sheriffs, a sophisticated institutional investor, has been and will continue to be committed to vigorously prosecuting this litigation. Louisiana Sheriffs intends to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.

3.      Louisiana Sheriffs has diligently pursued the effective prosecution of this Action and has actively monitored its progress. Among other things, I authorized the filing of the motion seeking to be appointed Lead Plaintiff; reviewed the complaint and certain other pleadings filed in this action; responded to document discovery; and communicated with counsel regarding the case, including litigation strategy and significant developments in the litigation.

4.      As Class Representative, Louisiana Sheriffs would continue to diligently pursue the effective prosecution of the Action. Louisiana Sheriffs understands that it owes a fiduciary duty to all members of the proposed Class it represents to provide fair and adequate representation and would continue to work actively to prosecute this Action in the interests of the Class members it represents and to try to obtain the best outcome for them, consistent with good faith and meritorious advocacy.

5.      Louisiana Sheriffs seeks appointment of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Class Counsel for the proposed Class based on its substantial experience and expertise in prosecuting securities class actions. Louisiana Sheriffs believes that

Bernstein Litowitz possesses the necessary experience and financial and human resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

6.      Louisiana Sheriffs understands that its service as Class Representative does not entitle it to any benefits not enjoyed by the rest of the Class beyond that which is provided by the PSLRA.  If there is a recovery in this case, Louisiana Sheriffs does not expect to receive any more than its pro-rata shares of the amount recovered.

7.      Bernstein Litowitz has provided the order in *SEB Investment Management AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021) to me.

I declare that the statements made and information provided herein are, to the best of my knowledge, true and correct.  Executed on this 22nd day of July, 2022.

_____
Osey McGee

DECLARATION OF OSEY MCGEE
ISO MOTION FOR CLASS CERTIFICATION

- 2 -

4:20-cv-08600-JST