Sara B. Brody (SBN 130222)
sbrody@sidley.com
Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
TJ Herron (SBN 331728)
therron@sidley.com
Stephen Tang (SBN 336273)
stang@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: +1 (415) 772-1200
Facsimile: +1 (415) 772-7400

*Attorneys for Defendants*
SPLUNK INC., DOUGLAS MERRITT, and
JASON CHILD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | Case No.  4:20-cv-08600-JST<br><br>**DECLARATION OF NICOLE M. RYAN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION BRIEFING SCHEDULE** |

I, Nicole M. Ryan, declare as follows:

1.      I am an attorney, duly licensed to practice law in the State of California, and am admitted before this Court.  I am a counsel with the law firm of Sidley Austin LLP, attorneys of record for Defendants Splunk Inc. ("Splunk"), Douglas Merritt, and Jason Child in this action.  The facts stated herein are true and correct based upon my own personal knowledge, and, if called as a witness to testify, I could and would competently testify thereto.  Pursuant to Civil L.R. 6-2, I submit this declaration in support of the parties' Stipulation and [Proposed] Order Modifying Class Certification Briefing Schedule and Hearing Date.

2.      The parties have agreed to conduct a mediation on December 15, 2022 and have agreed that, in light of the scheduled mediation, it would serve the interests of efficiency and conserve resources to continue the deadlines for the class certification briefing and hearing until after the mediation.

3.      The following are the previous time modifications in this case:

    a.  Stipulation and Order extending Defendants' time to respond to the complaint and vacating initial case management conference pending appointment of Lead Plaintiff (Dkt. 18);

    b.  Stipulation and Order setting motion to dismiss briefing schedule (Dkt. 61); and

    c.  Stipulation extending time for the filing of Defendants' answer (Dkt. 80).

4.      The time modification requested by the parties' Stipulation and [Proposed] Order Modifying Class Certification Briefing Schedule and Hearing Date will have no effect on any other deadline in this case.

5.      I have conferred with counsel for Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund, who concur with the contents of this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of September 2022, at San Francisco, California.

By: */s/ Nicole M. Ryan*
Nicole M. Ryan

RYAN DECL. ISO STIP. AND [PROPOSED] ORDER MODIFYING CLASS CERT. BRIEFING SCHEDULE AND HEARING DATE, CASE NO. 4:20-cv-08600-JST