Sara B. Brody (SBN 130222)
sbrody@sidley.com
Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
TJ Herron (SBN 331728)
therron@sidley.com
Stephen Tang (SBN 336273)
stang@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: +1 (415) 772-1200
Facsimile: +1 (415) 772-7400

*Attorneys for Defendants*
SPLUNK INC., DOUGLAS MERRITT, and
JASON CHILD and *Non-Parties*
CARRIE PALIN and SUSAN ST. LEDGER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | Case No.  4:20-cv-08600-JST (AGT) |
| | **DECLARATION OF NICOLE M. RYAN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINES IN DISCOVERY ORDER (DKT. 110)** |

I, Nicole M. Ryan, declare as follows:

1.      I am an attorney, duly licensed to practice law in the State of California, and am admitted before this Court.  I am a counsel with the law firm of Sidley Austin LLP, attorneys of record for Defendants Splunk Inc. ("Splunk"), Douglas Merritt, and Jason Child ("Defendants") and non-parties Carrie Palin and Susan St. Ledger ("Non-Parties").  Defendants, Non-Parties, and Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund are referred to collectively herein as "the parties."  The facts stated herein are true and correct based upon my own personal knowledge, and, if called as a witness to testify, I could and would competently testify thereto.  Pursuant to Civil L.R. 6-2, I submit this declaration in support of the parties' Stipulation and [Proposed] Order Modifying Deadlines in Discovery Order (Dkt. 110).

2.      On November 29, 2022, Judge Tse issued a ruling on the parties' Joint Discovery Letter (the "Order"), ordering (i) the production by Defendants of certain additional categories of documents that are responsive to three of Lead Plaintiff's requests for production (RFP Nos. 15, 24, 30) and (ii) the production by Non-Parties of certain categories of text messages that are responsive to the third-party subpoenas served on Non-Parties, with a December 16, 2022 deadline (Dkt. 110);

3.      Defendants and Non-Parties need additional time to comply with the document production obligations set forth in the Order.

4.      On December 9-11, 2022, the parties met and conferred by email.  On December 12, 2022, the parties met and conferred by telephone (since counsel for Lead Plaintiff is based outside the Bay Area).

5.      The parties have agreed that it would serve the interests of efficiency and conserve resources to (i) extend the deadline for Non-Parties to produce responsive text messages until January 10, 2023; and (ii) extend the deadline for Defendants to produce documents responsive to Lead Plaintiff's RFP Nos. 15, 24 and 30 (as limited by the Order) until the deadline established for the substantial completion of document production, as set forth in Judge Tigar's Scheduling Order (Dkt. 85), and/or any subsequent amendments thereto.

6.      The following are the previous time modifications in this case:

1

RYAN DECL. ISO STIP. AND [PROPOSED] ORDER MODIFYING DEADLINES IN DISCOVERY ORDER
CASE NO. 4:20-cv-08600-JST (AGT)

a. Stipulation and Order extending Defendants' time to respond to the complaint and vacating initial case management conference pending appointment of Lead Plaintiff (Dkt. 18);

b. Stipulation and Order setting motion to dismiss briefing schedule (Dkt. 61);

c. Stipulation extending time for the filing of Defendants' answer (Dkt. 80); and

d. Stipulation extending time for Defendants to respond to the Motion for Class Certification, Lead Plaintiff's reply in support of the Motion for Class Certification, and the hearing on the Motion for Class Certification (Dkt. 104);

7. The time modifications requested by the parties' Stipulation and [Proposed] Order Modifying Deadlines in Discovery Order will have no effect on any other deadline in this case.

8. I have conferred with counsel for Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund, who concur with the contents of this Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of December 2022, at San Francisco, California.

By: */s/ Nicole M. Ryan*
Nicole M. Ryan

RYAN DECL. ISO STIP. AND [PROPOSED] ORDER MODIFYING DEADLINES IN DISCOVERY ORDER
CASE NO. 4:20-cv-08600-JST (AGT)