Sara B. Brody (SBN 130222)
sbrody@sidley.com
Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
TJ Herron (SBN 331728)
therron@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: +1 (415) 772-1200
Facsimile: +1 (415) 772-7400

*Attorneys for Defendants*
SPLUNK INC., DOUGLAS MERRITT, and
JASON CHILD and *Non-Parties*
CARRIE PALIN and SUSAN ST. LEDGER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | Case No. 4:20-cv-08600-JST (AGT) **STIPULATION AND [PROPOSED] ORDER FOR STAY OF PROCEEDINGS PENDING SETTLEMENT APPROVAL** Assigned to:   Honorable Jon S. Tigar |

Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund ("Lead Plaintiff"), Defendants Splunk Inc., Douglas Merritt, and Jason Child ("Defendants"), and non-parties Carrie Palin and Susan St. Ledger ("Non-Parties"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, on May 3, 2022, Judge Tigar issued a Scheduling Order setting case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, which ordered the substantial completion of document production by January 10, 2023 and set a schedule for briefing and hearing on Lead Plaintiff's anticipated motion for class certification (Dkt. 85);

**WHEREAS,** on November 29, 2022, Judge Tse issued a Discovery Order resolving the parties' Joint Discovery Letter and ordering the production by Defendants and Non-Parties of certain documents by December 16, 2022 (Dkt. 110);

**WHEREAS,** on December 13, 2022, Judge Tse issued a stipulated Order Modifying Deadlines in Discovery Order, which established a new compliance deadline of January 10, 2023 (Dkt. 113);

**WHEREAS,** on July 22, 2022, Lead Plaintiff filed its motion for class certification (Dkt. 97), for which Defendants have a February 15, 2023 opposition deadline, Lead Plaintiff has an April 25, 2023 reply deadline, and a hearing has been scheduled for May 18, 2023 (Dkt. 104);

**WHEREAS**, the Court has not set a trial date or other pretrial deadlines in the case;

**WHEREAS,** on December 15, 2022, the parties engaged in private mediation before Jed Melnick of JAMS and reached a settlement in principle of this matter;

**WHEREAS**, the material terms of the parties' settlement will resolve all of Lead Plaintiff's claims in this action;

**WHEREAS**, the parties are in the process of memorializing their agreement in a comprehensive written Settlement Agreement;

**WHEREAS**, the parties anticipate finalizing the Settlement Agreement by the end of this month;

**WHEREAS,** Lead Plaintiff intends to file an unopposed Motion for Preliminary Approval of the settlement following execution of the Settlement Agreement;

**WHEREAS**, the parties have met and conferred and agree that it would serve the interests of efficiency and conserve resources to stay all proceedings in this matter, including all discovery and case

-1-

deadlines, pending finalization of the settlement documentation and a ruling on Lead Plaintiff's Motion for Preliminary Approval of Settlement;

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, pursuant to Civil L.R. 6-2, by and through their undersigned counsel:

1.   All proceedings in this matter, including all discovery and case deadlines, shall be stayed pending finalization of the settlement documentation and a ruling on Lead Plaintiff's Motion for Preliminary Approval of Settlement.

2.   If a Motion for Preliminary Approval of Settlement is not filed within 30 days of this Order, the parties shall file a joint status report regarding the status of settlement.

**IT IS SO STIPULATED.**

Dated:  January 9, 2023                                  SIDLEY AUSTIN LLP

By:   /s/ *Nicole M. Ryan*
       NICOLE M. RYAN

Sara B. Brody (SBN 130222)
Nicole M. Ryan (SBN 175980)
Matthew P. Henry (SBN 308878)
TJ Herron (SBN 331728)
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: +1 (415) 772-1200
Facsimile: +1 (415) 772-7400

*Attorneys for Defendants*
SPLUNK INC., DOUGLAS MERRITT, and
JASON CHILD and *Non-Parties*
CARRIE PALIN and SUSAN ST. LEDGER

Dated:  January 9, 2023                    BERNSTEIN LITOWITZ BERGER & GROSSMANN

                                          By:    /s/ *Jonathan D. Uslaner*
                                                 JONATHAN D. USLANER

                                                 Jonathan D. Uslaner (SBN 256898)
                                                 jonathanu@blbglaw.com
                                                 2121 Avenue of the Stars, Suite 2575
                                                 Los Angeles, CA 90067
                                                 Telephone: +1 (310) 819-3470

                                                 *Attorneys for Lead Plaintiff*
                                                 Louisiana Sheriffs' Pension & Relief Fund


# [PROPOSED] ORDER

Pursuant to the parties' stipulation, and good cause shown, all proceedings in this matter, including all discovery and case deadlines, are stayed pending finalization of the settlement documentation and the Court's ruling on Lead Plaintiff's Motion for Preliminary Approval of Settlement. If the Motion for Preliminary Approval of Settlement is not filed within 30 days of this Order, the parties are ordered to file a joint status report regarding the status of settlement by that date.


DATED:  _____, 2023          _____

                                        HONORABLE JON S. TIGAR
                                        United States Judge

STIPULATION AND [PROPOSED] ORDER FOR STAY OF PROCEEDINGS PENDING SETTLEMENT APPROVAL
CASE NO. 4:20-CV-08600-JST (AGT)

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

I, Nicole M. Ryan, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR STAY OF PROCEEDINGS PENDING SETTLEMENT APPROVAL. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that counsel for all parties have concurred in this filing.

Dated:  January 9, 2023                    By:      /s/ *Nicole M. Ryan*
                                                          Nicole M. Ryan

STIPULATION AND [PROPOSED] ORDER FOR STAY OF PROCEEDINGS PENDING SETTLEMENT APPROVAL
CASE NO. 4:20-CV-08600-JST (AGT)