Sara B. Brody (SBN 130222)
sbrody@sidley.com
Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
TJ Herron (SBN 331728)
therron@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: +1 (415) 772-1200
Facsimile: +1 (415) 772-7400

*Attorneys for Defendants*
SPLUNK INC., DOUGLAS MERRITT, and
JASON CHILD and *Non-Parties*
CARRIE PALIN and SUSAN ST. LEDGER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | Case No.  4:20-cv-08600-JST (AGT) |
| | **DECLARATION OF NICOLE M. RYAN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER FOR STAY OF PROCEEDINGS PENDING SETTLEMENT APPROVAL** |

I, Nicole M. Ryan, declare as follows:

1.      I am an attorney, duly licensed to practice law in the State of California, and am admitted before this Court.  I am a counsel with the law firm of Sidley Austin LLP, attorneys of record for Defendants Splunk Inc. ("Splunk"), Douglas Merritt, and Jason Child ("Defendants") and non-parties Carrie Palin and Susan St. Ledger ("Non-Parties"). The facts stated herein are true and correct based upon my own personal knowledge, and, if called as a witness to testify, I could and would competently testify thereto. Pursuant to Civil L.R. 6-2, I submit this declaration in support of the parties' Stipulation and [Proposed] Order for Stay of Proceedings Pending Settlement Approval.

2.      On May 3, 2022, Judge Tigar issued a Scheduling Order setting case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10 which ordered the substantial completion of document production by January 10, 2023 and set a schedule for briefing and hearing on Lead Plaintiff's anticipated motion for class certification (Dkt. 85).

3.      On November 29, 2022, Judge Tse issued a Discovery Order resolving the parties' Joint Discovery Letter and ordering the production by Defendants and Non-Parties of certain documents by December 16, 2022 (Dkt. 110).

4.      On December 13, 2022, Judge Tse issued a stipulated Order Modifying Deadlines in Discovery Order, which established a new compliance deadline of January 10, 2023 (Dkt. 113).

5.      On July 22, 2022, Lead Plaintiff filed its motion for class certification (Dkt. 97), for which Defendants have a February 15, 2023 opposition deadline, Lead Plaintiff has an April 25, 2023 reply deadline, and a hearing has been scheduled for May 18, 2023 (Dkt. 104).

6.      The Court has not set a trial date or other pretrial deadlines in the case.

7.      On December 15, 2022, the parties engaged in private mediation before Jed Melnick of JAMS and reached a settlement in principle of this matter. The material terms of the parties' settlement will resolve all of Lead Plaintiff's claims in this action, and the parties are in the process of memorializing their agreement in a comprehensive written Settlement Agreement. The parties anticipate finalizing the Settlement Agreement by the end of this month. It is my understanding that

1

Lead Plaintiff intends to file an unopposed Motion for Preliminary Approval of the settlement following execution of the Settlement Agreement.

8.    The parties have met and conferred and agree that it would serve the interests of efficiency and conserve resources to stay all proceedings in this matter, including all discovery and case deadlines, pending finalization of the settlement documentation and a ruling on Lead Plaintiff's Motion for Preliminary Approval of Settlement.

9.    The parties have stipulated that all proceedings in this matter, including all discovery and case deadlines, shall be stayed pending finalization of the settlement documentation and a ruling on Lead Plaintiff's Motion for Preliminary Approval of Settlement.

10.    The parties have stipulated that, if the Motion for Preliminary Approval of Settlement is not filed within 30 days of the Court granting the requested stay, the parties shall file a joint status report regarding the status of settlement.

11.    The following are the previous time modifications in this case:

    a.  Stipulation and Order extending Defendants' time to respond to the complaint and vacating initial case management conference pending appointment of Lead Plaintiff (Dkt. 18);

    b.  Stipulation and Order setting motion to dismiss briefing schedule (Dkt. 61);

    c.  Stipulation extending time for the filing of Defendants' answer (Dkt. 80);

    d.  Stipulation and Order extending time for Defendants to respond to the Motion for Class Certification, Lead Plaintiff's reply in support of the Motion for Class Certification, and the hearing on the Motion for Class Certification (Dkt. 104); and

    e.  Stipulation and Order extending the deadlines for Defendants and Non-Parties to comply with Magistrate Judge Tse's Discovery Order (Dkt. 113).

12.    The time modifications requested by the parties' Stipulation and [Proposed] Order for Stay of Proceedings Pending Settlement Approval would have the effect of staying all proceedings in this matter, including all discovery and case deadlines, pending finalization of the settlement documentation and a ruling on Lead Plaintiff's Motion for Preliminary Approval of Settlement.

2

13.    I have conferred with counsel for Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund, who concur with the contents of this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of January 2023, at San Francisco, California.

By: /s/ *Nicole M. Ryan*
Nicole M. Ryan

3