UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | Case No. 20-cv-08600-JST<br><br>**ORDER REGARDING STIPULATION**<br>Re: ECF No. 115 |

Pursuant to the parties' stipulation, ECF No. 115, the Court hereby orders that Lead Plaintiff's Motion for Preliminary Approval of Settlement is due Thursday, March 9, 2023. All other deadlines are vacated pending further order of the Court.

**IT IS SO ORDERED.**

Dated: January 11, 2023

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California