**BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
Caitlin C. Bozman (Bar No. 343721)
caitlin.bozman@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Lead Counsel for Lead Plaintiff Louisiana*
*Sheriffs' Pension & Relief Fund and the Settlement*
*Class*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | Case No. 4:20-cv-08600-JST |
| | **NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| | Judge:        Hon. Jon S. Tigar |
| | Courtroom:    6 |
| | Date:         April 6, 2023 |
| | Time:         2:00 p.m. |

NOTICE OF NON-OPPOSITION TO
MOTION FOR PRELIMINARY APPROVAL
OF SETTLEMENT

4:20-cv-08600-JST

On February 7, 2023, Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund filed a motion for preliminary approval of the Parties' proposed Settlement in this Action (ECF No. 117) (the "Motion").[1]  Any opposition to the Motion was due by February 21, 2023.  *See* N.D. Cal. Local Civil Rule 7-3(a).  No opposition was filed, Defendants do not oppose the Motion, and the Motion is fully briefed and ready for disposition.

For the reasons set forth in the Motion, Lead Plaintiff respectfully requests that the Court preliminarily approve the proposed Settlement of this Action; approve the form and manner of giving notice of the proposed Settlement to the Settlement Class; and schedule a final settlement hearing before the Court for 105 calendar days after entry of the Preliminary Approval Order, or as soon thereafter as the Court may schedule.

Dated:  February 28, 2023

Respectfully Submitted,

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
Caitlin C. Bozman (Bar No. 343721)
caitlin.bozman@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, California 90067
Tel: (310) 819-3470

-and-

John Rizio-Hamilton (admitted *pro hac vice*)
johnr@blbglaw.com
Brandon Slotkin (admitted *pro hac vice*)
brandon.slotkin@blbglaw.com
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

---

[1] Unless otherwise indicated, capitalized terms have the definitions given to them in the Stipulation and Agreement of Settlement, dated January 30, 2023, attached as Exhibit 1 to the Motion.

NOTICE OF NON-OPPOSITION TO
MOTION FOR PRELIMINARY APPROVAL
OF SETTLEMENT

1

4:20-cv-08600-JST

*Counsel for Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund and Lead Counsel for the Settlement Class*

**KLAUSNER, KAUFMAN, JENSEN**
  **& LEVINSON**
Robert D. Klausner (admitted *pro hac vice*)
bob@robertdklausner.com
7080 NW 4th Street
Plantation, Florida 33317
Tel: (954) 916-1202
Fax: (954) 916-1232

*Additional Counsel for Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund*

NOTICE OF NON-OPPOSITION TO
MOTION FOR PRELIMINARY APPROVAL
OF SETTLEMENT

2

4:20-cv-08600-JST