ROBBINS LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsllp.com
CRAIG W. SMITH (164886)
csmith@robbinsllp.com
SHANE P. SANDERS (237146)
ssanders@robbinsllp.com
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff Suzanne Flannery

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | No. 4:20-cv-08600-JST<br><br>**PLAINTIFF SUZANNE FLANNERY'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12)**<br><br>Date Filed: December 4, 2020<br>Judge: Jon S. Tigar |

[Caption Continues on Next Page]

ALEX WOLK, derivatively on behalf of, SPLUNK INC.,

   Plaintiff,

   v.

DOUGLAS S. MERRITT, JASON E. CHILD, SARA J. BAACK, SEAN BOYLE, MARK T. CARGES, JOHN G. CONNORS, PATRICIA B. MORRISON, STEPHEN G. NEWBERRY, GRAHAM V. SMITH, ELISA A. STEELE, and SRI VISWANATH,

   Defendants,

   and

SPLUNK INC.,

   Nominal Defendant.

Case No.: 4:21-cv-01116-JST

Date Filed: February 15, 2021
Judge: Jon S. Tigar

---

SUZANNE FLANNERY, Derivatively on Behalf of SPLUNK INC.,

   Plaintiff,

   v.

GRAHAM V. SMITH, STEPHEN G. NEWBERRY, PATRICIA B. MORRISON, MARK T. CARGES, ELISA A. STEELE, SARA J. BAACK, SEAN BOYLE, DOUGLAS S. MERRITT, JASON E. CHILD, SRI VISWANATH, JOHN G. CONNORS, TIMOTHY C. EMANUELSON, SCOTT MORGAN, SUSAN ST. LEDGER, and TIMOTHY TULLY,

   Defendants,

   -and-

SPLUNK INC, a Delaware Corporation,

   Nominal Defendant.

No. 3:23-cv-00860-AGT

Date Filed: February 24, 2023
Judge: Magistrate Judge Alex G. Tse

Pursuant to Civil Local Rule 3-12, Suzanne Flannery, plaintiff in the shareholder derivative action captioned, *Flannery v. Smith, et al.*, No. 3:23-cv-00860 ("*Flannery*"), respectfully requests that the Court deem *Flannery* related to *In re Splunk Inc. Securities Litigation*, No. 4:20-cv-08600-JST (the "Securities Action") (filed December 4, 2020) and to *Wolk v. Merritt, et al.*, No. 4:21-cv-0116-JST ("*Wolk* ") (filed February 15, 2021).

Civil Local Rule 3-12(a) provides that an action is related to another when: "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Consistent with the Court's March 16, 2023, order deeming *Wolk* related to the Securities Action, *Flannery* should be deemed related to *Wolk* and to the Securities Action.  *See* Securities Action ECF No. 55.  Plaintiffs Wolk and Flannery allege similar derivative claims against similar defendants for the benefit of Splunk, Inc. ("Splunk") arising from the same operative facts, circumstances, and transactions.  While the Securities Action alleges different claims on behalf of a putative class of Splunk shareholders, those claims arise from the same facts and circumstances and involve some of the same defendants, including Splunk.  Relating these actions before the same judge will conserve party resources and serve the interests of judicial economy, and, with respect to the shareholder derivative actions, avoid potentially conflicting results.  *See* Civil Local Rule 3-12(a).  Accordingly, *Flannery* should be deemed related to both *Wolk* and the Securities Action.

Dated: March 3, 2023

ROBBINS LLP

*/s/ Craig W. Smith*
CRAIG W. SMITH

BRIAN J. ROBBINS
CRAIG W. SMITH
SHANE P. SANDERS
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile (619) 525-3991
E-mail: brobbins@robbinsllp.com
csmith@robbinsllp.com
ssanders@robbinsllp.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2023, I electronically filed the foregoing with attachments with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

I further certify that I caused and true and correct copy of the foregoing to be sent via e-mail to the following:

Laurence M. Rosen (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
E-mail: lrosen@rosenlegal.com

*Counsel for Plaintiff Wolk*

_/s/ Craig W. Smith_
CRAIG W. SMITH