ROBBINS LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsllp.com
CRAIG W. SMITH (164886)
csmith@robbinsllp.com
SHANE P. SANDERS (237146)
ssanders@robbinsllp.com
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | No. 4:20-cv-08600-JST<br><br>**DECLARATION OF CRAIG W. SMITH IN SUPPORT OF PLAINTIFF SUZANNE FLANNERY'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12)**<br><br>Date Filed: December 4, 2020<br>Judge: Jon S. Tigar |

[Caption Continues on Next Page]

ALEX WOLK, derivatively on behalf of, SPLUNK INC.,

      Plaintiff,

      v.

DOUGLAS S. MERRITT, JASON E. CHILD, SARA J. BAACK, SEAN BOYLE, MARK T. CARGES, JOHN G. CONNORS, PATRICIA B. MORRISON, STEPHEN G. NEWBERRY, GRAHAM V. SMITH, ELISA A. STEELE, and SRI VISWANATH,

      Defendants,

      and

SPLUNK INC.,

      Nominal Defendant.

Case No.: 4:21-cv-01116-JST

Date Filed: February 15, 2021
Judge: Jon S. Tigar

---

SUZANNE FLANNERY, Derivatively on Behalf of SPLUNK INC.,

      Plaintiff,

      v.

GRAHAM V. SMITH, STEPHEN G. NEWBERRY, PATRICIA B. MORRISON, MARK T. CARGES, ELISA A. STEELE, SARA J. BAACK, SEAN BOYLE, DOUGLAS S. MERRITT, JASON E. CHILD, SRI VISWANATH, JOHN G. CONNORS, TIMOTHY C. EMANUELSON, SCOTT MORGAN, SUSAN ST. LEDGER, and TIMOTHY TULLY,

      Defendants,

      -and-

SPLUNK INC, a Delaware Corporation,

      Nominal Defendant.

No. 3:23-cv-00860-AGT

Date Filed: February 24, 2023
Judge: Magistrate Judge Alex G. Tse

I, Craig W. Smith, hereby declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am Of Counsel at the law firm Robbins LLP ("Robbins"), counsel for plaintiff Suzanne Flannery ("Plaintiff"). I submit this declaration in support of Plaintiff Suzanne Flannery's Administrative Motion to Consider Whether Cases Should Be Related (Civil L.R. 3.12) (the "Administrative Motion"). I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2.    Before filing the Administrative Motion, I confirmed through e-mail consultations with counsel for defendants that defendants agree the cases are related and that they do not oppose the relief sought by the Administrative Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of March, 2023, at San Diego, California.

_____/s/ Craig W. Smith_____
CRAIG W. SMTIH

1612433

- 1 -