ROBBINS LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsllp.com
CRAIG W. SMITH (164886)
csmith@robbinsllp.com
SHANE P. SANDERS (237146)
ssanders@robbinsllp.com
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff Suzanne Flannery

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | No. 4:20-cv-08600-JST<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SUZANNE FLANNERY'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12)**<br><br>Date Filed: December 4, 2020<br>Judge: Jon S. Tigar |

[Caption Continues on Next Page]

ALEX WOLK, derivatively on behalf of, SPLUNK INC.,

Plaintiff,

v.

DOUGLAS S. MERRITT, JASON E. CHILD, SARA J. BAACK, SEAN BOYLE, MARK T. CARGES, JOHN G. CONNORS, PATRICIA B. MORRISON, STEPHEN G. NEWBERRY, GRAHAM V. SMITH, ELISA A. STEELE, and SRI VISWANATH,

Defendants,

and

SPLUNK INC.,

Nominal Defendant.

Case No.: 4:21-cv-01116-JST

Date Filed: February 15, 2021
Judge: Jon S. Tigar

SUZANNE FLANNERY, Derivatively on Behalf of SPLUNK INC.,

Plaintiff,

v.

GRAHAM V. SMITH, STEPHEN G. NEWBERRY, PATRICIA B. MORRISON, MARK T. CARGES, ELISA A. STEELE, SARA J. BAACK, SEAN BOYLE, DOUGLAS S. MERRITT, JASON E. CHILD, SRI VISWANATH, JOHN G. CONNORS, TIMOTHY C. EMANUELSON, SCOTT MORGAN, SUSAN ST. LEDGER, and TIMOTHY TULLY,

Defendants,

-and-

SPLUNK INC, a Delaware Corporation,

Nominal Defendant.

No. 3:23-cv-00860-AGT

Date Filed: February 24, 2023
Judge: Magistrate Judge Alex G. Tse

The Court having considered shareholder derivative plaintiff Suzanne Flannery's Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil L.R. 3-12, HEREBY ORDERS as follows:

1.      The shareholder derivative action captioned *Flannery v. Smith, et al.*, No. 3:23-cv-00860 ("*Flannery*") is deemed related to *In re Plunk Inc. Securities Litigation*, No. 4:20-cv-08600-JST and *Wolk v. Merritt, et al.*, No. 4:21-cv-0116-JST.

2.      *Flannery* is hereby reassigned to the Honorable Jon S. Tigar.

3.      Pursuant to Civil L.R. 3-12(g), the Initial Case Management Conferences currently scheduled in *Flannery* will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

DATED:

                HONORABLE JON S. TIGAR
                UNITED STATES DISTRICT JUDGE

1612427