Sara B. Brody (SBN 130222)
sbrody@sidley.com
Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
TJ Herron (SBN 331728)
therron@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: +1 (415) 772-1200
Facsimile: +1 (415) 772-7400

Attorneys for Defendants in *In re Splunk Inc.
Securities Litigation*, Defendants and Nominal
Defendant in *Wolk v. Merritt, et al.*, and Nominal
Defendant in *Flannery v. Merritt, et al.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | Case No.:    4:20-cv-08600-JST |
| | **DEFENDANTS' AND NOMINAL DEFENDANT'S STATEMENT IN RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| | Date Filed:    December 4, 2020 |
| | Assigned to:    Honorable Jon S. Tigar |

[CAPTION CONTINUES ON NEXT PAGE]

| | |
|---|---|
| ALEX WOLK, derivatively on behalf of, SPLUNK INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUGLAS S. MERRITT, JASON E. CHILD, SARA J. BAACK, SEAN BOYLE, MARK T. CARGES, JOHN G. CONNORS, PATRICIA B. MORRISON, STEPHEN G. NEWBERRY, GRAHAM V. SMITH, ELISA A. STEELE, and SRI VISWANATH,<br><br>    Defendants,<br><br>    and<br><br>SPLUNK INC.,<br><br>    Nominal Defendant. | Case No.:   4:21-cv-01116-JST<br><br>Date Filed:  February 15, 2021<br><br>Assigned to:  Honorable Jon S. Tigar |
| SUZANNE FLANNERY, Derivatively on Behalf of, SPLUNK INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GRAHAM V. SMITH, STEPHEN G. NEWBERRY, PATRICIA B. MORRISON, MARK T. CARGES, ELISA A. STEELE, SARA J. BAACK, SEAN BOYLE, DOUGLAS S. MERRITT, JASON E. CHILD, SRI VISWANATH, JOHN G. CONNORS, TIMOTHY C. EMANUELSON, SCOTT MORGAN, SUSAN ST. LEDGER, and TIMOTHY TULLY,<br><br>    Defendants,<br><br>    -and-<br><br>SPLUNK INC., a Delaware Corporation,<br><br>    Nominal Defendant. | Case No.:   4:23-cv-00860-AGT<br><br>Date Filed:  February 24, 2023<br><br>Assigned to:  Honorable Alex G. Tse |

Pursuant to Civil Local Rules 3-12 and 7-11, Defendants Splunk Inc., Douglas Merritt, and Jason Child in *In re Splunk Inc. Securities Litigation*, Case No. 4:20-cv-08600-JST (N.D. Cal. filed Dec. 4, 2020) (the "Securities Class Action"); Nominal Defendant Splunk Inc. and Defendants Douglas S. Merritt, Jason E. Child, Sara J. Baack, Sean Boyle, Mark T. Carges, John G. Connors, Patricia B. Morrison, Stephen G. Newberry, Graham V. Smith, Elisa A. Steele, and Sri Viswanath in *Wolk v. Merritt*, Case No. 4:21-cv-01116-JST (N.D. Cal. filed Feb. 15, 2021) (the "*Wolk* Action"); and Nominal Defendant Splunk Inc. in *Flannery v. Merritt*, Case No. 4:23-cv-00860-AGT (N.D. Cal. filed Feb. 24, 2023) (the "*Flannery* Action") hereby submit this statement in response to the Administrative Motion to Consider Whether Cases Should Be Related (Civil L.R. 3-12) ("Motion to Relate") (Dkt. 122).

Defendants and Nominal Defendant agree that the *Flannery* Action should be related to the Securities Class Action and the *Wolk* Action.  Local Rule 3-12 provides that actions are related to each other when (i) they "concern substantially the same parties, property, transaction or event" and (ii) it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  The Securities Class Action, *Wolk* Action, and *Flannery* Action meet this standard.

On March 16, 2021, the Court determined that the *Wolk* action was related to the Securities Class Action.  Dkt. 58.  All Defendants in the Securities Class Action and *Wolk* Action are also named in the *Flannery* Action as Defendants or as Nominal Defendant.  And the derivative claims in the *Flannery* Action are premised on the same allegations of material misstatements or omissions that underlie the securities fraud claims asserted in the Securities Class Action.  Securities and derivative cases premised on the same alleged misconduct with overlapping parties—just like the Securities Class Action, *Wolk* Action, and *Flannery* Action—are routinely related.  *E.g.*, *Hefler v. Wells Fargo*, No. 4:16-cv-05479-JST (N.D. Cal. Sept. 26, 2016) (Dkts. 8, 14, 22, 47, 55) (orders granting administrative motions to relate securities and derivative cases); *Huang v. Assertio Therapeutics, Inc.*, No. 4:17-cv-04830-JST (N.D. Cal. filed Aug. 18, 2017) (Dkt. 47) (same); *In re Twitter Inc. Sec. Litig.*, No. 4:16-cv-05314-JST (N.D. Cal. filed Sept. 16, 2016) (Dkt. 65) (same).  Assignment to a single judge here will conserve judicial resources and promote an efficient determination of these matters.

STATEMENT IN RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, CASE NO. 4:20-CV-08600-JST

Because the Securities Class Action, *Wolk* Action, and *Flannery* Action involve similar parties, transactions, and events, relating these cases will serve the interests of judicial economy. Defendants and Nominal Defendant support relation of the *Flannery* Action with the Securities Class Action and *Wolk* Action, and the resulting reassignment of the *Flannery* Action to the Honorable Jon S. Tigar.

Date: March 7, 2023

**SIDLEY AUSTIN LLP**

By: */s/ Sara B. Brody*

Sara B. Brody (SBN 130222)
sbrody@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: +1 (415) 772-1200
Facsimile: +1 (415) 772-7400

Attorneys for Defendants in *In re Splunk Inc. Securities Litigation*, Defendants and Nominal Defendant in *Wolk v. Merritt, et al.*, and Nominal Defendant in *Flannery v. Merritt, et al.*

-2-