ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
ERIK W. LUEDEKE (249211)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@rgrdlaw.com
bennyg@rgrdlaw.com
eluedeke@rgrdlaw.com

Attorneys for Plaintiff Retirement Plan for Police
Officers & Firefighters of the City of North Miami Beach

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | Case No. 4:20-cv-08600-JST |
| | PLAINTIFF RETIREMENT PLAN FOR POLICE OFFICERS & FIREFIGHTERS OF THE CITY OF NORTH MIAMI BEACH'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |
| | Date Filed:  December 4, 2020 Judge:  Jon S. Tigar |

[Caption continued on following page.]

4868-2895-6250

ALEX WOLK, derivatively on behalf of SPLUNK INC.,

Plaintiff,

v.

DOUGLAS MERRITT, et al.,

Defendants,

and

SPLUNK INC.,

Nominal Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 4:21-cv-01116-JST

Date Filed:  February 15, 2021
Judge:  Jon S. Tigar

SUZANNE FLANNERY, Derivatively on Behalf of SPLUNK INC.,

Plaintiff,

vs.

GRAHAM V. SMITH, et al.,

Defendants,

– and –

SPLUNK, INC., a Delaware corporation,

Nominal Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:23-cv-00860-JST

Date Filed:  February 24, 2023
Judge:  Jon S. Tigar

RETIREMENT PLAN FOR POLICE OFFICERS & FIREFIGHTERS OF THE CITY OF NORTH MIAMI BEACH, Derivatively on Behalf of SPLUNK, INC.,

Plaintiff,

vs.

DOUGLAS MERRITT, et al.,

Defendants,

– and –

SPLUNK, INC., a Delaware corporation,

Nominal Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:23-cv-01313-LB

Date Filed:  March 23, 2023
Judge:  Magistrate Laurel Beeler

4868-2895-6250

Pursuant to Civil Local Rule 3-12 of the United States District Court for the Northern District of California, plaintiff Retirement Plan for Police Officers & Firefighters of the City of North Miami Beach ("*CNMB*") respectfully submits this Administrative Motion to Consider Whether Cases Should Be Related (the "Motion").

## I. APPLICABLE STANDARD UNDER CIVIL LOCAL RULE 3-12

Under Civil Local Rule 3-12, an action is related to another when: "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will an unduly burdensome duplication of labor of expense or conflicting results if the cases are conducted before different judges." Civil Local Rule 3-12(a)(1)-(2). On March 16, 2021 and March 9, 2023, respectively, this Court previously related derivative actions filed on behalf of nominal party Splunk, Inc. ("Splunk" or the "Company") – *Wolk v. Merritt, et al.*, No. 4:21-cv-0116-JST ("*Wolk*") and *Flannery v. Smith, et al.*, No. 23-cv-00860-JST ("*Flannery*") with *In re Splunk Inc. Securities Litigation*, No. 4:20-cv-08600-JST (the "Securities Action"), as the derivative actions and securities class action involve substantially the same parties, property, transactions or events. *See* Securities Action ECF 58 and 124, respectively.

On March 23, 2023, plaintiff *CNMB* commenced a derivative action on behalf of Splunk against the named defendants in the Securities Action after making a litigation demand on the Board of Directors of Splunk. *See Retirement Plan for Police Officers & Firefighters of the City of North Miami Beach v. Merritt, et al.*, No. 3:23-cv-01313-LB, ECF 1 (N.D. Cal. Mar. 23, 2023). Although plaintiffs in the Securities Action assert different claims for relief, those claims arise from the same operative facts, circumstances, and transaction asserted in the *CNMB* action and involve the same parties, including defendants Douglas Merritt, Jason Child and nominal party Splunk. The operative facts, circumstances and transaction in the *Wolk*, *Flannery*, and *CNMB* are also substantially similar and involve some of the same key defendants. The procedural distinction between *Wolk*, *Flannery*, and *CNMB*, the former being demand futility actions and the latter being a wrongful refusal action, should be insufficient to overcome the fact that the claims asserted in the derivative actions arise from substantially the same operative facts, circumstances and transactions. Relating the above-captioned action before the same judge will promote judicial economy and preserve resources, as

well as avoid the possibility of conflicting results if the cases proceed before different judges.

Accordingly, *CNMB* should be deemed related to *Wolk*, *Flannery* and the Securities Action.

DATED:  March 30, 2023

ROBBINS GELLER RUDMAN
   & DOWD LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
ERIK W. LUEDEKE

                              s/ Travis E. Downs III
                              TRAVIS E. DOWNS III

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiff Retirement Plan for Police
Officers & Firefighters of the City of North
Miami Beach

SUGARMAN SUSSKIND BRASWELL
   & HERRERA, P.A.
ROBERT A. SUGARMAN
PEDRO A. HERRERA
150 Alhambra Circle, Suite 725
Coral Gables, FL  33134
Telephone:  305/529-2801
305/447-8115 (fax)

Additional Counsel for Plaintiff Retirement Plan
for Police Officers & Firefighters of the City of
North Miami Beach

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 30, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Travis E. Downs III
TRAVIS E. DOWNS III

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  travisd@rgrdlaw.com

4868-2895-6250

**Mailing Information for a Case 4:20-cv-08600-JST In re Splunk Inc. Securities Litigation**

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Caitlin Bozman**
  caitlin.bozman@blbglaw.com

- **Sara B. Brody**
  sbrody@sidley.com,ddelarocha@sidley.com,msam@sidley.com,sfdocket@sidley.com,sara-brody-9555@ecf.pacerpro.com

- **Lauren Michelle Cruz**
  Lauren.Cruz@blbglaw.com

- **Matthew Patrick Henry**
  mhenry@sidley.com

- **Thomas James Herron**
  therron@sidley.com,tj-herron-7299@ecf.pacerpro.com,sfdocket@sidley.com

- **Adam D Hollander**
  ahollander@slarskey.com

- **Robert David Klausner**
  lorna@robertdklausner.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **John Rizio-Hamilton**
  johnr@blbglaw.com,ManagingClerk@blbglaw.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Nicole Marie Ryan**
  nicole.ryan@sidley.com,tberninzoni@sidley.com,therron@sidley.com,nicole-ryan-5866@ecf.pacerpro.com,tj-herron-7299@ecf.pacerpro.com,sfdocket@sidley.com,dgiusti@sidley.com,ldonohue@sidley.com

- **Brandon Slotkin**
  brandon.slotkin@blbglaw.com

- **Craig Wallace Smith**
  notice@robbinsllp.com,csmith@robbinsllp.com

- **Whitney E. Street**
  WhitneySt@hbsslaw.com,whitney-street-0082@ecf.pacerpro.com

- **Jonathan Daniel Uslaner**
  jonathanu@blbglaw.com,Khristine.DeLeon@blbglaw.com,managingclerk@blbglaw.com,Scott.Foglietta@blbglaw.com,AdamW@blbglaw.com,Matthew.Mahady@blt

- **Jacob Allen Walker**
  jake@blockleviton.com,jacob-walker-5598@ecf.pacerpro.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)