ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
ERIK W. LUEDEKE (249211)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@rgrdlaw.com
bennyg@rgrdlaw.com
eluedeke@rgrdlaw.com

Attorneys for Plaintiff Retirement Plan for Police
Officers & Firefighters of the City of North Miami Beach

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | ) ) ) ) |

Case No. 4:20-cv-08600-JST

DECLARATION OF TRAVIS E. DOWNS III IN SUPPORT OF PLAINTIFF RETIREMENT PLAN FOR POLICE OFFICERS & FIREFIGHTERS OF THE CITY OF NORTH MIAMI BEACH'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Date Filed:  December 4, 2020
Judge:  Jon S. Tigar

[Caption continued on following page.]

4868-1539-0554

| | |
|---|---|
| ALEX WOLK, derivatively on behalf of SPLUNK INC., | Case No. 4:21-cv-01116-JST |
| Plaintiff, | |
| v. | Date Filed:  February 15, 2021<br>Judge:  Jon S. Tigar |
| DOUGLAS MERRITT, et al., | |
| Defendants, | |
| and | |
| SPLUNK INC., | |
| Nominal Defendant. | |
| SUZANNE FLANNERY, Derivatively on Behalf of SPLUNK INC., | Case No. 3:23-cv-00860-JST |
| Plaintiff, | |
| vs. | Date Filed:  February 24, 2023<br>Judge:  Jon S. Tigar |
| GRAHAM V. SMITH, et al., | |
| Defendants, | |
| – and – | |
| SPLUNK, INC., a Delaware corporation, | |
| Nominal Defendant. | |
| RETIREMENT PLAN FOR POLICE OFFICERS & FIREFIGHTERS OF THE CITY OF NORTH MIAMI BEACH, Derivatively on Behalf of SPLUNK, INC., | Case No. 3:23-cv-01313-LB |
| Plaintiff, | |
| vs. | Date Filed:  March 23, 2023<br>Judge:  Magistrate Laurel Beeler |
| DOUGLAS MERRITT, et al., | |
| Defendants, | |
| – and – | |
| SPLUNK, INC., a Delaware corporation, | |
| Nominal Defendant. | |

4868-1539-0554

I, Travis E. Downs III, declare:

1.    I am a member of the Bar of the State of California and am admitted to practice law before this Court.  I make this declaration in support of plaintiff Retirement Plan for Police Officers & Firefighters of the City of North Miami Beach's Administrative Motion to Consider Whether Cases Should Be Related ("Motion").  I have personal knowledge of the matters set forth in this declaration and if called as a witness could competently testify to them.

2.    Before filing the Motion, I meet and conferred with counsel for defendants and defendants agree that the actions should be related and they do not oppose the relief sought in the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on March 30, 2023 at San Diego, California.

_____
TRAVIS E. DOWNS III

DECL OF TRAVIS E. DOWNS III IN SUPPORT OF PLAINTIFF CNMB'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED - 3:23-cv-01313-LB    - 1 -
4868-1539-0554