UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE SPLUNK INC. SECURITIES LITIGATION | ) ) ) ) ) | Case No. 4:20-cv-08600-JST<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF RETIREMENT PLAN FOR POLICE OFFICERS & FIREFIGHTERS OF THE CITY OF NORTH MIAMI BEACH'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>Date Filed: December 4, 2020<br>Judge: Jon S. Tigar |

[Caption continued on following page.]

4879-1436-3738

| | |
|---|---|
| ALEX WOLK, derivatively on behalf of SPLUNK INC., | Case No. 4:21-cv-01116-JST |
| Plaintiff, | |
| v. | Date Filed:  February 15, 2021<br>Judge:  Jon S. Tigar |
| DOUGLAS MERRITT, et al., | |
| Defendants, | |
| and | |
| SPLUNK INC., | |
| Nominal Defendant. | |
| SUZANNE FLANNERY, Derivatively on Behalf of SPLUNK INC., | Case No. 3:23-cv-00860-JST |
| Plaintiff, | |
| vs. | Date Filed:  February 24, 2023<br>Judge:  Jon S. Tigar |
| GRAHAM V. SMITH, et al., | |
| Defendants, | |
| – and – | |
| SPLUNK, INC., a Delaware corporation, | |
| Nominal Defendant. | |
| RETIREMENT PLAN FOR POLICE OFFICERS & FIREFIGHTERS OF THE CITY OF NORTH MIAMI BEACH, Derivatively on Behalf of SPLUNK, INC., | Case No. 3:23-cv-01313-LB |
| Plaintiff, | |
| vs. | Date Filed:  March 23, 2023<br>Judge:  Magistrate Laurel Beeler |
| DOUGLAS MERRITT, et al., | |
| Defendants, | |
| – and – | |
| SPLUNK, INC., a Delaware corporation, | |
| Nominal Defendant. | |

4879-1436-3738

Plaintiff Retirement Plan for Police Officers & Firefighters of the City of North Miami Beach's Administrative Motion to Consider Whether Cases Should Be Related (the "Motion") has come before the Court.  Having considered the papers submitted in support, and in opposition to the Motion, if any, and for GOOD CAUSE shown, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The shareholder derivative action *Retirement Plan for Police Officers & Firefighters of the City of North Miami Beach v. Merritt, et al.* is deemed related to *In re Splunk Inc. Sec. Litig.*, No. 4:20-cv-08600-JST, *Wolk v. Merritt, et al.*, No. 4:21-cv-0116-JST, and *Flannery v. Smith, et al.*, No. 23-cv-00860-JST;

3.    *Retirement Plan for Police Officers & Firefighters of the City of North Miami Beach v. Merritt, et al.* is hereby reassigned to the Honorable Jon S. Tigar; and

4.    Pursuant to Civil Local Rule 3-12(g), the Initial Case Management Conference currently scheduled in *Retirement Plan for Police Officers & Firefighters of the City of North Miami Beach v. Merritt, et al.* will be rescheduled by this Court.

IT IS SO ORDERED.

DATED:  _____    _____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE