Sara B. Brody (SBN 130222)
sbrody@sidley.com
Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
TJ Herron (SBN 331728)
therron@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: +1 (415) 772-1200
Facsimile: +1 (415) 772-7400

Attorneys for Defendants in *In re Splunk Inc.
Securities Litigation*, Defendants and Nominal
Defendant in *Wolk v. Merritt, et al.*, and Nominal
Defendant in *Flannery v. Smith, et al.* and *Cheng
v. Merritt, et al.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | Case No.:  4:20-cv-08600-JST |
| | **DEFENDANTS' AND NOMINAL DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| | Date Filed:  December 4, 2020 |
| | Assigned to:  Honorable Jon S. Tigar |

[CAPTION CONTINUES ON NEXT TWO PAGES]

ALEX WOLK, derivatively on behalf of, SPLUNK INC.,

       Plaintiff,

       v.

DOUGLAS S. MERRITT, JASON E. CHILD, SARA J. BAACK, SEAN BOYLE, MARK T. CARGES, JOHN G. CONNORS, PATRICIA B. MORRISON, STEPHEN G. NEWBERRY, GRAHAM V. SMITH, ELISA A. STEELE, and SRI VISWANATH,

       Defendants,

       and

SPLUNK INC.,

       Nominal Defendant.

| | |
|---|---|
| Case No.: | 4:21-cv-01116-JST |
| Date Filed: | February 15, 2021 |
| Assigned to: | Honorable Jon S. Tigar |

SUZANNE FLANNERY, Derivatively on Behalf of, SPLUNK INC.,

       Plaintiff,

       v.

GRAHAM V. SMITH, STEPHEN G. NEWBERRY, PATRICIA B. MORRISON, MARK T. CARGES, ELISA A. STEELE, SARA J. BAACK, SEAN BOYLE, DOUGLAS S. MERRITT, JASON E. CHILD, SRI VISWANATH, JOHN G. CONNORS, TIMOTHY C. EMANUELSON, SCOTT MORGAN, SUSAN ST. LEDGER, and TIMOTHY TULLY,

       Defendants,

       -and-

SPLUNK INC., a Delaware Corporation,

       Nominal Defendant.

| | |
|---|---|
| Case No.: | 4:23-cv-00860-JST |
| Date Filed: | February 24, 2023 |
| Assigned to: | Honorable Jon S. Tigar |

| | |
|---|---|
| ABBY CHENG, derivatively on behalf of, SPLUNK INC., | Case No.:   3:23-cv-00975-VC |
| Plaintiff, | Date Filed:   March 3, 2023 |
| v. | Assigned to:   Honorable Vince Chhabria |
| DOUGLAS S. MERRITT, JASON E. CHILD, SARA J. BAACK, SEAN BOYLE, MARK T. CARGES, JOHN G. CONNORS, PATRICIA B. MORRISON, STEPHEN G. NEWBERRY, GRAHAM V. SMITH, ELISA A. STEELE, and SRI VISWANATH, | |
| Defendants, | |
| and | |
| SPLUNK INC., | |
| Nominal Defendant. | |
| RETIREMENT PLAN FOR POLICE OFFICERS & FIREFIGHTERS OF THE CITY OF NORTH MIAMI BEACH, Derivatively on Behalf of SPLUNK, INC., | Case No.:   4:23-cv-01313-JST |
| Plaintiff, | Date Filed:   March 21, 2023 |
| v. | Assigned to:   Honorable Jon S. Tigar |
| DOUGLAS MERRITT and JASON CHILD, | |
| Defendants, | |
| -and- | |
| SPLUNK INC., a Delaware Corporation, | |
| Nominal Defendant. | |

Pursuant to Civil Local Rules 3-12 and 7-11, Defendants Splunk Inc., Douglas Merritt, and Jason Child in *In re Splunk Inc. Securities Litigation*, No. 4:20-cv-08600-JST (N.D. Cal. filed Dec. 4, 2020) (the "Securities Action"); Nominal Defendant Splunk Inc. and Defendants Douglas S. Merritt, Jason E. Child, Sara J. Baack, Sean Boyle, Mark T. Carges, John G. Connors, Patricia B. Morrison, Stephen G. Newberry, Graham V. Smith, Elisa A. Steele, and Sri Viswanath in *Wolk v. Merritt*, No. 4:21-cv-01116-JST (N.D. Cal. filed Feb. 15, 2021) (the "*Wolk* Action"); Nominal Defendant Splunk Inc. in *Flannery v. Smith*, No. 4:23-cv-00860-JST (N.D. Cal. filed Feb. 24, 2023) (the "*Flannery* Action"); and Nominal Defendant Splunk Inc. in *Cheng v. Merritt*, No. 3:23-cv-00975-VC (N.D. Cal. filed March 3, 2023) hereby submit this Administrative Motion to Consider Whether Cases Should Be Related ("Motion to Relate").

