**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | Case No.:      4:20-cv-08600-JST |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' AND NOMINAL DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| | Date Filed:     December 4, 2020 |
| | Assigned to:    Honorable Jon S. Tigar |

[CAPTION CONTINUES ON NEXT TWO PAGES]

ALEX WOLK, derivatively on behalf of, SPLUNK INC.,

    Plaintiff,

    v.

DOUGLAS S. MERRITT, JASON E. CHILD, SARA J. BAACK, SEAN BOYLE, MARK T. CARGES, JOHN G. CONNORS, PATRICIA B. MORRISON, STEPHEN G. NEWBERRY, GRAHAM V. SMITH, ELISA A. STEELE, and SRI VISWANATH,

    Defendants,

    and

SPLUNK INC.,

    Nominal Defendant.

| Case No.: | 4:21-cv-01116-JST |
| Date Filed: | February 15, 2021 |
| Assigned to: | Honorable Jon S. Tigar |

---

SUZANNE FLANNERY, Derivatively on Behalf of, SPLUNK INC.,

    Plaintiff,

    v.

GRAHAM V. SMITH, STEPHEN G. NEWBERRY, PATRICIA B. MORRISON, MARK T. CARGES, ELISA A. STEELE, SARA J. BAACK, SEAN BOYLE, DOUGLAS S. MERRITT, JASON E. CHILD, SRI VISWANATH, JOHN G. CONNORS, TIMOTHY C. EMANUELSON, SCOTT MORGAN, SUSAN ST. LEDGER, and TIMOTHY TULLY,

    Defendants,

    -and-

SPLUNK INC., a Delaware Corporation,

    Nominal Defendant.

| Case No.: | 4:23-cv-00860-JST |
| Date Filed: | February 24, 2023 |
| Assigned to: | Honorable Jon S. Tigar |

| | |
|---|---|
| ABBY CHENG, derivatively on behalf of, SPLUNK INC.,<br><br>           Plaintiff,<br><br>   v.<br><br>DOUGLAS S. MERRITT, JASON E. CHILD, SARA J. BAACK, SEAN BOYLE, MARK T. CARGES, JOHN G. CONNORS, PATRICIA B. MORRISON, STEPHEN G. NEWBERRY, GRAHAM V. SMITH, ELISA A. STEELE, and SRI VISWANATH,<br><br>           Defendants,<br><br>   and<br><br>SPLUNK INC.,<br><br>           Nominal Defendant. | Case No.:    3:23-cv-00975-VC<br><br>Date Filed:   March 3, 2023<br><br>Assigned to:  Honorable Vince Chhabria |
| RETIREMENT PLAN FOR POLICE OFFICERS & FIREFIGHTERS OF THE CITY OF NORTH MIAMI BEACH, Derivatively on Behalf of SPLUNK, INC.,<br><br>           Plaintiff,<br><br>   v.<br><br>DOUGLAS MERRITT and JASON CHILD,<br><br>           Defendants,<br><br>   -and-<br><br>SPLUNK INC., a Delaware Corporation,<br><br>           Nominal Defendant. | Case No.:    4:23-cv-01313-JST<br><br>Date Filed:   March 21, 2023<br><br>Assigned to:  Honorable Jon S. Tigar |

Now before the Court is the Administrative Motion to Consider Whether Cases Should Be Related ("Motion to Relate") filed by Defendants Splunk Inc., Douglas Merritt, and Jason Child in *In re Splunk Inc. Securities Litigation*, No. 4:20-cv-08600-JST (N.D. Cal. filed Dec. 4, 2020); Nominal Defendant Splunk Inc. and Defendants Douglas S. Merritt, Jason E. Child, Sara J. Baack, Sean Boyle, Mark T. Carges, John G. Connors, Patricia B. Morrison, Stephen G. Newberry, Graham V. Smith, Elisa A. Steele, and Sri Viswanath in *Wolk v. Merritt*, No. 4:21-cv-01116-JST (N.D. Cal. filed Feb. 15, 2021); Nominal Defendant Splunk Inc. in *Flannery v. Smith*, No. 4:23-cv-00860-JST (N.D. Cal. filed Feb. 24, 2023); and Nominal Defendant Splunk Inc. in *Cheng v. Merritt*, No. 3:23-cv-00975-VC (N.D. Cal. filed March 3, 2023).

Having considered the Motion to Relate, the papers submitted connection therewith, and for good cause shown, the Court ORDERS as follows:

1.      The Motion to Relate is **GRANTED**.

2.      The shareholder derivative action *Cheng v. Merritt*, No. 3:23-cv-00975-VC is deemed related to *In re Splunk Inc. Securities Litigation*, No. 4:20-cv-08600-JST; *Wolk v. Merritt*, No. 4:21-cv-01116-JST; *Flannery v. Smith*, No. 4:23-cv-00860-JST; and *Retirement Plan for Police Officers & Firefighters of the City of North Miami Beach v. Merritt, et al.*, No. 3:23-cv-01313-JST.

3.      *Cheng v. Merritt*, No. 3:23-cv-00975-VC is hereby reassigned to the Honorable Jon S. Tigar; and

4.      Pursuant to Civil L.R. 3-12(g), the Initial Case Management Conference currently scheduled in *Cheng v. Merritt*, No. 3:23-cv-00975-VC will be rescheduled by the Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

Dated: _____                      _____
                                                    The Honorable Jon S. Tigar
                                                    United States District Judge

-1-