UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | Case No. 20-cv-08600-JST<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING**<br><br>Re: ECF No. 117 |

Currently before the Court is Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement. ECF No. 117. In the motion, Lead Plaintiff states that it "estimated the theoretical maximum damages if investors were to prevail over all liability challenges . . . but before necessary considerations of issues of loss causation . . . , which amounted to $886 million." ECF No. 117 at 18. Lead Plaintiff then states that it "estimated the maximum potential realistic damages in this case if investors were to prevail over all liability challenges . . . and realistically accounting for issues of loss causation, which amounted to a range of approximately $146 million to $586 million." *Id.* (footnote omitted). By July 7, 2023, Lead Plaintiff shall file a supplemental brief that explains the methods by which these estimates were calculated.

**IT IS SO ORDERED.**

Dated: June 20, 2023

_____
JON S. TIGAR
United States District Judge