Sara B. Brody (SBN 130222)
sbrody@sidley.com
Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: +1 (415) 772-1200
Facsimile: +1 (415) 772-7400

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | Case No. 4:20-cv-08600-JST (AGT)<br><br>**DECLARATION OF MATTHEW P. HENRY REGARDING COMPLIANCE WITH NOTICE REQUIREMENTS OF THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715** |

I, Matthew P. Henry, declare as follows:

1.    I am a Senior Managing Associate at Sidley Austin LLP, counsel of record for Defendants Splunk Inc. ("Splunk"), Douglas Merritt, and Jason Child (collectively, "Defendants") in the above-captioned action (the "Action"). The facts contained in this declaration are based on my personal knowledge and information learned from colleagues at Sidley Austin LLP upon reasonable investigation. If called upon to testify, I could and would testify competently thereto.

2.    I submit this declaration pursuant to the Court's Corrected Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice *As Modified* (Dkt. 134, the "Order"), which requires Defendants to "cause to be served on Lead Counsel and filed with the Court proof, by affidavit or declaration, regarding compliance with the notice requirements of" the Class Action Fairness Act, 28 U.S.C. § 1715, *et seq.* ("CAFA"), "[n]o later than seven (7) calendar days before the Settlement Hearing," i.e., no later than February 15, 2024. Order ¶ 11.

3.    Under 28 U.S.C. § 1715(b), Defendants were required to serve notice (the "CAFA Notice") of the proposed settlement in this Action (the "Proposed Settlement") on the appropriate federal and state officials "[n]ot later than 10 days after [the] proposed settlement . . . [wa]s filed in court."

4.    On February 7, 2023, Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund filed the Proposed Settlement, the terms of which are contained in the Stipulation and Agreement of Settlement and the exhibits thereto. *See* Dkt. 117-1.

5.    On February 15, 2023, I caused the CAFA Notice to be served via Federal Express on the Attorney General of the United States and on the Attorney General of each of the fifty States.

6.    The CAFA Notice consisted of a cover letter (attached hereto as Exhibit A), along with five enclosed exhibits on a CD. Collectively, the letter and enclosures contained the following eight items pursuant to 28 U.S.C. § 1715(b):

      a.    Copies of every complaint filed in this Action, along with any materials filed with the complaints;

      b.    Notice of the preliminary approval hearing that was scheduled before the Court in this Action on April 6, 2023;

-1-

  c.  Copies of the proposed notifications to class members of the Proposed Settlement and class members' right to request exclusion from the class, which the Court subsequently approved with modifications;

  d.  A copy of the Stipulation and Agreement of Settlement and the exhibits thereto, which together contain the terms of the Proposed Settlement;

  e.  Notice regarding the Supplemental Agreement executed between Lead Counsel and Defendants' counsel;

  f.  A copy of the Proposed Final Judgment and Order of Dismissal with Prejudice in this Action;

  g.  An estimate of the share of claims covered by the Proposed Settlement and held by residents of each State; and

  h.  A copy of the Court's February 9, 2023 Order granting the parties' joint motion to file the Supplemental Agreement under seal.

7.  A list of the recipients of the CAFA Notice is attached hereto as Exhibit B.

8.  The CAFA Notice was served within ten days after the Proposed Settlement was filed with this Court on February 7, 2023, and more than ninety days before the final approval hearing scheduled for February 22, 2024.

9.  As of the date of this declaration, Defendants have not received any substantive communications regarding the CAFA Notice or proposed Class Action Settlement from any of the Attorneys General or any other recipient of the CAFA Notice.

10.  To the best of my knowledge, Defendants have fully complied with 28 U.S.C. § 1715(b).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of October, 2023, at San Jose, California.

    By: */s/ Matthew P. Henry*
      Matthew P. Henry