# Exhibit B

| First Name | Last Name | Title | Governmental Entity | Address 1 | Address 2 | City | State | PostalCode |
|---|---|---|---|---|---|---|---|---|
| Steve | Marshall | Attorney General | State of Alabama | 501 Washington Avenue | | Montgomery | AL | 36130-0152 |
| Treg | Taylor | Attorney General | State of Alaska | 1031 W. 4th Avenue | Suite 200 | Anchorage | AK | 99501-1994 |
| Kris | Mayes | Attorney General | State of Arizona | 2005 N Central Avenue | | Phoenix | AZ | 85004 |
| Tim | Griffin | Attorney General | State of Arkansas | 323 Center Street | Suite 200 | Little Rock | AR | 72201-2610 |
| CAFA | Coordinator | Office of the Attorney General | State of California | Consumer Protection Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Phil | Weiser | Attorney General | State of Colorado | 1300 Broadway | 10th Floor | Denver | CO | 80203 |
| William | Tong | Attorney General | State of Connecticut | 165 Capitol Avenue | | Hartford | CT | 06106 |
| Merrick | Garland | United States Attorney Genera | U.S. Department of Justice | 950 Pennsylvania Avenue, N.W | | Washington | D.C. | 20530-0001 |
| Kathy | Jennings | Attorney General | State of Delaware | 820 N. French Street | | Wilmington | DE | 19801 |
| Brian | Schwalb | Attorney General | District of Columbia | 400 6th St., NW | | Washington | DC | 20001 |
| Ashley | Moody | Attorney General | State of Florida | 400 S. Monroe St. | The Capitol, PL-01 | Tallahassee | FL | 32399-1050 |
| Chris | Carr | Attorney General | State of Georgia | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Holly | Shikada | Attorney General | State of Hawaii | 425 Queen Street | | Honolulu | HI | 96813 |
| Raul | Labrador | Attorney General | State of Idaho | 700 West Jefferson Street | Suite 210 | Boise | ID | 83720-0010 |
| Kwame | Raoul | Attorney General | State of Illinois | 100 W. Randolph Street | | Chicago | IL | 60601 |
| Todd | Rokita | Attorney General | State of Indiana | 302 West Washington Street | 5th Floor | Indianapolis | IN | 46204 |
| Brenna | Bird | Attorney General | State of Iowa | 1305 E. Walnut | | Des Moines | IA | 50319 |
| Kris | Kobach | Attorney General | State of Kansas | 120 S.W. 10th Avenue | 2nd Floor | Topeka | KS | 66612-1597 |
| Daniel | Cameron | Attorney General | State of Kentucky | 700 Capitol Avenue | Suite 118 | Frankfort | KY | 40601 |
| Jeff | Landry | Attorney General | State of Louisiana | 1885 N. Third Street | | Baton Rouge | LA | 70802 |
| CAFA | Coordinator | Office of the Attorney General | State of Massachusetts | 1 Ashburton Place | | Boston | MA | 02108 |
| Aaron | Frey | Attorney General | State of Maine | State House Station 6 | | Augusta | ME | 04333 |
| Anthony | Brown | Attorney General | State of Maryland | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Dana | Nessel | Attorney General | State of Michigan | 525 W. Ottawa Street | | Lansing | MI | 48909-0212 |
| Keith | Ellison | Attorney General | State of Minnesota | 75 Dr. Martin Luther King, Jr. Blvd. | Suite 102 | St. Paul | MN | 55155 |
| Lynn | Fitch | Attorney General | State of Mississippi | 550 High Street | Suite 1200 | Jackson | MS | 39201 |
| Andrew | Bailey | Attorney General | State of Missouri | 207 W. High Street | | Jefferson City | MO | 65101 |
| Austin | Knudsen | Attorney General | State of Montana | 215 N. Sanders | | Helena | MT | 59620-1401 |
| Mike | Hilgers | Attorney General | State of Nebraska | 2115 State Capitol | | Lincoln | NE | 68509 |
| Aaron D. | Ford | Attorney General | State of Nevada | 100 N. Carson Street | | Carson City | NV | 89701 |
| John | Formella | Attorney General | State of New Hampshire | 33 Capitol Street | | Concord | NH | 03301 |
| Mattew | Platkin | Attorney General | State of New Jersey | 25 Market Street | | Trenton | NJ | 08625 |
| Raul | Torrez | Attorney General | State of New Mexico | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 |
| CAFA | Coordinator | Office of the Attorney General | State of New York | 28 Liberty Street | 15th Floor | New York | NY | 10005 |
| Josh | Stein | Attorney General | State of North Carolina | 9001 Mail Services Center | | Raleigh | NC | 27699-9001 |
| Drew | Wrigley | Attorney General | State of North Dakota | 600 E. Boulevard Avenue | | Bismarck | ND | 58505-0040 |
| Dave | Yost | Attorney General | State of Ohio | 30 E. Broad Street | | Columbus | OH | 43266-0410 |
| John | O'Connor | Attorney General | State of Oklahoma | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Ellen F. | Rosenblum | Attorney General | State of Oregon | 1162 Court Street, NE | | Salem | OR | 97301 |
| Michelle | Henry | Attorney General | State of Pennsylvania | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 |
| Peter F. | Neronha | Attorney General | State of Rhode Island | 150 S. Main Street | | Providence | RI | 02903 |
| Alan | Wilson | Attorney General | State of South Carolina | 1000 Assembly Street | Room 519 | Columbia | SC | 29201 |
| Marty | Jackley | Attorney General | State of South Dakota | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501-8501 |
| Jonathan | Skrmetti | Attorney General | State of Tennessee | 425 5th Avenue North | | Nashville | TN | 37243 |
| Ken | Paxton | Attorney General | State of Texas | 300 W. 15th Street | | Austin | TX | 78701 |
| Sean | Reyes | Attorney General | State of Utah | 350 N. State Street | Suite 230 | Salt Lake City | UT | 84114-2320 |
| Charity | Clark | Attorney General | State of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Jason | Miyares | Attorney General | State of Virginia | 202 N. Ninth Street | | Richmond | VA | 23219 |
| Bob | Ferguson | Attorney General | State of Washington | 1125 Washington Street SE | | Olympia | WA | 98504-0100 |
| Patrick | Morrisey | Attorney General | State of West Virginia | 1900 Kanawha Blvd., E. | | Charleston | WV | 25305 |
| Josh | Kaul | Attorney General | State of Wisconsin | 17 W. Main Street | | Madison | WI | 53707-7857 |
| Bridget | Hill | Attorney General | State of Wyoming | State Capitol Building | | Cheyenne | WY | 82002 |