# Exhibit 5

**EXHIBIT 5**

*In Splunk Inc. Sec. Litig.*, No. 4:20-cv-08600-JST

**SUMMARY OF PLAINTIFFS' COUNSEL'S
LODESTAR AND EXPENSES**

| Exh. | FIRM | HOURS | HISTORIC LODESTAR | CURRENT LODESTAR | EXPENSES |
|------|------|-------|-------------------|------------------|----------|
| 5A | Bernstein Litowitz Berger & Grossmann LLP | 6,267.00 | $3,262,375.00 | $3,435,868.75 | $239,754.85 |
| 5B | Klausner, Kaufman, Jensen & Levinson | 93.80 | $65,825.00 | $70,350.00 | $0 |
| | **TOTAL:** | **6,360.80** | **$3,328,200.00** | **$3,506,218.75** | **$239,754.85** |