Defendants and Nominal Defendant respectfully request that the Court hold that the *Cheng* Action is related to the Securities, *Wolk*, and *Flannery* Actions, as well as to *Retirement Plan for Police Officers & Firefighters of the City of North Miami Beach v. Merritt, et al.*, No. 3:23-cv-01313-JST (N.D. Cal. filed Mar. 23, 2023) (the "*CNMB* Action").  Under Local Rule 3-12, actions are related to each other when (i) they "concern substantially the same parties, property, transaction or event" and (ii) it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  The Court previously determined that the Securities, *Wolk*, *Flannery*, and *CNMB* Actions are all related to each other because they involve similar parties, property, transactions, or events.  *See* Dkts. 58, 124, and 127.

The *Cheng* Action likewise meets this standard.  Defendants and Nominal Defendant in the *Cheng* Action are all named in the *Wolk* and *Flannery* Actions as Defendants or as Nominal Defendant. And Defendants and/or Nominal Defendant in the Securities and *CNMB* Actions are all named in the *Cheng* Action as Defendants or as Nominal Defendant.  The derivative claims in the *Cheng* Action are premised on the same alleged misstatements that underlie the securities fraud claims asserted in the Securities Action.  Moreover, the operative facts, circumstances, and transactions underlying the derivative claims in the *Flannery, Wolk,* and *CNMB* Actions are also substantially similar to those underlying the derivative claims in *Cheng* Action.

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED,
CASE NO. 4:20-CV-08600-JST

Securities and derivative cases premised on the same alleged misconduct with overlapping parties—like the Securities, *Wolk*, *Flannery*, *Cheng*, and *CNMB* Actions here—are routinely related. *See, e.g.*, *Hefler v. Wells Fargo*, No. 4:16-cv-05479-JST (N.D. Cal. Sept. 26, 2016) (Dkts. 8, 14, 22, 47, 55) (orders granting administrative motions to relate securities and derivative cases); *Huang v. Assertio Therapeutics, Inc.*, No. 4:17-cv-04830-JST (N.D. Cal. filed Aug. 18, 2017) (Dkt. 47) (same); *In re Twitter Inc. Sec. Litig.*, No. 4:16-cv-05314-JST (N.D. Cal. filed Sept. 16, 2016) (Dkt. 65) (same). Assignment of these actions to a single judge will conserve resources, promote efficiency, and avoid the possibility of conflicting results if the actions were to proceed before different judges.

Because the Securities, *Wolk*, *Flannery*, *Cheng*, and *CNMB* Actions involve similar parties and events, relating all of these cases will serve the interests of judicial economy.  Defendants and Nominal Defendant therefore request relation of the *Cheng* Action with the Securities, *Wolk*, *Flannery*, and *CNMB* Actions, and the resulting reassignment of the *Cheng* Action to the Honorable Jon S. Tigar.

Date: April 14, 2023

**SIDLEY AUSTIN LLP**

By: */s/ Nicole M. Ryan*

Nicole M. Ryan
nicole.ryan@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: +1 (415) 772-1200
Facsimile: +1 (415) 772-7400

Attorneys for Defendants in *In re Splunk Inc. Securities Litigation*, Defendants and Nominal Defendant in *Wolk v. Merritt, et al.*, and Nominal Defendant in *Flannery v. Smith, et al.* and *Cheng v. Merritt, et al.*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2023, I electronically filed the foregoing with attachments with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.  Furthermore, I hereby certify pursuant to Local Rule 3-12(b) that the Electronic Mail Notice for this action includes counsel for all known parties to each apparently related action.

Date: April 14, 2023

**SIDLEY AUSTIN LLP**

By: */s/ Nicole M. Ryan*
Nicole M. Ryan
nicole.ryan@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: +1 (415) 772-1200
Facsimile: +1 (415) 772-7400

Attorneys for Defendants in *In re Splunk Inc. Securities Litigation*, Defendants and Nominal Defendant in *Wolk v. Merritt, et al.*, and Nominal Defendant in *Flannery v. Smith, et al.* and *Cheng v. Merritt, et al.*