# Exhibit 5A

**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
Caitlin C. Bozman (Bar No. 343721)
caitlin.bozman@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Lead Counsel for Lead Plaintiff Louisiana
Sheriffs' Pension & Relief Fund and the Settlement
Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | Case No. 4:20-cv-08600-JST |
| | **DECLARATION OF JONATHAN D. USLANER IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES FILED ON BEHALF OF BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| | Judge:       Hon. Jon S. Tigar |
| | Courtroom: 6 |
| | Date:        February 22, 2024 |
| | Time:        2:00 p.m. |

DECLARATION OF JONATHAN D.
USLANER IN SUPPORT OF FEE MOTION

4:20-cv-08600-JST

I, JONATHAN D. USLANER, declare as follows:

1.    I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Lead Counsel" or "BLB&G"). I submit this Declaration in support of Lead Counsel's application for an award of attorneys' fees in connection with services rendered in the above-captioned class action (the "Action"), as well as for payment of Litigation Expenses incurred by my firm in connection with the Action. I have personal knowledge of the matters set forth herein, and if called upon, could and would testify thereto.[1]

**Introduction**

2.    My firm, as counsel for Lead Plaintiff and Lead Counsel for the Settlement Class was involved in all aspects of the litigation as set forth in my Declaration in Support of: (I) Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation, and (II) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses.

3.    The information in this Declaration and its exhibits regarding the time spent on the Action by the firm's attorneys and other professional support staff is based on contemporaneous daily time records regularly prepared and maintained by my firm. The information in this Declaration and its exhibits regarding expenses is based on the records of my firm, which are regularly prepared and maintained in the ordinary course of business. These records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred. I am the partner who oversaw and/or conducted the day-to-day activities in the litigation and I reviewed these time and expense records (and backup documentation where necessary or appropriate) in connection with the preparation of this Declaration.

4.    The purpose of this review was to confirm both the accuracy of the time entries and expenses as well as the necessity for, and reasonableness of, the time and expenses committed to the litigation. As a result of this review, reductions were made to both time and expenses in the exercise of billing judgment. In addition, all time expended in preparing this application for fees

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated January 30, 2023 (ECF No. 117-1).

DECLARATION OF JONATHAN D.                    1                    4:20-cv-08600-JST
USLANER IN SUPPORT OF FEE MOTION

and expenses has been excluded. Further, all time from by any timekeeper who spent fewer than ten hours working in the Action has been excluded.

5. As a result of this review and the adjustments made, I believe that the time reflected in the firm's lodestar calculation and the expenses for which payment is sought as set forth in this Declaration are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the litigation. In addition, I believe that the expenses are all of a type that would normally be charged to a fee-paying client in the private legal marketplace.

6. The hourly rates for the attorneys and professional support staff in my firm included in the exhibits to this Declaration are the usual and customary rates set by the firm for each individual. These hourly rates are the same as, or comparable to, the rates accepted by courts in other securities class action litigation or shareholder litigation including courts in this Circuit. My firm's rates are set based on periodic analysis of rates charged by firms performing comparable work and that have been approved by courts. Different timekeepers within the same employment category (*e.g.*, partners, associates, paralegals, etc.) may have different rates based on a variety of factors, including years of practice, years at the firm, year in the current position (*e.g.*, years as a partner), relevant experience, relative expertise, and the rates of similarly experienced peers at our firm or other firms. For personnel who are no longer employed by my firm, the "current rate" used for the lodestar calculation is based upon the rate for that person in his or her final year of employment with my firm.

7. None of the timekeepers listed in the exhibits to this Declaration and included in my firm's lodestar for the Action were "contract attorneys" or "contract paralegals." All of the timekeepers listed were either partners of the firm or W-2 employees of the firm, which means that the firm pays FICA and Medicare taxes on their behalf, along with state and federal unemployment taxes. These attorneys and employees also have access to the firm's 401(k) program and are eligible to receive year-end bonuses and are fully supervised by the firm's Partners and Senior Counsel and have access to secretarial and paralegal support. BLB&G also assigns a firm email address to each attorney or employee it employs.

**Hours and Lodestar Information**

8.      Attached as Exhibit 1 is a summary lodestar chart which lists (1) the name of each timekeeper in my firm who devoted more than 10 hours to the Action; (2) their title or position (*e.g.*, partner, associate, staff attorney, paralegal); (3) the total number of hours they worked on the Action from its inception through and including November 30, 2023; (4) their current hourly rate; (5) their lodestar (at both current and historical rates); and (6) a brief description of the primary work they performed in connection with this case.

9.      As reflected in Exhibit 1, the total number of hours expended on this Action by my firm through November 30, 2023, is 6,267.00.  The total lodestar for my firm for that period is $3,435,868.75 based on current rates and $3,262,375.00 based on historical rates.

10.     Attached as Exhibit 2 are summary descriptions describing the principal tasks in which each attorney and the principal support staff in my firm were involved in this Action.

11.     Exhibit 3 sets forth brief biographical summaries for each timekeeper listed in Exhibit 1, including information about their position, education, and relevant experience.

12.     Exhibit 4 is an Excel spreadsheet which lists (1) the name and position of each timekeeper; (2) the hours incurred by that timekeeper in each month in each of 13 different task categories; (3) the hourly rate charged for each timekeeper during that month; (4) his or her lodestar at that historic rate; (5) the current rate for each timekeeper (or most recent rate for former employees); and (6) his or her lodestar at the current rate.  The time reflected includes time spent through November 30, 2023.

13.     Exhibit 5 summarizes certain of the information contained in Exhibit 4. Specifically, Exhibit 5 (the "Summary of Categories by Month") reflects the total hours spent by all of my firm's timekeepers in each of the 13 task categories during each month.  Exhibit 5 also shows the total lodestar for all timekeepers for each month at both historic and current rates.

14.     Exhibit 6 summarizes certain of the information contained in Exhibit 4. Specifically, Exhibit 6 (the "Summary of Categories by Timekeeper") reflects the hours spent during the entire case by each timekeeper in each of the 13 task categories, and also reflects each

timekeeper's individual hours and lodestar at their historic rates and current rate (or most recent rate for former employees).

**Expense Information**

15.     My firm's lodestar figures are based upon the firm's hourly rates, which do not include charges for expense items.  Expense items are billed separately and such charges are not duplicated in my firm's hourly rates.

16.     My firm seeks an award of $239,754.85 for expenses and charges incurred in connection with the prosecution of the litigation from its inception through November 30, 2023.  Exhibit 7 is a chart summarizing these expenses and charges by category.  Exhibit 8 is a detailed listing of all of my firm's individual expenses and charges through November 30, 2023, organized by category.  We have attached copies of invoices and receipts for: (a) all expenses of experts; and (b) all other individual charges that exceed $1,000.

17.     The following is additional information regarding certain of these categories of expenses:

(a)     **Experts:**  My firm expended a total of $170,367.00 for the retention of Lead Plaintiff's expert on damages, loss causation and market efficiency, Dr. Steven P. Feinstein, Ph.D., CFA, Professor of Finance at Babson College, and his team at Crowninshield Financial Research, Inc.  Lead Counsel consulted with Dr. Feinstein and his team at Crowninshield in preparing the Complaint, in reviewing documents produced in discovery, and in preparation for settlement negotiations.  Dr. Feinstein prepared an expert report on the efficiency of the market for Splunk common stock and class-wide damages methodologies that was submitted in connection with Lead Plaintiff's motion for class certification.  After the Settlement was reached, Lead Counsel worked with Dr. Feinstein and his team to develop the Plan of Allocation.  Exhibit 9 includes copies of all invoices or receipts from Crowinshield, organized chronologically.

(b)     **Court Fees:**  Lead Counsel paid $1,268.00 to the Court for attorney admission fees.

(c)     **Online Legal and Factual Research:**  Lead Counsel expended $47,249.82 on on-line factual and legal research.  This category includes vendors such as Westlaw, Lexis/Nexis, Bureau of National Affairs, Thompson Reuters, Refinitiv, and PACER.  These resources were used

DECLARATION OF JONATHAN D.             4             4:20-cv-08600-JST
USLANER IN SUPPORT OF FEE MOTION

to obtain access to court filings, to conduct legal research and cite-checking of briefs, and to obtain factual information regarding the claims asserted through access to various financial databases and other factual databases.  This expense represents the actual expenses incurred by BLB&G for use of these services in connection with this litigation.  The charges for these vendors vary depending upon the type of services requested.  For example, BLB&G has flat-rate contracts with some of these providers for use of their services. When BLB&G utilizes online services provided by a vendor with a flat-rate contract, access to the service is by a billing code entered for the specific case being litigated.  At the end of each billing period in which such service is used, BLB&G's costs for such services are allocated to specific cases based on the percentage of use in connection with that specific case in the billing period.  As a result of the contracts negotiated by BLB&G with certain providers, the class enjoys substantial savings in comparison with the "market-rate" for *a la carte* use of such services which some law firms pass on to their clients.  For example, the "market rate" charged to others by Westlaw and Lexis/Nexis for the types of services used by BLB&G is more expensive than the rates negotiated by BLB&G.

(d)     **Document Management:**  Lead Counsel's Litigation Expenses include $4,374.60 for the costs associated with the internal document database established and maintained by Lead Counsel and used by Lead Counsel to process and review the substantial number of documents produced by Defendants in this Action.  BLB&G charges a rate of $4 per gigabyte of data per month and $17 per user to recover the costs associated with maintaining its document database management system, which includes the costs to BLB&G of necessary software licenses and hardware.  BLB&G has conducted a review of market rates charged for the similar services performed by third-party document management vendors and found that its rate was at least 80% below the market rates charged by these vendors, resulting in a savings to the Settlement Class.

(e)     **Court Reporting & Transcripts**.  Lead Counsel incurred $859.90 for costs of court reporting and transcripts in the Action.

(f)     **Mediation.**  Lead Plaintiff's share of the mediation fees paid to JAMS, Inc. for the services of the mediator, Jed Melnick, amounted to $14,752.57.

18.    Attached as Exhibit 10 are copies of receipts for all of my firm's other expenses that exceed $1,000 individually, organized by category and then chronologically.

**Conclusion**

19.    Attached as Exhibit 11 is a brief resume describing the background and experience of my firm.

20.    Electronic copies of the three Excel spreadsheets, Exhibits 4, 5, and 6, will be lodged with the Courtroom deputy.  We will provide the Court with any further documentation or explanation with respect to our lodestar or expenses, including our detailed daily time records, upon request by the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, this 7th day of December, 2023.


                                        _/s Jonathan D. Uslaner_____
                                        Jonathan D. Uslaner

**EXHIBIT 1**

*In re Splunk Inc. Sec. Litig.* , No. 4:20-cv-08600-JST
**Bernstein Litowitz Berger & Grossmann LLP**
**Summary Lodestar Chart**
**Inception - November 30, 2023**

| Name | Position | Total Hours | Current Rate | Historical Lodestar | Current Lodestar | Brief Summary of Work Performed |
|---|---|---|---|---|---|---|
| Adam Hollander | Partner | 448.50 | $850 | $381,225.00 | $381,225.00 | Discovery; class certification; expert work; mediation. |
| John Rizio-Hamilton | Partner | 164.75 | $1,150 | $179,462.50 | $189,462.50 | Overall supervision of the case; strategy; mediation. |
| Hannah Ross | Partner | 17.50 | $1,150 | $19,275.00 | $20,125.00 | Client communications |
| Gerald Silk | Partner | 44.00 | $1,250 | $50,600.00 | $55,000.00 | Initial case analysis and strategy |
| Jonathan Uslaner | Partner | 496.50 | $975 | $462,143.75 | $484,087.50 | Day-to-day oversight of case; mediation/settlement |
| David L. Duncan | Senior Counsel | 135.50 | $825 | $111,531.25 | $111,787.50 | Settlement |
| Catherine van Kampen | Senior Counsel | 21.50 | $775 | $16,562.50 | $16,662.50 | Settlement |
| Caitlin Bozman | Associate | 528.00 | $475 | $237,625.00 | $250,800.00 | Discovery and mediation |
| Lauren Cruz | Associate | 398.75 | $650 | $221,275.00 | $259,187.50 | Complaint; opp. to MTD; discovery |
| Rebecca Kim | Associate | 28.00 | $475 | $12,975.00 | $13,300.00 | Initial analysis and Lead Plaintiff motion |
| Brandon Slotkin | Associate | 83.00 | $425 | $35,275.00 | $35,275.00 | Discovery and mediation |
| Matthew Traylor | Associate | 308.75 | $500 | $146,656.25 | $154,375.00 | Complaint; opp. to MTD |
| Eric Blanco | Staff Attorney | 127.50 | $400 | $51,000.00 | $51,000.00 | Fact discovery (Defendants' documents) |
| Robert Blauvet | Staff Attorney | 51.75 | $425 | $21,993.75 | $21,993.75 | Fact discovery (Lead Plaintiff's documents) |
| Reena Garg | Staff Attorney | 973.75 | $400 | $389,500.00 | $389,500.00 | Fact discovery (company research, Defendants' documents) |
| Marsha Johnson | Staff Attorney | 108.00 | $400 | $43,200.00 | $43,200.00 | Fact discovery (Defendants' documents) |
| Rachel Roberts | Staff Attorney | 148.00 | $375 | $55,500.00 | $55,500.00 | Fact discovery (Defendants' documents) |
| Yvette Schwimmer | Staff Attorney | 191.50 | $400 | $76,600.00 | $76,600.00 | Fact discovery (Defendants' documents) |
| Renee Tamraz | Staff Attorney | 39.00 | $400 | $15,600.00 | $15,600.00 | Fact discovery (Lead Plaintiff's documents) |
| Michael Taylor | Staff Attorney | 94.50 | $400 | $37,800.00 | $37,800.00 | Fact discovery (Defendants' documents) |
| Amy Bitkower | Dir. of Investigations | 62.00 | $600 | $35,712.50 | $37,200.00 | Investigation: identifying & interviewing former Splunk employees |
| Robin Barnier | Investigator | 287.00 | $425 | $86,100.00 | $121,975.00 | Investigation: identifying & interviewing former Splunk employees |
| Jacob Foster | Investigator | 85.50 | $325 | $25,650.00 | $27,787.50 | Investigation: identifying & interviewing former Splunk employees |
| Jenna Goldin | Investigator | 203.25 | $425 | $81,581.25 | $86,381.25 | Investigation: identifying & interviewing former Splunk employees |
| Joelle Sfeir | Investigator | 381.50 | $475 | $162,443.75 | $181,212.50 | Investigation: identifying & interviewing former Splunk employees |
| Adam Weinschel | Dir. of Investor Services | 29.75 | $600 | $16,206.25 | $17,850.00 | Financial analysis of client and class damages |
| Rachel Graf | Financial Analyst | 12.50 | $400 | $4,887.50 | $5,000.00 | Financial analysis of client and class damages |
| Tanjila Sultana | Financial Analyst | 34.75 | $475 | $14,862.50 | $16,506.25 | Financial analysis of client and class damages |
| Khristine de Leon | Case Manager | 15.50 | $325 | $5,037.50 | $5,037.50 | Paralegal work |
| Janielle Lattimore | Case Manager | 54.00 | $400 | $20,218.75 | $21,600.00 | Paralegal work; electronic filing |
| Matthew Mahady | Case Manager | 26.75 | $375 | $9,500.00 | $10,031.25 | Paralegal work |
| Virgilio Soler Jr | Case Manager | 82.75 | $375 | $29,093.75 | $31,031.25 | Paralegal work |
| Melody Yaghoubzadeh | Case Manager | 363.50 | $375 | $130,887.50 | $136,312.50 | Paralegal work |
| Cindy Bomzer-Stein | Paralegal | 80.00 | $325 | $26,000.00 | $26,000.00 | Paralegal work |
| Annemarie Eames | Paralegal | 16.75 | $325 | $5,443.75 | $5,443.75 | Paralegal work |
| Viginia Gonzales | Paralegal | 81.50 | $325 | $26,487.50 | $26,487.50 | Paralegal work |
| Mahiri Buffong | Managing Clerk | 41.25 | $425 | $16,462.50 | $17,531.25 | Electronic filing oversight |
| **TOTALS:** | | **6,267.00** | | **$3,262,375.00** | **$3,435,868.75** | |

**EXHIBIT 2**

*In Splunk Inc. Sec. Litig.*, **No. 4:20-cv-08600-JST**

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

**SUMMARY DESCRIPTIONS OF WORK PERFORMED**

## PARTNERS

**Adam Hollander** (448.5 hours): Mr. Hollander played a central role in discovery efforts (including obtaining discovery from Defendants and third parties and preparing Lead Plaintiff's production of documents) and Lead Plaintiff's motion for class certification. Mr. Hollander also worked extensively with Lead Plaintiff's expert in damages and market efficiency. Mr. Hollander participated in preparing Lead Plaintiff's mediation submission and he attended and participated in the mediation.

**John Rizio-Hamilton** (164.75 hours): Mr. Rizio-Hamilton was one of the partners responsible for overall oversight and handling of the litigation, including litigation strategy. Mr. Rizio-Hamilton was involved in drafting and reviewing the Complaint and the briefing in opposition to Defendants' motion to dismiss, and Lead Plaintiff's motion for class certification. Mr. Rizio-Hamilton also oversaw discovery and was responsible for strategy relating to case management issues. Mr. Rizio-Hamilton also participated in preparing Lead Plaintiff's mediation submission, and he attended and actively participated in the mediation and settlement negotiations.

**Hannah Ross** (17.5 hours): Ms. Ross took the lead on client communications with Lead Plaintiff Louisiana Sheriffs and its counsel, Klausner, Kaufman, Jensen & Levinson, and was involved in preparing and conveying client memos and other status updates to the client.

**Gerald H. Silk** (44.0 hours): Mr. Silk is a member of BLB&G management committee, and the head of the Firm's New Matters department. Mr. Silk participated in the initial analysis of the case and other strategic and tactical decisions in the litigation.

**Jonathan Uslaner** (496.5 hours): Mr. Uslaner was significantly involved in all aspects of the case and, together with Mr. Rizio-Hamilton, was responsible for the day-to-day handling and strategy of the litigation and overseeing all aspects of case management and prosecution. Mr. Uslaner oversaw Lead Plaintiff's factual investigation into the claims and played a central role in drafting the Complaint, the briefing related to Defendants' motion to dismiss, and Lead Plaintiff's motion for class certification. Mr. Uslaner was also heavily involved in discovery efforts on Defendants and third parties. Mr. Uslaner also participated in preparing Lead Plaintiff's mediation submission and participated in the settlement mediation, and oversaw the preparation and submission of all settlement-related filings.

**SENIOR COUNSEL**

**David L. Duncan** (135.5 hours): Mr. Duncan is a member of the Firm's Settlement Department. Mr. Duncan's primary role at the Firm is to manage and implement class action settlements. In that capacity, Mr. Duncan participated in drafting, editing, and coordinating the settlement documentation, including the Term Sheet and the Stipulation of Settlement and related exhibits. Mr. Duncan was also responsible for coordinating with the administrator regarding dissemination of notice to the Settlement Class and assisted in preparing Lead Plaintiff's motions for preliminary and final approval of the Settlement.

**Catherine Van Kampen** (21.5 hours): Ms. Van Kampen is also a member of the Settlement Department. Ms. van Kampen had responsibility for coordinating the process of selecting the claims administrator through a bidding process, as well as other matters related to the administration of the Settlement, including responsibility for banking matters and administration of the escrow account.

**ASSOCIATES**

**Caitlin Bozman** (528 hours):  Ms. Bozman was primarily involved in discovery efforts, including preparing requests for production of documents and third-party subpoenas; drafting the case management order and protective order; participating in meet and confer conferences with defense counsel regarding various discovery issues; drafting discovery-related correspondence; and overseeing the review and analysis of documents produced by Defendants and various third parties.  Ms. Bozman also participated in drafting Lead Plaintiff's mediation statement and attended the mediation session.

**Lauren Cruz** (398.75 hours): Ms. Cruz was involved in multiple aspects of the case, including: (i) researching and drafting the Complaint; (ii) assisting in researching and drafting the opposition to Defendants' motion to dismiss; and (iii) various aspects of discovery, including drafting document requests and initial disclosures, drafting responses to Defendants' document requests and interrogatories, and drafting discovery-related correspondence.

**Rebecca Kim** (28 hours): Ms. Kim, a former associate at BLB&G in the New Matters department, was involved in the initial assessment of the case; preparing a memorandum for Louisiana Sheriffs concerning participation in the case; and assisting with the preparation of the motion for appointment as Lead Plaintiff.

**Brandon Slotkin** (83 hours): Mr. Slotkin was involved in various aspects of discovery, was heavily involved in drafting Lead Plaintiff's mediation statement, and assisted in preparation of the motion for final approval of the Settlement.

**Matthew Traylor** (308.75 hours): Mr. Traylor, a former associate at BLB&G, was principally involved in researching and drafting the Complaint and drafting and researching Lead Plaintiff's opposition to Defendants' motion to dismiss.

Exhibit 2 – Page 2 of 4

**STAFF ATTORNEYS**

**Eric Blanco** (127.5 hours): Mr. Blanco was primarily involved in fact discovery, including review and analysis of documents produced by Defendants.

**Robert Blauvet** (51.75 hours): Mr. Blauvet was primarily involved in fact discovery, including review and analysis of Lead Plaintiff's documents for production in response to Defendants' requests.

**Reena Garg** (973.75 hours): Ms. Garg was primarily involved in fact discovery, including conducting extensive research on Splunk based on publicly available documents, in reviewing and analyzing documents produced by Defendants, and creating reference materials for other attorneys to use in conducting the document review.

**Marsha Johnson** (108 hours): Ms. Johnson was primarily involved in fact discovery, including review and analysis of documents produced by Defendants.

**Rachel Roberts** (148 hours): Ms. Roberts was primarily involved in fact discovery, including review and analysis of documents produced by Defendants.

**Yvette Schwimmer** (191.5 hours): Ms. Schwimmer was primarily involved in fact discovery, including review and analysis of documents produced by Defendants.

**Renee Tamraz** (39 hours): Ms. Tamraz was primarily involved in fact discovery, including review and analysis of Lead Plaintiff's documents for production in response to Defendants' requests.

**Michael Taylor** (94.5 hours): Mr. Taylor was primarily involved in fact discovery, including review and analysis of documents produced by Defendants.


**INVESTIGATORS**

**Amy Bitkower** (62 hours); **Robin Barnier** (287 hours); **Jacob Foster** (85.5 hours); **Jenna Goldin** (203.25 hours); and **Joelle Sfeir** (381.5 hours): Ms. Bitkower is the Director of BLB&G's Investigations Department.  Ms. Bitkower, with the assistance of Ms. Barnier, Mr. Foster, Ms. Goldin, and Ms. Sfier, all of whom are Investigators at the firm, conducted an extensive investigation which included identifying former employees of Splunk who may have had information about the alleged fraud; contacting over 650 of these individuals; and ultimately conducting interviews with 240 former Splunk employees.  The investigative team created memos summarizing their interviews and assisted Lead Counsel's attorneys in follow up interviews with certain key witnesses.

Exhibit 2 – Page 3 of 4

**FINANCIAL ANALYSTS**

**Adam Weinschel** (29.75 hours); **Rachel Graf** (12.5 hours), and **Tanjila Sultana** (34.75 hours): Mr. Weinschel, Director of Investor Services at BLB&G, along with members of his staff, Ms. Graf and Ms. Sultana, both Financial Analysts, conducted analyses of Splunk trading data to determine financial losses for Lead Plaintiff and members of the class.

**SUPPORT STAFF – Case Managers, Paralegals, and Managing Clerk**

**Khristine de Leon** (15.5 hours); **Janielle Lattimore** (54 hours); **Matthew Mahady** (26.75 hours); **Virgilio Soler** (82.75 hours); **Melody Yaghoubzadeh** (363.5 hours); **Cindy Bomzer-Stein** (80 hours); **Annemarie Eames** (16.75 hours); and **Virginia Gonzalez** (81.5 hours): Ms. De Leon, Ms. Lattimore, Mr. Mahady, Mr. Soler, Ms. Yaghoubzadeh, Ms. Bomzer-Stein, Ms. Eames, and Ms. Gonzalez, are all members or former members of the Firm's Paralegal Department.  Ms. De Leon, Ms. Lattimore, Mr. Mahady, Mr. Soler, and Ms. Yaghoubzadeh are current and former Case Managers, and Ms. Bomzer-Stein, Ms. Eames, and Ms. Gonzalez are current and former paralegals.  All of these individuals performed paralegal work in this case, including by preparing documents for submission to the Court and to the mediator, monitoring the news and related case dockets to keep the team apprised of relevant developments as news related to the fraud was unfolding, and maintaining physical and electronic case materials (including discovery).  In particular, Ms. De Leon and Mr. Mahady, who principally assist the New Matters department, handled the initial filings in the case.  After appointment of Louisiana Sheriffs as Lead Plaintiff, Ms. Yaghoubzadeh was the principal Case Manager responsible for paralegal work on the case and was assisted by the others as needed.  Ms. Lattimore also assisted BLBG's Managing Clerk with the electronic filing of documents throughout the litigation.

**Mahiri Buffong** (41.25 hours):  Mr. Buffong is BLBG's Managing Clerk.  In that capacity, Mr. Buffong is principally responsible for electronically filing documents with the Court, as well as supervising such filings for conformity with local rules, procedures, and electronic requirements.

Exhibit 2 – Page 4 of 4

**EXHIBIT 3**

*In re Splunk Inc. Sec. Litig.***, Case No. 4:20-cv-08600-JST**

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

**TIMEKEEPER BIOGRAPHIES**

## PARTNERS

**JONATHAN USLANER** prosecutes class and direct actions on behalf of the firm's institutional investor clients and has litigated many of the firm's most high-profile litigations, including *In re Bank of America Securities Litigation*, which resulted in a historic settlement shortly before trial of $2.43 billion, one of the largest shareholder recoveries ever obtained; *In re Wells Fargo & Company Securities Litigation*, which resulted in a $1 billion settlement, the largest recovery ever in a securities class action not involving a restatement, an SEC action, or DOJ criminal charges; *In re Cobalt International Energy, Inc. Securities Litigation*, which resulted in settlements totaling up to $335.3 million after years of hard-fought litigation; *In re Genworth Financial, Inc. Securities Litigation,* which settled for $219 million, the largest recovery ever obtained in a securities class action in Virginia; *In re JPMorgan Chase & Co. Securities Litigation*, which settled for $150 million; *In re Wells Fargo Mortgage-Backed Certificates Litigation*, which settled for $125 million; *In re Rayonier Securities Litigation*, which settled for $73 million; *In re Mohawk Industries Inc.*, which settled for $60 million; and *In re RH, Inc. Securities Litigation*, which settled for $50 million.

Jonathan is also actively involved in the firm's direct action opt-out practice. He represented numerous clients in opt-out actions brought against American Realty Capital Properties, which resulted in settlements totaling $85 million, and more recently represented 18 institutional clients in opt-out actions brought against Valeant Pharmaceuticals, Inc., which resulted in confidential settlements.

Jonathan is an editor of the American Bar Association's *Class Actions and Derivative Suits Committee's Newsletter*. He has authored numerous articles relating to class actions and the federal securities laws, which have appeared in *Pensions & Investments*, and *SACRS Magazine*, and has a recurring column with *Reuters*. Jonathan has also been a member of the Board of Governors of the Association of Business Trial Lawyers (ABTL).

For his achievements, Jonathan has been recognized by noted legal industry ranking guide *Chambers USA,* with the guide describing him as an "expert plaintiff securities litigator," and quoting market sources who describe Jonathan as "an excellent lawyer and a strong advocate for his clients" and "a fierce advocate for his clients and tough opponent." Jonathan has also been recognized by *Benchmark Litigation* as a "Litigation Star" and as a member of the "500 Leading Plaintiff Financial Lawyers" list by *Lawdragon*.

Jonathan is a board member of UCPLA, a non-profit organization dedicated to advancing the independence, productivity and full citizenship of individuals with developmental and intellectual

disabilities. He serves on UCPLA's Nominating and Governance Committee and its Merger Committee. He has also been a board member of Home of Guiding Hands, a non-profit organization that serves individuals with developmental disabilities and their families. For his work and contributions to the organization, he was named "Volunteer of the Year."

Prior to joining BLB&G, Jonathan was a senior litigation associate at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, where he successfully prosecuted and defended claims from the discovery stage through trial. He also gained significant trial experience as a volunteer prosecutor for the City of Inglewood, California, as well as a judicial extern for Justice Steven Wayne Smith of the Supreme Court of Texas.

EDUCATION: The University of Texas School of Law, 2005, J.D., University of Texas Presidential Academic Merit Fellowship; Articles Editor, *Texas Journal of Business Law*; Duke University, 2001, B.A., magna cum laude, William J. Griffith Award for Leadership; Chairperson, Duke University Undergraduate Publications Board

BAR ADMISSIONS: California; United States District Court for the Central District of California; United States District Court for the Northern District of California; New York; United States District Court for the Southern District of New York

**JOHN RIZIO-HAMILTON** is co-head of BLB&G's Securities Litigation Department. One of America's top shareholder litigators, John works on the most complex and high-stakes securities class action cases, and has recovered billions of dollars on behalf of institutional investor clients. Highlights of John's trial experience include the following:

- Led the trial team that recovered $240 million for investors in *In re Signet Jewelers Limited Securities Litigation*, a precedent-setting case that marks the first successful resolution of a securities fraud class action based on allegations of sexual harassment. To our knowledge, it is also the first time claims of this nature have been certified for class treatment in the securities context and is one of the very few securities fraud cases in which statements in a Code of Conduct have been held actionable. This case sends a message to corporate executives and corporate boards that alleged systemic sexual harassment and gender discrimination can have serious ramifications through securities fraud class actions. Both the class certification decision and the Judge's decision that the Company's statements about gender equality and sexual harassment could be actionable in a securities class action are landmark decisions that exceed even the significant financial recovery achieved for shareholders.

- Key part of the trial team that prosecuted *In re Bank of America Securities Litigation*, which settled for $2.425 billion, "the largest securities class action recovery related to the subprime meltdown," per *Law360*, the largest settlement ever resolving violations of Sections 14(a) and 10(b) of the Securities Exchange Act, and one of the top securities litigation recoveries in history.

Exhibit 3 – Page 2 of 19

- Served as counsel on behalf of the institutional investor plaintiffs in *In re Citigroup, Inc. Bond Action Litigation*, which settled for $730 million, the second largest recovery ever in a securities class action brought on behalf of purchasers of debt securities.

- Member of the team that prosecuted the *In re Wachovia Corp. Bond/Notes Litigation*, in which the firm recovered a total of $627 million on behalf of investors, one of the 15 largest securities class action recoveries in history.

- Key member of the team that recovered $150 million for investors in *In re JPMorgan Chase & Co. Securities Litigation*, a securities fraud class action arising out of misrepresentations and omissions concerning JPMorgan's Chief Investment Office, the company's risk management systems, and the trading activities of the so-called "London Whale."

In addition to his direct litigation responsibilities, John is responsible for the firm's client outreach in Canada, where he advises institutional investor clients on potential securities fraud and investor claims. He is one of the partners who oversees the firm's Global Securities and Litigation Monitoring Team, which monitors global equities traded in non-U.S. jurisdictions on prospective and pending international securities matters, and provides critical analysis of options to recover losses incurred on securities purchased in non-U.S. markets. John also manages the firm's settlements and claims administration department, which is responsible for obtaining court approval of all settlements and for distribution of the proceeds to investment class members.

For his remarkable accomplishments, John was named a "Litigation Trailblazer" by *The National Law Journal*. He has been recognized as a "Litigation Star" by *Benchmark Litigation*, and by *Law360* as a "Rising Star," a "Legal MVP," and one of the country's "Top Attorneys Under 40." John is regularly named to lists of leading practitioners by *Lawdragon* and Thomson Reuters' *Super Lawyers*.

Before joining BLB&G, John clerked for the Honorable Chester J. Straub of the United States Court of Appeals for the Second Circuit, and the Honorable Sidney H. Stein of the United States District Court for the Southern District of New York.

EDUCATION: Brooklyn Law School, 2004, J.D., summa cum laude, Editor-in-Chief of the Brooklyn Law Review; first-place winner of the J. Braxton Craven Memorial Constitutional Law Moot Court Competition; Johns Hopkins University, 1997, B.A., with honors

BAR ADMISSIONS: New York; United States District Court for the Southern District of New York

**ADAM HOLLANDER** [Former Partner] prosecuted securities fraud, corporate governance, and shareholder rights litigation on behalf of the firm's clients in federal and state trial and appellate courts.

Adam has represented investors and corporations in state and federal trial and appellate courts throughout the country. Adam was a senior member of the team that recovered $74 million for investors in *In re SunEdison, Inc. Securities Litigation*, which concerned what had been the world's

Exhibit 3 – Page 3 of 19

largest renewable energy company. Adam also played a key role in recovering $48 million for investors in the American Depository Receipts (ADRs) of Volkswagen, relating to the automaker's alleged misrepresentations concerning its "clean diesel" cars, which claims involved significant international discovery, foreign jurisdictional issues and overlapping litigation in Europe. Adam's work was integral to the successful appeal before the U.S. Court of Appeals for the Fifth Circuit in *Bach v. Amedisys, Inc.*, as well as the litigation on remand that resulted in a $43.75 million recovery in that case.

In addition, Adam was an integral member of the teams that prosecuted, among other matters, cases concerning Salix Pharmaceuticals (recovering $210 million for investors); Cliffs Natural Resources ($84 million); Dole Food Company ($74 million); Opko Health ($16.5 million); Kinder Morgan Energy Partners ($27.5 million); Sanchez Energy ($28.5 million and governance reforms following successful appeal); Trinity Industries ($7.5 million) and Abercrombie & Fitch (significant corporate governance reforms in areas of ethics, internal controls, and executive compensation).

Prior to joining BLB&G, Adam clerked for the Honorable Barrington D. Parker, Jr. of the U.S. Court of Appeals for the Second Circuit, and for the Honorable Stefan R. Underhill of the U.S. District Court for the District of Connecticut. He has also been associated with two New York defense firms, where he gained significant experience representing clients in various civil, criminal, and regulatory matters, including white-collar and complex commercial litigation.

EDUCATION: Yale Law School, 2006, J.D., Editor, *Yale Law and Policy Review*

BAR ADMISSIONS: New York; Connecticut; United States District Court for the Southern District of New York; United States District Court for the District of Connecticut; United States Court of Appeals for the Second Circuit

**HANNAH ROSS** has over two decades of experience as a civil and criminal litigator. A former prosecutor, she has been a key member and leader of trial teams that have recovered billions of dollars for investors.

Hannah is widely recognized by industry observers for her professional achievements, including by the leading industry ranking guide Chambers USA, in which she was recognized as a "notable practitioner" in the Nationwide Securities Litigation Plaintiff category. *Euromoney/Legal Media Group* named her one of the top female litigators in the country (1 of 9 finalists for its "Best in Litigation" category). Named a "Litigation Star," a "Top U.S. Woman Litigator" and one of the "Top 250 Women in Litigation" in the nation by *Benchmark Litigation*, she has earned praise as one of the elite in the field. She has been recognized by *The National Law Journal* as a member of the "Elite Women of the Plaintiffs' Bar" list three times and as a "Litigation & Plaintiffs' Lawyer Trailblazer," named a New York "Super Lawyer" by Thomson Reuter's *Super Lawyers* magazine, and honored as a "Titan of the Plaintiffs Bar" by legal newswire *Law360*. She has been named to an exclusive group of notable practitioners by *Legal 500 US* for her achievements, to the list of the "500 Leading Lawyers in America" and the list of "500 Leading Plaintiff Financial Lawyers" compiled by leading industry publication *Lawdragon*.

Exhibit 3 – Page 4 of 19

Hannah is a member of the firm's Executive Committee. In addition to her direct litigation responsibilities, she is one of the senior partners at the firm responsible for client development and client relations. A significant part of her practice is dedicated to initial case evaluation and counseling the firm's institutional investor clients on potential claims. Hannah is also one of the partners who oversees the firm's Global Securities and Litigation Monitoring Team, which monitors global equities traded in non-U.S. jurisdictions on prospective and pending international securities matters. In that capacity, she advises the firm's institutional investor clients on their options to recover losses incurred on securities purchased in non-U.S. markets. Hannah is the Chair of the firm's Diversity Committee and Co-Chair of the firm's Forum for Institutional Investors and Women's Forum. She serves on the Corporate Leadership Committee of the New York Women's Foundation and recently concluded a three-year term on the Council of Institutional Investors' Market Advisory Council.

Hannah led the BLB&G team that recovered over $2 billion for 35 institutions that invested in the Allianz Structured Alpha Funds. She was a senior member of the team that prosecuted *In re Bank of America Securities Litigation*, which resulted in a landmark settlement shortly before trial of $2.425 billion, one of the largest securities recoveries ever obtained, and by far the largest recovery achieved in a litigation arising from the financial crisis. Recently, she was the lead partner in the securities class action arising from the failure of major mid-Atlantic bank Wilmington Trust, which settled for $210 million.  Hannah was also a senior member of the trial team that prosecuted the litigation arising from the collapse of former leading brokerage MF Global, which recovered $234.3 million on behalf of investors. In addition, she led the prosecution against Washington Mutual and certain of its former officers and directors for alleged fraudulent conduct in the thrift's home lending operations, an action which settled for $216.75 million and represents one of the largest settlements achieved in a case related to the fallout of the subprime crisis and the largest recovery ever achieved in a securities class action in the Western District of Washington. Hannah was also a key member of the team prosecuting *In re The Mills Corporation Securities Litigation*, which settled for $202.75 million, one of the largest recovery ever achieved in a securities class action in Virginia and the Fourth Circuit.

She has been a member of the trial teams in numerous other major securities litigations resulting in recoveries for investors in excess of $6 billion. These include securities class actions against Nortel Networks, New Century Financial Corporation, and the Federal Home Loan Mortgage Corporation ("Freddie Mac"), as well as *In re Altisource Portfolio Solutions S.A. Securities Litigation, In re DFC Global Corp. Securities Litigation, In re Tronox Securities Litigation, In re Delphi Corporation Securities Litigation, In re Affiliated Computer Services, Inc. Derivative Litigation*, *In re OM Group, Inc. Securities Litigation,* and *In re BioScrip, Inc. Securities Litigation.*

Hannah has also served as an adjunct faculty member in the trial advocacy program at the Dickinson School of Law of the Pennsylvania State University. Before joining BLB&G, Hannah was a prosecutor in the Massachusetts Attorney General's Office as well as an Assistant District Attorney in the Middlesex County (Massachusetts) District Attorney's Office.

Exhibit 3 – Page 5 of 19

EDUCATION: Penn State Dickinson School of Law, 1998, J.D., Woolsack Honor Society; Comments Editor, Dickinson Law Review; D. Arthur Magaziner Human Services Award; Cornell University, 1995, B.A., cum laude

BAR ADMISSIONS: New York; Massachusetts; United States District Court for the Southern District of New York; United States Court of Appeals for the Second Circuit

**JERRY SILK's** practice focuses on representing institutional investors on matters involving federal and state securities laws, accountants' liability, and the fiduciary duties of corporate officials, as well as general commercial and corporate litigation. He also advises creditors on their rights with respect to pursuing affirmative claims against officers and directors, as well as professionals both inside and outside the bankruptcy context.

Jerry is a member of the firm's Executive Committee. He also oversees the firm's case development and client advisory group, in which he, along with a group of attorneys, financial analysts and investigators, counsels institutional clients on potential legal claims. In December 2014, Jerry was recognized by *The National Law Journal* in its inaugural list of "Litigation Trailblazers & Pioneers" — one of several lawyers in the country who have changed the practice of litigation through the use of innovative legal strategies — in no small part for the critical role he has played in helping the firm's investor clients recover billions of dollars in litigation arising from the financial crisis, among other matters.

In addition, *Lawdragon* magazine, which has named Jerry one of the "100 Securities Litigators You Need to Know," one of the "500 Leading Lawyers in America," and one of America's top 500 "Rising Stars" in the legal profession, also profiled him as part of its "Lawyer Limelight" special series, discussing subprime litigation, his passion for plaintiffs' work and the trends he expects to see in the market. Recognized as one of an elite group of notable practitioners, *Chambers USA*'s ranked Jerry nationally "for his expertise in a range of cases on the plaintiff side." He is also named as a "Litigation Star" by *Benchmark*, is recommended by the *Legal 500 USA* guide in the field of plaintiffs' securities litigation, and has been selected by Thomson Reuters as a *Super Lawyer* every year since 2006.

In the wake of the financial crisis, he advised the firm's institutional investor clients on their rights with respect to claims involving transactions in residential mortgage-backed securities (RMBS) and collateralized debt obligations (CDOs). His work representing Cambridge Place Investment Management Inc. on claims under Massachusetts state law against numerous investment banks arising from the purchase of billions of dollars of RMBS was featured in a 2010 *New York Times* article by Gretchen Morgenson titled, "Mortgage Investors Turn to State Courts for Relief."

Jerry also represented the New York State Teachers' Retirement System in a securities litigation against the General Motors Company arising from a series of misrepresentations concerning the quality, safety, and reliability of the Company's cars, which resulted in a $300 million settlement. He was also a member of the litigation team responsible for the successful prosecution of *In re Cendant Corporation Securities Litigation* in the District of New Jersey, which was resolved for $3.2 billion. In addition, he is actively involved in the firm's prosecution of highly successful

Exhibit 3 – Page 6 of 19

M&A litigation, representing shareholders in widely publicized lawsuits, including the litigation arising from the proposed acquisition of Caremark Rx, Inc. by CVS Corporation — which led to an increase of approximately $3.5 billion in the consideration offered to shareholders.

A graduate of the Wharton School of Business, University of Pennsylvania and Brooklyn Law School, in 1995-96, Jerry served as a law clerk to the Hon. Steven M. Gold, U.S.M.J., in the United States District Court for the Eastern District of New York.

Jerry lectures to institutional investors at conferences throughout the country, and has written or substantially contributed to several articles on developments in securities and corporate law, including his most recent article, "SEC Statement On Emerging Markets Is A Stunning Failure," which was published by Law360 on April 27, 2020. He has authored numerous additional articles, including: "Improving Multi-Jurisdictional, Merger-Related Litigation," American Bar Association (February 2011); "The Compensation Game," *Lawdragon*, (Fall 2006); "Institutional Investors as Lead Plaintiffs: Is There A New And Changing Landscape?," 75 *St. John's Law Review* 31 (Winter 2001); "The Duty To Supervise, Poser, Broker-Dealer Law and Regulation," 3rd Ed. 2000, Chapter 15; "Derivative Litigation In New York after Marx v. Akers," *New York Business Law Journal*, Vol. 1, No. 1 (Fall 1997).

He has also been a commentator for the business media on television and in print. Among other outlets, he has appeared on NBC's *Today*, and CNBC's *Power Lunch*, *Morning Call*, and *Squawkbox* programs, as well as being featured in *The New York Times*, *Financial Times*, *Bloomberg*, *The National Law Journal*, and the *New York Law Journal.*

EDUCATION: Brooklyn Law School, 1995, J.D., *cum laude;* Wharton School of the University of Pennsylvania, 1991, B.S., Economics

BAR ADMISSIONS: New York; United States District Court for the Southern District of New York; United States District Court for the Eastern District of New York; United States Court of Appeals for the Second Circuit

## SENIOR COUNSEL

**DAVID DUNCAN's** practice concentrates on the settlement of class actions and other complex litigation and the administration of class action settlements.

Prior to joining BLB&G, David worked as a litigation associate at Debevoise & Plimpton, where he represented clients in a wide variety of commercial litigation, including contract disputes, antitrust and products liability litigation, and in international arbitration. In addition, he has represented criminal defendants on appeal in New York State courts and has successfully litigated on behalf of victims of torture and political persecution from Sudan, Côte d'Ivoire and Serbia in seeking asylum in the United States.

While in law school, David served as an editor of the *Harvard Law Review*. After law school, he clerked for Judge Amalya L. Kearse of the U.S. Court of Appeals for the Second Circuit.

Exhibit 3 – Page 7 of 19

EDUCATION: Harvard Law School, 1997, J.D., *magna cum laude;* Harvard College, 1993, A.B., *magna cum laude*, Social Studies

BAR ADMISSIONS: New York; Connecticut; United States District Court for the Southern District of New York; United States Court of Appeals for the Ninth Circuit

**CATHERINE VAN KAMPEN's** law practice concentrates on class action settlement administration. She manages the firm's qualified settlement funds and claims administration for settlements achieved by the firm. Catherine is responsible for initiating and managing the claims administration process and working with the Court-appointed claims administrators and investment banks for the benefit of the Classes represented by the firm. Catherine works closely with the firm's partners to apply for Court approval in various jurisdictions throughout the United States for the disbursement of settlement funds. She regularly interfaces with institutional and retail investors to explain the claims administration process and to assist them with filing their claims.

Catherine also has extensive experience in complex litigation and litigation management, having served as a team leader and overseen attorney teams in many of the firm's most high-profile cases during the 2008 Financial Crisis. Catherine has worked on more than two dozen high-value cases. Fluent in Dutch, she has served as the lead investigator and led discovery efforts in actions involving international corporations and financial institutions headquartered in Belgium and the Netherlands. She is certified in E-Discovery and Healthcare Compliance.

Prior to joining BLB&G, Catherine focused on complex litigation initiated by institutional investors and the Federal Government. She has worked on litigation and investigations related to regulatory enforcement actions, corporate governance, and compliance matters as well as conducted extensive discovery in English and Dutch in cross-border litigation.

Since attending law school, Catherine has been deeply committed to public and pro bono service to underserved communities. Through her volunteer work, Catherine has been a champion of social change and justice, particularly for immigrant and refugee women and children. As a member of the New York City Bar Association's United Nations Committee and African Affairs Committee, she spearheaded organizing the highly successful and widely-praised International Law Conference on the Status of Women, Pro Bono Engagement Fair, EPIQ Women Awards and Huntington Her Hero Awards, featuring the Under Secretary and Special Representative to the Secretary General of the United Nations for the Prevention of Violence Against Women, and other prominent, progressive women's advocates from the New York Legal Community. In recognition of her work, Catherine was appointed Co-Chair of the United Nations Committee and a Member of the Council for International Affairs in September of 2021.

A committed humanitarian, Catherine was honored as the 2018 Ambassador Medalist at the New Jersey Governor's Jefferson Awards for Outstanding Public Service for her international humanitarian and pro bono work with refugees. The Jefferson Awards, issued by the Jefferson Awards Foundation that was founded by Jacqueline Kennedy Onassis, are awarded by state governors and are considered America's highest honor for public service bestowed by the United

Exhibit 3 – Page 8 of 19

States Senate. Catherine was also honored in Princeton, New Jersey, by her high school alma mater, Stuart Country Day School, in its 2018 Distinguished Alumnae Gallery for her humanitarian and pro bono efforts on behalf of Yezidi and Christian women and children afflicted by war in Iraq and Syria. In 2020, Catherine was accepted as a *SHESOURCE* legal expert advocating for the needs of immigrant and refugee women by the Women's Media Center, founded by Gloria Steinem, Jane Fonda, and Robin Morgan. In 2021, Catherine was appointed a Global Goals Ambassador for Clean Water and Sanitation by the United Nations Association of the USA, the sister organization of the United Nations Foundation USA founded by Eleanor Roosevelt. She is a recipient of several honors recognizing her pro bono work and commitment to social issues, including an invitation to attend the 2020 Tory Burch Foundation Embrace Ambition Summit and an appointment to the Advisory Board of the National Center for Girls' Leadership in Princeton, New Jersey, in 2021.

Catherine is an active member of the American Bar Association, New York Bar Association, New York City Bar Association, New Jersey Bar Association, and the National Association of Women Lawyers. In 2020, Catherine was appointed to the New York State Bar Association's President's Leadership Development Committee. In 2021, Catherine was appointed to the New Jersey State Bar Association's Class Actions, International Law and Organizations, and Special Civil Part Committees. In 2022, Catherine was appointed as Co-chair of the American Bar Association's International Law Section — Women's Interest Network. As part of her pro bono legal work, she serves on two Boards of international NGOs serving refugees and internally displaced persons in the Middle East and Africa and rescuing exploited and trafficked women and girls. Closer to home, Catherine serves as an advisor to minority business owners in the New York City area on legal issues impacting their businesses.

Catherine clerked for the Honorable Mary M. McVeigh in the Superior Court of New Jersey where she was trained as a court-certified mediator. While in law school she interned at the Center for Social Justice's Immigration Law Clinic at Seton Hall University School of Law. Catherine is a Graduate of the American Inns of Court.

EDUCATION: Seton Hall University School of Law, 1998, J.D., Indiana University, 1988, B.A., Political Science

BAR ADMISSION: New York; New Jersey

## ASSOCIATES

**LAUREN CRUZ** practices out of the firm's Los Angeles office, where she prosecutes class actions on behalf of the firm's institutional investor clients. She is currently a member of the teams prosecuting securities class actions against Silvergate Capital Corporation, ChemoCentryx, CVS Health Corporation, NVIDIA Corporation, Intel Corporation, and Qualcomm, Inc., among others.

Since joining the firm in 2019, Lauren has been a key member of the teams that prosecuted and secured over $1 billion dollars in recoveries for investors, including among other matters:

Exhibit 3 – Page 9 of 19

- *In re Wells Fargo & Company Securities Litigation* (landmark $1 billion settlement);

- *In re Mattel, Inc. Securities Litigation* ($98 million settlement);

- *Public Employees' Retirement System of Mississippi v. Mohawk Industries, Inc.* (pending $60 million settlement);

- *In re Impinj, Inc. Securities Litigation* ($20 million settlement);

- *In re Merit Medical Systems, Inc. Securities Litigation* ($18.25 million settlement); and

- *Israel Sanchez v. Centene Corp.* ($7.5 million settlement).

Since 2019, Lauren has been a board member and board secretary of Mental Health Advocacy Services, a non-profit organization that provides free legal services to people with mental health disabilities in Los Angeles. She is also a member of Women Lawyers Association of Los Angeles.

Prior to joining BLB&G, Lauren was a litigation associate at Sullivan & Cromwell LLP, where she represented domestic and international clients in complex civil litigation and alternative dispute resolution.  She also gained considerable experience advising company boards following internal investigations of shareholder demands. In addition, Lauren's practice included substantial pro bono civil rights class action litigation on behalf of immigration detainees with indicia of mental health disabilities.

EDUCATION: New York University School of Law, 2014, J.D., Senior Articles Editor, Journal of Law and Liberty; Staff Editor, Environmental Law Journal; California State University Channel Islands, 2008, B.S., *summa cum laude*, Business

BAR ADMISSIONS: California; United States District Court for the Central District of California; United States District Court for the Eastern District of California; United States District Court for the Northern District of California; United States District Court for the Southern District of California; United States Court of Appeals for the Ninth Circuit

**CAITLIN BOZMAN** practices out of the firm's Los Angeles office and prosecutes securities fraud, corporate governance, and shareholder rights litigation on behalf of the firm's institutional investor clients. Prior to joining the firm, Caitlin was an associate at Hueston Hennigan LLP, where she practiced complex commercial litigation, managing all aspects of a case for a variety of clients. Upon graduation from law school, she clerked for the Honorable Vice Chancellor J. Travis Laster of the Delaware Court of Chancery. Prior to entering law school, Caitlin was a Foreign Exchange Operations Analyst for Morgan Stanley, where she confirmed, settled, and reconciled foreign exchange cash and derivative trades for institutional clients.

Caitlin graduated magna cum laude from Georgetown University Law Center, where she was an Executive Articles Editor for The Georgetown Law Journal and co-director and competing member of the Trial Advocacy Division of the Barristers' Council. She authored the student note, "Holding the Line or Changing Tides? The Future of 'Too Big to Fail' Regulation." During law school, she also served as a legal intern for the Division of Trading and Markets of the U.S. Securities and Exchange Commission. Caitlin graduated cum laude from University of Maryland,

Exhibit 3 – Page 10 of 19

Baltimore County ("UMBC") with her B.A. in sociology and political science, with a minor in legal policy. During her undergrad, she was the Vice President and a founding member of the UMBC Mock Trial Team.

EDUCATION: Georgetown University Law Center, 2019, J.D., magna cum laude, Order of the Coif; University of Maryland, Baltimore County, 2014, B.A., cum laude, Sociology and Political Science

BAR ADMISSIONS: New York; California; United States District Court for the Northern District of California

**BRANDON SLOTKIN** practices out of the firm's New York office and prosecutes securities fraud, corporate governance, and shareholder rights litigation on behalf of the firm's institutional investor clients. Brandon was an integral member of the team prosecuting claims on behalf of investors against Wells Fargo, which resulted in a landmark $1 billion settlement—the largest ever without a restatement or parallel SEC or DOJ actions. Brandon is currently prosecuting cases against Viacom Inc., Six Flags Entertainment Corporation, and Stitch Fix Inc.

Prior to BLB&G, Brandon was an Associate at Kirkland & Ellis, focusing primarily on securities litigation, and has experience with corporate governance matters and white collar investigations. He also maintained an active pro bono practice, including filing an amicus curiae brief on behalf of undocumented migrants seeking relief from imminent deportation.

Brandon received his J.D./M.B.A. from Cornell Law School and the Samuel Curtis Johnson Graduate School of Management at Cornell University. In addition to classroom coursework, Brandon worked as a full-time extern within the Trial Unit at the Securities and Exchange Commission's New York Regional Office. He received his B.A. in Philosophy, Politics and Economics (PPE), with honors, from the University of Pennsylvania.

EDUCATION: Cornell Law School, 2021, J.D., Cornell University, 2021, M.B.A. TA, The Lawyering Program (legal research and writing); Articles Editor, Journal of Law and Public Policy; Associate, Legal Information Institute's Supreme Court Bulletin; University of Pennsylvania, 2016, B.A., with honors, Philosophy, Politics and Economics (PPE)

BAR ADMISSIONS: New York; US Court of Appeals for the Fifth Circuit

**MATTHEW TRAYLOR** [Former Associate] practiced out of the New York office prosecuting securities fraud, corporate governance, and shareholder rights litigation on behalf of the firm's institutional investor clients.

Prior to joining the firm, Matthew was an associate at Cahill Gordon & Reindel where he specialized in complex litigation and investigations, including: securities, antitrust and complex commercial litigation, as well as FCPA compliance and internal investigations.

Exhibit 3 – Page 11 of 19

While attending law school, Matthew served as Vice President of the Black Law Student Association. In addition, he was also a member of the Public Interest Law Union, and a 2L Representative for the American Constitutional Society.

EDUCATION**:** Cornell Law School, J.D., 2017, General Editor, *Cornell Journal of Law and Public Policy*. Binghamton University, B.A., 2014.

BAR ADMISSIONS**:** New York, US Court of Appeals for the Second Circuit.


**REBECCA N. KIM** [Former Associate] practiced out of the firm's New York office, prosecuting securities fraud, corporate governance, and shareholder rights litigation on behalf of the firm's institutional investor clients.

Rebecca was a member of the firm's case development group, in which she, as part of a team of attorneys, financial analysts, and investigators, counseled public pension funds and other institutional investors on potential legal claims. She was also a member of the team prosecuting actions against Allianz Global Investors. She served on the firm's Diversity Committee. Prior to joining the firm, Rebecca represented institutional clients in a number of high-profile securities and antitrust matters.

While attending Columbia Law School, Rebecca was honored as a Harlan Fiske Stone Scholar. Additionally, she served as an Enforcement Intern at the U.S. Securities and Exchange Commission; participated in the Immigrants' Rights Clinic; and served as Articles Editor for the *Columbia Journal of Tax Law* and Submissions Editor for the *Columbia Journal of Race and Law*.

EDUCATION: Columbia Law School, J.D., 2017, Harlan Fiske Stone Scholar; Articles Editor, *Columbia Journal of Tax Law*; Submissions Editor, *Columbia Journal of Race and Law*; University of California, Berkeley, B.A., 2011

BAR ADMISSIONS: New York, United States District Court for the Southern District of New York; United States District Court for the Eastern District of New York


## STAFF ATTORNEYS

**ERIC BLANCO** [Former Staff Attorney] worked on several matters at BLB&G, including *In re Scana Corp Securities Litigation*, *Hefler et al. v. Wells Fargo & Company et al.*, *Fresno County Employees' Retirement Association v. comScore, Inc.*, and *In re Allianz Global Investors U.S. LLC Alpha Series Litigation.* Eric also worked with BLB&G on behalf of co-counsel on *In re MF Global Holdings Limited Securities Litigation.*

Prior to joining the firm, Eric worked as an E-discovery contract attorney for several law firms including Willkie Farr & Gallagher and Cravath. Previously, Eric was a Staff Attorney with Bleichmar, Fonti & Auld LLP and Labaton Sucharow LLP, where he worked on complex securities fraud litigations.

Exhibit 3 – Page 12 of 19

EDUCATION: Boston College, B.A., *cum laude* 2001; Fordham University School of Law, J.D., 2006

BAR ADMISSIONS: New York.

**ROBERT BLAUVELT** has worked on several matters at BLB&G, including *In re CenturyLink Sales Practices and Securities Litigation*; *Lehigh County Employees' Retirement System v. Novo Nordisk A/S et al.*; and *City of Sunrise General Employees' Retirement Plan v. FleetCor Technologies, Inc., et al*.

Prior to joining the firm, Rob was a contract attorney at Milberg LLP where he worked on several antitrust matters.  Rob has also worked at Quinn Emanuel Urquhart & Sullivan LLP where he worked on complex litigations involving collateralized debt obligations and residential mortgage-backed securities.

EDUCATION: Montclair State University, B.A., 2001. New England School of Law, J.D., 2005. Montclair State University, M.A., 2015.

BAR ADMISSIONS: New York, New Jersey.

**REENA GARG** has worked on several matters at BLB&G, including *In re Charter Communications, Inc. Derivative Litigation*; *In re Signet Jewelers Limited Securities Litigation*; and *In re Equifax Inc., Securities Litigation*.

Prior to joining the firm, Reena was a contract attorney on several complex litigations.

EDUCATION: Boston University School of Management, B.S., Business Administration, Dual Concentration in Law and Finance, 2007. State University of New York at Buffalo, J.D., 2011.

BAR ADMISSIONS: New York.

**MARSHA M. JOHNSON** has worked on several matters at BLB&G, including *In re Qualcomm Incorporated Securities Litigation*; *In re Allianz Global Investors U.S. LLC Alpha Series Litigation*; and *In re The Boeing Company Aircraft Securities Litigation*.

Prior to joining the firm, Marsha worked as an E-discovery contract attorney for several law firms including Cohen Milstein and Shearman & Sterling.  Previously, Marsha was an Associate Attorney with Axiom Legal, seconded as a Compliance Attorney for Bank of New York, Mellon.

EDUCATION**:** Harvard University, B.A., 1997; University of Pennsylvania Law School, J.D., 2002.

BAR ADMISSION**:** New York.

**RACHEL ROBERTS** has worked on several matters at BLB&G, including *In re Allianz Global Investors U.S. LLC Alpha Series Litigation*.

Exhibit 3 – Page 13 of 19

Prior to joining the firm, Rachel worked as an E-discovery contract attorney with several law firms.

EDUCATION: Oberlin College, B.A., 2000; Jewish Theological Seminary of America, M.A., 2006; UCLA School of Law, J.D., 2011.

BAR ADMISSIONS: DC.


**RENEE TAMRAZ** has worked on several matters at BLB&G, including *Key West Police & Fire Pension Fund v. Ryder System, Inc*, among others.

Prior to joining the firm, Renee worked as an E-discovery contract attorney for several law firms.

EDUCATION: New York University, B.A., 1999; London School of Economics, UK, M.Sc., 2001; University of California, Hastings College of Law, J.D., 2004.

BAR ADMISSIONS: California.


**MICHAEL L. TAYLOR** has worked on several matters at BLB&G, including *In re Allianz Global Investors U.S. LLC Alpha Series Litigation*, among others.

Prior to joining the firm, Michael worked as an E-discovery contract attorney with several law firms. Previously, Michael was an Associate with Rubin, Kaplan and Associates focused on civil litigation.

EDUCATION: Rutgers Business School, NJ, B.Sc., 1998; Rutgers Law School, NJ, J.D., 2001.

BAR ADMISSIONS: New Jersey.


**M. YVETTE POLLARD-SCHWIMMER** has worked on several matters at BLB&G, including *In re Allianz Global Investors U.S. LLC Alpha Series Litigation*, among others.

Prior to joining the firm, Yvette worked as an E-discovery contract attorney with several law firms including Cohen Milstein and Boies Schiller. Previously, Yvette was a Litigation Associate with Diamond Rutman Costello and a Trial Attorney with the United Nations International Criminal Tribunal for Rwanda.

EDUCATION: John Jay College of Criminal Justice, B.Sc., 1979; Brooklyn Law School, J.D., 1982.

BAR ADMISSIONS: New York.


## DIRECTOR OF INVESTIGATIONS

**AMY BITKOWER,** a certified fraud examiner, has served in her current capacity at BLB&G since 2006 and has been working in the securities class action field since 1998. She is responsible for managing a team of highly specialized in-house investigators and certified fraud examiners.

Exhibit 3 – Page 14 of 19

Prior to working at BLB&G, Ms. Bitkower was an investigative analyst working on investigations ranging from low-level criminal activities to highly complex economic crimes at the New York County District Attorney's office. Early in her career, she taught courses in Criminology and Crime and Juvenile Delinquency at both Queens College and John Jay College of Criminal Justice.

EDUCATION: John Jay College of Criminal Justice, M.A., Criminal Justice with a specialization in Criminal Law and Procedure; Emory University, B.A.

## INVESTIGATORS

**ROBIN BARNIER** has been involved in dozens of investigations during her tenure at BLB&G. She has experience as a forensic psychologist, having worked in the Investigative Psychology Research Unit and the Interpersonal Violence and Child Psychopathology Lab at John Jay College of Criminal Justice.

Robin also has project finance experience working for an asset management company in New York City.

EDUCATION: John Jay College of Criminal Justice, M.A., Forensic Psychology; Sarah Lawrence College, B.A.

**JACOB FOSTER** is an investigative analyst at BLB&G. He is responsible for generating proprietary sources of intelligence using advanced technological tools, systems, and methods. He utilizes open-source intelligence, social media and public records to help track down witnesses and perform comprehensive background checks. His work also involves generating large lists of potential witnesses pulled from various public resources.

EDUCATION: Champlain College, B.S., Game Design, 2018.

**JENNA GOLDIN** [former investigative analyst] is a certified fraud examiner with several years of investigative and legal experience.

Jenna began her career at Gryphon Strategies where she worked as a due diligence investigator focusing on both domestic and international corporate investigations.

EDUCATION: Hofstra University, M.A., Forensic Linguistics; Binghamton University, B.A., Linguistics & Comparative Literature with a minor in Italian.

Exhibit 3 – Page 15 of 19

**JOELLE SFEIR**, a certified fraud examiner, has been working at BLB&G since 2007.

Joelle has over 15 years of experience in investigations, interviewing, and legal procedures. She began her career at the New York City Civilian Complaint Review Board, where she investigated allegations of misconduct filed against members of the New York City Police Department.

EDUCATION: Tufts University, B.S., Biology-Psychology with a minor in Child Development; Completed the NYPD Internal Affairs Bureau Internal Investigation Course.

## DIRECTOR OF INVESTOR SERVICES

**ADAM WEINSCHEL** has served in his current capacity at BLB&G since 2007 and has been working in the securities class action field since 2002. He is responsible for overseeing BLB&G's PortfolioWatch service and manages the firm's dedicated team of financial research analysts.

His work includes interacting with the firm's clients' custodial banks on a regular basis to obtain client investment data and then reviewing and analyzing trades to determine losses in securities cases. Some of his other duties involve assisting in the calculation and analysis of damages in securities class actions, and analyzing material in the context of lead plaintiff motions.

EDUCATION: Brown University B.A., Philosophy

## FINANCIAL ANALYSTS

**RACHEL GRAF** [former financial analyst] assisted with the firm's securities litigation cases and proactively monitored the world's financial markets for potential fraud. Prior to her time at BLB&G, Rachel was a reporter for *Law360*, specializing in breaking news and long-form articles about litigation and legislation regarding securities. She also worked as a reporter and associate editor for *TheStreet* and as a researcher for *The Wall Street Journal*.

EDUCATION: Northwestern University, B.S., Journalism, International Studies, 2014

**TANJILA SULTANA** has worked on complex securities litigation matters during her 10-plus years at BLB&G as a Financial Analyst. She has conducted research and financial modeling for several noteworthy securities litigation cases including *In re American International Group, In re Bank of America, In re Genworth Financial Inc, In re Bancorp, In re Bankrate, In re MF Global Holdings, In re General Motors, In re Facebook;* and *In re Allergan, Inc. Proxy Violation Securities Litigation.*

Prior to joining BLB&G Ms. Sultana was an In-House Economist at Labaton Sucharow, where she worked on numerous antitrust litigation matters involving price fixing and market monopoly.

Exhibit 3 – Page 16 of 19

EDUCATION: Middlebury College, B.A., Economics & Finance, 2011

## CASE MANAGERS

**KHRISTINE DE LEON** is a member of BLB&G's Case Development and Client Advisory Group. In that time, she has worked on securing the appointment of the firms' clients in some of the most high-profile securities class actions, including Boeing, Kraft Heinz, and Meta Platforms, Inc. f/k/a Facebook, Inc., among others. In addition to her casework, Ms. de Leon is a member of the firm's Diversity Committee, spearheading important initiatives to foster and maintain a diverse and inclusive workplace.

Prior to joining the firm, Ms. de Leon was a paralegal at a plaintiff's side employment law firm, where she worked on class and collective actions representing employees.

EDUCATION: Ateneo de Manila University, B.A. Political Science, 2013

**JANIELLE LATTIMORE** has worked on numerous securities litigation matters in her time at BLB&G. As a member of the Managing Clerk's Office, she ensures that the firm's numerous court filings are properly and timely filed in compliance with the rules of their respective jurisdictions. She also assists case teams with proper service of documents, research, case calendar management, and account administration for attorneys.

Prior to joining the firm, Ms. Lattimore was a paralegal at Clyde & Co LLP.

EDUCATION:  Temple University, B.B.A., 2006

**MATTHEW MAHADY** has worked on numerous securities litigation matters in his 11 years at BLB&G, including cases involving allegations of misconduct in financial services companies, such as *In re Bank of America Securities Litigation*, and *In re MF Global Holdings Limited Securities Litigation*, as well as other high-profile securities and corporate governance litigation cases including *In re Facebook, Inc., IPO Securities and Derivative Litigation*, *SMART Technologies, Inc. Shareholder Litigation*, *In re SunEdison, Inc., Securities Litigation*, and *In re Allergan, Inc. Proxy Violation Securities Litigation*.

Prior to joining the firm in 2012, Mr. Mahady was a paralegal at The Law Offices of Gino A. Marmorato PLLC.

EDUCATION:  Dickinson College, B.A., 2000

Exhibit 3 – Page 17 of 19

**VIRGILIO SOLER, JR.** has worked on many securities litigation matters during his 12 years at BLB&G, including cases involving allegations of misconduct in financial services companies, such as *In re Citigroup Inc. Bond Litigation*, *In re State Street Corporation Securities Litigation*, and other high profile securities and corporate governance litigation cases including *Louisiana Firefighters' Retirement System, et al. v. Northern Trust Investments*, *SMART Technologies, Inc. Shareholder Litigation*, *In re SunEdison, Inc. Securities Litigation*, and *In re Allergan, Inc. Proxy Violation Securities Litigation.*

Prior to joining the firm in 2010, Mr. Soler was a paralegal at Harwood Feffer.

EDUCATION:  Hamilton College, B.A., 1991

**MELODY YAGHOUBZADEH**, a Certified Paralegal, has worked on numerous securities litigation matters in her tenure at BLB&G, including cases involving allegations of misconduct in financial services companies, such as *In re Wells Fargo & Company Securities Litigation* (with a historic $1 billion settlement in 2023)*,* as well as other high-profile securities litigation cases including *In Re Qualcomm Incorporated Securities Litigation*.

Prior to joining the firm, Ms. Yaghoubzadeh was a Litigation Paralegal at Hawxhurst Harris LLP handling complex commercial disputes, class actions, antitrust, employment matters, royalty, copyright, trade secret, entertainment and general business litigation in state and federal courts, as well as private arbitrations, representing companies such as Five Hour Energy, Southwest Airlines Co., Boingo Wireless, Micron Technology, Inc., TriNet Group, Inc., Valero Energy Corp., and Oracle Corp.

EDUCATION: University of California, Los Angeles, B.A., 2011.

PARALEGAL CREDENTIALS: Ms. Yaghoubzadeh obtained her paralegal certificate from UCLA Extension, Los Angeles, CA. She is qualified by the National Association of Legal Assistants to provide CP® (Certified Paralegal) services.

## PARALEGALS

**CINDY BOMZER-STEIN** has worked on numerous securities litigation matters in her tenure at BLB&G, including high-profile securities cases such as *In re Wells Fargo and Company Securities Litigation*, as well as *In re SolarWinds Corporation Securities Litigation*, *In re Boston Scientific Corporation Securities Litigation*, and *Public Employees' Retirement System of Mississippi v. Mohawk Industries, Inc. and Jeffrey S. Lorberbaum.*

Prior to joining the firm, Ms. Bomzer-Stein was a paralegal at various law firms, including McGuireWoods, LLP and Milberg, LLP.

EDUCATION: Plattsburgh State University, B.A., English/Journalism

Exhibit 3 – Page 18 of 19

**ANNEMARIE EAMES** is an ABA-certified paralegal with a broad depth of experience in complex litigation, especially securities litigation.

Her work includes pre-filing diligence, discovery, E-discovery, and trial preparation.

Prior to joining the firm, Ms. Eames was a general litigation paralegal at Chapman Glucksman Dean & Roeb.

EDUCATION: James Madison College, Michigan State University, B.A., 2016

**VIRGINIA GONZALES** is a paralegal assisting with the firm's securities litigation cases. She has over 20 years of experience in litigation, and specialized in the areas of securities, antitrust, and products liability, among others. Prior to her time at BLB&G, Virginia worked for prestigious law firms in senior roles as a paralegal and legal analyst, performing filings in federal and state courts, creating and reviewing legal documents, preparing for arbitrations, and conducting legal research.

EDUCATION: Claremont Colleges, B.A.; Completion of UCLA Legal Extension Program

## MANAGING CLERK

**MAHIRI P. BUFFONG** has served in his current capacity at BLB&G since 2019 and has been working in the securities class action field since 2010. He is responsible for overseeing the Managing Clerk Office's many responsibilities including BLB&G's court filings, firmwide calendar, national and international process services, and attorney admissions and registration.

Prior to joining the firm, Mr. Buffong was a Managing Clerk at Orrick Herrington & Sutcliffe LLP.

EDUCATION: Bernard Baruch College, B.A., 1999

Exhibit 3 – Page 19 of 19

EXHIBIT 4

*In re Splunk Inc. Sec. Litig.* , No. 4:20-cv-08600-JST

**Bernstein Litowitz Berger & Grossmann LLP**
**Categories by Timekeeper & Month**
**Inception - November 30, 2023**

**Category Codes:**

| | | |
|---|---|---|
| 1. Investigation & Analysis | 6. Discovery Communications, Disputes & General | 11. Case Strategy & Analysis |
| 2. Lead Plaintiff Motion | 7. Written/Document Discovery | 12. Docket/News Monitoring |
| 3. Complaint | 8. Expert Work | 13. Client Comunications |
| 4. Motion to Dismiss | 9. Mediation & Settlement | |
| 5. Class Certification | 10. Case Management | |

| TIMEKEEPER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL SUM OF HOURS | HISTORIC RATE | LODESTAR AT HISTORIC RATE | CURRENT RATE | LODESTAR AT CURRENT RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Adam Hollander - Partner** | | | | | | | | | | | | | | **448.50** | | **$381,225.00** | **$850** | **$381,225.00** |
| March 2022 | | | | | | 7.25 | | | | 1.75 | 10.75 | | | 19.75 | $850 | $16,787.50 | $850 | $16,787.50 |
| April 2022 | | | | | 2.25 | 14.25 | 15.25 | 10.25 | | 9.75 | 1.25 | | 0.5 | 53.50 | $850 | $45,475.00 | $850 | $45,475.00 |
| May 2022 | | | | | 11 | 16.5 | 0.5 | 4.25 | | 2 | 2.25 | | 0.5 | 37.00 | $850 | $31,450.00 | $850 | $31,450.00 |
| June 2022 | | | | | 14 | 34 | 16.75 | 15.25 | | | | | | 80.00 | $850 | $68,000.00 | $850 | $68,000.00 |
| July 2022 | | | | | 25.75 | 32.5 | 13 | 1 | | | 0.5 | | 1.5 | 74.25 | $850 | $63,112.50 | $850 | $63,112.50 |
| August 2022 | | | | | | 25.5 | 8.25 | 7.75 | | | | | | 41.50 | $850 | $35,275.00 | $850 | $35,275.00 |
| September 2022 | | | | | | 4.25 | | | | | | | | 4.25 | $850 | $3,612.50 | $850 | $3,612.50 |
| October 2022 | | | | | | 1.25 | 7.75 | | | | | | | 9.00 | $850 | $7,650.00 | $850 | $7,650.00 |
| November 2022 | | | | | | 7 | 32.75 | 0.5 | 22.25 | | 2.5 | | 2.25 | 67.25 | $850 | $57,162.50 | $850 | $57,162.50 |
| December 2022 | | | | | | 9 | | 0.75 | 46.25 | | | | | 56.00 | $850 | $47,600.00 | $850 | $47,600.00 |
| January 2023 | | | | | | | | | 5.00 | | | | | 5.00 | $850 | $4,250.00 | $850 | $4,250.00 |
| February 2023 | | | | | | | | | 1.00 | | | | | 1.00 | $850 | $850.00 | $850 | $850.00 |
| **John Rizio-Hamilton - Partner** | | | | | | | | | | | | | | **164.75** | | **$179,462.50** | **$1,150** | **$189,462.50** |
| February 2021 | | | 1 | | | | | | | | | | | 1.00 | $1,025 | $1,025.00 | $1,150 | $1,150.00 |
| March 2021 | | | 3 | | | | | | | | | | | 3.00 | $1,025 | $3,075.00 | $1,150 | $3,450.00 |
| May 2021 | | | 2.75 | | | | | | | | | | | 2.75 | $1,025 | $2,818.75 | $1,150 | $3,162.50 |
| June 2021 | | | 5.5 | | | | | | | | | | | 5.50 | $1,025 | $5,637.50 | $1,150 | $6,325.00 |
| September 2021 | | | | 11.25 | | | | | | | | | | 11.25 | $1,025 | $11,531.25 | $1,150 | $12,937.50 |
| March 2022 | | | | | | 4.5 | | | | | | | | 4.50 | $1,100 | $4,950.00 | $1,150 | $5,175.00 |
| April 2022 | | | | | | 21.5 | 8 | | | 2.5 | | | | 32.00 | $1,100 | $35,200.00 | $1,150 | $36,800.00 |
| May 2022 | | | | | | 2.5 | | | | 0.5 | | | | 3.00 | $1,100 | $3,300.00 | $1,150 | $3,450.00 |
| June 2022 | | | | | 3 | 10.5 | 2.25 | | | | | | | 15.75 | $1,100 | $17,325.00 | $1,150 | $18,112.50 |
| July 2022 | | | | | 7.75 | 2 | | | 1 | | | | | 10.75 | $1,100 | $11,825.00 | $1,150 | $12,362.50 |
| August 2022 | | | | | | 22.75 | 3 | | | | | | | 25.75 | $1,100 | $28,325.00 | $1,150 | $29,612.50 |
| September 2022 | | | | | | | | | 1 | | | | | 1.00 | $1,100 | $1,100.00 | $1,150 | $1,150.00 |
| November 2022 | | | | | | | | | 11.75 | | 0.75 | | 3.75 | 16.25 | $1,100 | $17,875.00 | $1,150 | $18,687.50 |
| December 2022 | | | | | | | | | 29.5 | | | | | 29.50 | $1,100 | $32,450.00 | $1,150 | $33,925.00 |
| June 2023 | | | | | | | | | 2.75 | | | | | 2.75 | $1,150 | $3,162.50 | $1,150 | $3,162.50 |
| **Hannah Ross - Partner** | | | | | | | | | | | | | | **17.50** | | **$19,275.00** | **$1,150** | **$20,125.00** |
| December 2020 | 1.5 | | | | | | | | | | | | | 1.50 | $1,050 | $1,575.00 | $1,150 | $1,725.00 |
| February 2021 | | | | | | | | | | | | | 0.25 | 0.25 | $1,050 | $262.50 | $1,150 | $287.50 |
| June 2021 | | | 1 | | | | | | | | | | 0.25 | 1.25 | $1,050 | $1,312.50 | $1,150 | $1,437.50 |
| May 2022 | | | | | | | | | | | | | 1 | 1.00 | $1,100 | $1,100.00 | $1,150 | $1,150.00 |
| July 2022 | | | | | 0.75 | 0.75 | | | | | | | 0.5 | 2.00 | $1,100 | $2,200.00 | $1,150 | $2,300.00 |
| August 2022 | | | | | | 3 | | | | | | | | 3.00 | $1,100 | $3,300.00 | $1,150 | $3,450.00 |
| September 2022 | | | | | 0.5 | 4.5 | | | | | | | | 5.00 | $1,100 | $5,500.00 | $1,150 | $5,750.00 |
| January 2023 | | | | | | | | | 0.5 | | | | 1 | 1.50 | $1,150 | $1,725.00 | $1,150 | $1,725.00 |
| June 2023 | | | | | | | | | 1.5 | | | | 0.5 | 2.00 | $1,150 | $2,300.00 | $1,150 | $2,300.00 |

**EXHIBIT 4**

*In re Splunk Inc. Sec. Litig.* , **No. 4:20-cv-08600-JST**

**Bernstein Litowitz Berger & Grossmann LLP**
**Categories by Timekeeper & Month**
**Inception - November 30, 2023**

**Category Codes:**

| | | |
|---|---|---|
| 1. Investigation & Analysis | 6. Discovery Communications, Disputes & General | 11. Case Strategy & Analysis |
| 2. Lead Plaintiff Motion | 7. Written/Document Discovery | 12. Docket/News Monitoring |
| 3. Complaint | 8. Expert Work | 13. Client Comunications |
| 4. Motion to Dismiss | 9. Mediation & Settlement | |
| 5. Class Certification | 10. Case Management | |

| TIMEKEEPER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL SUM OF HOURS | HISTORIC RATE | LODESTAR AT HISTORIC RATE | CURRENT RATE | LODESTAR AT CURRENT RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gerald Silk - Partner** | | | | | | | | | | | | | | **44.00** | | **$50,600.00** | **$1,250** | **$55,000.00** |
| January 2021 | 3 | | | | | | | | | | | | | 3.00 | $1,150 | $3,450.00 | $1,250 | $3,750.00 |
| February 2021 | | 3 | | | | | | | | | 2 | | | 5.00 | $1,150 | $5,750.00 | $1,250 | $6,250.00 |
| March 2021 | | | | | | | | | | | 2 | | | 2.00 | $1,150 | $2,300.00 | $1,250 | $2,500.00 |
| September 2021 | | | | | | | | | | | 27 | | | 27.00 | $1,150 | $31,050.00 | $1,250 | $33,750.00 |
| October 2021 | 2 | | | | | | | | | | 3 | | | 5.00 | $1,150 | $5,750.00 | $1,250 | $6,250.00 |
| November 2021 | 2 | | | | | | | | | | | | | 2.00 | $1,150 | $2,300.00 | $1,250 | $2,500.00 |
| **Jonathan Uslaner - Partner** | | | | | | | | | | | | | | **496.50** | | **$462,143.75** | **$975** | **$484,087.50** |
| February 2021 | 1.5 | | 5.5 | | | | | | | | | | | 7.00 | $900 | $6,300.00 | $975 | $6,825.00 |
| March 2021 | 50.75 | | 11.75 | | | | | | | 2.75 | 6.5 | | | 71.75 | $900 | $64,575.00 | $975 | $69,956.25 |
| April 2021 | 18.5 | | 1 | | | | | | | | | | | 19.50 | $900 | $17,550.00 | $975 | $19,012.50 |
| May 2021 | 10.25 | | 35 | | | | | | | | | | 0.5 | 45.75 | $900 | $41,175.00 | $975 | $44,606.25 |
| June 2021 | 2.75 | | 20.5 | | | | | | | | | | | 23.25 | $900 | $20,925.00 | $975 | $22,668.75 |
| July 2021 | | | | 4.5 | | | | | | | | | | 4.50 | $900 | $4,050.00 | $975 | $4,387.50 |
| August 2021 | | | | 37.5 | | | | | | | | | | 37.50 | $900 | $33,750.00 | $975 | $36,562.50 |
| September 2021 | | | | 8.75 | | | | | | | | | | 8.75 | $900 | $7,875.00 | $975 | $8,531.25 |
| October 2021 | | | | 4 | | | | | | | | | | 4.00 | $900 | $3,600.00 | $975 | $3,900.00 |
| November 2021 | | | | 2.5 | | | | | | | | | | 2.50 | $900 | $2,250.00 | $975 | $2,437.50 |
| March 2022 | | | | 1.25 | | | | | | | 4.5 | | | 5.75 | $950 | $5,462.50 | $975 | $5,606.25 |
| April 2022 | | | | | 1.75 | 2.75 | 8.75 | 1.25 | | 6 | 1.5 | | | 22.00 | $950 | $20,900.00 | $975 | $21,450.00 |
| May 2022 | | | | | | 11.75 | 2 | 2.25 | | | | | | 16.00 | $950 | $15,200.00 | $975 | $15,600.00 |
| June 2022 | | | | | 1.25 | 2.75 | 3.75 | | | | 0.75 | | | 8.50 | $950 | $8,075.00 | $975 | $8,287.50 |
| July 2022 | | | | | 5.5 | 5 | | 4 | | | 1 | | 1.5 | 17.00 | $950 | $16,150.00 | $975 | $16,575.00 |
| August 2022 | | | | | | 16 | | | 0.75 | | | | 2.25 | 19.00 | $950 | $18,050.00 | $975 | $18,525.00 |
| September 2022 | | | | | 0.75 | 2.5 | 3.25 | | | | | | 2.75 | 9.25 | $950 | $8,787.50 | $975 | $9,018.75 |
| October 2022 | | | | | | 1.75 | 2.5 | | | | | | | 4.25 | $950 | $4,037.50 | $975 | $4,143.75 |
| November 2022 | | | | | | | 13.5 | | 13.75 | | | | 8.25 | 35.50 | $950 | $33,725.00 | $975 | $34,612.50 |
| December 2022 | | | | | | 1.5 | | | 65.5 | | | | | 67.00 | $950 | $63,650.00 | $975 | $65,325.00 |
| January 2023 | | | | | | | | | 36.75 | | | | | 36.75 | $975 | $35,831.25 | $975 | $35,831.25 |
| February 2023 | | | | | | | | | 12 | | | | | 12.00 | $975 | $11,700.00 | $975 | $11,700.00 |
| June 2023 | | | | | | | | | 17.5 | | | | 1.5 | 19.00 | $975 | $18,525.00 | $975 | $18,525.00 |
| **David L. Duncan - Senior Counsel** | | | | | | | | | | | | | | **135.50** | | **$111,531.25** | **$825** | **$111,787.50** |
| December 2022 | | | | | | | | | 10.25 | | | | | 10.25 | $800 | $8,200.00 | $825 | $8,456.25 |
| January 2023 | | | | | | | | | 67.00 | | | | 0.25 | 67.25 | $825 | $55,481.25 | $825 | $55,481.25 |
| February 2023 | | | | | | | | | 19.50 | | | | | 19.50 | $825 | $16,087.50 | $825 | $16,087.50 |
| March 2023 | | | | | | | | | 0.25 | 0.50 | | | | 0.75 | $825 | $618.75 | $825 | $618.75 |
| April 2023 | | | | | | | | | 0.25 | | | | 0.25 | 0.50 | $825 | $412.50 | $825 | $412.50 |
| May 2023 | | | | | | | | | 0.25 | | | | | 0.25 | $825 | $206.25 | $825 | $206.25 |
| June 2023 | | | | | | | | | 2.5 | | | | | 2.50 | $825 | $2,062.50 | $825 | $2,062.50 |

EXHIBIT 4

*In re Splunk Inc. Sec. Litig.* , No. 4:20-cv-08600-JST

**Bernstein Litowitz Berger & Grossmann LLP**
**Categories by Timekeeper & Month**
**Inception - November 30, 2023**

**Category Codes:**

1. Investigation & Analysis
2. Lead Plaintiff Motion
3. Complaint
4. Motion to Dismiss
5. Class Certification

6. Discovery Communications, Disputes & General
7. Written/Document Discovery
8. Expert Work
9. Mediation & Settlement
10. Case Management

11. Case Strategy & Analysis
12. Docket/News Monitoring
13. Client Comunications

| TIMEKEEPER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL SUM OF HOURS | HISTORIC RATE | LODESTAR AT HISTORIC RATE | CURRENT RATE | LODESTAR AT CURRENT RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| July 2023 | | | | | | | | | 0.25 | | | | | 0.25 | $825 | $206.25 | $825 | $206.25 |
| September 2023 | | | | | | | | | 3.5 | | | | | 3.50 | $825 | $2,887.50 | $825 | $2,887.50 |
| October 2023 | | | | | | | | | 10.75 | | | | | 10.75 | $825 | $8,868.75 | $825 | $8,868.75 |
| November 2023 | | | | | | | | | 20 | | | | | 20.00 | $825 | $16,500.00 | $825 | $16,500.00 |
| **Catherine Van Kampen - Senior Counsel** | | | | | | | | | | | | | | **21.50** | | **$16,562.50** | **$775** | **$16,662.50** |
| December 2022 | | | | | | | | | 4.00 | | | | | 4.00 | $750 | $3,000.00 | $775 | $3,100.00 |
| January 2023 | | | | | | | | | 10.50 | | | | | 10.50 | $775 | $8,137.50 | $775 | $8,137.50 |
| February 2023 | | | | | | | | | 7.00 | | | | | 7.00 | $775 | $5,425.00 | $775 | $5,425.00 |
| **Caitlin Bozman - Associate** | | | | | | | | | | | | | | **528.00** | | **$237,625.00** | **$475** | **$250,800.00** |
| April 2022 | | | | | | 26.5 | 55.75 | | | 14 | 5.75 | | | 102.00 | $450 | $45,900.00 | $475 | $48,450.00 |
| May 2022 | | | | | | 38.25 | 28 | | | 0.5 | 1 | | 1.5 | 69.25 | $450 | $31,162.50 | $475 | $32,893.75 |
| June 2022 | | | | | | 5.75 | 3.25 | | | | | | | 9.00 | $450 | $4,050.00 | $475 | $4,275.00 |
| July 2022 | | | | | 0.75 | 25.25 | 3.75 | | | | | | | 29.75 | $450 | $13,387.50 | $475 | $14,131.25 |
| August 2022 | | | | | | 58.75 | | | | | | | | 58.75 | $450 | $26,437.50 | $475 | $27,906.25 |
| September 2022 | | | | | | 23.25 | 16 | | | | | | | 39.25 | $450 | $17,662.50 | $475 | $18,643.75 |
| October 2022 | | | | | | 5.75 | 20.25 | | 1.25 | | | | | 27.25 | $450 | $12,262.50 | $475 | $12,943.75 |
| November 2022 | | | | | | 14.75 | 28 | | 57.5 | | | | 19 | 119.25 | $450 | $53,662.50 | $475 | $56,643.75 |
| December 2022 | | | | | | 5.5 | 13.75 | | 53.25 | | | | | 72.50 | $450 | $32,625.00 | $475 | $34,437.50 |
| Janury 2023 | | | | | | | | | 1.00 | | | | | 1.00 | $475 | $475.00 | $475 | $475.00 |
| **Laren Cruz - Associate** | | | | | | | | | | | | | | **398.75** | | **$221,275.00** | **$650** | **$259,187.50** |
| February 2021 | 4 | | | | | | | | | | | | | 4.00 | $550 | $2,200.00 | $650 | $2,600.00 |
| March 2021 | 2.75 | | 31.75 | | | | | | | 1.25 | | | | 35.75 | $550 | $19,662.50 | $650 | $23,237.50 |
| April 2021 | 1.25 | | 18.25 | | | | | | | | | | | 19.50 | $550 | $10,725.00 | $650 | $12,675.00 |
| May 2021 | 0.75 | | 109.25 | | | | | | | 0.5 | | | 0.25 | 110.75 | $550 | $60,912.50 | $650 | $71,987.50 |
| June 2021 | | | 39.5 | | | | | | | 0.5 | | | | 40.00 | $550 | $22,000.00 | $650 | $26,000.00 |
| July 2021 | | | | 6 | | | | | | | | | | 6.00 | $550 | $3,300.00 | $650 | $3,900.00 |
| August 2021 | | | | 93.75 | | | | | | | | | | 93.75 | $550 | $51,562.50 | $650 | $60,937.50 |
| September 2021 | | | | 17 | | | | | | | | | | 17.00 | $550 | $9,350.00 | $650 | $11,050.00 |
| October 2021 | | | | 1.5 | | | | | | | | | | 1.50 | $550 | $825.00 | $650 | $975.00 |
| December 2021 | | | | 0.25 | | | | | | | | | | 0.25 | $550 | $137.50 | $650 | $162.50 |
| March 2022 | | | | 2.5 | | 0.5 | | 0.5 | | 0.75 | 1.75 | | | 6.00 | $575 | $3,450.00 | $650 | $3,900.00 |
| April 2022 | | | | | | 4.75 | 4.25 | | | 1.25 | 0.75 | | | 11.00 | $575 | $6,325.00 | $650 | $7,150.00 |
| May 2022 | | | | | | 6.25 | 1.25 | | | 0.75 | | | | 8.25 | $575 | $4,743.75 | $650 | $5,362.50 |
| June 2022 | | | | | | 1.75 | 0.75 | | | | | | | 2.50 | $575 | $1,437.50 | $650 | $1,625.00 |
| July 2022 | | | | | 6.5 | 18 | 10.25 | | | | | | | 34.75 | $575 | $19,981.25 | $650 | $22,587.50 |
| August 2022 | | | | | | 1 | | | | | | | | 1.00 | $575 | $575.00 | $650 | $650.00 |
| October 2022 | | | | | | 0.25 | | | 1 | | 1.5 | | | 2.75 | $575 | $1,581.25 | $650 | $1,787.50 |
| November 2022 | | | | | | | 1.25 | | | | | | | 1.25 | $575 | $718.75 | $650 | $812.50 |
| June 2023 | | | | | | | | | 2.75 | | | | | 2.75 | $650 | $1,787.50 | $650 | $1,787.50 |

**EXHIBIT 4**

*In re Splunk Inc. Sec. Litig.* , No. 4:20-cv-08600-JST

**Bernstein Litowitz Berger & Grossmann LLP**
**Categories by Timekeeper & Month**
**Inception - November 30, 2023**

**Category Codes:**

| | | |
|---|---|---|
| 1. Investigation & Analysis | 6. Discovery Communications, Disputes & General | 11. Case Strategy & Analysis |
| 2. Lead Plaintiff Motion | 7. Written/Document Discovery | 12. Docket/News Monitoring |
| 3. Complaint | 8. Expert Work | 13. Client Comunications |
| 4. Motion to Dismiss | 9. Mediation & Settlement | |
| 5. Class Certification | 10. Case Management | |

| TIMEKEEPER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL SUM OF HOURS | HISTORIC RATE | LODESTAR AT HISTORIC RATE | CURRENT RATE | LODESTAR AT CURRENT RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rebecca Kim - Associate** | | | | | | | | | | | | | | 28.00 | | $12,975.00 | $475 | $13,300.00 |
| December 2020 | 6.50 | | | | | | | | | | | | | 6.50 | $425 | $2,762.50 | $475 | $3,087.50 |
| January 2021 | 5.00 | | | | | | | | | | | | 4.00 | 9.00 | $475 | $4,275.00 | $475 | $4,275.00 |
| February 2021 | 1.00 | 9.50 | | | | | | | | | | | | 10.50 | $475 | $4,987.50 | $475 | $4,987.50 |
| June 2021 | | | 2.00 | | | | | | | | | | | 2.00 | $475 | $950.00 | $475 | $950.00 |
| **Brandon Slotkin - Associate** | | | | | | | | | | | | | | 83.00 | | $35,275.00 | $425 | $35,275.00 |
| November 2022 | | | | | | 11.25 | | | 0.5 | 0.5 | 2.5 | | | 14.75 | $425 | $6,268.75 | $425 | $6,268.75 |
| December 2022 | | | | | | 4 | 7.25 | | 21 | | | | | 32.25 | $425 | $13,706.25 | $425 | $13,706.25 |
| October 2023 | | | | | | | | | 33 | | | | | 33.00 | $425 | $14,025.00 | $425 | $14,025.00 |
| November 2023 | | | | | | | | | 3 | | | | | 3.00 | $425 | $1,275.00 | $425 | $1,275.00 |
| **Matthew Traylor - Associate** | | | | | | | | | | | | | | 308.75 | | $146,656.25 | $500 | $154,375.00 |
| February 2021 | | | 22.25 | | | | | | | | | | | 22.25 | $475 | $10,568.75 | $500 | $11,125.00 |
| March 2021 | 5.25 | | 44.75 | | | | | | 6.75 | | | | | 56.75 | $475 | $26,956.25 | $500 | $28,375.00 |
| April 2021 | 2.25 | | 15.75 | | | | | | | | | | | 18.00 | $475 | $8,550.00 | $500 | $9,000.00 |
| May 2021 | 5 | | 92.75 | | | | | | | | | | | 97.75 | $475 | $46,431.25 | $500 | $48,875.00 |
| June 2021 | | | 11.75 | | | | | | | | | | | 11.75 | $475 | $5,581.25 | $500 | $5,875.00 |
| July 2021 | | | | 3 | | | | | | | | | | 3.00 | $475 | $1,425.00 | $500 | $1,500.00 |
| August 2021 | | | | 68.75 | | | | | | | 5.5 | | | 74.25 | $475 | $35,268.75 | $500 | $37,125.00 |
| September 2021 | | | | 13.25 | | | | | | | | | | 13.25 | $475 | $6,293.75 | $500 | $6,625.00 |
| November 2021 | 5.25 | | 0.5 | | | | | | | | | | | 5.75 | $475 | $2,731.25 | $500 | $2,875.00 |
| December 2021 | 6 | | | | | | | | | | | | | 6.00 | $475 | $2,850.00 | $500 | $3,000.00 |
| **Eric Blanco - Staff Attorney** | | | | | | | | | | | | | | 127.50 | | $51,000.00 | $400 | $51,000.00 |
| November 2022 | | | | | | | 109.5 | | | | | | | 109.50 | $400 | $43,800.00 | $400 | $43,800.00 |
| December 2022 | | | | | | | 18 | | | | | | | 18.00 | $400 | $7,200.00 | $400 | $7,200.00 |
| **Robert Blauvelt - Staff Attorney** | | | | | | | | | | | | | | 51.75 | | $21,993.75 | $425 | $21,993.75 |
| September 2022 | | | | | | | 20.00 | | | | | | | 20.00 | $425 | $8,500.00 | $425 | $8,500.00 |
| October 2022 | | | | | | | 31.75 | | | | | | | 31.75 | $425 | $13,493.75 | $425 | $13,493.75 |
| **Reena Garg - Staff Attorney** | | | | | | | | | | | | | | 973.75 | | $389,500.00 | $400 | $389,500.00 |
| April 2022 | | | | | | | 160 | | | | | | | 160.00 | $400 | $64,000.00 | $400 | $64,000.00 |
| May 2022 | | | | | | | 169 | | | | | | | 169.00 | $400 | $67,600.00 | $400 | $67,600.00 |
| June 2022 | | | | | | | 186 | | | | | | | 186.00 | $400 | $74,400.00 | $400 | $74,400.00 |
| July 2022 | | | | | | | 155 | | | | | | | 155.00 | $400 | $62,000.00 | $400 | $62,000.00 |
| August 2022 | | | | | | 9 | 147.75 | | | | | | | 156.75 | $400 | $62,700.00 | $400 | $62,700.00 |
| September 2022 | | | | | | | 2 | | | | | | | 2.00 | $400 | $800.00 | $400 | $800.00 |
| November 2022 | | | | | | | 119 | | | | | | | 119.00 | $400 | $47,600.00 | $400 | $47,600.00 |
| December 2022 | | | | | | | 26 | | | | | | | 26.00 | $400 | $10,400.00 | $400 | $10,400.00 |

EXHIBIT 4

*In re Splunk Inc. Sec. Litig.* **, No. 4:20-cv-08600-JST**

**Bernstein Litowitz Berger & Grossmann LLP**
**Categories by Timekeeper & Month**
**Inception - November 30, 2023**

**Category Codes:**

| | | |
|---|---|---|
| 1. Investigation & Analysis | 6. Discovery Communications, Disputes & General | 11. Case Strategy & Analysis |
| 2. Lead Plaintiff Motion | 7. Written/Document Discovery | 12. Docket/News Monitoring |
| 3. Complaint | 8. Expert Work | 13. Client Comunications |
| 4. Motion to Dismiss | 9. Mediation & Settlement | |
| 5. Class Certification | 10. Case Management | |

| TIMEKEEPER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL SUM OF HOURS | HISTORIC RATE | LODESTAR AT HISTORIC RATE | CURRENT RATE | LODESTAR AT CURRENT RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Marsha Johnson - Staff Attorney** | | | | | | | | | | | | | | **108.00** | | **$43,200.00** | **$400** | **$43,200.00** |
| November 2022 | | | | | | | 90.50 | | | | | | | 90.50 | $400 | $36,200.00 | $400 | $36,200.00 |
| December 2022 | | | | | | | 17.50 | | | | | | | 17.50 | $400 | $7,000.00 | $400 | $7,000.00 |
| **Rachel Roberts - Staff Attoney** | | | | | | | | | | | | | | **148.00** | | **$55,500.00** | **$375** | **$55,500.00** |
| November 2022 | | | | | | | 139.25 | | | | | | | 139.25 | $375 | $52,218.75 | $375 | $52,218.75 |
| December 2022 | | | | | | | 8.75 | | | | | | | 8.75 | $375 | $3,281.25 | $375 | $3,281.25 |
| **Yvette Schwimmer - Staff Attorney** | | | | | | | | | | | | | | **191.50** | | **$76,600.00** | **$400** | **$76,600.00** |
| November 2022 | | | | | | | 159.75 | | 0.75 | | | | | 160.50 | $400 | $64,200.00 | $400 | $64,200.00 |
| December 2022 | | | | | | | 31.00 | | | | | | | 31.00 | $400 | $12,400.00 | $400 | $12,400.00 |
| **Renee Tamraz - Staff Attorney** | | | | | | | | | | | | | | **39.00** | | **$15,600.00** | **$400** | **$15,600.00** |
| September 2022 | | | | | | 0.25 | 19.50 | | | | | | | 19.75 | $400 | $7,900.00 | $400 | $7,900.00 |
| October 2022 | | | | | | | 19.25 | | | | | | | 19.25 | $400 | $7,700.00 | $400 | $7,700.00 |
| **Michael Taylor - Staff Attorney** | | | | | | | | | | | | | | **94.50** | | **$37,800.00** | **$400** | **$37,800.00** |
| November 2022 | | | | | | | 91.00 | | | | | | | 91.00 | $400 | $36,400.00 | $400 | $36,400.00 |
| December 2022 | | | | | | | 3.50 | | | | | | | 3.50 | $400 | $1,400.00 | $400 | $1,400.00 |
| **Amy Bitkower - Dir. Of Investigations** | | | | | | | | | | | | | | **62.00** | | **$35,712.50** | **$600** | **$37,200.00** |
| January 2021 | 3 | | | | | | | | | | | | | 3.00 | $575 | $1,725.00 | $600 | $1,800.00 |
| February 2021 | 25 | | | | | | | | | | | | | 25.00 | $575 | $14,375.00 | $600 | $15,000.00 |
| March 2021 | 10.5 | | | | | | | | | | | | | 10.50 | $575 | $6,037.50 | $600 | $6,300.00 |
| April 2021 | 12 | | | | | | | | | | | | | 12.00 | $575 | $6,900.00 | $600 | $7,200.00 |
| May 2021 | 8 | | | | | | | | | | | | | 8.00 | $575 | $4,600.00 | $600 | $4,800.00 |
| June 2021 | 1 | | | | | | | | | | | | | 1.00 | $575 | $575.00 | $600 | $600.00 |
| April 2022 | 0.25 | | | | | | | | | | | | | 0.25 | $600 | $150.00 | $600 | $150.00 |
| May 2022 | 0.75 | | | | | | | | | | | | | 0.75 | $600 | $450.00 | $600 | $450.00 |
| June 2022 | 0.5 | | | | | | | | | | | | | 0.50 | $600 | $300.00 | $600 | $300.00 |
| August 2022 | 0.25 | | | | | | | | | | | | | 0.25 | $600 | $150.00 | $600 | $150.00 |
| November 2022 | 0.50 | | | | | | | | | | | | | 0.50 | $600 | $300.00 | $600 | $300.00 |
| January 2023 | | | | | | | | | 0.25 | | | | | 0.25 | $600 | $150.00 | $600 | $150.00 |
| **Robin Barnier - Investigator** | | | | | | | | | | | | | | **287.00** | | **$86,100.00** | **$425** | **$121,975.00** |
| February 2021 | 65 | | | | | | | | | | | | | 65.00 | $300 | $19,500.00 | $425 | $27,625.00 |
| March 2021 | 125 | | | | | | | | | | | | | 125.00 | $300 | $37,500.00 | $425 | $53,125.00 |
| April 2021 | 37 | | | | | | | | | | | | | 37.00 | $300 | $11,100.00 | $425 | $15,725.00 |
| May 2021 | 49 | | | | | | | | | | | | | 49.00 | $300 | $14,700.00 | $425 | $20,825.00 |
| June 2021 | 11 | | | | | | | | | | | | | 11.00 | $300 | $3,300.00 | $425 | $4,675.00 |
| **Jacob Foster - Investigator** | | | | | | | | | | | | | | **85.50** | | **$25,650.00** | **$325** | **$27,787.50** |
| January 2021 | 64.00 | | | | | | | | | | | | | 64.00 | $300 | $19,200.00 | $325 | $20,800.00 |
| February 2021 | 11.50 | | | | | | | | | | | | | 11.50 | $300 | $3,450.00 | $325 | $3,737.50 |
| May 2021 | 10.00 | | | | | | | | | | | | | 10.00 | $300 | $3,000.00 | $325 | $3,250.00 |

EXHIBIT 4

*In re Splunk Inc. Sec. Litig.* , No. 4:20-cv-08600-JST

**Bernstein Litowitz Berger & Grossmann LLP**
**Categories by Timekeeper & Month**
**Inception - November 30, 2023**

**Category Codes:**

1. Investigation & Analysis
2. Lead Plaintiff Motion
3. Complaint
4. Motion to Dismiss
5. Class Certification

6. Discovery Communications, Disputes & General
7. Written/Document Discovery
8. Expert Work
9. Mediation & Settlement
10. Case Management

11. Case Strategy & Analysis
12. Docket/News Monitoring
13. Client Comunications

| TIMEKEEPER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL SUM OF HOURS | HISTORIC RATE | LODESTAR AT HISTORIC RATE | CURRENT RATE | LODESTAR AT CURRENT RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Jenna Goldin - Investigator** | | | | | | | | | | | | | | **203.25** | | **$81,581.25** | **$425** | **$86,381.25** |
| February 2021 | 84.00 | | | | | | | | | | | | | 84.00 | $400 | $33,600.00 | $425 | $35,700.00 |
| March 2021 | 107.00 | | | | | | | | | | | | | 107.00 | $400 | $42,800.00 | $425 | $45,475.00 |
| June 2021 | | | 1.00 | | | | | | | | | | | 1.00 | $400 | | $425 | $425.00 |
| March 2022 | | | | 5.00 | | | | | | | | | | 5.00 | $425 | $2,125.00 | $425 | $2,125.00 |
| April 2022 | 1.50 | | | | | | | | | | | | | 1.50 | $425 | $637.50 | $425 | $637.50 |
| May 2022 | 1.00 | | | | | | | | | | | | | 1.00 | $425 | $425.00 | $425 | $425.00 |
| June 2022 | | | | | | 3.25 | | | | | | | | 3.25 | $425 | $1,381.25 | $425 | $1,381.25 |
| July 2022 | | | | | | 0.50 | | | | | | | | 0.50 | $425 | $212.50 | $425 | $212.50 |
| **Joelle Sfeir - Investigator** | | | | | | | | | | | | | | **381.50** | | **$162,443.75** | **$475** | **$181,212.50** |
| January 2021 | 0.25 | | | | | | | | | | | | | 0.25 | $425 | $106.25 | $475 | $118.75 |
| February 2021 | 87.25 | | | | | | | | | | | | | 87.25 | $425 | $37,081.25 | $475 | $41,443.75 |
| March 2021 | 110.75 | | | | | | | | | | | | | 110.75 | $425 | $47,068.75 | $475 | $52,606.25 |
| April 2021 | 83.00 | | | | | | | | | | | | | 83.00 | $425 | $35,275.00 | $475 | $39,425.00 |
| May 2021 | 60.00 | | 5.75 | | | | | | | | | | | 65.75 | $425 | $27,943.75 | $475 | $31,231.25 |
| June 2021 | 22.00 | | 0.50 | | | | | | | | | | | 22.50 | $425 | $9,562.50 | $475 | $10,687.50 |
| January 2022 | 1.00 | | | | | | | | | | | | | 1.00 | $450 | $450.00 | $475 | $475.00 |
| March 2022 | | | | | | 2.75 | | | | | | | | 2.75 | $450 | $1,237.50 | $475 | $1,306.25 |
| April 2022 | 0.25 | | | | | | | | | | | | | 0.25 | $450 | $112.50 | $475 | $118.75 |
| May 2022 | 0.50 | | | | | | | | | | | | | 0.50 | $450 | $225.00 | $475 | $237.50 |
| June 2022 | 4.00 | | | | | | | | | | | | | 4.00 | $450 | $1,800.00 | $475 | $1,900.00 |
| July 2022 | 3.25 | | | | | | | | | | | | | 3.25 | $450 | $1,462.50 | $475 | $1,543.75 |
| October 2023 | | | | | | | | | 0.25 | | | | | 0.25 | $475 | $118.75 | $475 | $118.75 |
| **Adam Weinschel - Director of Investor Svcs** | | | | | | | | | | | | | | **29.75** | | **$16,206.25** | **$600** | **$17,850.00** |
| December 2020 | 7.25 | | | | | | | | | | | | | 7.25 | $525 | $3,806.25 | $600 | $4,350.00 |
| January 2021 | 6 | 0.5 | | | | | | | | | | | 0.5 | 7.00 | $550 | $3,850.00 | $600 | $4,200.00 |
| February 2021 | | 12 | | | | | | | | | | | | 12.00 | $550 | $6,600.00 | $600 | $7,200.00 |
| March 2021 | 2 | | | | | | | | | | | | | 2.00 | $550 | $1,100.00 | $600 | $1,200.00 |
| August 2021 | | | | 0.5 | | | | | | | | | | 0.50 | $550 | $275.00 | $600 | $300.00 |
| April 2022 | | | | | | | | 1 | | | | | | 1.00 | $575 | $575.00 | $600 | $600.00 |
| **Rachel Graf - Financial Analyst** | | | | | | | | | | | | | | **12.50** | | **$4,887.50** | **$400** | **$5,000.00** |
| December 2020 | 4.50 | | | | | | | | | | | | | 4.50 | $375 | $1,687.50 | $400 | $1,800.00 |
| January 2021 | 2 | | | | | | | | | | | | | 2.00 | $400 | $800.00 | $400 | $800.00 |
| February 2021 | 1 | | | | | | | | | | | | | 1.00 | $400 | $400.00 | $400 | $400.00 |
| March 2021 | 1 | | | | | | | | | | | | | 1.00 | $400 | $400.00 | $400 | $400.00 |
| May 2021 | 4 | | | | | | | | | | | | | 4.00 | $400 | $1,600.00 | $400 | $1,600.00 |

**EXHIBIT 4**

*In re Splunk Inc. Sec. Litig.* , No. 4:20-cv-08600-JST

**Bernstein Litowitz Berger & Grossmann LLP**
**Categories by Timekeeper & Month**
**Inception - November 30, 2023**

**Category Codes:**

1. Investigation & Analysis
2. Lead Plaintiff Motion
3. Complaint
4. Motion to Dismiss
5. Class Certification

6. Discovery Communications, Disputes & General
7. Written/Document Discovery
8. Expert Work
9. Mediation & Settlement
10. Case Management

11. Case Strategy & Analysis
12. Docket/News Monitoring
13. Client Comunications

| TIMEKEEPER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL SUM OF HOURS | HISTORIC RATE | LODESTAR AT HISTORIC RATE | CURRENT RATE | LODESTAR AT CURRENT RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Tanjila Sultana - Financial Analyst** | | | | | | | | | | | | | | **34.75** | | **$14,862.55** | **$475** | **$16,506.25** |
| January 2021 | 16.5 | | | | | | | | | | | | | 16.50 | $425 | $7,012.50 | $475 | $7,837.50 |
| February 2021 | 1.75 | | | | | | | | | | | | | 1.75 | $425 | $743.75 | $475 | $831.25 |
| March 2021 | 3.75 | | | | | | | | | | | | | 3.75 | $425 | $1,593.75 | $475 | $1,781.25 |
| June 2021 | 1.75 | | | | | | | | | | | | | 1.75 | $425 | $743.75 | $475 | $831.25 |
| July 2021 | 7.25 | | | | | | | | | | | | | 7.25 | $425 | $3,081.25 | $475 | $3,443.75 |
| June 2022 | 1.25 | | | | | | | | | | | | | 1.25 | $450 | $562.50 | $475 | $593.75 |
| August 2022 | 2.50 | | | | | | | | | | | | | 2.50 | $450 | $1,125.00 | $475 | $1,187.50 |
| **Khristien De Leon - Case Manager** | | | | | | | | | | | | | | **15.50** | | **$5,037.50** | **$325** | **$5,037.50** |
| January 2021 | | 1.75 | | | | | | | | | | | | 1.75 | $325 | $568.75 | $325 | $568.75 |
| February 2021 | | 10 | | | | | | | | 2.75 | | | | 12.75 | $325 | $4,143.75 | $325 | $4,143.75 |
| March 2021 | | 0.5 | | | | | | | | | | | | 0.50 | $325 | $162.50 | $325 | $162.50 |
| June 2022 | | | | | | | 0.5 | | | | | | | 0.50 | $325 | $162.50 | $325 | $162.50 |
| **Janielle Lattimore - Case Manager** | | | | | | | | | | | | | | **54.00** | | **$20,218.75** | **$400** | **$21,600.00** |
| December 2020 | 0.5 | | | | | | | | | | | | | 0.50 | $350 | $175.00 | $400 | $200.00 |
| February 2021 | | | | | | | | | | 0.75 | | | | 0.75 | $350 | $262.50 | $400 | $300.00 |
| May 2021 | | | 8 | | | | | | | | | | | 8.00 | $350 | $2,800.00 | $400 | $3,200.00 |
| June 2021 | | | 0.5 | | | | | | | | | | | 0.50 | $350 | $175.00 | $400 | $200.00 |
| August 2021 | | | | 0.75 | | | | | | | | | | 0.75 | $350 | $262.50 | $400 | $300.00 |
| September 2021 | | | 6.25 | | | | | | | 5.5 | | | | 11.75 | $350 | $4,112.50 | $400 | $4,700.00 |
| April 2022 | | | | | | | | | | 0.25 | | | | 0.25 | $375 | $93.75 | $400 | $100.00 |
| May 2022 | | | | | | | 1.25 | | | 1.25 | | | | 2.50 | $375 | $937.50 | $400 | $1,000.00 |
| June 2022 | | | | | | | 0.75 | | | | | | | 0.75 | $375 | $281.25 | $400 | $300.00 |
| July 2022 | | | | | 5.75 | | | | | | | | | 5.75 | $375 | $2,156.25 | $400 | $2,300.00 |
| September 2022 | | | | | | 0.75 | | | | | | | | 0.75 | $375 | $281.25 | $400 | $300.00 |
| November 2022 | | | | | | 0.75 | | | | | | | | 0.75 | $375 | $281.25 | $400 | $300.00 |
| January 2023 | | | | | | | | | 2.75 | | | | | 2.75 | $400 | $1,100.00 | $400 | $1,100.00 |
| February 2023 | | | | | | | | | 13.25 | 0.5 | | | | 13.75 | $400 | $5,500.00 | $400 | $5,500.00 |
| March 2023 | | | | | | | | | | 1 | | | | 1.00 | $400 | $400.00 | $400 | $400.00 |
| June 2023 | | | | | | | | | 1.75 | 0.25 | | | | 2.00 | $400 | $800.00 | $400 | $800.00 |
| September 2023 | | | | | | | | | 1.5 | | | | | 1.50 | $400 | $600.00 | $400 | $600.00 |
| **Matthew Mahady - Case Manager** | | | | | | | | | | | | | | **26.75** | | **$9,500.00** | **$375** | **$10,031.25** |
| January 2021 | 0.25 | 8 | | | | | | | | | | | | 8.25 | $350 | $2,887.50 | $375 | $3,093.75 |
| February 2021 | | 11.25 | | | | | | | | 0.25 | | | | 11.50 | $350 | $4,025.00 | $375 | $4,312.50 |
| May 2021 | 1 | | | | | | | | | | | | | 1.00 | $350 | $350.00 | $375 | $375.00 |
| June 2021 | | | 0.5 | | | | | | | | | | | 0.50 | $350 | $175.00 | $375 | $187.50 |
| June 2022 | | | | | 5.5 | | | | | | | | | 5.50 | $375 | $2,062.50 | $375 | $2,062.50 |

**EXHIBIT 4**

*In re Splunk Inc. Sec. Litig.* , No. 4:20-cv-08600-JST

**Bernstein Litowitz Berger & Grossmann LLP**
**Categories by Timekeeper & Month**
**Inception - November 30, 2023**

**Category Codes:**

| | | |
|---|---|---|
| 1. Investigation & Analysis | 6. Discovery Communications, Disputes & General | 11. Case Strategy & Analysis |
| 2. Lead Plaintiff Motion | 7. Written/Document Discovery | 12. Docket/News Monitoring |
| 3. Complaint | 8. Expert Work | 13. Client Comunications |
| 4. Motion to Dismiss | 9. Mediation & Settlement | |
| 5. Class Certification | 10. Case Management | |

| TIMEKEEPER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL SUM OF HOURS | HISTORIC RATE | LODESTAR AT HISTORIC RATE | CURRENT RATE | LODESTAR AT CURRENT RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Virgilio Soler - Case Manager** | | | | | | | | | | | | | | **82.75** | | **$29,093.75** | **$375** | **$31,031.25** |
| February 2021 | 13.75 | | | | | | | | | | | | | 13.75 | $350 | $4,812.50 | $375 | $5,156.25 |
| March 2021 | 5.25 | | | 3 | | | | | | | | | | 8.25 | $350 | $2,887.50 | $375 | $3,093.75 |
| April 2021 | 15.25 | | | | | | | | | | | | | 15.25 | $350 | $5,337.50 | $375 | $5,718.75 |
| May 2021 | 20.5 | | 3.75 | | | | | | | | | | | 24.25 | $350 | $8,487.50 | $375 | $9,093.75 |
| June 2021 | | | | | | | | | | | | 1.25 | | 1.25 | $350 | $437.50 | $375 | $468.75 |
| September 2021 | | | | 10.25 | | | | | | | | | | 10.25 | $350 | $3,587.50 | $375 | $3,843.75 |
| December 2021 | | | | | | | | | | 4.5 | | | | 4.50 | $350 | $1,575.00 | $375 | $1,687.50 |
| March 2022 | | | | | | 3 | | | | 2.25 | | | | 5.25 | $375 | $1,968.75 | $375 | $1,968.75 |
| **Melody Yaghoubzadeh - Case Manager** | | | | | | | | | | | | | | **363.50** | | **$130,887.50** | **$375** | **$136,312.50** |
| February 2021 | 3 | 6 | | | | | | | | 2.25 | | 9.25 | | 20.50 | $350 | $7,175.00 | $375 | $7,687.50 |
| March 2021 | 43.25 | | 2.5 | | | | | | | 8.5 | | 0.25 | | 54.50 | $350 | $19,075.00 | $375 | $20,437.50 |
| April 2021 | 25 | | 1 | | | | | | | | 0.5 | 8 | | 34.50 | $350 | $12,075.00 | $375 | $12,937.50 |
| May 2021 | 11.75 | | 22 | | | | | | | 1 | | | | 34.75 | $350 | $12,162.50 | $375 | $13,031.25 |
| June 2021 | 2.5 | | 18.75 | | | | | | | 1 | | 0.75 | | 23.00 | $350 | $8,050.00 | $375 | $8,625.00 |
| July 2021 | 0.75 | | | 2.75 | | | | | | 0.25 | | 0.25 | | 4.00 | $350 | $1,400.00 | $375 | $1,500.00 |
| August 2021 | 0.5 | | | 9.5 | | | | | | | | 0.5 | | 10.50 | $350 | $3,675.00 | $375 | $3,937.50 |
| September 2021 | | | | 17.5 | | | | | | 0.5 | | 0.75 | | 18.75 | $350 | $6,562.50 | $375 | $7,031.25 |
| October 2021 | | | | 6.25 | | | | | | 0.5 | | 0.75 | | 7.50 | $350 | $2,625.00 | $375 | $2,812.50 |
| November 2021 | | | | 3.5 | | | | | | | | 1.25 | | 4.75 | $350 | $1,662.50 | $375 | $1,781.25 |
| December 2021 | | | | 1.75 | | | | | | | | 2.5 | | 4.25 | $350 | $1,487.50 | $375 | $1,593.75 |
| January 2022 | | | | 1.25 | | | | | | | | 0.75 | | 2.00 | $375 | $750.00 | $375 | $750.00 |
| February 2022 | | | | | | | | | | 0.25 | | 1.25 | | 1.50 | $375 | $562.50 | $375 | $562.50 |
| March 2022 | | | | | | 0.25 | | 0.5 | | 4.25 | 0.5 | 2.75 | | 8.25 | $375 | $3,093.75 | $375 | $3,093.75 |
| April 2022 | | | | | 3 | 2.75 | 4 | | 0.5 | 5.25 | | 3.75 | | 19.25 | $375 | $7,218.75 | $375 | $7,218.75 |
| May 2022 | | | | | 3.25 | 1 | 7.5 | | | 5 | | 4.25 | | 21.00 | $375 | $7,875.00 | $375 | $7,875.00 |
| June 2022 | | | | | 0.25 | 0.25 | 9.25 | | | 0.25 | | 5 | | 15.00 | $375 | $5,625.00 | $375 | $5,625.00 |
| July 2022 | | | | | 10.5 | 2.75 | 5.75 | | | | | 3.75 | | 22.75 | $375 | $8,531.25 | $375 | $8,531.25 |
| August 2022 | | | | | | 1.75 | 1.5 | | | | | 2.25 | | 5.50 | $375 | $2,062.50 | $375 | $2,062.50 |
| September 2022 | | | | | | 1 | 0.5 | | | | | 3 | | 4.50 | $375 | $1,687.50 | $375 | $1,687.50 |
| October 2022 | | | | | | | 0.5 | | | | | 1.25 | | 1.75 | $375 | $656.25 | $375 | $656.25 |
| November 2022 | | | | | | 1.5 | 7 | | 2.5 | 1.75 | | 0.5 | | 13.25 | $375 | $4,968.75 | $375 | $4,968.75 |
| December 2022 | | | | | | | | | 7.5 | 0.25 | | 2 | | 9.75 | $375 | $3,656.25 | $375 | $3,656.25 |
| January 2023 | | | | | | | | | 3.75 | | | 0.25 | | 4.00 | $375 | $1,500.00 | $375 | $1,500.00 |
| February 2023 | | | | | | | | | 8.5 | 0.25 | | 1.25 | | 10.00 | $375 | $3,750.00 | $375 | $3,750.00 |
| March 2023 | | | | | | | | | | | | 1.75 | | 1.75 | $375 | $656.25 | $375 | $656.25 |
| April 2023 | | | | | | | | | | | | 0.25 | | 0.25 | $375 | $93.75 | $375 | $93.75 |
| May 2023 | | | | | | | | | | | | 0.25 | | 0.25 | $375 | $93.75 | $375 | $93.75 |
| June 2023 | | | | | | | | | 3.75 | | | | | 3.75 | $375 | $1,406.25 | $375 | $1,406.25 |

**EXHIBIT 4**

*In re Splunk Inc. Sec. Litig.* **, No. 4:20-cv-08600-JST**

**Bernstein Litowitz Berger & Grossmann LLP**
**Categories by Timekeeper & Month**
**Inception - November 30, 2023**

**Category Codes:**

| | | |
|---|---|---|
| 1. Investigation & Analysis | 6. Discovery Communications, Disputes & General | 11. Case Strategy & Analysis |
| 2. Lead Plaintiff Motion | 7. Written/Document Discovery | 12. Docket/News Monitoring |
| 3. Complaint | 8. Expert Work | 13. Client Comunications |
| 4. Motion to Dismiss | 9. Mediation & Settlement | |
| 5. Class Certification | 10. Case Management | |

| TIMEKEEPER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL SUM OF HOURS | HISTORIC RATE | LODESTAR AT HISTORIC RATE | CURRENT RATE | LODESTAR AT CURRENT RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| July 2023 | | | | | | | | | | 0.25 | | | | 0.25 | $375 | $93.75 | $375 | $93.75 |
| October 2023 | | | | | | | | | 1 | | | | | 1.00 | $375 | $375.00 | $375 | $375.00 |
| November 2023 | | | | | | | | | 0.75 | | | | | 0.75 | $375 | $281.25 | $375 | $281.25 |
| **Cindy Bomzer-Stein - Paralegal** | | | | | | | | | | | | | | **80.00** | | **$26,000.00** | **$325** | **$26,000.00** |
| June 2022 | | | | | | 27 | | | | | | | | 27.00 | $325 | $8,775.00 | $325 | $8,775.00 |
| July 2022 | | | | | 27 | 0.5 | | | | | | | | 27.50 | $325 | $8,937.50 | $325 | $8,937.50 |
| August 2022 | | | | | | 3 | | | | | | | | 3.00 | $325 | $975.00 | $325 | $975.00 |
| September 2022 | | | | | 3.75 | | | | | | | | | 3.75 | $325 | $1,218.75 | $325 | $1,218.75 |
| November 2022 | | | | | | 1.5 | 2.5 | | | 1.25 | | | | 5.25 | $325 | $1,706.25 | $325 | $1,706.25 |
| December 2022 | | | | | | | | | | 12.75 | | | | 12.75 | $325 | $4,143.75 | $325 | $4,143.75 |
| June 2023 | | | | | | | | | 0.75 | | | | | 0.75 | $325 | $243.75 | $325 | $243.75 |
| **Annemarie Eames - Paralegal** | | | | | | | | | | | | | | **16.75** | | **$5,443.76** | **$325** | **$5,443.75** |
| October 2022 | | | | | | | | | | | | 1.5 | | 1.50 | $325 | $487.50 | $325 | $487.50 |
| November 2022 | | | | | | | 0.5 | | | | | 5 | | 5.50 | $325 | $1,787.50 | $325 | $1,787.50 |
| January 2023 | | | | | | | | | 3 | | | | | 3.00 | $325 | $975.00 | $325 | $975.00 |
| February 2023 | | | | | | | | | 6 | | | | | 6.00 | $325 | $1,950.00 | $325 | $1,950.00 |
| June 2023 | | | | | | | | | 0.75 | | | | | 0.75 | $325 | $243.75 | $325 | $243.75 |
| **Virginia Gonzales - Paralegal** | | | | | | | | | | | | | | **81.50** | | **$26,487.50** | **$325** | **$26,487.50** |
| March 2022 | | | | | | 22.25 | | | 4.75 | | | | | 27.00 | $325 | $8,775.00 | $325 | $8,775.00 |
| April 2022 | | | | | | 40.25 | | | 1.25 | | | 13 | | 54.50 | $325 | $17,712.50 | $325 | $17,712.50 |
| **Mahiri Buffong - Managing Clerk** | | | | | | | | | | | | | | **41.25** | | **$16,462.50** | **$425** | **$17,531.25** |
| March 2021 | | | | | | | | | 2.25 | | | | | 2.25 | $375 | $843.75 | $425 | $956.25 |
| May 2021 | | | 0.5 | | | | | | 0.25 | | | | | 0.75 | $375 | $281.25 | $425 | $318.75 |
| June 2021 | | | 1.75 | | | | | | 1 | | | | | 2.75 | $375 | $1,031.25 | $425 | $1,168.75 |
| July 2021 | | | | | | | | | 0.75 | | | | | 0.75 | $375 | $281.25 | $425 | $318.75 |
| September 2021 | | | | 0.25 | | | | | | | | | | 0.25 | $375 | $93.75 | $425 | $106.25 |
| October 2021 | | | | | | | | | 0.75 | | | | | 0.75 | $375 | $281.25 | $425 | $318.75 |
| November 2021 | | | | 0.25 | | | | | | | | | | 0.25 | $375 | $93.75 | $425 | $106.25 |
| March 2022 | | | | 0.5 | | | | | 1.25 | | | | | 1.75 | $400 | $700.00 | $425 | $743.75 |
| April 2022 | | | | | | | | | 4.5 | | | | | 4.50 | $400 | $1,800.00 | $425 | $1,912.50 |
| May 2022 | | | | | | | | | 3.5 | | | | | 3.50 | $400 | $1,400.00 | $425 | $1,487.50 |
| June 2022 | | | | 0.75 | | | | | 3 | | | | | 3.75 | $400 | $1,500.00 | $425 | $1,593.75 |
| July 2022 | | | | | | | | | 1.5 | | | | | 1.50 | $400 | $600.00 | $425 | $637.50 |
| September 2022 | | | | | | | | | 3 | | | | | 3.00 | $400 | $1,200.00 | $425 | $1,275.00 |
| November 2022 | | | | | | 3.5 | | | 4.5 | | | | | 8.00 | $400 | $3,200.00 | $425 | $3,400.00 |
| December 2022 | | | | | | | | | 1.25 | | | | | 1.25 | $400 | $500.00 | $425 | $531.25 |
| January 2023 | | | | | | | | | 1.25 | | | | | 1.25 | $425 | $531.25 | $425 | $531.25 |
| February 2023 | | | | | | | | 1 | | | | | | 1.00 | $425 | $425.00 | $425 | $425.00 |
| March 2023 | | | | | | | | | 1.75 | | | | | 1.75 | $425 | $743.75 | $425 | $743.75 |

**EXHIBIT 4**

*In re Splunk Inc. Sec. Litig.* **, No. 4:20-cv-08600-JST**

**Bernstein Litowitz Berger & Grossmann LLP**
**Categories by Timekeeper & Month**
**Inception - November 30, 2023**

**Category Codes:**

| | | |
|---|---|---|
| 1. Investigation & Analysis | 6. Discovery Communications, Disputes & General | 11. Case Strategy & Analysis |
| 2. Lead Plaintiff Motion | 7. Written/Document Discovery | 12. Docket/News Monitoring |
| 3. Complaint | 8. Expert Work | 13. Client Comunications |
| 4. Motion to Dismiss | 9. Mediation & Settlement | |
| 5. Class Certification | 10. Case Management | |

| TIMEKEEPER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL SUM OF HOURS | HISTORIC RATE | LODESTAR AT HISTORIC RATE | CURRENT RATE | LODESTAR AT CURRENT RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| April 2023 | | | | | | | | | | 1.25 | | | | 1.25 | $425 | $531.25 | $425 | $531.25 |
| June 2023 | | | | | | | | | | 0.5 | | | | 0.50 | $425 | $212.50 | $425 | $212.50 |
| July 2023 | | | | | | | | | | 0.25 | | | | 0.25 | $425 | $106.25 | $425 | $106.25 |
| October 2023 | | | | | | | | | 0.25 | | | | | 0.25 | $425 | $106.25 | $425 | $106.25 |
| GRAND TOTAL | 1,343.00 | 62.50 | 541.50 | 345.50 | 137.50 | 621.75 | 2,131.00 | 50.25 | 671.25 | 143.00 | 86.00 | 79.25 | 54.50 | 6,267.00 | | $3,262,375.00 | | $3,435,868.75 |
| LODESTAR AT HISTORIC RATES | $568,006.25 | $27,656.25 | $303,037.50 | $196,250.00 | $90,781.25 | $402,487.50 | $928,468.75 | $43,062.50 | $487,612.50 | $69,793.75 | $77,175.00 | $28,106.25 | $39,937.50 | | | $3,262,375.00 | | |
| LODESTAR AT CURRENT RATES | $645,887.50 | $29,212.50 | $336,843.75 | $217,931.25 | $92,281.25 | $414,912.50 | $935,575.00 | $43,362.50 | $495,093.75 | $72,893.75 | $81,912.50 | $28,743.75 | $41,218.75 | | | | | $3,435,868.75 |

**EXHIBIT 5**

*In re Splunk Inc. Sec. Litig.,* **No. 4:20-cv-08600-JST**

**Bernstein Litowitz Berger & Grossmann LLP**
**Category Lodestar Chart by Month**
**Inception - November 30, 2023**

**Category Codes:**

1. Investigation & Analysis
2. Lead Plaintiff Motion
3. Complaint
4. Motion to Dismiss
5. Class Certification

6. Discovery Communications, Disputes & General
7. Written/Document Discovery
8. Expert Work
9. Mediation & Settlement
10. Case Management

11. Case Strategy & Analysis
12. Docket/News Monitoring
13. Client Comunications

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL SUM OF HOURS | LODESTAR AT HISTORIC RATE | LODESTAR AT CURRENT RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| December 2020 | 20.25 | | | | | | | | | | | | | 20.25 | $10,006.25 | $11,162.50 |
| January 2021 | 100.00 | 10.25 | | | | | | | | | | | 4.50 | 114.75 | $43,875.00 | $47,243.75 |
| February 2021 | 298.75 | 51.75 | 28.75 | | | | | | | 6.00 | 2.00 | 9.25 | 0.25 | 396.75 | $167,262.50 | $186,762.50 |
| March 2021 | 467.25 | 0.50 | 93.75 | 3.00 | | | | | | 21.50 | 8.50 | 0.25 | | 594.75 | $276,037.50 | $313,056.25 |
| April 2021 | 194.25 | | | 36.00 | | | | | | | 0.50 | 8.00 | | 238.75 | $107,512.50 | $121,693.75 |
| May 2021 | 180.25 | | 279.75 | | | | | | | 1.75 | | | 0.75 | 462.50 | $227,262.50 | $256,356.25 |
| June 2021 | 41.00 | | 103.25 | | | | | | | 2.50 | | 2.00 | 0.25 | 149.00 | $80,856.25 | $91,125.00 |
| July 2021 | 8.00 | | | 16.25 | | | | | | 1.00 | | 0.25 | | 25.50 | $13,537.50 | $15,050.00 |
| August 2021 | 0.50 | | | 210.75 | | | | | | | 5.50 | 0.50 | | 217.25 | $124,793.75 | $139,162.50 |
| September 2021 | | | | 84.50 | | | | | | 6.00 | 27.00 | 0.75 | | 118.25 | $80,456.25 | $88,575.00 |
| October 2021 | 2.00 | | | 11.75 | | | | | | 1.25 | 3.00 | 0.75 | | 18.75 | $13,081.25 | $14,256.25 |
| November 2021 | 13.25 | | | 6.75 | | | | | | | | 1.25 | | 21.25 | $9,037.50 | $9,700.00 |
| December 2021 | | | | 2.00 | | | | | | 4.50 | | 2.50 | | 9.00 | $6,050.00 | $6,443.75 |
| January 2022 | 1.00 | | | 1.25 | | | | | | | | 0.75 | | 3.00 | $1,200.00 | $1,225.00 |
| February 2022 | | | | | | | | | | 0.25 | | 1.25 | | 1.50 | $562.50 | $562.50 |
| March 2022 | | | | 9.25 | | 40.50 | | 1.00 | | 15.00 | 17.50 | 2.75 | | 86.00 | $48,550.00 | $49,481.25 |
| April 2022 | 2.00 | | | | 7.00 | 112.75 | 256.00 | 12.50 | 0.50 | 44.75 | 9.25 | 16.75 | 0.50 | 462.00 | $246,100.00 | $251,775.00 |
| May 2022 | 2.25 | | | | 14.25 | 76.25 | 209.50 | 6.50 | | 13.50 | 3.25 | 4.25 | 3.00 | 332.75 | $165,868.75 | $168,981.25 |
| June 2022 | 5.75 | | | | 24.75 | 58.25 | 250.25 | 15.25 | | 3.25 | 0.75 | 5.00 | | 363.25 | $195,737.50 | $197,393.75 |
| July 2022 | 3.25 | | | | 90.25 | 86.75 | 188.25 | 6.00 | | 1.50 | 1.50 | 3.75 | 3.50 | 384.75 | $210,556.25 | $215,231.25 |
| August 2022 | 2.75 | | | | | 137.75 | 163.50 | 7.75 | 0.75 | | | 2.25 | 2.25 | 317.00 | $178,975.00 | $182,493.75 |
| September 2022 | | | | | 1.25 | 40.25 | 61.25 | | 1.00 | 3.00 | | 3.00 | 2.75 | 112.50 | $58,250.00 | $59,856.25 |
| October 2022 | | | | | | 9.00 | 82.00 | | 2.25 | | 1.50 | 2.75 | | 97.50 | $47,868.75 | $48,862.50 |
| November 2022 | 0.50 | | | | | 40.25 | 794.50 | 0.50 | 109.00 | 8.00 | 5.75 | 5.50 | 33.25 | 997.25 | $462,075.00 | $467,068.75 |
| December 2022 | | | | | | 20.00 | 125.75 | 0.75 | 250.00 | 1.50 | | 2.00 | | 400.00 | $251,212.50 | $256,562.50 |
| January 2023 | | | | | | | | | 130.50 | 1.25 | | 0.25 | 1.25 | 133.25 | $110,156.25 | $110,156.25 |
| February 2023 | | | | | | | | | 68.25 | 0.75 | | 1.25 | | 70.25 | $45,687.50 | $45,687.50 |
| March 2023 | | | | | | | | | 0.25 | 3.25 | | 1.75 | | 5.25 | $2,418.75 | $2,418.75 |
| April 2023 | | | | | | | | | 0.25 | 1.25 | | 0.25 | 0.25 | 2.00 | $1,037.50 | $1,037.50 |
| May 2023 | | | | | | | | | 0.25 | | | 0.25 | | 0.50 | $300.00 | $300.00 |
| June 2023 | | | | | | | | | 34.00 | 0.75 | | | 2.00 | 36.75 | $30,606.25 | $30,743.75 |

**EXHIBIT 5**

*In re Splunk Inc. Sec. Litig.,*  **No. 4:20-cv-08600-JST**

**Bernstein Litowitz Berger & Grossmann LLP**
**Category Lodestar Chart by Month**
**Inception - November 30, 2023**

**Category Codes:**

1. Investigation & Analysis
2. Lead Plaintiff Motion
3. Complaint
4. Motion to Dismiss
5. Class Certification

6. Discovery Communications, Disputes & General
7. Written/Document Discovery
8. Expert Work
9. Mediation & Settlement
10. Case Management

11. Case Strategy & Analysis
12. Docket/News Monitoring
13. Client Comunications

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL SUM OF HOURS | LODESTAR AT HISTORIC RATE | LODESTAR AT CURRENT RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| July 2023 | | | | | | | | | 0.25 | 0.50 | | | | 0.75 | $406.25 | $406.25 |
| September 2023 | | | | | | | | | 5.00 | | | | | 5.00 | $3,487.50 | $3,487.50 |
| October 2023 | | | | | | | | | 45.25 | | | | | 45.25 | $23,493.75 | $23,493.75 |
| November 2023 | | | | | | | | | 23.75 | | | | | 23.75 | $18,056.25 | $18,056.25 |
| **TOTAL** | **1,343.00** | **62.50** | **541.50** | **345.50** | **137.50** | **621.75** | **2,131.00** | **50.25** | **671.25** | **143.00** | **86.00** | **79.25** | **54.50** | **6,267.00** | **$3,262,375.00** | **$3,435,868.75** |

**EXHIBIT 6**

*In re Splunk Inc. Sec. Litig.* , No. 4:20-cv-08600-JST

**Bernstein Litowitz Berger & Grossmann LLP**
**Category Chart by Timekeeper**
**Inception to November 30, 2023**

**Category Codes:**

1. Investigation & Analysis
2. Lead Plaintiff Motion
3. Complaint
4. Motion to Dismiss
5. Class Certification

6. Discovery Communications, Disputes & General
7. Written/Document Discovery
8. Expert Work
9. Mediation & Settlement
10. Case Management

11. Case Strategy & Analysis
12. Docket/News Monitoring
13. Client Comunications

| TIMEKEEPER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL SUM OF HOURS | LODESTAR AT HISTORIC RATE | LODESTAR AT CURRENT RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adam Hollander - Partner | | | | | 53.00 | 151.50 | 94.25 | 39.75 | 74.50 | 13.50 | 17.25 | | 4.75 | 448.50 | $381,225.00 | $381,225.00 |
| John Rizio-Hamilton - Partner | | | 12.25 | 11.25 | 10.75 | 63.75 | 13.25 | 1.00 | 45.00 | 3.00 | 0.75 | | 3.75 | 164.75 | $179,462.50 | $189,462.50 |
| Hannah Ross - Partner | 1.50 | | 1.00 | | 1.25 | 8.25 | | | 2.00 | | | | 3.50 | 17.50 | $19,275.00 | $20,125.00 |
| Gerald Silk - Partner | 7.00 | 3.00 | | | | | | | | 34.00 | | | | 44.00 | $50,600.00 | $55,000.00 |
| Jonathan Uslaner - Partner | 83.75 | | 73.75 | 58.5 | 9.25 | 44 | 33.75 | 7.5 | 146.25 | 8.75 | 14.25 | | 16.75 | 496.50 | $462,143.75 | $484,087.50 |
| David Duncan - Senior Counsel | | | | | | | | | 134.50 | 0.50 | | | 0.50 | 135.50 | $111,531.25 | $111,787.50 |
| Catherine Van Kampen - Senior Counsel | | | | | | | | | 21.50 | | | | | 21.50 | $16,562.50 | $16,662.50 |
| Caitlin Bozman - Associate | | | | | 0.75 | 203.75 | 168.75 | | 113.00 | 14.50 | 6.75 | | 20.50 | 528.00 | $237,625.00 | $250,800.00 |
| Laren Cruz - Associate | 8.75 | | 198.75 | 121.00 | 6.50 | 32.50 | 17.75 | 0.50 | 3.75 | 5.00 | 4.00 | | 0.25 | 398.75 | $221,275.00 | $259,187.50 |
| Rebecca Kim - Associate | 12.50 | 9.50 | 2.00 | | | | | | | | | | 4.00 | 28.00 | $12,975.00 | $13,300.00 |
| Brandon Slotkin - Associate | | | | | | 15.25 | 7.25 | | 57.50 | 0.50 | 2.50 | | | 83.00 | $35,275.00 | $35,275.00 |
| Matthew Traylor - Associate | 23.75 | | 187.25 | 85.50 | | | | | | 6.75 | 5.50 | | | 308.75 | $146,656.25 | $154,375.00 |
| Eric Blanco - Staff Attorney | | | | | | | 127.50 | | | | | | | 127.50 | $51,000.00 | $51,000.00 |
| Robert Blauvelt - Staff Attorney | | | | | | | 51.75 | | | | | | | 51.75 | $21,993.75 | $21,993.75 |
| Reena Garg - Staff Attorney | | | | | | 9.00 | 964.75 | | | | | | | 973.75 | $389,500.00 | $389,500.00 |
| Marsha Johnson - Staff Attorney | | | | | | | 108.00 | | | | | | | 108.00 | $43,200.00 | $43,200.00 |
| Rachel Roberts - Staff Attoney | | | | | | | 148.00 | | | | | | | 148.00 | $55,500.00 | $55,500.00 |
| Yvette Schwimmer - Staff Attorney | | | | | | | 190.75 | | 0.75 | | | | | 191.50 | $76,600.00 | $76,600.00 |
| Renee Tamraz - Satff Attorney | | | | | | 0.25 | 38.75 | | | | | | | 39.00 | $15,600.00 | $15,600.00 |
| Michael Taylor - Staff Attorney | | | | | | | 94.50 | | | | | | | 94.50 | $37,800.00 | $37,800.00 |
| Amy Bitkower - Dir. Of Investigations | 61.75 | | | | | | | | 0.25 | | | | | 62.00 | $35,712.50 | $37,200.00 |
| Robin Barnier - Investigator | 287.00 | | | | | | | | | | | | | 287.00 | $86,100.00 | $121,975.00 |
| Jacob Foster - Investigator | 85.50 | | | | | | | | | | | | | 85.50 | $25,650.00 | $27,787.50 |
| Jenna Godin - Investigator | 193.50 | | 1.00 | 5.00 | | 3.75 | | | | | | | | 203.25 | $81,581.25 | $86,381.25 |
| Joelle Sfeir - Investigator | 372.25 | | 6.25 | | | 2.75 | | | 0.25 | | | | | 381.50 | $162,443.75 | $181,212.50 |
| Adam Weinschel - Dir. Of Investor Svcs | 15.25 | 12.50 | | 0.50 | | | | 1.00 | | | | | 0.50 | 29.75 | $16,206.25 | $17,850.00 |
| Rachel Graf - Financial Analyst | 12.50 | | | | | | | | | | | | | 12.50 | $4,887.50 | $5,000.00 |
| Tanjila Sultana - Financial Analyst | 34.75 | | | | | | | | | | | | | 34.75 | $14,862.50 | $16,506.25 |
| Khristine De Leon - Case Managers | | 12.25 | | | | | 0.50 | | | 2.75 | | | | 15.50 | $5,037.50 | $5,037.50 |
| Janielle Lattimore - Case Managers | 0.50 | | 8.50 | 7.00 | 5.75 | 1.50 | 2.00 | | 19.25 | 9.50 | | | | 54.00 | $20,218.75 | $21,600.00 |
| Matthew Mahady - Case Managers | 1.25 | 19.25 | 0.50 | | 5.50 | | | | | 0.25 | | | | 26.75 | $9,500.00 | $10,031.25 |
| Virgilio Soler - Case Managers | 54.75 | | 3.75 | 13.25 | | 3.00 | | | | 6.75 | | 1.25 | | 82.75 | $29,093.75 | $31,031.25 |
| Melody Yaghoubzadeh - Case Managers | 86.75 | 6.00 | 44.25 | 42.50 | 17.00 | 11.25 | 36.00 | 0.50 | 28.25 | 31.50 | 1.00 | 58.50 | | 363.50 | $130,887.50 | $136,312.50 |
| Cindy Bomzer-Stein - Paralegal | | | | | 27.00 | 5.25 | 33.00 | | 13.50 | 1.25 | | | | 80.00 | $26,000.00 | $26,000.00 |
| Annemarie Eames - Paralegal | | | | | | | 0.50 | | 9.75 | | | 6.50 | | 16.75 | $5,443.75 | $5,443.75 |
| Virginia Gonzales - Paralegal | | | | | | 62.50 | | | | 6.00 | | 13.00 | | 81.50 | $26,487.50 | $26,487.50 |
| Mahiri Buffong - Managing Clerk | | | 2.25 | 1.00 | 0.75 | 3.50 | | | 1.25 | 32.50 | | | | 41.25 | $16,462.50 | $17,531.25 |
| **TOTAL** | **1,343.00** | **62.50** | **541.50** | **345.50** | **137.50** | **621.75** | **2,131.00** | **50.25** | **671.25** | **143.00** | **86.00** | **79.25** | **54.50** | **6,267.00** | **3,262,375.00** | **3,435,868.75** |

**EXHIBIT 7**

*In re Splunk Inc. Sec. Litig.*, **Case No. 4:20-cv-08600-JST**

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

**SUMMARY OF EXPENSES**

| CATEGORY | AMOUNT |
|---|---|
| Experts (Crowninshield Financial Research, Inc.) | $170,367.00 |
| Court Fees | $1,268.00 |
| On-Line Factual Research | $23,551.17 |
| On-Line Legal Research | $23,698.65 |
| Document Management | $4,374.60 |
| Telephone | $205.06 |
| Local Transportation | $677.90 |
| Court Reporting & Transcripts | $859.90 |
| Mediation | $14,752.57 |
| **TOTAL:** | **$239,754.85** |

**EXHIBIT 8**

*In re Splunk Inc. Sec. Litig.* **, No. 4:20-cv-08600-JST**

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
**DETAILED EXPENSE REPORT**

| Type of Expense | Transaction Date | Invoice Date | Expense Amount |
|---|---|---|---|
| **Type of Expense - Experts** | | | |
| Crowninshield Financial Research Inc, Invoice 22168 | 04/30/2022 | 5/16/2022 | 7,193.00 |
| Crowninshield Financial Research Inc, Invoice 22204 | 05/31/2022 | 6/13/2022 | 56,419.00 |
| Crowninshield Financial Research Inc, Invoice 22236 | 06/30/2022 | 7/19/2022 | 17,035.00 |
| Crowninshield Financial Research Inc, Invoice 22264 | 07/31/2022 | 8/17/2022 | 63,596.00 |
| Crowninshield Financial Research Inc, Invoice 22359 | 11/30/2022 | 12/9/2022 | 10,642.00 |
| Crowninshield Financial Research Inc, Invoice 22390 | 12/31/2022 | 1/12/2023 | 5,470.00 |
| Crowninshield Financial Research Inc, Invoice 22417 | 01/31/2023 | 2/8/2023 | 902.00 |
| Crowninshield Financial Research Inc, Invoice 22621 | 06/30/2023 | 7/18/2023 | 9,110.00 |
| | **Total  Experts** | | **170,367.00** |
| | | | |
| **Type of Expense - Court Fees** | | | |
| AMEX. US DISTRICT COURT ND SAN FRANCISCO CA; Court Fees; 2021-06-04 (2335-001) Pro Hac Vice Filing (J. Hamilton) | 08/25/2021 | 06/04/2021 | 317.00 |
| AMEX. US DISTRICT COURT ND SAN FRANCISCO CA; Court Fees; 2022-05-16 (2335-001) Pro Hac Vice - Hollander, Adam | 07/28/2022 | 05/16/2022 | 317.00 |
| AMEX. US DISTRICT COURT ND SAN FRANCISCO CA; Court Fees; 2022-05-16 (2335-001) Pro Hac Vice - Klausner, Robert | 07/28/2022 | 05/16/2022 | 317.00 |
| AMEX. US DISTRICT COURT ND SAN FRANCISCO CA; Court Fees; (2335-001) Motion for leave to appear in Pro Hac Vice B. Slotkin (Filing fee $ 317) | 12/20/2022 | 11/22/2022 | 317.00 |
| | **Total  Court Fees** | | **1,268.00** |
| | | | |
| **Type of Expense - On-Line Factual Research** | | | |
| Check issued to Refinitiv US LLC | 02/03/2021 | | 3,411.12 |
| Check issued to Refinitiv US LLC | 03/03/2021 | | 503.55 |
| Check issued to LexisNexis Risk Data Management Inc | 03/17/2021 | | 191.10 |
| Check issued to Refinitiv US LLC  Check No. 33348 Date: 04/07/21 | 04/07/2021 | | 2,706.69 |
| Check issued to PACER Service Center Check No. 33391 Date: 04/21/21 | 04/21/2021 | | 165.30 |
| Check issued to LexisNexis Risk Data Management Inc Check No. 33425 Date: 04/28/21 | 04/28/2021 | | 90.68 |

| Description | | | |
|---|---|---|---|
| Check issued to Refinitiv US LLC  Check No. 33458 Date: 05/05/21 | 05/05/2021 | | 1,788.58 |
| Check issued to LexisNexis Risk Data Management Inc Check No. 33483 Date: 05/12/21 | 05/12/2021 | | 111.07 |
| Check issued to Refinitiv US LLC  Check No. 33634 Date: 06/09/21 | 06/09/2021 | | 9.50 |
| Check issued to LexisNexis Risk Data Management Inc Check No. 33657 Date: 06/16/21 | 06/16/2021 | | 62.87 |
| Check issued to Court Alert.com Inc Check No. 33677 Date: 06/23/21 | 06/23/2021 | | 25.04 |
| Check issued to CalendarRules Check No. 33672 Date: 06/23/21 | 06/23/2021 | | 26.28 |
| Check issued to Refinitiv US LLC  Check No. 33722 Date: 06/30/21 | 06/30/2021 | | 2,699.40 |
| Check issued to LexisNexis Risk Data Management Inc Check No. 33772 Date: 07/14/21 | 07/14/2021 | | 33.52 |
| Check issued to PACER Service Center Check No. 33775 Date: 07/14/21 | 07/14/2021 | | 51.70 |
| AMEX. LINKEDIN-635*2086993 LNKD.IN/BILL CA; On-Line Research Services; LinkedIn | 07/14/2021 | 04/26/2021 | 108.88 |
| Check issued to Court Alert.com Inc Check No. 33921 Date: 08/25/21 | 08/25/2021 | | 5.64 |
| Check No. 34150 Date: 10/20/21 Court Alert.com Inc | 10/20/2021 | 10/20/2021 | 7.78 |
| Check No. 34157 Date: 10/20/21 PACER Service Center | 10/20/2021 | 10/20/2021 | 21.60 |
| Check No. 34157 Date: 10/20/21 PACER Service Center | 10/20/2021 | 10/20/2021 | 0.60 |
| Check No. 34569 Date: 01/19/22 PACER Service Center | 01/19/2022 | 01/19/2022 | 25.10 |
| Check issued to Refinitiv US LLC  Check No. 34600 Date: 01/26/22 | 01/26/2022 | | 878.34 |
| Check issued to Refinitiv US LLC  Check No. 34624 Date: 02/02/22 | 02/02/2022 | | 186.51 |
| Check No. 35088 Date: 04/27/22 PACER Service Center | 04/12/2022 | 03/31/2022 | 99.90 |
| Check issued to Bureau of National Affairs, The Check No. 35242 Date: 06/01/22 | 06/01/2022 | | 4.80 |
| Check issued to LexisNexis Risk Data Management Inc Check No. 35318 Date: 06/15/22 | 06/15/2022 | | 11.99 |
| Check issued to Bureau of National Affairs, The Check No. 35383 Date: 06/29/22 | 06/29/2022 | | 10.05 |
| Check No. 35354 Date: 06/22/22 CalendarRules | 06/22/2022 | 06/22/2022 | 34.86 |
| Check issued to Court Alert.com Inc Check No. 35375 Date: 06/29/22 | 07/06/2022 | | 58.84 |
| Check No. 35504 Date: 07/27/22 The Bureau of National Affairs | 07/27/2022 | 09/08/2022 | 1,201.25 |
| Check No. 35518 Date: 07/27/22 PACER Service Center | 07/27/2022 | 07/27/2022 | 405.90 |
| Check issued to Refinitiv US LLC  Check No. 35550 Date: 08/03/22 | 08/03/2022 | | 1,805.41 |
| Check No. 35507 Date: 07/27/22 Court Alert.com Inc | 07/27/2022 | 07/27/2022 | 44.43 |
| Check No. 35569 Date: 08/10/22 Court Alert.com Inc | 08/10/2022 | 08/10/2022 | 9.38 |

| | | | |
|---|---|---|---|
| Check issued to Bureau of National Affairs, The Check No. 35619 Date: 08/17/22 | 08/17/2022 | | 1.20 |
| Check No. 35917 Date: 10/19/22 PACER Service Center | 10/19/2022 | 10/19/2022 | 239.40 |
| Check issued to Bureau of National Affairs, The Check No. 35970 Date: 10/26/22 Check No. 35973 Date: 10/26/22 | 10/26/2022 | | 8.70 |
| Check issued to Bureau of National Affairs, The Check No. 35974 Date: 10/26/22 Check No. 35973 Date: 10/26/22 | 10/26/2022 | | 1,201.25 |
| Check No. 36065 Date: 11/23/22 Court Alert.com Inc | 11/23/2022 | 11/23/2022 | 2.79 |
| Check No. 36207 Date: 12/14/22 Court Alert.com Inc | 12/14/2022 | 12/14/2022 | 28.64 |
| Check issued to Bureau of National Affairs, The | 12/21/2022 | | 0.80 |
| Check issued to Bureau of National Affairs, The Check No. 36237 Date: 12/21/22 | 12/21/2022 | | 0.80 |
| PACER Service Center Check No. 36375 Date: 01/18/23 | 01/18/2023 | 01/18/2023 | 32.20 |
| Check issued to AlphaSense Inc  Check No. W022223A Date: 02/22/23 | 02/22/2023 | | 158.00 |
| Check issued to Bureau of National Affairs, The Check No. 36617 Date: 03/08/23 | 03/08/2023 | | 1,201.25 |
| Court Alert.com Inc Check No. 36848 Date: 04/19/23  Check No. 36848 Date: 04/19/23 | 04/19/2023 | 04/19/2023 | 60.47 |
| PACER Service Center Check No. 36910 Date: 04/26/23 | 04/26/2023 | 04/26/2023 | 183.00 |
| Check issued to Bureau of National Affairs, The The Bureau of National Affairs Check No. 36840 Date: 04/19/23  Check No. 36840 Date: 04/19/23 | 04/19/2023 | | 1,201.26 |
| Check issued to Court Alert.com Inc  Check No. 38072 Date: 07/19/23 | 07/19/2023 | 07/12/2023 | 20.93 |
| Check issued to Bureau of National Affairs, The The Bureau of National Affairs Check No. 38069 Date: 07/19/23 | 07/19/2023 | | 1,201.26 |
| PACER Service Center Check No. 38125 Date: 07/26/23 | 07/26/2023 | 07/26/2023 | 5.90 |
| Check issued to Bureau of National Affairs, The The Bureau of National Affairs Check No. 38261 Date: 08/22/23 | 08/23/2023 | | 0.80 |
| PACER Service Center Check No. 38546 Date: 10/18/23 | 10/18/2023 | 10/18/2023 | 3.60 |
| Check issued to Bureau of National Affairs, The The Bureau of National Affairs Check No. 38644 Date: 11/08/23 | 11/08/2023 | | 1,201.26 |
| **Total  On-Line Factual Research** | | | **23,551.17** |
| | | | |
| **Type of Expense - On-Line Legal Research** | | | |
| Check issued to Thomson Reuters | 02/24/2021 | | 40.82 |
| Check issued to Relx Inc DBA LexisNexis Check No. 33395 Date: 04/21/21 | 04/21/2021 | | 777.68 |
| Check issued to Thomson Reuters  Check No. 33439 Date: 04/28/21 | 04/28/2021 | | 378.25 |
| Check issued to Thomson Reuters  Check No. 33534 Date: 05/19/21 Check No. 33565 Date: 05/19/21 | 05/19/2021 | | 98.99 |
| Check issued to Relx Inc DBA LexisNexis Check No. 33530 Date: 05/19/21 Check No. 33561 Date: 05/19/21 | 05/19/2021 | | 620.66 |
| Check issued to Relx Inc DBA LexisNexis Check No. 33691 Date: 06/23/21 | 06/23/2021 | | 2,027.70 |
| Check issued to Thomson Reuters  Check No. 33728 Date: 06/30/21 | 06/30/2021 | | 313.59 |

| | | | |
|---|---|---|---|
| Check issued to Thomson Reuters  Check No. 33778 Date: 07/14/21 | 07/14/2021 | | 21.30 |
| Check issued to Relx Inc DBA LexisNexis Check No. 33813 Date: 07/21/21 | 07/21/2021 | | 131.86 |
| Check issued to Thomson Reuters  Check No. 33911 Date: 08/18/21 | 08/18/2021 | | 180.59 |
| Check No. 34041 Date: 09/22/21<br>Thomson Reuters | 09/22/2021 | 09/22/2021 | 2,595.72 |
| Check No. 34041 Date: 09/22/21<br>Thomson Reuters | 09/22/2021 | 09/22/2021 | 882.96 |
| Check No. 34286 Date: 11/17/21<br>Thomson Reuters | 11/17/2021 | 11/17/2021 | 1,430.37 |
| Check No. 34328 Date: 12/01/21<br>Thomson Reuters | 12/01/2021 | 12/01/2021 | 321.22 |
| Check No. 34394 Date: 12/15/21<br>Thomson Reuters | 12/15/2021 | 12/15/2021 | 1,049.45 |
| Check issued to Relx Inc DBA LexisNexis Check No. 34439 Date: 12/22/21 Check No. 34482 Date: 12/22/21 | 12/22/2021 | 12/22/2021 | 31.65 |
| Check No. 34572 Date: 01/19/22<br>Relx Inc DBA LexisNexis | 01/19/2022 | 01/19/2022 | 5.05 |
| Check No. 34751 Date: 03/02/22<br>Relx Inc DBA LexisNexis | 01/26/2022 | 01/26/2022 | 0.35 |
| Check issued to Relx Inc DBA LexisNexis Check No. 34785 Date: 03/09/22 | 03/09/2022 | 01/15/2022 | 5.09 |
| Check No. 34883 Date: 03/23/22<br>Relx Inc DBA LexisNexis | 03/10/2022 | 02/15/2022 | 0.32 |
| Check No. 34965 Date: 04/06/22<br>Thomson Reuters | 04/06/2022 | 01/15/2022 | 1,739.20 |
| Check No. 35003 Date: 04/13/22<br>Thomson Reuters | 04/07/2022 | 03/15/2022 | 3.43 |
| Check No. 35171 Date: 05/11/22<br>Relx Inc DBA LexisNexis | 05/05/2022 | 04/15/2022 | 52.75 |
| Check No. 35232 Date: 05/25/22<br>Thomson Reuters | 05/25/2022 | 05/25/2022 | 414.86 |
| Check No. 35337 Date: 06/22/22<br>Relx Inc DBA LexisNexis | 06/22/2022 | 06/22/2022 | 291.48 |
| Check No. 35336 Date: 06/22/22<br>Relx Inc DBA LexisNexis | 06/22/2022 | 06/22/2022 | 678.01 |
| Check No. 35452 Date: 07/13/22<br>Relx Inc DBA LexisNexis | 07/13/2022 | 07/13/2022 | 2.96 |
| Check No. 35494 Date: 07/20/22<br>Thomson Reuters | 07/20/2022 | 07/20/2022 | 484.58 |
| Check No. 35598 Date: 08/10/22<br>Relx Inc DBA LexisNexis | 08/10/2022 | 08/10/2022 | 14.06 |
| Check No. 35861 Date: 10/05/22<br>Thomson Reuters | 10/05/2022 | 10/05/2022 | 4,489.36 |
| Check No. 35861 Date: 10/05/22<br>Thomson Reuters | 10/05/2022 | 10/05/2022 | 1,640.77 |
| Check No. 36106 Date: 11/23/22<br>Thomson Reuters | 11/22/2022 | 11/22/2022 | 29.40 |
| Thomson Reuters Check No. 36310 Date: 12/28/22 Check No. 36310 Date: 12/28/22 | 12/27/2022 | 12/27/2022 | 938.94 |
| Relx Inc DBA LexisNexis Check No. 36352 Date: 01/11/23 | 01/11/2023 | 01/11/2023 | 6.27 |
| Thomson Reuters Check No. 36441 Date: 02/01/23 | 02/01/2023 | 02/01/2023 | 114.30 |
| Relx Inc DBA LexisNexis Check No. 36471 Date: 02/07/23 | 02/07/2023 | 02/07/2023 | 3.41 |

| | | | |
|---|---|---|---|
| Thomson Reuters Check No. 36601 Date: 03/01/23 | 03/01/2023 | 03/01/2023 | 360.75 |
| Relx Inc DBA LexisNexis Check No. 36653 Date: 03/08/23 | 03/08/2023 | 03/08/2023 | 27.13 |
| Thomson Reuters  Check No. 36748 Date: 03/29/23 | 03/29/2023 | 03/29/2023 | 465.05 |
| Thomson Reuters Check No. 36917 Date: 04/26/23 | 04/26/2023 | 04/26/2023 | 458.86 |
| Thomson Reuters Check No. 38284 Date: 08/22/23  Check No. 38284 Date: 08/22/23 | 08/22/2023 | 08/22/2023 | 82.44 |
| Thomson Reuters Check No. 38344 Date: 09/06/23 | 09/06/2023 | 10/24/2023 | 66.42 |
| Thomson Reuters Check No. 38557 Date: 10/18/23 | 10/18/2023 | 10/18/2023 | 420.62 |
| **Total  On-Line Legal Research** | | | **23,698.65** |
| | | | |
| **Type of Expense - Document Management** | | | |
| Relativity document database (in-house cost) | 06/30/2022 | | 221.04 |
| Relativity document database (in-house cost) | 07/31/2022 | | 227.40 |
| Relativity document database (in-house cost) | 08/31/2022 | | 228.32 |
| Relativity document database (in-house cost) | 09/30/2022 | | 314.92 |
| Relativity document database (in-house cost) | 10/31/2022 | | 315.60 |
| Relativity document database (in-house cost) | 11/30/2022 | | 522.32 |
| Relativity document database (in-house cost) | 12/31/2022 | | 538.00 |
| Relativity document database (in-house cost) | 01/31/2023 | | 538.00 |
| Relativity document database (in-house cost) | 02/28/2023 | | 113.00 |
| Relativity document database (in-house cost) | 03/31/2023 | | 113.00 |
| Relativity document database (in-house cost) | 04/30/2023 | | 113.00 |
| Relativity document database (in-house cost) | 05/31/2023 | | 113.00 |
| Relativity document database (in-house cost) | 06/30/2023 | | 113.00 |
| Relativity document database (in-house cost) | 07/31/2023 | | 113.00 |
| Relativity document database (in-house cost) | 08/31/2023 | | 113.00 |
| Relativity document database (in-house cost) | 09/30/2023 | | 113.00 |
| Relativity document database (in-house cost) | 10/31/2023 | | 113.00 |
| Relativity document database (in-house cost) | 11/30/2023 | | 113.00 |
| Relativity document database (in-house cost) | 12/31/2023 | | 113.00 |
| Relativity document database (in-house cost) | 01/31/2024 | | 113.00 |
| Relativity document database (in-house cost) | 02/29/2024 | | 113.00 |
| **Total  Document Management** | | | **4,374.60** |
| | | | |
| **Type of Expense - Telephone** | | | |
| LoopUp LLC.  Check No. 33426 Date: 04/28/21 | 04/28/2021 | | 7.56 |
| LoopUp LLC.  Check No. 33426 Date: 04/28/21 | 04/28/2021 | | 39.40 |
| LoopUp LLC.  Check No. 33602 Date: 06/02/21 | 06/02/2021 | | 10.90 |
| LoopUp LLC.  Check No. 33718 Date: 06/30/21 | 06/30/2021 | | 0.68 |
| LoopUp LLC.  Check No. 35044 Date: 04/20/22 | 04/12/2022 | 03/15/2022 | 9.96 |
| LoopUp LLC.  Check No. 35516 Date: 07/27/22 | 07/27/2022 | 07/27/2022 | 60.71 |
| LoopUp LLC.  Check No. 35672 Date: 08/24/22 | 08/24/2022 | 08/24/2022 | 10.37 |
| LoopUp LLC.  Check No. 35793 Date: 09/21/22 | 09/21/2022 | 09/21/2022 | 10.63 |
| LoopUp LLC.  Check No. 36268 Date: 12/21/22 | 12/21/2022 | 12/21/2022 | 18.56 |
| LoopUp LLC. Check No. 36434 Date: 02/01/23 | 02/01/2023 | 02/01/2023 | 14.74 |

| | | | |
|---|---|---|---|
| LoopUp LLC.  Check No. 38084 Date: 07/19/23 | 07/19/2023 | 07/19/2023 | 21.55 |
| **Total  Telephone** | | | **205.06** |
| | | | |
| **Type of Expense - Local Transportation** | | | |
| Uber Technologies Inc Check No. R062222A Date: 06/15/22 | 06/10/2022 | | 67.20 |
| Uber Technologies Inc Check No. R062222A Date: 06/15/22 | 06/10/2022 | | 13.44 |
| Uber Technologies Inc Check No. W081822B Date: 08/17/22 | 08/17/2022 | 08/17/2022 | 37.52 |
| Uber Technologies Inc Check No. W081822B Date: 08/17/22 | 08/17/2022 | 08/17/2022 | 5.62 |
| Uber Technologies Inc Check No. W101222E Date: 10/12/22 | 10/12/2022 | 10/22/2022 | 98.98 |
| Uber Technologies Inc Check No. W101222E Date: 10/12/22 | 10/12/2022 | 10/22/2022 | 14.84 |
| AMEX. Winners Garage Winne Woodside NY; Taxi / Car Service; Car service | 01/06/2023 | 12/15/2022 | 19.56 |
| Uber Technologies Inc Check No. W011223A3 Date: 01/11/23 | 01/11/2023 | 01/11/2023 | 87.26 |
| Uber Technologies Inc Check No. W011223A3 Date: 01/11/23 | 01/11/2023 | 01/11/2023 | 8.71 |
| Uber Technologies Inc Check No. W011223A2 Date: 01/11/23 | 01/11/2023 | 01/11/2023 | 67.87 |
| Uber Technologies Inc Check No. W011223A2 Date: 01/11/23 | 01/11/2023 | 01/11/2023 | 10.18 |
| Uber Technologies Inc Check No. W021623C1 Date: 02/16/23 | 02/15/2023 | 02/15/2023 | 39.95 |
| Uber Technologies Inc Check No. W021623C1 Date: 02/16/23 | 02/15/2023 | 02/15/2023 | 5.99 |
| Uber Technologies Inc Check No. W021623C1 Date: 02/16/23 | 02/15/2023 | 02/15/2023 | 41.98 |
| Uber Technologies Inc Check No. W021623C1 Date: 02/16/23 | 02/15/2023 | 02/15/2023 | 6.29 |
| Uber Technologies Inc Check No. W021623C1 Date: 02/16/23 | 02/15/2023 | 02/15/2023 | 60.97 |
| Uber Technologies Inc Check No. W021623C1 Date: 02/16/23 | 02/15/2023 | 02/15/2023 | 9.14 |
| Uber Technologies Inc Check No. W021623C1 Date: 02/16/23 | 02/15/2023 | 02/15/2023 | 31.90 |
| Uber Technologies Inc Check No. W021623C1 Date: 02/16/23 | 02/15/2023 | 02/15/2023 | 4.78 |
| Uber Technologies Inc Check No. W021623C1 Date: 02/16/23 | 02/15/2023 | 02/15/2023 | 39.89 |
| Uber Technologies Inc Check No. W021623C1 Date: 02/16/23 | 02/15/2023 | 02/15/2023 | 5.83 |
| **Total  Local Transportation** | | | **677.90** |
| | | | |
| **Type of Expense - Court Reporting & Transcripts   46** | | | |
| Check issued to Nationwide Legal, LLC  Check No. 34598 Date: 01/26/22 | 01/26/2022 | | 58.90 |
| Check issued to Nationwide Legal, LLC  Check No. 35414 Date: 07/06/22 | 07/06/2022 | | 499.00 |

| | | | |
|---|---|---|---:|
| Check issued to Nationwide Legal, LLC  Check No. 35484 Date: 07/20/22 | 07/20/2022 | | 302.00 |
| **Total  Court Reporting & Transcripts** | | | **859.90** |
| | | | |
| **Type of Expense - Mediation Fees** | | | |
| Check issued to Jams Inc. Check No. W110922 Date: 11/09/22 | 11/16/2022 | | 15,025.00 |
| Check issued to Jams Inc. Check No. W021623D Date: 02/16/23 | 02/16/2023 | | 10,000.00 |
| Check issued to Jams Inc.  Check No. W040723C3 Date: 04/07/23 | 04/05/2023 | | 1,649.08 |
| Refund from Jams Inc. | 110/20/23 | | (11,921.51) |
| | **Total  Mediation Fees** | | **14,752.57** |
| | | **Grand Total:** | **239,754.85** |

# Exhibit 9



CROWNINSHIELD FINANCIAL RESEARCH

# Invoice
### for Professional Services and Expenses
### in Connection with the Splunk Inc. Securities Litigation

**Dates of Services: April 1, 2022 through April 30, 2022**
**Date of Invoice: May 16, 2022**
**Invoice Number: 22168**

### Client:

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
Attention: Mr. Adam Hollander

### Services Provided by Steven Feinstein, Ph.D., CFA

| | | |
|---|---|---|
| 4/14/2022 | Reviewed case documents. Telephone call with attorneys. | 0.5 hours |

### Services Provided by Daniel Bettencourt, MBA

| | | |
|---|---|---|
| 4/7/2022 | Reviewed case documents. Conducted and directed financial analysis. | 0.7 hours |
| 4/12/2022 | Conducted and directed financial analysis. | 1.1 hours |
| 4/13/2022 | Conducted and directed financial analysis. | 1.7 hours |
| 4/14/2022 | Conducted and directed financial analysis. Telephone call with attorneys. | 1.2 hours |
| 4/15/2022 | Conducted and directed financial analysis. | 1.2 hours |

### Services Provided by Mark McKew

| | | |
|---|---|---|
| 4/1/2022 | Assisted with research. | 1.2 hours |
| 4/7/2022 | Assisted with research and analysis. | 2.4 hours |
| 4/11/2022 | Assisted with research and analysis. | 1.6 hours |
| 4/12/2022 | Assisted with research. | 3.9 hours |
| 4/13/2022 | Assisted with financial analysis. | 4.3 hours |

**PROFESSIONAL FEES**

| Name | Title | Hourly Rate | Hours Billed | Total Fee |
|---|---|---|---|---|
| Steven Feinstein, Ph.D., CFA | Senior Expert | $950 | 0.5 | $475 |
| Daniel Bettencourt, MBA | Vice President/Senior Analyst | $475 | 5.9 | $2,802 |
| Mark McKew | Analyst | $240 | 13.4 | $3,216 |
| | **TOTAL PROFESSIONAL FEES** | | | $6,493 |

**EXPENSES**

| | | | | |
|---|---|---|---|---|
| | Data Service Fee: Bloomberg | | | $300 |
| | Data Service Fee: Refinitiv | | | $400 |
| | **TOTAL EXPENSES** | | | $700 |
| | **TOTAL NEW CHARGES** | | | **$7,193** |

| Statement of Account | as of May 16, 2022 |
|---|---|

**Invoices:**

| Date of Invoice | Period Covered | Invoice Amount |
|---|---|---|
| 4/8/2022 | Retainer Requested | $10,000 |
| 5/16/2022 | April 2022 | $7,193 |

**Payments Received:**

| Date Received | Period Covered | Amount |
|---|---|---|
| No payments in this period | | |

| **Net Outstanding Balance:** | **$17,193** |
|---|---|



# Invoice
### for Professional Services and Expenses
### in Connection with the Splunk Inc. Securities Litigation

### Dates of Services: May 1, 2022 through May 31, 2022
### Date of Invoice: June 13, 2022
### Invoice Number: 22204

**Client:**

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
Attention: Mr. Adam Hollander

## Services Provided by Steven Feinstein, Ph.D., CFA

| Date | Description | Hours |
|---|---|---|
| 5/12/2022 | Conducted and directed financial and quantitative analysis. | 0.5 hours |
| 5/16/2022 | Conducted and directed financial and quantitative analysis. Drafted report. | 1.2 hours |
| 5/19/2022 | Conducted and directed financial and quantitative analysis. Drafted report. | 1.4 hours |
| 5/23/2022 | Conducted and directed financial and quantitative analysis. Drafted report. | 1.8 hours |
| 5/25/2022 | Conducted and directed financial and quantitative analysis. Drafted report. | 1.6 hours |
| 5/26/2022 | Conducted and directed financial and quantitative analysis. Drafted report. | 1.9 hours |
| 5/30/2022 | Conducted and directed financial and quantitative analysis. Drafted report. | 0.7 hours |

## Services Provided by Daniel Bettencourt, MBA

| Date | Description | Hours |
|---|---|---|
| 5/20/2022 | Assisted with financial analysis. Assisted with report draft. | 3.3 hours |
| 5/23/2022 | Assisted with financial analysis. Assisted with report draft. | 2.5 hours |
| 5/26/2022 | Assisted with financial analysis. Assisted with report draft. | 2.9 hours |
| 5/27/2022 | Assisted with financial analysis. Assisted with report draft. | 4.2 hours |

## Services Provided by Miguel Villanueva, Ph.D.

| Date | Description | Hours |
|---|---|---|
| 5/12/2022 | Conducted quantitative analysis. | 2.3 hours |
| 5/17/2022 | Conducted quantitative analysis. | 1.9 hours |
| 5/23/2022 | Conducted quantitative analysis. | 2.6 hours |
| 5/24/2022 | Conducted quantitative analysis. | 1.9 hours |
| 5/25/2022 | Conducted quantitative analysis. | 0.6 hours |

## Services Provided by James Janos, MBA

| | | |
|---|---|---|
| 5/13/2022 | Assisted with research and financial and quantitative analysis. | 4.3 hours |
| 5/16/2022 | Assisted with research and financial and quantitative analysis. Assisted with report draft. | 6.8 hours |
| 5/17/2022 | Assisted with research and financial and quantitative analysis. Assisted with report draft. | 6.5 hours |
| 5/18/2022 | Assisted with research and financial and quantitative analysis. | 5.3 hours |
| 5/19/2022 | Assisted with research and financial and quantitative analysis. | 6.0 hours |
| 5/20/2022 | Assisted with research and financial and quantitative analysis. | 4.5 hours |
| 5/23/2022 | Assisted with research and financial and quantitative analysis. Assisted with report draft. | 5.0 hours |
| 5/24/2022 | Assisted with research and financial and quantitative analysis. Assisted with report draft. | 6.3 hours |
| 5/25/2022 | Assisted with research and financial and quantitative analysis. Assisted with report draft. | 6.5 hours |
| 5/26/2022 | Assisted with research and financial and quantitative analysis. Assisted with report draft. | 6.5 hours |

## Services Provided by Tyler Quade

| | | |
|---|---|---|
| 5/12/2022 | Assisted with research and financial and quantitative analysis. | 4.8 hours |
| 5/16/2022 | Assisted with research and financial and quantitative analysis. | 7.3 hours |
| 5/17/2022 | Assisted with research and financial and quantitative analysis. Assisted with report draft. | 7.5 hours |
| 5/18/2022 | Assisted with research and financial and quantitative analysis. Assisted with report draft. | 2.0 hours |
| 5/23/2022 | Assisted with research and financial and quantitative analysis. Assisted with report draft. | 4.3 hours |
| 5/24/2022 | Assisted with research and financial and quantitative analysis. | 2.0 hours |
| 5/25/2022 | Assisted with research and financial and quantitative analysis. Assisted with report draft. | 6.0 hours |
| 5/27/2022 | Assisted with research and financial and quantitative analysis. | 4.1 hours |

**PROFESSIONAL FEES**

| Name | Title | Hourly Rate | Hours Billed | Total Fee |
|---|---|---|---|---|
| Steven Feinstein, Ph.D., CFA | Senior Expert | $950 | 9.1 | $8,645 |
| Daniel Bettencourt, MBA | Vice President/Senior Analyst | $475 | 12.9 | $6,127 |
| Miguel Villanueva, Ph.D. | Director of Research/Senior Quantitative Analyst | $525 | 9.3 | $4,882 |
| James Janos, MBA | Senior Associate | $350 | 57.7 | $20,195 |
| Tyler Quade | Analyst | $240 | 38.0 | $9,120 |
| | **TOTAL PROFESSIONAL FEES** | | | $48,969 |
| **EXPENSES** | | | | |
| | Data Service Fee: Bloomberg | | | $2,950 |
| | Data Service Fee: Refinitiv | | | $4,500 |
| | **TOTAL EXPENSES** | | | $7,450 |
| | **TOTAL NEW CHARGES** | | | **$56,419** |

| **Statement of Account** | **as of June 13, 2022** | |
|---|---|---|

**Invoices:**

| Date of Invoice | Period Covered | Invoice Amount |
|---|---|---|
| 4/8/2022 | Retainer Requested | $10,000 |
| 5/16/2022 | April 2022 | $7,193 |
| 6/13/2022 | May 2022 | $56,419 |

**Payments Received:**

| Date Received | Period Covered | Amount |
|---|---|---|
| No payments in this period | | |

| **Net Outstanding Balance:** | | **$73,612** |
|---|---|---|


**CROWNINSHIELD FINANCIAL RESEARCH**

# Invoice
### for Professional Services and Expenses
### in Connection with the Splunk Inc. Securities Litigation

**Dates of Services: June 1, 2022 through June 30, 2022**
**Date of Invoice: July 19, 2022**
**Invoice Number: 22236**

**<u>Client:</u>**

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
Attention: Mr. Adam Hollander

## <u>Services Provided by Steven Feinstein, Ph.D., CFA</u>

| Date | Description | Hours |
|---|---|---|
| 6/2/2022 | Conducted and directed financial and quantitative analysis. Drafted report. | 0.5 hours |
| 6/6/2022 | Conducted and directed financial and quantitative analysis. Drafted report. | 0.5 hours |
| 6/8/2022 | Conducted and directed financial and quantitative analysis. Drafted report. | 0.5 hours |
| 6/23/2022 | Conducted and directed financial and quantitative analysis. Drafted report. | 0.5 hours |

## <u>Services Provided by Daniel Bettencourt, MBA</u>

| Date | Description | Hours |
|---|---|---|
| 6/1/2022 | Reviewed case documents. Telephone call with attorneys. | 3.8 hours |
| 6/2/2022 | Assisted with report draft. Telephone call with attorneys. | 4.1 hours |
| 6/7/2022 | Assisted with report draft. | 2.0 hours |
| 6/10/2022 | Assisted with financial and quantitative analysis. Assisted with report draft. | 2.1 hours |
| 6/13/2022 | Assisted with financial and quantitative analysis. Assisted with report draft. | 4.7 hours |
| 6/17/2022 | Assisted with financial and quantitative analysis. Assisted with report draft. | 4.7 hours |
| 6/20/2022 | Assisted with financial and quantitative analysis. Assisted with report draft. | 5.6 hours |

## <u>Services Provided by James Janos, MBA</u>

| Date | Description | Hours |
|---|---|---|
| 6/1/2022 | Reviewed case documents. Telephone call with attorneys. | 1.0 hours |
| 6/6/2022 | Assisted with report draft. | 0.3 hours |
| 6/8/2022 | Assisted with report draft. | 2.5 hours |
| 6/14/2022 | Assisted with research and financial analysis. Assisted with report draft. | 1.0 hours |
| 6/17/2022 | Assisted with research and financial analysis. | 1.0 hours |
| 6/20/2022 | Assisted with research and financial analysis. | 0.8 hours |

**PROFESSIONAL FEES**

| Name | Title | Hourly Rate | Hours Billed | Total Fee |
|---|---|---|---|---|
| Steven Feinstein, Ph.D., CFA | Senior Expert | $950 | 2.0 | $1,900 |
| Daniel Bettencourt, MBA | Vice President/Senior Analyst | $475 | 27.0 | $12,825 |
| James Janos, MBA | Senior Associate | $350 | 6.6 | $2,310 |
| | **TOTAL PROFESSIONAL FEES** | | | $17,035 |

**EXPENSES**

| | | | | |
|---|---|---|---|---|
| | **TOTAL EXPENSES** | | | $0 |
| | **TOTAL NEW CHARGES** | | | **$17,035** |

**Statement of Account**            **as of July 19, 2022**

**Invoices:**

| Date of Invoice | Period Covered | Invoice Amount |
|---|---|---|
| 4/8/2022 | Retainer Requested | $10,000 |
| 5/16/2022 | April 2022 | $7,193 |
| 6/13/2022 | May 2022 | $56,420 |
| 7/19/2022 | June 2022 | $17,035 |

**Payments Received:**

| Date Received | Period Covered | Amount |
|---|---|---|
| 6/15/2022 | Retainer Received | $10,000 |

| | |
|---|---|
| **Net Outstanding Balance:** | **$80,648** |


CROWNINSHIELD FINANCIAL RESEARCH

# Invoice
### for Professional Services and Expenses
### in Connection with the Splunk Inc. Securities Litigation

### Dates of Services: July 1, 2022 through July 31, 2022
### Date of Invoice: August 17, 2022
### Invoice Number: 22264

**Client:**

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
Attention: Mr. Adam Hollander

## Services Provided by Steven Feinstein, Ph.D., CFA

| | | |
|---|---|---|
| 7/7/2022 | Conducted and directed financial and quantitative analysis. Drafted report. | 0.2 hours |
| 7/11/2022 | Conducted and directed financial and quantitative analysis. Drafted report. | 0.2 hours |
| 7/14/2022 | Conducted and directed financial and quantitative analysis. Drafted report. | 0.2 hours |
| 7/18/2022 | Conducted and directed financial and quantitative analysis. Telephone call with attorneys. | 1.7 hours |
| 7/19/2022 | Conducted and directed financial and quantitative analysis. Drafted report. | 3.4 hours |
| 7/20/2022 | Conducted and directed financial and quantitative analysis. Drafted report. | 6.5 hours |
| 7/21/2022 | Conducted and directed financial and quantitative analysis. Drafted report. | 8.0 hours |
| 7/22/2022 | Finalized, signed, and submitted report. | 3.0 hours |

## Services Provided by Daniel Bettencourt, MBA

| | | |
|---|---|---|
| 7/6/2022 | Reviewed case documents. Assisted with report draft. | 4.7 hours |
| 7/7/2022 | Reviewed case documents. Telephone call with attorneys. Assisted with report draft. | 6.8 hours |
| 7/20/2022 | Assisted with financial and quantitative analysis. Assisted with report draft. | 4.8 hours |

## Services Provided by Miguel Villanueva, Ph.D.

| | | |
|---|---|---|
| 7/7/2022 | Conducted quantitative analysis. | 0.6 hours |
| 7/8/2022 | Conducted quantitative analysis. | 1.1 hours |
| 7/15/2022 | Conducted quantitative analysis. | 3.3 hours |
| 7/18/2022 | Conducted quantitative analysis. | 2.0 hours |

| | | |
|---|---|---|
| 7/19/2022 | Conducted quantitative analysis. | 3.0 hours |
| 7/20/2022 | Conducted quantitative analysis. | 3.9 hours |
| 7/21/2022 | Conducted quantitative analysis. | 1.0 hours |
| 7/22/2022 | Conducted quantitative analysis. | 1.1 hours |

## Services Provided by James Janos, MBA

| | | |
|---|---|---|
| 7/6/2022 | Assisted with research. Assisted with report draft. | 0.3 hours |
| 7/7/2022 | Assisted with report draft. Telephone call with attorneys. | 2.5 hours |
| 7/8/2022 | Assisted with research. Assisted with report draft. | 4.0 hours |
| 7/11/2022 | Assisted with research and financial and quantitative analysis. Assisted with report draft. | 2.0 hours |
| 7/14/2022 | Assisted with financial analysis. Assisted with report draft. | 2.0 hours |
| 7/15/2022 | Assisted with financial analysis. Assisted with report draft. | 3.5 hours |
| 7/18/2022 | Assisted with financial analysis. Telephone call with attorneys. | 3.0 hours |
| 7/19/2022 | Assisted with financial analysis. Assisted with report draft. | 5.5 hours |
| 7/20/2022 | Assisted with financial analysis. Assisted with report draft. | 7.0 hours |
| 7/21/2022 | Assisted with research and analysis. Assisted with report draft. | 3.7 hours |
| 7/22/2022 | Assisted with financial analysis. Assisted with report draft. | 4.5 hours |
| 7/26/2022 | Document production. | 3.0 hours |

## Services Provided by Tyler Quade

| | | |
|---|---|---|
| 7/5/2022 | Assisted with report draft. | 6.7 hours |
| 7/13/2022 | Assisted with financial analysis. | 7.7 hours |
| 7/18/2022 | Assisted with financial analysis. | 7.2 hours |
| 7/19/2022 | Assisted with financial analysis. | 5.5 hours |
| 7/20/2022 | Assisted with report draft. | 6.2 hours |
| 7/21/2022 | Assisted with report draft. | 7.2 hours |
| 7/22/2022 | Assisted with report draft. | 5.6 hours |

**PROFESSIONAL FEES**

| Name | Title | Hourly Rate | Hours Billed | Total Fee |
|---|---|---|---|---|
| Steven Feinstein, Ph.D., CFA | Senior Expert | $950 | 23.2 | $22,040 |
| Daniel Bettencourt, MBA | Vice President/Senior Analyst | $475 | 16.3 | $7,742 |
| Miguel Villanueva, Ph.D. | Director of Research/Senior Quantitative Analyst | $525 | 16.0 | $8,400 |
| James Janos, MBA | Senior Associate | $350 | 41.0 | $14,350 |
| Tyler Quade | Analyst | $240 | 46.1 | $11,064 |
| | **TOTAL PROFESSIONAL FEES** | | | $63,596 |
| **EXPENSES** | | | | |
| | **TOTAL EXPENSES** | | | $0 |
| | **TOTAL NEW CHARGES** | | | **$63,596** |

**Statement of Account**          **as of August 17, 2022**

**Invoices:**

| Date of Invoice | Period Covered | Invoice Amount |
|---|---|---|
| 4/8/2022 | Retainer Requested | $10,000 |
| 5/16/2022 | April 2022 | $7,193 |
| 6/13/2022 | May 2022 | $56,420 |
| 7/19/2022 | June 2022 | $17,035 |
| 8/17/2022 | July 2022 | $63,596 |

**Payments Received:**

| Date Received | Period Covered | Amount |
|---|---|---|
| 6/15/2022 | Retainer Received | $10,000 |

| **Net Outstanding Balance:** | | **$144,244** |
|---|---|---|



# CROWNINSHIELD FINANCIAL RESEARCH

## Invoice
### for Professional Services and Expenses
### in Connection with the Splunk Inc. Securities Litigation

**Dates of Services: November 1, 2022 through November 30, 2022**
**Date of Invoice: December 9, 2022**
**Invoice Number: 22359**

**Client:**

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
Attention: Mr. Adam Hollander

### Services Provided by Daniel Bettencourt, MBA

| | | |
|---|---|---|
| 11/8/2022 | Conducted and directed financial and quantitative analysis. | 3.9 hours |
| 11/9/2022 | Conducted and directed financial and quantitative analysis. Telephone call with attorneys. | 4.7 hours |
| 11/16/2022 | Conducted and directed financial and quantitative analysis. | 5.7 hours |

### Services Provided by James Janos, MBA

| | | |
|---|---|---|
| 11/8/2022 | Assisted with financial and quantitative analysis. | 6.5 hours |
| 11/9/2022 | Assisted with financial and quantitative analysis. Telephone call with attorneys. | 3.5 hours |
| 11/16/2022 | Assisted with financial and quantitative analysis. | 1.0 hours |

**PROFESSIONAL FEES**

| Name | Title | Hourly Rate | Hours Billed | Total Fee |
|---|---|---|---|---|
| Daniel Bettencourt, MBA | Vice President/Senior Analyst | $475 | 14.3 | $6,792 |
| James Janos, MBA | Senior Associate | $350 | 11.0 | $3,850 |
| | **TOTAL PROFESSIONAL FEES** | | | $10,642 |

**EXPENSES**

| | | | | |
|---|---|---|---|---|
| | **TOTAL EXPENSES** | | | $0 |
| | **TOTAL NEW CHARGES** | | | **$10,642** |

**Statement of Account**  **as of December 9, 2022**

**Invoices:**

| Date of Invoice | Period Covered | Invoice Amount |
|---|---|---|
| 4/8/2022 | Retainer Requested | $10,000 |
| 5/16/2022 | April 2022 | $7,193 |
| 6/13/2022 | May 2022 | $56,420 |
| 7/19/2022 | June 2022 | $17,035 |
| 8/17/2022 | July 2022 | $63,596 |
| 12/9/2022 | November 2022 | $10,642 |

**Payments Received:**

| Date Received | Period Covered | Amount |
|---|---|---|
| 6/15/2022 | Retainer Received | $10,000 |

| | |
|---|---|
| **Net Outstanding Balance:** | **$154,886** |



CROWNINSHIELD FINANCIAL RESEARCH

# Invoice
### for Professional Services and Expenses
### in Connection with the Splunk Inc. Securities Litigation

**Dates of Services: December 1, 2022 through December 31, 2022**
**Date of Invoice: January 12, 2023**
**Invoice Number: 22390**

**Client:**

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
Attention: Mr. Adam Hollander

## Services Provided by Daniel Bettencourt, MBA

| | | |
|---|---|---|
| 12/6/2022 | Conducted financial analysis for plan of allocation. | 2.1 hours |
| 12/21/2022 | Conducted financial analysis for plan of allocation. Telephone call with attorneys. | 4.1 hours |
| 12/22/2022 | Conducted financial analysis for plan of allocation. Telephone call with attorneys. | 1.4 hours |
| 12/23/2022 | Conducted and directed financial analysis for plan of allocation. Telephone call with attorneys. | 2.4 hours |

## Services Provided by Tyler Quade

| | | |
|---|---|---|
| 12/23/2022 | Assisted with financial analysis for plan of allocation. | 3.0 hours |

**PROFESSIONAL FEES**

| Name | Title | Hourly Rate | Hours Billed | Total Fee |
|---|---|---|---|---|
| Daniel Bettencourt, MBA | Vice President/Senior Analyst | $475 | 10.0 | $4,750 |
| Tyler Quade | Analyst | $240 | 3.0 | $720 |
| | **TOTAL PROFESSIONAL FEES** | | | $5,470 |
| **EXPENSES** | | | | |
| | **TOTAL EXPENSES** | | | $0 |
| | **TOTAL NEW CHARGES** | | | **$5,470** |

**Statement of Account**          **as of January 12, 2023**

**Invoices:**

| Date of Invoice | Period Covered | Invoice Amount |
|---|---|---|
| 4/8/2022 | Retainer Requested | $10,000 |
| 5/16/2022 | April 2022 | $7,193 |
| 6/13/2022 | May 2022 | $56,420 |
| 7/19/2022 | June 2022 | $17,035 |
| 8/17/2022 | July 2022 | $63,596 |
| 12/9/2022 | November 2022 | $10,642 |
| 1/12/2023 | December 2022 | $5,470 |

**Payments Received:**

| Date Received | Period Covered | Amount |
|---|---|---|
| 6/15/2022 | Retainer Received | $10,000 |

| **Net Outstanding Balance:** | | **$160,356** |


CROWNINSHIELD FINANCIAL RESEARCH

# Invoice
### for Professional Services and Expenses
### in Connection with the Splunk Inc. Securities Litigation

**Dates of Services: January 1, 2023 through January 31, 2023**
**Date of Invoice: February 8, 2023**
**Invoice Number: 22417**

## Client:

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
Attention: Mr. Adam Hollander

## Services Provided by Daniel Bettencourt, MBA

| | | |
|---|---|---|
| 1/12/2023 | Conducted financial analysis for plan of allocation. | 1.9 hours |

**PROFESSIONAL FEES**

| Name | Title | Hourly Rate | Hours Billed | Total Fee |
|---|---|---|---|---|
| Daniel Bettencourt, MBA | Vice President/Senior Analyst | $475 | 1.9 | $902 |
| | **TOTAL PROFESSIONAL FEES** | | | $902 |

**EXPENSES**

| | | | | |
|---|---|---|---|---|
| | **TOTAL EXPENSES** | | | $0 |
| | **TOTAL NEW CHARGES** | | | **$902** |

| **Statement of Account** | **as of February 8, 2023** | |
|---|---|---|

**Invoices:**

| Date of Invoice | Period Covered | Invoice Amount |
|---|---|---|
| 4/8/2022 | Retainer Requested | $10,000 |
| 5/16/2022 | April 2022 | $7,193 |
| 6/13/2022 | May 2022 | $56,420 |
| 7/19/2022 | June 2022 | $17,035 |
| 8/17/2022 | July 2022 | $63,596 |
| 12/9/2022 | November 2022 | $10,642 |
| 1/12/2023 | December 2022 | $5,470 |
| 2/8/2023 | January 2023 | $902 |

**Payments Received:**

| Date Received | Period Covered | Amount |
|---|---|---|
| 6/15/2022 | Retainer Received | $10,000 |

| **Net Outstanding Balance:** | **$161,260** |
|---|---|


CROWNINSHIELD FINANCIAL RESEARCH

# Invoice
## for Professional Services and Expenses
## in Connection with the Splunk Inc. Securities Litigation

**Dates of Services: June 1, 2023 through June 30, 2023**
**Date of Invoice: July 18, 2023**
**Invoice Number: 22621**

**Client:**

Bernstein Litowitz Berger & Grossmann LLP
2121 Avenue of the Stars
Suite 2575
Los Angeles, CA 90067

Attention: Jonathan Uslaner

### Services Provided by Steven Feinstein, Ph.D., CFA

| | | |
|---|---|---|
| 6/22/2023 | Read draft of attorneys' brief. | 0.8 hours |
| 6/26/2023 | Commented on draft of attorneys' brief. | 0.8 hours |
| 6/27/2023 | Commented on draft of attorneys' brief. | 0.5 hours |

### Services Provided by Daniel Bettencourt, MBA

| | | |
|---|---|---|
| 6/21/2023 | Reviewed case documents and analysis. Telephone call with attorneys. | 4.2 hours |
| 6/26/2023 | Reviewed case documents and analysis. Telephone call with attorneys. | 4.9 hours |
| 6/27/2023 | Commented on draft of attorneys' brief. | 3.3 hours |

### Services Provided by James Janos, MBA

| | | |
|---|---|---|
| 6/21/2023 | Reviewed case documents and analysis. Telephone call with attorneys. | 2.5 hours |
| 6/26/2023 | Reviewed and analyzed case documents. | 1.0 hours |

**PROFESSIONAL FEES**

| Name | Title | Hourly Rate | Hours Billed | Total Fee |
|---|---|---|---|---|
| Steven Feinstein, Ph.D., CFA | Senior Expert | $950 | 2.1 | $1,995 |
| Daniel Bettencourt, MBA | Vice President/Senior Analyst | $475 | 12.4 | $5,890 |
| James Janos, MBA | Senior Associate | $350 | 3.5 | $1,225 |
| | **TOTAL PROFESSIONAL FEES** | | | $9,110 |
| **EXPENSES** | | | | |
| | **TOTAL EXPENSES** | | | $0 |
| | **TOTAL NEW CHARGES** | | | **$9,110** |

**Statement of Account**              **as of July 18, 2023**

**Invoices:**

| Date of Invoice | Period Covered | Invoice Amount |
|---|---|---|
| 4/8/2022 | Retainer Requested | $10,000 |
| 5/16/2022 | April 2022 | $7,193 |
| 6/13/2022 | May 2022 | $56,419 |
| 7/19/2022 | June 2022 | $17,035 |
| 8/17/2022 | July 2022 | $63,596 |
| 12/9/2022 | November 2022 | $10,642 |
| 1/12/2023 | December 2022 | $5,470 |
| 2/8/2023 | January 2023 | $902 |
| 7/18/2023 | June 2023 | $9,110 |

**Payments Received:**

| Date Received | Period Covered | Amount |
|---|---|---|
| 6/15/2022 | Retainer Received | $10,000 |

| **Net Outstanding Balance:** | | **$170,367** |
|---|---|---|

# Exhibit 10

**INVOICE**

Billing address:
Bernstein, Litowitz, Berger &Grossmann, LLP
Adam Weinschel
1251 Avenue of the Americas
New York NY 10020-1104
USA
Billing account number: **A-01458712**

User address:
Bernstein, Litowitz, Berger &
Bernstein, Litowitz, Berger &Grossmann,LLP
1251 Avenue of the Americas
New York NY 10020-1104
USA
Location account number: A-00425033

Account name: **Bernstein, Litowitz, Berger & Grossmann,LLP**
Invoice number: **98192294**
Invoice date: **01.DEC.2020**

**Billing notes:**

# Welcome to your
# Refinitiv invoice

## Product Summary

| Product category | Net price sub total USD | Tax total USD | Total Period USD |
|---|---|---|---|
| PRODUCTS & SERVICES | 31,256.00 | 2,773.97 | 34,029.97 |
| **Total** | **31,256.00** | **2,773.97** | **34,029.97** |

**Due date: 30.DEC.2020**

Total due:                    USD
# 34,029.97

**To see product details, refer to page 2 of this document**

 **How to pay**

To see payment options and details, refer to the last page of this invoice. You must include billing account number (A-01458712) and invoice number (98192294) when submitting payment.

 **News**

Adv Mortgage Analytics DM 3 has been renamed to Adv Mortgage Analytics Basic; Adv Mortgage Analytics DM 6 has been renamed to Adv Mortgage Analytics Pro; Adv Mortgage Analytics DM 12 has been renamed to Adv Mortgage Analytics Premium. Pricing & functionality has not been impacted. For additional details, please contact your account manager

 **Contact**

Telephone: +1 (888) 831 2455
https://my.refinitiv.com/billingsupport



TAX ID: 20-4530702

Page 1 of 3

**INVOICE**

Billing address:
Bernstein, Litowitz, Berger &Grossmann, LLP
Adam Weinschel
1251 Avenue of the Americas
New York NY 10020-1104
USA
Billing account number: **A-01458712**

User address:
Bernstein, Litowitz, Berger &
Bernstein, Litowitz, Berger &Grossmann,LLP
1251 Avenue of the Americas
New York NY 10020-1104
USA
Location account number: A-00425033

Account name: **Bernstein, Litowitz, Berger & Grossmann,LLP**
Invoice number: **98192294**
Invoice date: **01.DEC.2020**

**Billing notes:**

# Here's your invoice detail

## PRODUCTS & SERVICES

| Product name | QTY | Unit price | Exchange rate | Price USD | Net price for total period USD | Tax Rate | Tax USD | Total Period USD |
|---|---|---|---|---|---|---|---|---|
| AFTER MARKET RESEARCH ADD ON FOR EIKON 01.DEC.2020 - 31.DEC.2020 | 67 | 368.00 USD | 1.00000 | 368.00 | 24,656.00 | 8.875% | 2,188.22 | 26,844.22 |
| EIKON 01.DEC.2020 - 31.DEC.2020 | 5 | 1,320.00 USD | 1.00000 | 1,320.00 | 6,600.00 | 8.875% | 585.75 | 7,185.75 |
| STREETSIGHT FOR EIKON ADD ON 01.DEC.2020 - 31.DEC.2020 | 5 | 0.00 USD | 1.00000 | 0.00 | 0.00 | 8.875% | 0.00 | 0.00 |
| T1.COM IB DEALS MOD EIKON ADD ON 01.DEC.2020 - 31.DEC.2020 | 5 | 0.00 USD | 1.00000 | 0.00 | 0.00 | 8.875% | 0.00 | 0.00 |
| T1.COM IB FOUNDATION AMERS EIKON ADD ON 01.DEC.2020 - 31.DEC.2020 | 5 | 0.00 USD | 1.00000 | 0.00 | 0.00 | 8.875% | 0.00 | 0.00 |
| T1.COM IB PRIV EQUITY MOD EIKON ADD ON 01.DEC.2020 - 31.DEC.2020 | 5 | 0.00 USD | 1.00000 | 0.00 | 0.00 | 8.875% | 0.00 | 0.00 |
| **PRODUCTS & SERVICES Sub-total** | | | | | **31,256.00** | | **2,773.97** | **34,029.97** |



TAX ID: 20-4530702

**INVOICE**

Billing address:
Bernstein, Litowitz, Berger &Grossmann, LLP
Adam Weinschel
1251 Avenue of the Americas
New York NY 10020-1104
USA
Billing account number: **A-01458712**

User address:
Bernstein, Litowitz, Berger &
Bernstein, Litowitz, Berger &Grossmann,LLP
1251 Avenue of the Americas
New York NY 10020-1104
USA
Location account number: A-00425033

Account name: **Bernstein, Litowitz, Berger & Grossmann,LLP**
Invoice number: **98192294**
Invoice date: **01.DEC.2020**

**Billing notes:**



# More
# information

 **How to pay**

**Remittance information:**
You must include billing account number (A-01458712) and invoice number (98192294) when submitting payment.

Check payments should be sent via mail to:
Refinitiv US LLC
P.O. Box415983
BOSTON MA 02241
USA

**Electronic payment:**
Bank of America, NA
100 W 33rd Street
New York NY 10001
USA
Account name: REFINITIV US LLC
Bank account: 4426851172
Swift code: BOFAUS3N
ACH Account: 111000012
Wire: 026009593
Bank code: 111000012

If you have pre-authorized settlement through automated means, payment will not be taken before 20.DEC.2020
No further action is needed to settle this invoice.

**Payment terms:**
For payment terms please refer to the Agreement. If no payment terms are specified in the Agreement, client will pay the Charges and all applicable taxes and duties (including withholding taxes) within 30 days of the invoice date.

If payment is not received by the due date a finance charge may be imposed.

**Additional billing information:**

 **Tax rates**

| Tax rate | Taxable amount | Tax | Exchange Rates: |
|---|---|---|---|
| STATE SALES&USE TAX@4.000% | USD 31,256.00 | USD 1,250.24 | |
| COUNTY SALES&USE TAX@0.375% | USD 31,256.00 | USD 117.21 | |
| CITY SALES&USE TAX@4.500% | USD 31,256.00 | USD 1,406.52 | |
| Total Tax | | USD 2,773.97 | |

 **Looking for more?**

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations



TAX ID: 20-4530702

## Natalia O'Donnell

| | |
|---|---|
| **From:** | Adam Weinschel |
| **Sent:** | Monday, February 1, 2021 1:32 PM |
| **To:** | Accounting |
| **Subject:** | FW: Refinitiv - New Invoice 0098192294 for value 34,029.97 USD for Account A-01458712 in US |
| **Attachments:** | A-01458712_20201201_0098192294.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| | |
| **Categories:** | Pending to be printed |

This is ok to pay.  Breakdown is below.  It was due 12/1/20, so please pay it as soon as possible.



| Case | Amount |
|---|---|
| ████████████ | ████████████ |
| 0888-001 splunk | $3,411.12 |
| ████████████ | ████████████ |
| **Case Total** | **$26,844.22** |
| 0998-001 | $7,185.75 |
| **Bill total** | **$34,029.97** |

**From:** Refinitiv Customer Administration <Global.ordermanagement@refinitiv.com>
**Sent:** Tuesday, December 1, 2020 2:34 PM
**To:** Adam Weinschel <AdamW@blbglaw.com>
**Subject:** Refinitiv - New Invoice 0098192294 for value 34,029.97 USD for Account A-01458712 in US

**[External]**

### Dear Adam Weinschel,

A new Invoice has been posted to Electronic Invoicing.

| | |
|---|---|
| Number: | 0098192294 |
| Value: | 34,029.97 USD |
| Account: | A-01458712 |
| Document Delivery: | Paperless |
| User location: | US |
| Invoice address: | US |

1

Download

Pay Now:

A PDF version of this invoice has been attached to this email.

To view and export invoice details and to see user details where available please login to MyRefinitiv  https://my.refinitiv.com/content/mytr/en/billing.html  and enter your user name and password.

All Account Balances will be updated within 24 hours.

If you do not know your MyRefinitiv password, please click Login then 'Forgot password?'

**NOTE: if you have not registered for MyRefinitiv yet, please click Register and enter the same email address you use to access your invoices.**

Regards,

**Refinitiv Order Management**

Please note that this is a system generated e-mail. Please do not reply to this e-mail address.

Privacy Statement: To find out more about how we may collect, use and share your personal information please read our privacy statement. This email was sent by: Refinitiv, 3 Times Square, New York, NY 10036, USA

**INVOICE**

Billing address:
Bernstein, Litowitz, Berger &Grossmann, LLP
Adam Weinschel
1251 Avenue of the Americas
New York NY 10020-1104
USA
Billing account number: **A-01458712**

User address:
Bernstein, Litowitz, Berger &
Bernstein, Litowitz, Berger &Grossmann,LLP
1251 Avenue of the Americas
New York NY 10020-1104
USA
Location account number: A-00425033

Account name: **Bernstein, Litowitz, Berger & Grossmann,LLP**
Invoice number: **98376377**
Invoice date: **01.FEB.2021**

**Billing notes:**

# Welcome to your
# Refinitiv  invoice

## Product Summary

| Product category | Net price sub total USD | Tax total USD | Total Period USD |
|---|---|---|---|
| PRODUCTS & SERVICES | 32,357.00 | 2,871.42 | 35,228.42 |
| **Total** | **32,357.00** | **2,871.42** | **35,228.42** |

**Due date: 02.MAR.2021**

Total due:    USD
# 35,228.42

**To see product details, refer to page 2 of this document**

 **How to pay**

To see payment options and details, refer to the last page of this invoice. You must include billing account number (A-01458712) and invoice number (98376377) when submitting payment.

 **News**

Adv Mortgage Analytics DM 3 has been renamed to Adv Mortgage Analytics Basic; Adv Mortgage Analytics DM 6 has been renamed to Adv Mortgage Analytics Pro; Adv Mortgage Analytics DM 12 has been renamed to Adv Mortgage Analytics Premium. Pricing & functionality has not been impacted. For additional details, please contact your account manager

 **Contact**

Telephone: +1 (888) 831 2455
https://my.refinitiv.com/billingsupport



TAX ID: 20-4530702

**INVOICE**

Billing address:
Bernstein, Litowitz, Berger &Grossmann, LLP
Adam Weinschel
1251 Avenue of the Americas
New York NY 10020-1104
USA
Billing account number: **A-01458712**

User address:
Bernstein, Litowitz, Berger &
Bernstein, Litowitz, Berger &Grossmann,LLP
1251 Avenue of the Americas
New York NY 10020-1104
USA
Location account number: A-00425033

Account name: **Bernstein, Litowitz, Berger & Grossmann,LLP**
Invoice number: **98376377**
Invoice date: **01.FEB.2021**

**Billing notes:**

# Here's your invoice detail

## PRODUCTS & SERVICES

| Product name | QTY | Unit price | Exchange rate | Price USD | Net price for total period USD | Tax Rate | Tax USD | Total Period USD |
|---|---|---|---|---|---|---|---|---|
| AFTER MARKET RESEARCH ADD ON FOR EIKON<br>01.FEB.2021 - 28.FEB.2021 | 67 | 381.00 USD | 1.00000 | 381.00 | 25,527.00 | 8.875% | 2,265.27 | 27,792.27 |
| EIKON<br>01.FEB.2021 - 28.FEB.2021 | 5 | 1,366.00 USD | 1.00000 | 1,366.00 | 6,830.00 | 8.875% | 606.15 | 7,436.15 |
| STREETSIGHT FOR EIKON ADD ON<br>01.FEB.2021 - 28.FEB.2021 | 5 | 0.00 USD | 1.00000 | 0.00 | 0.00 | 8.875% | 0.00 | 0.00 |
| T1.COM IB DEALS MOD EIKON ADD ON<br>01.FEB.2021 - 28.FEB.2021 | 5 | 0.00 USD | 1.00000 | 0.00 | 0.00 | 8.875% | 0.00 | 0.00 |
| T1.COM IB FOUNDATION AMERS EIKON ADD ON<br>01.FEB.2021 - 28.FEB.2021 | 5 | 0.00 USD | 1.00000 | 0.00 | 0.00 | 8.875% | 0.00 | 0.00 |
| T1.COM IB PRIV EQUITY MOD EIKON ADD ON<br>01.FEB.2021 - 28.FEB.2021 | 5 | 0.00 USD | 1.00000 | 0.00 | 0.00 | 8.875% | 0.00 | 0.00 |
| **PRODUCTS & SERVICES Sub-total** | | | | | **32,357.00** | | **2,871.42** | **35,228.42** |



TAX ID: 20-4530702

**INVOICE**

Billing address:
Bernstein, Litowitz, Berger &Grossmann, LLP
Adam Weinschel
1251 Avenue of the Americas
New York NY 10020-1104
USA
Billing account number: **A-01458712**

User address:
Bernstein, Litowitz, Berger &
Bernstein, Litowitz, Berger &Grossmann,LLP
1251 Avenue of the Americas
New York NY 10020-1104
USA
Location account number: A-00425033

Account name: **Bernstein, Litowitz, Berger & Grossmann,LLP**
Invoice number: **98376377**
Invoice date: **01.FEB.2021**

**Billing notes:**

# More information

 ## How to pay

**Remittance information:**
You must include billing account number (A-01458712) and invoice number (98376377) when submitting payment.

Check payments should be sent via mail to:
Refinitiv US LLC
P.O. Box415983
BOSTON MA 02241
USA

**Electronic payment:**
Bank of America, NA
100 W 33rd Street
New York NY 10001
USA
Account name: REFINITIV US LLC
Bank account: 4426851172
Swift code: BOFAUS3N
ACH Account: 111000012
Wire: 026009593
Bank code: 111000012

If you have pre-authorized settlement through automated means, payment will not be taken before 20.FEB.2021
No further action is needed to settle this invoice.

**Payment terms:**
For payment terms please refer to the Agreement. If no payment terms are specified in the Agreement, client will pay the Charges and all applicable taxes and duties (including withholding taxes) within 30 days of the invoice date.

If payment is not received by the due date a finance charge may be imposed.

**Additional billing information:**

 ## Tax rates

| Tax rate | Taxable amount | Tax | Exchange Rates: |
|---|---|---|---|
| STATE SALES&USE TAX@4.000% | USD 32,357.00 | USD 1,294.28 | |
| COUNTY SALES&USE TAX@0.375% | USD 32,357.00 | USD 121.41 | |
| CITY SALES&USE TAX@4.500% | USD 32,357.00 | USD 1,455.73 | |
| Total Tax | | USD 2,871.42 | |

 ## Looking for more?

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations



TAX ID: 20-4530702

Page 3 of 3

## Natalia O'Donnell

| | |
|---|---|
| **From:** | Adam Weinschel |
| **Sent:** | Monday, March 29, 2021 5:45 PM |
| **To:** | Accounting |
| **Subject:** | FW: Refinitiv - New Invoice 0098376377 for value 35,228.42 USD for Account A-01458712 in US |
| **Attachments:** | A-01458712_20210201_0098376377.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

This bill is ok to pay and is 30 days overdue, so please expedite. They just provided me with the case breakdown, and I won't pay it until I can see how it is allocated.



February 2021

| Case | Amount |
|---|---|
| 2335-001 Splunk, Inc. | $2,706.69 |
| **Case Total** | **$27,792.27** |
| **0998-001** | **$7,436.15** |
| **Grand total** | **$35,228.42** |

**From:** Refinitiv Customer Administration <Global.ordermanagement@refinitiv.com>
**Sent:** Monday, February 1, 2021 3:04 PM
**To:** Adam Weinschel <AdamW@blbglaw.com>
**Subject:** Refinitiv - New Invoice 0098376377 for value 35,228.42 USD for Account A-01458712 in US

[External]

**Dear Adam Weinschel,**

A new Invoice has been posted to Electronic Invoicing.

| | |
|---|---|
| Number: | 0098376377 |
| Value: | 35,228.42 USD |
| Account: | A-01458712 |
| Document Delivery: | Paperless |
| User location: | US |
| Invoice address: | US |
| Download | |
| Pay Now: | |

A PDF version of this invoice has been attached to this email.

To view and export invoice details and to see user details where available please login to MyRefinitiv  https://my.refinitiv.com/content/mytr/en/billing.html  and enter your user name and password.

All Account Balances will be updated within 24 hours.

If you do not know your MyRefinitiv password, please click Login then 'Forgot password?'

**NOTE: if you have not registered for MyRefinitiv yet, please click Register and enter the same email address you use to access your invoices.**


Regards,

**Refinitiv Order Management**

Please note that this is a system generated e-mail. Please do not reply to this e-mail address.


Privacy Statement: To find out more about how we may collect, use and share your personal information please read our privacy statement. This email was sent by: Refinitiv, 3 Times Square, New York, NY 10036, USA

2

**INVOICE**

Billing address:
Bernstein, Litowitz, Berger &Grossmann, LLP
Adam Weinschel
1251 Avenue of the Americas
New York NY 10020-1104
USA
Billing account number: **A-01458712**

User address:
Bernstein, Litowitz, Berger &
Bernstein, Litowitz, Berger &Grossmann,LLP
1251 Avenue of the Americas
New York NY 10020-1104
USA
Location account number: A-00425033

Account name: **Bernstein, Litowitz, Berger & Grossmann,LLP**
Invoice number: **98425176**
Invoice date: **01.MAR.2021**

**Billing notes:**
Please note that Exchange data billing includes a 7% admin charge.

# Welcome to your Refinitiv invoice

## Product Summary

| Product category | Net price sub total USD | Tax total USD | Total Period USD |
|---|---|---|---|
| EXCHANGE PRODUCTS | 0.00 | 0.00 | 0.00 |
| PRODUCTS & SERVICES | 32,357.00 | 2,871.42 | 35,228.42 |
| **Total** | **32,357.00** | **2,871.42** | **35,228.42** |

**Due date: 30.MAR.2021**

Total due:          USD

# 35,228.42

**To see product details, refer to page 2 of this document**

 **How to pay**

To see payment options and details, refer to the last page of this invoice. You must include billing account number (A-01458712) and invoice number (98425176) when submitting payment.

 **News**

Adv Mortgage Analytics DM 3 has been renamed to Adv Mortgage Analytics Basic; Adv Mortgage Analytics DM 6 has been renamed to Adv Mortgage Analytics Pro; Adv Mortgage Analytics DM 12 has been renamed to Adv Mortgage Analytics Premium. Pricing & functionality has not been impacted. For additional details, please contact your account manager

 **Contact**

Telephone: +1 (888) 831 2455
https://my.refinitiv.com/billingsupport



TAX ID: 20-4530702

**INVOICE**

Billing address:
Bernstein, Litowitz, Berger &Grossmann, LLP
Adam Weinschel
1251 Avenue of the Americas
New York NY 10020-1104
USA
Billing account number: **A-01458712**

User address:
Bernstein, Litowitz, Berger &
Bernstein, Litowitz, Berger &Grossmann,LLP
1251 Avenue of the Americas
New York NY 10020-1104
USA
Location account number: A-00425033

Account name: **Bernstein, Litowitz, Berger & Grossmann,LLP**
Invoice number: **98425176**
Invoice date: **01.MAR.2021**

**Billing notes:**
Please note that Exchange data billing includes a 7% admin charge.

# Here's your invoice detail

## EXCHANGE PRODUCTS

| Product name | QTY | Unit price | Exchange rate | Price USD | Net price for total period USD | Tax Rate | Tax USD | Total Period USD |
|---|---|---|---|---|---|---|---|---|
| DOW JONES CASH INDICES DELAYED 01.FEB.2021 - 28.FEB.2021 | 4 | 0.00 USD | 1.00000 | 0.00 | 0.00 | 0.000% | 0.00 | 0.00 |
| DOW JONES CASH INDICES DELAYED 01.MAR.2021 - 31.MAR.2021 | 4 | 0.00 USD | 1.00000 | 0.00 | 0.00 | 0.000% | 0.00 | 0.00 |
| **EXCHANGE PRODUCTS Sub-total** | | | | | **0.00** | | **0.00** | **0.00** |

## PRODUCTS & SERVICES

| Product name | QTY | Unit price | Exchange rate | Price USD | Net price for total period USD | Tax Rate | Tax USD | Total Period USD |
|---|---|---|---|---|---|---|---|---|
| AFTER MARKET RESEARCH ADD ON FOR EIKON 01.MAR.2021 - 31.MAR.2021 | 67 | 381.00 USD | 1.00000 | 381.00 | 25,527.00 | 8.875% | 2,265.27 | 27,792.27 |
| EIKON 01.MAR.2021 - 31.MAR.2021 | 5 | 1,366.00 USD | 1.00000 | 1,366.00 | 6,830.00 | 8.875% | 606.15 | 7,436.15 |
| STREETSIGHT FOR EIKON ADD ON 01.MAR.2021 - 31.MAR.2021 | 5 | 0.00 USD | 1.00000 | 0.00 | 0.00 | 8.875% | 0.00 | 0.00 |
| T1.COM IB DEALS MOD EIKON ADD ON 01.MAR.2021 - 31.MAR.2021 | 5 | 0.00 USD | 1.00000 | 0.00 | 0.00 | 8.875% | 0.00 | 0.00 |
| T1.COM IB FOUNDATION AMERS EIKON ADD ON 01.MAR.2021 - 31.MAR.2021 | 5 | 0.00 USD | 1.00000 | 0.00 | 0.00 | 8.875% | 0.00 | 0.00 |



TAX ID: 20-4530702

**INVOICE**

Billing address:
Bernstein, Litowitz, Berger &Grossmann, LLP
Adam Weinschel
1251 Avenue of the Americas
New York NY 10020-1104
USA
Billing account number: **A-01458712**

User address:
Bernstein, Litowitz, Berger &
Bernstein, Litowitz, Berger &Grossmann,LLP
1251 Avenue of the Americas
New York NY 10020-1104
USA
Location account number: A-00425033

Account name: **Bernstein, Litowitz, Berger & Grossmann,LLP**
Invoice number: **98425176**
Invoice date: **01.MAR.2021**

**Billing notes:**
Please note that Exchange data billing includes a 7% admin charge.

# Here's your
# invoice detail

## PRODUCTS & SERVICES                                                                    (cont.)

| Product name | QTY | Unit price | Exchange rate | Price USD | Net price for total period USD | Tax Rate | Tax USD | Total Period USD |
|---|---|---|---|---|---|---|---|---|
| T1.COM IB PRIV EQUITY MOD EIKON ADD ON 01.MAR.2021 - 31.MAR.2021 | 5 | 0.00 USD | 1.00000 | 0.00 | 0.00 | 8.875% | 0.00 | 0.00 |
| **PRODUCTS & SERVICES Sub-total** | | | | | **32,357.00** | | **2,871.42** | **35,228.42** |



TAX ID: 20-4530702

**INVOICE**

Billing address:
Bernstein, Litowitz, Berger &Grossmann, LLP
Adam Weinschel
1251 Avenue of the Americas
New York NY 10020-1104
USA
Billing account number: **A-01458712**

User address:
Bernstein, Litowitz, Berger &
Bernstein, Litowitz, Berger &Grossmann,LLP
1251 Avenue of the Americas
New York NY 10020-1104
USA
Location account number: A-00425033

Account name: **Bernstein, Litowitz, Berger & Grossmann,LLP**
Invoice number: **98425176**
Invoice date: **01.MAR.2021**

**Billing notes:**
Please note that Exchange data billing includes a 7% admin charge.

# More information


## How to pay

**Remittance information:**
You must include billing account number (A-01458712) and invoice number (98425176) when submitting payment.

Check payments should be sent via mail to:
Refinitiv US LLC
P.O. Box415983
BOSTON MA 02241
USA

**Electronic payment:**
Bank of America, NA
100 W 33rd Street
New York NY 10001
USA
Account name: REFINITIV US LLC
Bank account: 4426851172
Swift code: BOFAUS3N
ACH Account: 111000012
Wire: 026009593
Bank code: 111000012

If you have pre-authorized settlement through automated means, payment will not be taken before 20.MAR.2021
No further action is needed to settle this invoice.

**Payment terms:**
For payment terms please refer to the Agreement. If no payment terms are specified in the Agreement, client will pay the Charges and all applicable taxes and duties (including withholding taxes) within 30 days of the invoice date.

If payment is not received by the due date a finance charge may be imposed.

**Additional billing information:**


## Tax rates

| Tax rate | Taxable amount | Tax | Exchange Rates: |
|---|---|---|---|
| STATE SALES&USE TAX@4.000% | USD 32,357.00 | USD 1,294.28 | |
| COUNTY SALES&USE TAX@0.375% | USD 32,357.00 | USD 121.41 | |
| CITY SALES&USE TAX@4.500% | USD 32,357.00 | USD 1,455.73 | |
| Total Tax | | USD 2,871.42 | |


## Looking for more?

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations



TAX ID: 20-4530702

**Lumka Krasniqi**

| | |
|---|---|
| **From:** | Adam Weinschel |
| **Sent:** | Thursday, April 29, 2021 11:32 AM |
| **To:** | Accounting |
| **Subject:** | FW: Refinitiv - New Invoice 0098425176 for value 35,228.42 USD for Account A-01458712 in US |
| **Attachments:** | A-01458712_20210301_0098425176.pdf |

This bill is ok to pay.  Case breakdown is below.

| Case | Amount |
|---|---|
|  | |
| 2335-001 Splunk, Inc. | $1,788.58 |
| | |
| **Grand Total** | **$27,792.27** |
| 0998-001 | $7,436.15 |
| Grand total | **$35,228.42** |

**From:** Refinitiv Customer Administration <Global.ordermanagement@refinitiv.com>
**Sent:** Monday, March 1, 2021 2:52 PM
**To:** Adam Weinschel <AdamW@blbglaw.com>
**Subject:** Refinitiv - New Invoice 0098425176 for value 35,228.42 USD for Account A-01458712 in US

[External]

**Dear Adam Weinschel,**

A new Invoice has been posted to Electronic Invoicing.

| | |
|---|---|
| Number: | 0098425176 |
| Value: | 35,228.42 USD |
| Account: | A-01458712 |
| Document Delivery: | Paperless |
| User location: | US |
| Invoice address: | US |

Download

Pay Now:

A PDF version of this invoice has been attached to this email.

To view and export invoice details and to see user details where available please login to MyRefinitiv  https://my.refinitiv.com/content/mytr/en/billing.html  and enter your user name and password.

All Account Balances will be updated within 24 hours.

If you do not know your MyRefinitiv password, please click Login then 'Forgot password?'

**NOTE: if you have not registered for MyRefinitiv yet, please click Register and enter the same email address you use to access your invoices.**

Regards,

**Refinitiv Order Management**

Please note that this is a system generated e-mail. Please do not reply to this e-mail address.

Privacy Statement: To find out more about how we may collect, use and share your personal information please read our privacy statement. This email was sent by: Refinitiv, 3 Times Square, New York, NY 10036, USA

2

**INVOICE**

Billing address:
Bernstein, Litowitz, Berger &Grossmann, LLP
Adam Weinschel
1251 Avenue of the Americas
New York NY 10020-1104
USA
Billing account number: **A-01458712**

User address:
Bernstein, Litowitz, Berger &
Bernstein, Litowitz, Berger &Grossmann,LLP
1251 Avenue of the Americas
New York NY 10020-1104
USA
Location account number: A-00425033

Account name: **Bernstein, Litowitz, Berger & Grossmann,LLP**
Invoice number: **98611636**
Invoice date: **01.MAY.2021**

**Billing notes:**
Please note that Exchange data billing includes a 7% admin
charge.

# Welcome to your Refinitiv invoice

## Product Summary

| Product category | Net price sub total USD | Tax total USD | Total Period USD |
|---|---|---|---|
| EXCHANGE PRODUCTS | 0.00 | 0.00 | 0.00 |
| PRODUCTS & SERVICES | 32,357.00 | 2,871.42 | 35,228.42 |
| **Total** | **32,357.00** | **2,871.42** | **35,228.42** |

**Due date: 30.MAY.2021**

Total due:          USD

# 35,228.42

**To see product details, refer to page 2 of this document**

 **How to pay**

To see payment options and details, refer to the last page
of this invoice. You must include billing account number
(A-01458712) and invoice number (98611636) when
submitting payment.

 **News**

Adv Mortgage Analytics DM 3 has been renamed to Adv
Mortgage Analytics Basic; Adv Mortgage Analytics DM 6
has been renamed to Adv Mortgage Analytics Pro; Adv
Mortgage Analytics DM 12 has been renamed to Adv
Mortgage Analytics Premium. Pricing & functionality has
not been impacted. For additional details, please contact
your account manager

 **Contact**

Telephone: +1 (888) 831 2455
https://my.refinitiv.com/billingsupport



TAX ID: 20-4530702

**INVOICE**

Billing address:
Bernstein, Litowitz, Berger &Grossmann, LLP
Adam Weinschel
1251 Avenue of the Americas
New York NY 10020-1104
USA
Billing account number: **A-01458712**

User address:
Bernstein, Litowitz, Berger &
Bernstein, Litowitz, Berger &Grossmann,LLP
1251 Avenue of the Americas
New York NY 10020-1104
USA
Location account number: A-00425033

Account name: **Bernstein, Litowitz, Berger & Grossmann,LLP**
Invoice number: **98611636**
Invoice date: **01.MAY.2021**

**Billing notes:**
Please note that Exchange data billing includes a 7% admin charge.

# Here's your invoice detail

## EXCHANGE PRODUCTS

| Product name | QTY | Unit price | Exchange rate | Price USD | Net price for total period USD | Tax Rate | Tax USD | Total Period USD |
|---|---|---|---|---|---|---|---|---|
| DOW JONES CASH INDICES DELAYED 01.MAY.2021 - 31.MAY.2021 | 4 | 0.00 USD | 1.00000 | 0.00 | 0.00 | 0.000% | 0.00 | 0.00 |
| **EXCHANGE PRODUCTS Sub-total** | | | | | **0.00** | | **0.00** | **0.00** |

## PRODUCTS & SERVICES

| Product name | QTY | Unit price | Exchange rate | Price USD | Net price for total period USD | Tax Rate | Tax USD | Total Period USD |
|---|---|---|---|---|---|---|---|---|
| AFTER MARKET RESEARCH ADD ON FOR EIKON 01.MAY.2021 - 31.MAY.2021 | 67 | 381.00 USD | 1.00000 | 381.00 | 25,527.00 | 8.875% | 2,265.27 | 27,792.27 |
| EIKON 01.MAY.2021 - 31.MAY.2021 | 5 | 1,366.00 USD | 1.00000 | 1,366.00 | 6,830.00 | 8.875% | 606.15 | 7,436.15 |
| STREETSIGHT FOR EIKON ADD ON 01.MAY.2021 - 31.MAY.2021 | 5 | 0.00 USD | 1.00000 | 0.00 | 0.00 | 8.875% | 0.00 | 0.00 |
| T1.COM IB DEALS MOD EIKON ADD ON 01.MAY.2021 - 31.MAY.2021 | 5 | 0.00 USD | 1.00000 | 0.00 | 0.00 | 8.875% | 0.00 | 0.00 |
| T1.COM IB FOUNDATION AMERS EIKON ADD ON 01.MAY.2021 - 31.MAY.2021 | 5 | 0.00 USD | 1.00000 | 0.00 | 0.00 | 8.875% | 0.00 | 0.00 |



TAX ID: 20-4530702

**INVOICE**

Billing address:
Bernstein, Litowitz, Berger &Grossmann, LLP
Adam Weinschel
1251 Avenue of the Americas
New York NY 10020-1104
USA
Billing account number: **A-01458712**

User address:
Bernstein, Litowitz, Berger &
Bernstein, Litowitz, Berger &Grossmann,LLP
1251 Avenue of the Americas
New York NY 10020-1104
USA
Location account number: A-00425033

Account name: **Bernstein, Litowitz, Berger & Grossmann,LLP**
Invoice number: **98611636**
Invoice date: **01.MAY.2021**

**Billing notes:**
Please note that Exchange data billing includes a 7% admin charge.

# Here's your invoice detail

## PRODUCTS & SERVICES                                                                (cont.)

| Product name | QTY | Unit price | Exchange rate | Price USD | Net price for total period USD | Tax Rate | Tax USD | Total Period USD |
|---|---|---|---|---|---|---|---|---|
| T1.COM IB PRIV EQUITY MOD EIKON ADD ON 01.MAY.2021 - 31.MAY.2021 | 5 | 0.00 USD | 1.00000 | 0.00 | 0.00 | 8.875% | 0.00 | 0.00 |
| **PRODUCTS & SERVICES Sub-total** | | | | | **32,357.00** | | **2,871.42** | **35,228.42** |



TAX ID: 20-4530702

# More information

**INVOICE**

Billing address:
Bernstein, Litowitz, Berger &Grossmann, LLP
Adam Weinschel
1251 Avenue of the Americas
New York NY 10020-1104
USA
Billing account number: **A-01458712**

User address:
Bernstein, Litowitz, Berger &
Bernstein, Litowitz, Berger &Grossmann,LLP
1251 Avenue of the Americas
New York NY 10020-1104
USA
Location account number: A-00425033

Account name: **Bernstein, Litowitz, Berger & Grossmann,LLP**
Invoice number: **98611636**
Invoice date: **01.MAY.2021**

**Billing notes:**
Please note that Exchange data billing includes a 7% admin charge.

 **How to pay**

**Remittance information:**
You must include billing account number (A-01458712) and invoice number (98611636) when submitting payment.

Check payments should be sent via mail to:
Refinitiv US LLC
P.O. Box415983
BOSTON MA 02241
USA

**Electronic payment:**
Bank of America, NA
100 W 33rd Street
New York NY 10001
USA
Account name: REFINITIV US LLC
Bank account: 4426851172
Swift code: BOFAUS3N
ACH Account: 111000012
Wire: 026009593
Bank code: 111000012

If you have pre-authorized settlement through automated means, payment will not be taken before 20.MAY.2021
No further action is needed to settle this invoice.

**Payment terms:**
For payment terms please refer to the Agreement. If no payment terms are specified in the Agreement, client will pay the Charges and all applicable taxes and duties (including withholding taxes) within 30 days of the invoice date.

If payment is not received by the due date a finance charge may be imposed.

**Additional billing information:**

 **Tax rates**

| Tax rate | Taxable amount | Tax | Exchange Rates: |
|---|---|---|---|
| STATE SALES&USE TAX@4.000% | USD 32,357.00 | USD 1,294.28 | |
| COUNTY SALES&USE TAX@0.375% | USD 32,357.00 | USD 121.41 | |
| CITY SALES&USE TAX@4.500% | USD 32,357.00 | USD 1,455.73 | |
| Total Tax | | USD 2,871.42 | |

 **Looking for more?**

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations



TAX ID: 20-4530702

**Natalia O'Donnell**

**Subject:**    FW: FW: Refinitiv - New Invoice 0098611636 for value 35,228.42 USD for Account A-01458712 in US

**From:** Adam Weinschel <AdamW@blbglaw.com>
**Sent:** Monday, June 28, 2021 11:53 AM
**To:** Accounting@blbglaw.com
**Subject:** FW: Refinitiv - New Invoice 0098611636 for value 35,228.42 USD for Account A-01458712 in US

This is ok to pay.  Breakdown:

| Case | Price |
|------|-------|
| | |
| 2335-001 Splunk | $2,699.40 |
| | |
| **Grand Total** | **$27,792.27** |
| 0998-001 | $7,436.15 |
| Grand total | **$35,228.42** |

**From:** Refinitiv Customer Administration <global.ordermanagement.refinitiv.com@mx.unifiedpost.com>
**Sent:** Monday, May 3, 2021 3:06 PM
**To:** Adam Weinschel <AdamW@blbglaw.com>
**Subject:** Refinitiv - New Invoice 0098611636 for value 35,228.42 USD for Account A-01458712 in US

1

[External]

**Dear Adam Weinschel,**

A new Invoice has been posted to Electronic Invoicing.

Number:              0098611636
Value:               35,228.42 USD
Account:             A-01458712
Document Delivery: Paperless
User location:       US
Invoice address:     US
Download
Pay Now:

A PDF version of this invoice has been attached to this email.

To view and export invoice details and to see user details where available please login to MyRefinitiv  https://my.refinitiv.com/content/mytr/en/billing.html  and enter your user name and password.

All Account Balances will be updated within 24 hours.

If you do not know your MyRefinitiv password, please click Login then 'Forgot password?'

**NOTE: if you have not registered for MyRefinitiv yet, please click Register and enter the same email address you use to access your invoices.**

Regards,

**Refinitiv Order Management**

Please note that this is a system generated e-mail. Please do not reply to this e-mail address.

Privacy Statement: To find out more about how we may collect, use and share your personal information please read our privacy statement. This email was sent by: Refinitiv, 3 Times Square, New York, NY 10036, USA

# BILLING SUMMARY

**Bloomberg Industry Group**



— Law
— Government
— Tax & Accounting

1801 South Bell Street, Arlington, VA 22202
**Please do not send check to this location**

## Bill To

GARY WESTON
BERNSTEIN LITOWITZ BERGER&GROSSMAN
1251 AVENUE OF THE AMERICAS FL 44
NEW YORK NY  10020-1104

**Please pay within 30 days**

| | Contract ID | Bill To No. |
|---|---|---|
| | 00065588 | 1400030994 |

| Document | | Amount |
|---|---|---|
| 6888364070 | INVOICE | 54,987.32  USD |
| 6888364342 | INVOICE | 3,874.59  USD |
| | **Total** | 58,861.91  USD |

Make checks payable and mail to:     **THE BUREAU OF NATIONAL AFFAIRS, INC.**
**P.O. Box 419889, Boston, MA 02241-9889**

To pay through your bank, please refer to the instructions on the last page.
To pay online, go to https://profile.bna.com/profile/payment/ (up to $50,000 annually).
To access licensed users, go to https://profile.bloombergindustry.com/cpoc
For Bloomberg Tax Software Support 1-800-424-2938.
For Bloomberg Law Software Support 1-888-560-2529.

Customer Contact Center, Please call 1-212-318-2000 or click https://www.bloombergindustry.com

# INVOICE

**Bloomberg**
**Industry Group**

— Law
— Government
— Tax & Accounting

1801 South Bell Street, Arlington, VA 22202
**Please do not send check to this location**

PayeeTIN: 53-0040540

| Bill To | Customer |
|---|---|
| GARY WESTON<br>BERNSTEIN LITOWITZ BERGER&GROSSMAN<br>1251 AVENUE OF THE AMERICAS FL 44<br>NEW YORK NY  10020-1104 | GARY WESTON<br>BERNSTEIN LITOWITZ BERGER&GROSSMAN<br>1251 AVENUE OF THE AMERICAS FL 44<br>NEW YORK NY  10020-1104 |

**Please pay within 30 days**

| Invoice | Bill To No. | P.O. | Date |
|---|---|---|---|
| 6888364070 | 1400030994 | | 07/05/2022 |

| Product Description | Qty | Period Start | Period End | Amount | Tax | Gross Amount |
|---|---|---|---|---|---|---|
| BLOOMBERG LAW(BLAW01)<br>FirmWide License<br>Sub-term: 01/01/2022 - 12/31/2022 | 74 | 07/01/2022 | 09/30/2022 | 50,505.00 | 4,482.32 | 54,987.32 |

Make checks payable and mail to: **THE BUREAU OF NATIONAL AFFAIRS, INC.**
**P.O. Box 419889, Boston, MA 02241-9889**

To pay through your bank, please refer to the instructions on the last page.
To pay online, go to https://profile.bna.com/profile/payment/ (up to $50,000 annually).
To access licensed users, go to https://profile.bloombergindustry.com/cpoc
For Bloomberg Tax Software Support 1-800-424-2938.
For Bloomberg Law Software Support 1-888-560-2529.

| Sub-total | 50,505.00 |
|---|---|
| 8.875% Tax | 4,482.32 |
| **TOTAL ( USD )** | **54,987.32** |

**PLEASE REFERENCE INVOICE NUMBER 6888364070 WITH PAYMENT**
Customer Contact Center, Please call 1-212-318-2000 or click https://www.bloombergindustry.com

# INVOICE



**Bloomberg Industry Group**

— Law
— Government
— Tax & Accounting

1801 South Bell Street, Arlington, VA 22202
**Please do not send check to this location**

PayeeTIN: 53-0040540

| Bill To | Customer |
|---|---|
| GARY WESTON<br>BERNSTEIN LITOWITZ BERGER&GROSSMAN<br>1251 AVENUE OF THE AMERICAS FL 44<br>NEW YORK NY  10020-1104 | GARY WESTON<br>BERNSTEIN LITOWITZ BERGER&GROSSMAN<br>1251 AVENUE OF THE AMERICAS FL 44<br>NEW YORK NY  10020-1104 |

**Please pay within 30 days**

| Invoice | Bill To No. | P.O. | Date |
|---|---|---|---|
| 6888364342 | 1400030994 | | 07/05/2022 |

| Product Description | Qty | Period Start | Period End | Amount | Tax | Gross Amount |
|---|---|---|---|---|---|---|
| CONVERGENCE - FIRMWIDE(BNCV01)<br>FirmWide License<br>Sub-term: 01/01/2022 - 12/31/2022 | 74 | 07/01/2022 | 09/30/2022 | 3,558.75 | 315.84 | 3,874.59 |

Make checks payable and mail to:     **THE BUREAU OF NATIONAL AFFAIRS, INC.**
**P.O. Box 419889, Boston, MA 02241-9889**

To pay through your bank, please refer to the instructions on the last page.
To pay online, go to https://profile.bna.com/profile/payment/ (up to $50,000 annually).
To access licensed users, go to https://profile.bloombergindustry.com/cpoc
For Bloomberg Tax Software Support 1-800-424-2938.
For Bloomberg Law Software Support 1-888-560-2529.

| Sub-total | 3,558.75 |
|---|---|
| 8.875% Tax | 315.84 |
| **TOTAL ( USD )** | **3,874.59** |

**PLEASE REFERENCE INVOICE NUMBER 6888364342 WITH PAYMENT**
Customer Contact Center, Please call 1-212-318-2000 or click https://www.bloombergindustry.com

**Lumka Krasniqi**

| | |
|---|---|
| **From:** | Gary Weston |
| **Sent:** | Tuesday, July 5, 2022 3:48 PM |
| **To:** | Accounting |
| **Subject:** | Bernstein 3rd Quarter 2022 Invoice and Breakdown |
| **Attachments:** | Bloomberg Industry Group Invoice_0306897155.PDF; Bernstein 3rd Quarter 2022.xlsx |

Hello,

Please see the attached for process.  Thanks

Gary Weston
Director of Paralegals
**BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas, 44th Fl.
New York, NY 10020
O: 212-554-1408
C: 646-241-2151

1



2335-001 Splunk                    $1,201.25

$58,861.91

**INVOICE**

Billing address:
Bernstein, Litowitz, Berger &Grossmann,LLP
Adam Weinschel
1251 Avenue of the Americas
New York NY 10020-1104
USA
Billing account number: **A-01458712**

User address:
Location account number: A-00425033
Bernstein, Litowitz, Berger & Grossmann,LLP
1251 Avenue of the Americas
New York, NY, 10020-1104, USA

Account name: **Bernstein, Litowitz, Berger & Grossmann,LLP**
Invoice number: **99699904**
Invoice date: **06.JUL.2022**

**Billing notes:**

# Welcome to your Refinitiv invoice

## Product Summary

| Product category | Net price sub total USD | Tax Total USD | Total Period USD |
|---|---|---|---|
| EXCHANGE PRODUCTS | 0.00 | 0.00 | 0.00 |
| PRODUCTS & SERVICES | 27,404.00 | 2,431.89 | 29,835.89 |
| **Total** | **27,404.00** | **2,431.89** | **29,835.89** |

### Due date: 04.AUG.2022

Total due:     USD

# 29,835.89

## Invoice detail

| Product name | QTY | Unit price | Exchange rate | Price USD | Net price for total period USD | Tax Rate | Tax USD | Total Period USD |
|---|---|---|---|---|---|---|---|---|
| **EXCHANGE PRODUCTS** DOW JONES CASH INDICES DELAYED 01.JUN.2022 - 30.JUN.2022 | 5 | 0.00 USD | 1.00000 | 0.00 | 0.00 | 0.000 | 0.00 | 0.00 |
| **PRODUCTS & SERVICES** AFTER MARKET RESEARCH ADD ON FOR EIKON 01.JUN.2022 - 30.JUN.2022 | 54 | 381.00 USD | 1.00000 | 381.00 | 20,574.00 | 8.875 | 1,825.74 | 22,399.74 |
| **PRODUCTS & SERVICES** EIKON 01.JUN.2022 - 30.JUN.2022 | 5 | 1,366.00 USD | 1.00000 | 1,366.00 | 6,830.00 | 8.875 | 606.15 | 7,436.15 |
| **Total** | | | | | | | | **29,835.89** |

 **How to pay**

To see payment options and details, refer to the next page of this invoice. You must include billing account number A-01458712 and invoice number 99699904 when submitting payment.

 **News**

Adv Mortgage Analytics DM 3 has been renamed to Adv Mortgage Analytics Basic; Adv Mortgage Analytics DM 6 has been renamed to Adv Mortgage Analytics Pro; Adv Mortgage Analytics DM 12 has been renamed to Adv Mortgage Analytics Premium. Pricing & functionality has not been impacted. For additional details, please contact your account manager.

 **Contact**

Telephone: +1 (888) 831 2455
https://my.refinitiv.com/billingsupport



TAX ID: 20-4530702

**INVOICE**

Bernstein, Litowitz, Berger &Grossmann,LLP
Adam Weinschel
1251 Avenue of the Americas
New York NY 10020-1104
USA
Billing account number: **A-01458712**

User address:
Bernstein, Litowitz, Berger & Grossmann,LLP
1251 Avenue of the Americas
New York, NY, 10020-1104, USA
Location account number: A-00425033

Account name: **Bernstein, Litowitz, Berger & Grossmann,LLP**
Invoice number: **99699904**
Invoice date: **06.JUL.2022**

**Billing notes:**

# More
# information

 **How to pay**

| **Remittance information:** | **Electronic payment:** | **Payment terms:** |
|---|---|---|
| You must include billing account number (A-01458712) and invoice number (99699904) when submitting payment. | **Bank of America, NA**<br>100 W 33rd Street<br>New York NY 10001<br>USA | For payment terms please refer to the Agreement. If no payment terms are specified in the Agreement, client will pay the Charges and all applicable taxes and duties (including withholding taxes) within 030 days of the invoice date. |
| Refinitiv US LLC<br>P.O. Box415983 | Account name: REFINITIV US LLC<br>Bank account.: 4426851172<br>Swift code:BOFAUS3N | |
| BOSTON MA 02241<br>USA | ACH Account: 111000012<br>Wire: 026009593<br>Bank code: 111000012<br>Bank branch: | If payment is not received by the due date a finance charge may be imposed. |
| | If you have pre-authorized settlement through automated means, payment will not be taken before 25.JUL.2022<br>No further action is needed to settle this invoice. | |

 **Tax rates**

| Tax rate | Taxable amount | Tax | Exchange Rates: |
|---|---|---|---|
| STATE SALES&USE TAX@4.000% | 27,404.00 | 1,096.16 | |
| CITY SALES&USE TAX@4.500% | 27,404.00 | 1,232.91 | |
| LOCAL SALES&USE TAX@0.375% | 27,404.00 | 102.82 | |
| Total tax | | USD 2,431.89 | |

⊚ **Looking for more?**

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations



TAX ID: 20-4530702

**Lumka Krasniqi**

| | |
|---|---|
| **From:** | Adam Weinschel |
| **Sent:** | Monday, July 25, 2022 9:57 AM |
| **To:** | Accounting |
| **Subject:** | Thomson (EIKON) bill for June |
| **Attachments:** | A-01458712_20220706_0099699904 2022-06.pdf |

This is ok to pay.  Allocation is below.  Invoice is attached.



| Case | Amount |
|---|---|
| 2335-001 Splunk | $1,805.41 |
| **Case Total** | **$22,399.74** |
| **0998-001** | **$7,436.15** |
| **Grand total** | **$29,835.89** |

Adam Weinschel
Director of Institutional Investor Services
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY  10020
Direct: (212) 554-1410
Fax: (212) 554-1444

1

# BILLING SUMMARY

## Bloomberg Industry Group

— Law
— Government
— Tax & Accounting

1801 South Bell Street, Arlington, VA 22202
**Please do not send check to this location**

### Bill To

GARY WESTON
BERNSTEIN LITOWITZ BERGER&GROSSMAN
1251 AVENUE OF THE AMERICAS FL 44
NEW YORK NY  10020-1104

**Please pay within 30 days**

| Contract ID | Bill To No. |
|---|---|
| 00065588 | 1400030994 |

| Document | | Amount |
|---|---|---|
| 6888376249 | INVOICE | 54,987.32  USD |
| 6888376460 | INVOICE | 3,874.59  USD |
| | **Total** | 58,861.91  USD |

Make checks payable and mail to:    **THE BUREAU OF NATIONAL AFFAIRS, INC.**
                                      **P.O. Box 419889, Boston, MA 02241-9889**

To pay through your bank, please refer to the instructions on the last page.
To pay online, go to https://profile.bna.com/profile/payment/ (up to $50,000 annually).
To access licensed users, go to https://profile.bloombergindustry.com/cpoc
For Bloomberg Tax Software Support 1-800-424-2938.
For Bloomberg Law Software Support 1-888-560-2529.

Customer Contact Center, Please call 1-212-318-2000 or click https://www.bloombergindustry.com

# INVOICE

**Bloomberg**
**Industry Group**

— Law
— Government
— Tax & Accounting

1801 South Bell Street, Arlington, VA 22202
**Please do not send check to this location**

PayeeTIN: 53-0040540

| Bill To | Customer |
|---|---|
| GARY WESTON<br>BERNSTEIN LITOWITZ BERGER&GROSSMAN<br>1251 AVENUE OF THE AMERICAS FL 44<br>NEW YORK NY  10020-1104 | GARY WESTON<br>BERNSTEIN LITOWITZ BERGER&GROSSMAN<br>1251 AVENUE OF THE AMERICAS FL 44<br>NEW YORK NY  10020-1104 |

**Please pay within 30 days**

| Invoice | Bill To No. | P.O. | Date |
|---|---|---|---|
| 6888376249 | 1400030994 | | 10/03/2022 |

| Product Description | Qty | Period Start | Period End | Amount | Tax | Gross Amount |
|---|---|---|---|---|---|---|
| BLOOMBERG LAW(BLAW01)<br>FirmWide License<br>Sub-term: 01/01/2022 - 12/31/2022 | 74 | 10/01/2022 | 12/31/2022 | 50,505.00 | 4,482.32 | 54,987.32 |

Make checks payable and mail to:       **THE BUREAU OF NATIONAL AFFAIRS, INC.**
**P.O. Box 419889, Boston, MA 02241-9889**

To pay through your bank, please refer to the instructions on the last page.
To pay online, go to https://profile.bna.com/profile/payment/ (up to $50,000 annually).
To access licensed users, go to https://profile.bloombergindustry.com/cpoc
For Bloomberg Tax Software Support 1-800-424-2938.
For Bloomberg Law Software Support 1-888-560-2529.

| | |
|---|---|
| **Sub-total** | 50,505.00 |
| **8.875% Tax** | 4,482.32 |
| **TOTAL ( USD )** | **54,987.32** |

**PLEASE REFERENCE INVOICE NUMBER 6888376249 WITH PAYMENT**
Customer Contact Center, Please call 1-212-318-2000 or click https://www.bloombergindustry.com

# INVOICE

**Bloomberg Industry Group**



— Law
— Government
— Tax & Accounting

1801 South Bell Street, Arlington, VA 22202
**Please do not send check to this location**

PayeeTIN: 53-0040540

| Bill To | Customer |
|---|---|
| GARY WESTON<br>BERNSTEIN LITOWITZ BERGER&GROSSMAN<br>1251 AVENUE OF THE AMERICAS FL 44<br>NEW YORK NY  10020-1104 | GARY WESTON<br>BERNSTEIN LITOWITZ BERGER&GROSSMAN<br>1251 AVENUE OF THE AMERICAS FL 44<br>NEW YORK NY  10020-1104 |

**Please pay within 30 days**

| Invoice | Bill To No. | P.O. | Date |
|---|---|---|---|
| 6888376460 | 1400030994 | | 10/03/2022 |

| Product Description | Qty | Period Start | Period End | Amount | Tax | Gross Amount |
|---|---|---|---|---|---|---|
| CONVERGENCE - FIRMWIDE(BNCV01)<br>FirmWide License<br>Sub-term: 01/01/2022 - 12/31/2022 | 74 | 10/01/2022 | 12/31/2022 | 3,558.75 | 315.84 | 3,874.59 |

Make checks payable and mail to:     **THE BUREAU OF NATIONAL AFFAIRS, INC.**
**P.O. Box 419889, Boston, MA 02241-9889**

To pay through your bank, please refer to the instructions on the last page.
To pay online, go to https://profile.bna.com/profile/payment/ (up to $50,000 annually).
To access licensed users, go to https://profile.bloombergindustry.com/cpoc
For Bloomberg Tax Software Support 1-800-424-2938.
For Bloomberg Law Software Support 1-888-560-2529.

| Sub-total | 3,558.75 |
|---|---|
| 8.875% Tax | 315.84 |
| **TOTAL ( USD )** | **3,874.59** |

**PLEASE REFERENCE INVOICE NUMBER 6888376460 WITH PAYMENT**
Customer Contact Center, Please call 1-212-318-2000 or click https://www.bloombergindustry.com

# Lauren Ferguson

| | |
|---|---|
| **From:** | Gary Weston |
| **Sent:** | Tuesday, October 25, 2022 11:30 AM |
| **To:** | Accounting |
| **Subject:** | Bernstein 4th Quarter 2022 Invoice and Breakdown |
| **Attachments:** | Bloomberg Industry Group Invoice_0307054918.PDF; Bernstein 4th Quarter 2022.xlsx |

Good morning,

Please see the attached for process.  Thanks

Gary Weston
Director of Paralegals
**BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas, 44th Fl.
New York, NY 10020
O: 212-554-1408
C: 646-241-2151



2335-001 Splunk                    $1,201.25

$58,861.91

# BILLING SUMMARY

**Bloomberg Industry Group**

— Law
— Government
— Tax & Accounting

1801 South Bell Street, Arlington, VA 22202
**Please do not send check to this location**

**Bill To**

GARY WESTON
BERNSTEIN LITOWITZ BERGER&GROSSMAN
1251 AVENUE OF THE AMERICAS FL 44
NEW YORK NY  10020-1104

|  | **Contract ID**<br>00090170 | **Bill To No.**<br>1400030994 |
|---|---|---|

**Please pay within 30 days**

| Document | | Amount |
|---|---|---|
| 6888391802 | INVOICE | 61,198.64  USD |
| | **Total** | 61,198.64  USD |

Make checks payable and mail to:        **BLOOMBERG INDUSTRY GROUP, INC.**
                                                              **P.O. Box 419889, Boston, MA 02241-9889**

To pay through your bank, please refer to the instructions on the last page.
To pay online, go to https://profile.bloombergindustry.com/profile/payment/ (up to $50,000 annually).
To access licensed users, go to https://profile.bloombergindustry.com/cpoc
For Bloomberg Tax Software Support 1-800-424-2938.
For Bloomberg Law Software Support 1-888-560-2529.

Customer Contact Center, Please call 1-212-318-2000 or click https://www.bloombergindustry.com

# INVOICE



**Bloomberg Industry Group**

— Law
— Government
— Tax & Accounting

1801 South Bell Street, Arlington, VA 22202
**Please do not send check to this location**

PayeeTIN: 53-0040540

| Bill To | Customer |
|---|---|
| GARY WESTON<br>BERNSTEIN LITOWITZ BERGER&GROSSMAN<br>1251 AVENUE OF THE AMERICAS FL 44<br>NEW YORK NY  10020-1104 | GARY WESTON<br>BERNSTEIN LITOWITZ BERGER&GROSSMAN<br>1251 AVENUE OF THE AMERICAS FL 44<br>NEW YORK NY  10020-1104 |

**Please pay within 30 days**

| Invoice | Bill To No. | P.O. | Date |
|---|---|---|---|
| 6888391802 | 1400030994 | | 01/19/2023 |

| Product Description | Qty | Period Start | Period End | Amount | Tax | Gross Amount |
|---|---|---|---|---|---|---|
| BLOOMBERG LAW(BLAW01)<br>FirmWide License<br>Sub-term: 01/01/2023 - 12/31/2023 | 77 | 01/01/2023 | 03/31/2023 | 56,210.00 | 4,988.64 | 61,198.64 |

Make checks payable and mail to:    **BLOOMBERG INDUSTRY GROUP, INC.**
**P.O. Box 419889, Boston, MA 02241-9889**

To pay through your bank, please refer to the instructions on the last page.
To pay online, go to https://profile.bloombergindustry.com/profile/payment/ (up to $50,000 annually).
To access licensed users, go to https://profile.bloombergindustry.com/cpoc
For Bloomberg Tax Software Support 1-800-424-2938.
For Bloomberg Law Software Support 1-888-560-2529.

| Sub-total | 56,210.00 |
|---|---|
| 8.875% Tax | 4,988.64 |
| **TOTAL ( USD )** | **61,198.64** |

**PLEASE REFERENCE INVOICE NUMBER 6888391802 WITH PAYMENT**
Customer Contact Center, Please call 1-212-318-2000 or click https://www.bloombergindustry.com

## Lauren Ferguson

| | |
|---|---|
| **From:** | Gary Weston |
| **Sent:** | Tuesday, January 24, 2023 3:40 PM |
| **To:** | Accounting |
| **Subject:** | Bloomberg 1st Quarter 2023 Invoice and Breakdown |
| **Attachments:** | Bloomberg Industry Group Invoice_0307295664.PDF; Bernstein 1st Quarter 2023.xlsx |
| | |
| **Categories:** | saved in HO |

Good afternoon,

Please see the attached for process.  Thanks

Gary Weston
Director of Paralegals
**BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas, 44th Fl.
New York, NY 10020
O: 212-554-1408
C: 646-241-2151

1



2335-001 Splunk                    $1,201.25



$61,198.64

# BILLING SUMMARY

**Bloomberg Industry Group**

— Law
— Government
— Tax & Accounting

1801 South Bell Street, Arlington, VA 22202
**Please do not send check to this location**

**Bill To**

GARY WESTON
BERNSTEIN LITOWITZ BERGER&GROSSMAN
1251 AVENUE OF THE AMERICAS FL 44
NEW YORK NY  10020-1104

**Please pay within 30 days**

| | Contract ID | Bill To No. |
|---|---|---|
| | 00090170 | 1400030994 |

| Document | | Amount |
|---|---|---|
| 6888400426 | INVOICE | 61,198.64  USD |
| | **Total** | 61,198.64  USD |

Make checks payable and mail to:      **BLOOMBERG INDUSTRY GROUP, INC.**
                                       **P.O. Box 419889, Boston, MA 02241-9889**

To pay through your bank, please refer to the instructions on the last page.
To pay online, go to https://profile.bloombergindustry.com/profile/payment/ (up to $50,000 annually).
To access licensed users, go to https://profile.bloombergindustry.com/cpoc
For Bloomberg Tax Software Support 1-800-424-2938.
For Bloomberg Law Software Support 1-888-560-2529.

Customer Contact Center, Please call 1-212-318-2000 or click https://www.bloombergindustry.com

# INVOICE

**Bloomberg Industry Group**

— Law
— Government
— Tax & Accounting

1801 South Bell Street, Arlington, VA 22202
**Please do not send check to this location**

PayeeTIN: 53-0040540

| Bill To | Customer |
|---|---|
| GARY WESTON<br>BERNSTEIN LITOWITZ BERGER&GROSSMAN<br>1251 AVENUE OF THE AMERICAS FL 44<br>NEW YORK NY  10020-1104 | GARY WESTON<br>BERNSTEIN LITOWITZ BERGER&GROSSMAN<br>1251 AVENUE OF THE AMERICAS FL 44<br>NEW YORK NY  10020-1104 |

**Please pay within 30 days**

| Invoice | Bill To No. | P.O. | Date |
|---|---|---|---|
| 6888400426 | 1400030994 | | 04/03/2023 |

| Product Description | Qty | Period Start | Period End | Amount | Tax | Gross Amount |
|---|---|---|---|---|---|---|
| BLOOMBERG LAW(BLAW01)<br>FirmWide License<br>Sub-term: 01/01/2023 - 12/31/2023 | 77 | 04/01/2023 | 06/30/2023 | 56,210.00 | 4,988.64 | 61,198.64 |

Make checks payable and mail to:    **BLOOMBERG INDUSTRY GROUP, INC.**
**P.O. Box 419889, Boston, MA 02241-9889**

To pay through your bank, please refer to the instructions on the last page.
To pay online, go to https://profile.bloombergindustry.com/profile/payment/ (up to $50,000 annually).
To access licensed users, go to https://profile.bloombergindustry.com/cpoc
For Bloomberg Tax Software Support 1-800-424-2938.
For Bloomberg Law Software Support 1-888-560-2529.

| Sub-total | 56,210.00 |
|---|---|
| 8.875% Tax | 4,988.64 |
| **TOTAL ( USD )** | **61,198.64** |

**PLEASE REFERENCE INVOICE NUMBER 6888400426 WITH PAYMENT**
Customer Contact Center, Please call 1-212-318-2000 or click https://www.bloombergindustry.com



2335-001 Splunk                    $1,201.26


$61,198.64

# BILLING SUMMARY

**Bloomberg Industry Group**



— Law
— Government
— Tax & Accounting

1801 South Bell Street, Arlington, VA 22202
**Please do not send check to this location**

### Bill To

GARY WESTON
BERNSTEIN LITOWITZ BERGER&GROSSMAN
1251 AVENUE OF THE AMERICAS FL 44
NEW YORK NY  10020-1104

**Please pay within 30 days**

| | Contract ID | Bill To No. |
|---|---|---|
| | 00090170 | 1400030994 |

| Document | | Amount |
|---|---|---|
| 6888410256 | INVOICE | 61,198.64  USD |
| | **Total** | 61,198.64  USD |

Make checks payable and mail to:    **BLOOMBERG INDUSTRY GROUP, INC.**
                                      **P.O. Box 419889, Boston, MA 02241-9889**

To pay through your bank, please refer to the instructions on the last page.
To pay online, go to https://profile.bloombergindustry.com/profile/payment/ (up to $50,000 annually).
To access licensed users, go to https://profile.bloombergindustry.com/cpoc
For Bloomberg Tax Software Support 1-800-424-2938.
For Bloomberg Law Software Support 1-888-560-2529.

Customer Contact Center, Please call 1-212-318-2000 or click https://www.bloombergindustry.com

# INVOICE

**Bloomberg Industry Group**



— Law
— Government
— Tax & Accounting

1801 South Bell Street, Arlington, VA 22202
**Please do not send check to this location**

PayeeTIN: 53-0040540

| Bill To | Customer |
|---|---|
| GARY WESTON<br>BERNSTEIN LITOWITZ BERGER&GROSSMAN<br>1251 AVENUE OF THE AMERICAS FL 44<br>NEW YORK NY 10020-1104 | GARY WESTON<br>BERNSTEIN LITOWITZ BERGER&GROSSMAN<br>1251 AVENUE OF THE AMERICAS FL 44<br>NEW YORK NY 10020-1104 |

**Please pay within 30 days**

| | Invoice | Bill To No. | P.O. | Date |
|---|---|---|---|---|
| | 6888410256 | 1400030994 | | 07/03/2023 |

| Product Description | Qty | Period Start | Period End | Amount | Tax | Gross Amount |
|---|---|---|---|---|---|---|
| BLOOMBERG LAW(BLAW01)<br>FirmWide License<br>Sub-term: 01/01/2023 - 12/31/2023 | 77 | 07/01/2023 | 09/30/2023 | 56,210.00 | 4,988.64 | 61,198.64 |

Make checks payable and mail to: **BLOOMBERG INDUSTRY GROUP, INC.**
**P.O. Box 419889, Boston, MA 02241-9889**

To pay through your bank, please refer to the instructions on the last page.
To pay online, go to https://profile.bloombergindustry.com/profile/payment/ (up to $50,000 annually).
To access licensed users, go to https://profile.bloombergindustry.com/cpoc
For Bloomberg Tax Software Support 1-800-424-2938.
For Bloomberg Law Software Support 1-888-560-2529.

| Sub-total | 56,210.00 |
|---|---|
| 8.875% Tax | 4,988.64 |
| **TOTAL ( USD )** | **61,198.64** |

**PLEASE REFERENCE INVOICE NUMBER 6888410256 WITH PAYMENT**
Customer Contact Center, Please call 1-212-318-2000 or click https://www.bloombergindustry.com



2335-001 Splunk                  $1,201.26


$61,198.64

# BILLING SUMMARY



**Bloomberg Industry Group**

— Law
— Government
— Tax & Accounting

1801 South Bell Street, Arlington, VA 22202
**Please do not send check to this location**

**Bill To**

GARY WESTON
BERNSTEIN LITOWITZ BERGER&GROSSMAN
1251 AVENUE OF THE AMERICAS FL 44
NEW YORK NY  10020-1104

**Please pay within 30 days**

| | **Contract ID** 00090170 | **Bill To No.** 1400030994 |
|---|---|---|

| Document | | Amount |
|---|---|---|
| 6888422586 | INVOICE | 61,198.64  USD |
| | **Total** | 61,198.64  USD |

Make checks payable and mail to:    **BLOOMBERG INDUSTRY GROUP, INC.**
**P.O. Box 419889, Boston, MA 02241-9889**

To pay through your bank, please refer to the instructions on the last page.
To pay online, go to https://profile.bloombergindustry.com/profile/payment/ (up to $50,000 annually).
To access licensed users, go to https://profile.bloombergindustry.com/cpoc
For Bloomberg Tax Software Support 1-800-424-2938.
For Bloomberg Law Software Support 1-888-560-2529.

Customer Contact Center, Please call 1-212-318-2000 or click https://www.bloombergindustry.com

# INVOICE

**Bloomberg Industry Group**

— Law
— Government
— Tax & Accounting

1801 South Bell Street, Arlington, VA 22202
**Please do not send check to this location**

PayeeTIN: 53-0040540

| Bill To | Customer |
|---|---|
| GARY WESTON<br>BERNSTEIN LITOWITZ BERGER&GROSSMAN<br>1251 AVENUE OF THE AMERICAS FL 44<br>NEW YORK NY  10020-1104 | GARY WESTON<br>BERNSTEIN LITOWITZ BERGER&GROSSMAN<br>1251 AVENUE OF THE AMERICAS FL 44<br>NEW YORK NY  10020-1104 |

**Please pay within 30 days**

| Invoice | Bill To No. | P.O. | Date |
|---|---|---|---|
| 6888422586 | 1400030994 | | 10/02/2023 |

| Product Description | Qty | Period Start | Period End | Amount | Tax | Gross Amount |
|---|---|---|---|---|---|---|
| BLOOMBERG LAW(BLAW01)<br>FirmWide License<br>Sub-term: 01/01/2023 - 12/31/2023 | 77 | 10/01/2023 | 12/31/2023 | 56,210.00 | 4,988.64 | 61,198.64 |

Make checks payable and mail to:     **BLOOMBERG INDUSTRY GROUP, INC.**
**P.O. Box 419889, Boston, MA 02241-9889**

To pay through your bank, please refer to the instructions on the last page.
To pay online, go to https://profile.bloombergindustry.com/profile/payment/ (up to $50,000 annually).
To access licensed users, go to https://profile.bloombergindustry.com/cpoc
For Bloomberg Tax Software Support 1-800-424-2938.
For Bloomberg Law Software Support 1-888-560-2529.

| Sub-total | 56,210.00 |
|---|---|
| 8.875% Tax | 4,988.64 |
| **TOTAL ( USD )** | **61,198.64** |

**PLEASE REFERENCE INVOICE NUMBER 6888422586 WITH PAYMENT**
Customer Contact Center, Please call 1-212-318-2000 or click https://www.bloombergindustry.com

**Ayrton Dimitri**

| | |
|---|---|
| **From:** | Gary Weston |
| **Sent:** | Monday, November 6, 2023 4:13 PM |
| **To:** | Accounting |
| **Subject:** | Bloomberg Industry Group FirmWide License Invoice and Allocation |
| **Attachments:** | Bloomberg Industry Group Invoice_0307807596.PDF; Bernstein 4th Quarter 2023.xlsx |

Hello,

Please see the attached for payment.

Thanks

Gary Weston, RP
Managing Director of Paralegals
**BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas, 44th Fl.
New York, NY 10020
O: 212-554-1408
C: 646-241-2151

1

| Matter | Amount |
|---|---|

| 2335-001 | $1,201.26 |


$61,198.64

# Invoice


**THOMSON REUTERS®**

Thomson Reuters
West Publishing Corporation
610 Opperman Drive
Eagan MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 844989163
Account #: 1000655554
Invoice date: September 1, 2021
Purchase order #:

BERNSTEIN LITOWITZ BERGER ET AL
TEMP ACCESS WL
1251 AVENUE OF THE AMERICAS FL 44
NEW YORK, NY 10020-1104

|  |
|---|
| Total Due in USD |
| **58,552.96** |
| Payment Due by |
| **October 1, 2021** |

| Summary | Charge USD | Tax USD | Total USD |
|---|---|---|---|
| ONLINE/SOFTWARE SUBSCRIPTION CHARGES | 53,780.00 | 4,772.96 | 58,552.96 |
| ONLINE/SOFTWARE OUT OF PLAN CHARGES | 0.00 | 0.00 | 0.00 |
| **TOTAL INVOICE AMOUNT** | **53,780.00** | **4,772.96** | **58,552.96** |

**Billing Note**
Find information on how to read your invoice and other commonly asked billing questions under the Billing, payment, returns & refunds section online at legal.thomsonreuters.com/en/support.

---

**Self-Service online resources**

Sign up for E-delivery of invoices at http://ebilling.thomsonreuters.com

To manage your account sign up at MyAccount: http://myaccount.tr.com/westlaw

For online support contact us at http://legal.thomsonreuters.com/en/support

1000655554    Z

**Include this portion with your payment    -    Folding and stapling may delay your payment.**

**BERNSTEIN LITOWITZ BERGER ET AL**
Invoice #: 844989163
Account #: 1000655554
Invoice date: September 1, 2021
Federal Tax ID: 41-1426973
VAT reg #: EU372021573/GB369490158

Invoice due date: October 1, 2021
Amount due in USD: 58,552.96

**Amount enclosed:** _____

**Pay online:**
Log on to http://myaccount.tr.com/westlaw
to make the payment electronically. Set up your payment to be withdrawn electronically using direct debit or credit card.

**Please make checks payable to:**

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

0844989163 0000000000000000000000 20210901 ZCPG 005855296 0010 1000655554 5

# Information and **payment details**

 **THOMSON REUTERS**®



##  Self-service online resources

**http://myaccount.tr.com/westlaw**
• Manage payments online and review account balances
• Update addresses and review order status
• View and download invoice details
• Manage online users' access

**http://www.quickview.com**
• Obtain free usage reporting for cost recovery
• Obtain eDiscovery matter details

**http://ebilling.thomsonreuters.com**
• Go Green with eInvoicing for time savings and convenience

**https://mytr.thomsonreuters.com/content/MYTR/autopay.html**
• Easily and quickly enroll in our Autopay program
• Easily make updates after setup

##  Contact us online

**https://legal.thomsonreuters.com/en/support**
• Provides answers to commonly asked questions and web forms for submitting account-related requests

## Thomson Reuters tax information

**Canadian registration numbers**
Canada GST/HST: 13641 8480 RT0001
British Columbia PST: PST-1000-4632
Quebec QST: 1021623993 TQ001
Saskatchewan PST: 1895663

**VAT Reg Numbers**          **Federal Tax ID**
EU372021573                  41-1426973
GB369490158

##  Return policy

• If you are not completely satisfied with the products you purchase from West (Thomson Reuters), you may return them. In order to receive credit, returns must be received within 45 days of the ship date. If a return is received after 45 days, we regret that we cannot issue a refund or send the merchandise back to you. The ship date can be found online at My Account (http://myaccount.tr.com/westlaw).

• Please note that products included within programs such as, but not limited to, Library Maintenance Agreement/Library Management Arrangement, Library Savings Plan, West Complete, Assured Print Pricing, WestPack, and Special Offer agreements cannot be separately cancelled or returned and are nonrefundable. These programs provide our most favorable terms, and titles within these programs are not eligible for refund.

• To ensure accurate processing, simply return merchandise in its original packaging via a trackable shipping method and insure the merchandise for its value. Always enclose a copy of the original delivery or billing document and include a brief explanation of the reason for the return. All expenses associated with returns are the responsibility of the customer. Customers will forfeit any applicable discounts when returning part of a promotional sale. To verify our receipt of your return and any credit applied, access the Returns History section in My Account (http://myaccount.tr.com/westlaw).

• The return policy does not apply to online, hosted, software, or Thomson Reuters ProView® eBook products. Please refer to your order form.

## Payment options and terms

Include your invoice number to assist with applying your payment or email the remittance to west.arpaymentcenter@thomsonreuters.com

**Pay online**
To make a payment online or sign up for Autopay, please visit
http://myaccount.tr.com/westlaw

**Electronic payments in US currency should be issued to**
West Publishing Corporation
BMO Harris Bank N.A.,
111 West Monroe Street, 9th Floor West, Chicago IL 60603
Bank Routing #:  071000288
Bank Account #:  4445615
SWIFT Code:  HATRUS44

Electronic payment details for other currencies
**http://legal.tr.com/electronic-funds-transfer**

**Pay via phone**
To make a payment via telephone, please call 1-800-328-4880 Say "*Account Services*," then provide account number, say "*make a payment.*"

**Check**
Check payments should be mailed to the address on the front of invoice in the remittance section. To ensure timely application, return the remittance portion with your check payment.

• Terms: Net 30; products are shipped FOB shipping point
• Please do not enclose cash or additional correspondence
• Payments marked "paid in full," or with any other restrictive language, shall not operate as an accord and satisfaction without the prior written approval of West (Thomson Reuters).

# Invoice

**THOMSON REUTERS**®

Thomson Reuters
West Publishing Corporation
610 Opperman Drive
Eagan MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 844989163
Account #: 1000655554
Invoice date: September 1, 2021
Purchase order #:

## Product summary **all locations**

### Online/Software Subscription Charges

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| August 1, 2021 - August 31, 2021 | | | | |
| Westlaw LiveNote Multi-Loc Agreement, Special offer (Unique Identifier 0000020260) | | | | |
| DOWNLOADED SOFTWARE | | 3,780.00 | 335.48 | 4,115.48 |
| August 1, 2021 - August 31, 2021 | | | | |
| Westlaw Multi-Loc Agreement, Special offer (Unique Identifier 0000044491) | | | | |
| DATABASE CHARGES | | 49,035.00 | 4,351.84 | 53,386.84 |
| SOFTWARE AS A SERVICE | | 0.00 | 0.00 | 0.00 |
| DATABASE CHARGES | | 965.00 | 85.64 | 1,050.64 |
| **Subtotal** | | **50,000.00** | **4,437.48** | **54,437.48** |

**Online/Software Subscription Charges Total USD**
**58,552.96**

### Online/Software Out of Plan Charges
Usage Period: August 1, 2021 - August 31, 2021

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| DOCKETS IMAGES | 21 | 0.00 | 0.00 | 0.00 |
| DOCKETS TRACK | 6 | 0.00 | 0.00 | 0.00 |

*The values displayed are net totals. If adjustments were applied see the Account location detail pages for additional information.*

**Online/Software Out of Plan Charges Total USD**
**0.00**

**Total USD**
**58,552.96**

## Invoice

**THOMSON REUTERS**®

Thomson Reuters
West Publishing Corporation
610 Opperman Drive
Eagan MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 844989163
Account #: 1000655554
Invoice date: September 1, 2021
Purchase order #:

## Account totals by location

| Location | Subscription Charges USD | Out of Plan Charges USD | Tax USD | Total USD |
|---|---|---|---|---|
| 1000590834<br>Reference # 6143797654<br>BERNSTEIN LITOWITZ BERGER ET AL<br>CHARLIE CRUZ<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1104 | 9,763.00 | 0.00 | 866.45 | 10,629.45 |
| 1000655554<br>Reference # 6143797660<br>BERNSTEIN LITOWITZ BERGER ET AL<br>CHRISTOPHER REDLICH<br>1251 AVENUE OF THE AMERICAS FL 44<br>NEW YORK NY 10020-1104 | 44,017.00 | 0.00 | 3,906.51 | 47,923.51 |

**TOTAL USD**
**58,552.96**

# Invoice



Thomson Reuters
West Publishing Corporation
610 Opperman Drive
Eagan MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 844989163
Account #: 1000655554
Invoice date: September 1, 2021
Purchase order #:

## Account location detail

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| 1000590834 Reference # 6143797654 BERNSTEIN LITOWITZ BERGER ET AL CHARLIE CRUZ 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104 | | | | |
| **Online/Software Subscription Charges** | | | | |
| August 1, 2021 - August 31, 2021 Westlaw LiveNote Multi-Loc Agreement, Special offer (Unique Identifier 0000020260) | | | | |
| DOWNLOADED SOFTWARE | | 756.00 | 67.10 | 823.10 |
| August 1, 2021 - August 31, 2021 Westlaw Multi-Loc Agreement, Special offer  (Unique Identifier 0000044491) | | | | |
| DATABASE CHARGES | | 8,524.50 | 756.53 | 9,281.03 |
| SOFTWARE AS A SERVICE | | 0.00 | 0.00 | 0.00 |
| DATABASE CHARGES | | 482.50 | 42.82 | 525.32 |
| **Subtotal** | | **9,007.00** | **799.35** | **9,806.35** |

**Online/Software Subscription Charges Total USD**
**10,629.45**

**Online/Software Out of Plan Charges**
Usage Period: August 1, 2021 - August 31, 2021

| | | | | |
|---|---|---|---|---|
| DOCKETS IMAGES | 20 | 100.00 | | |
| LESS OFFER CREDIT | | -100.00 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |
| DOCKETS TRACK | 6 | 60.00 | | |
| LESS OFFER CREDIT | | -60.00 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |

**Online/Software Out of Plan Charges Total USD**
**0.00**

**Location Total USD**
**10,629.45**

*Indicates system credit*

*Continued on next page*

**Invoice**

**BERNSTEIN LITOWITZ BERGER ET AL**

**THOMSON REUTERS** ®

Thomson Reuters
West Publishing Corporation
610 Opperman Drive
Eagan MN 55123-1396

Invoice #: 844989163
Account #: 1000655554
Invoice date: September 1, 2021
Purchase order #:

## Account **location detail**

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| 1000655554 | | | | |
| Reference # 6143797660 | | | | |
| BERNSTEIN LITOWITZ BERGER ET AL | | | | |
| CHRISTOPHER REDLICH | | | | |
| 1251 AVENUE OF THE AMERICAS FL 44 | | | | |
| NEW YORK NY 10020-1104 | | | | |
| **Online/Software Subscription Charges** | | | | |
| August 1, 2021 - August 31, 2021 | | | | |
| Westlaw LiveNote Multi-Loc Agreement, Special offer (Unique Identifier 0000020260) | | | | |
| DOWNLOADED SOFTWARE | | 3,024.00 | 268.38 | 3,292.38 |
| August 1, 2021 - August 31, 2021 | | | | |
| Westlaw Multi-Loc Agreement, Special offer  (Unique Identifier 0000044491) | | | | |
| DATABASE CHARGES | | 40,510.50 | 3,595.31 | 44,105.81 |
| SOFTWARE AS A SERVICE | | 0.00 | 0.00 | 0.00 |
| DATABASE CHARGES | | 482.50 | 42.82 | 525.32 |
| **Subtotal** | | **40,993.00** | **3,638.13** | **44,631.13** |

**Online/Software Subscription Charges Total USD**
**47,923.51**

**Online/Software Out of Plan Charges**
Usage Period: August 1, 2021 - August 31, 2021

| | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| DOCKETS IMAGES | 1 | 5.00 | | |
| LESS OFFER CREDIT | | -5.00 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |

**Online/Software Out of Plan Charges Total USD**
**0.00**

**Location Total USD**
**47,923.51**

**Total USD**
**58,552.96**

*Indicates system credit

**BERNSTEIN LITOWITZ BERGER ET AL**



Thomson Reuters
West Publishing Corporation
610 Opperman Drive
Eagan MN 55123-1396

# Monthly account summary

**Account #:** 1000655554

## Charges cleared between August 2, 2021 and September 1, 2021

| Document date | Document # | Description | Amount USD | Notes |
|---|---|---|---|---|
| 08/18/2021 | 6143307958 | New Sale Invoice | 163.31 | WCX MONTHLY WATCH |
| 08/31/2021 | 000033944 | Payment Received | -163.31 | PAYMENT RECEIVED - THANK YOU |
| 07/03/2021 | 6142736921 | New Sale Invoice | 163.31 | WCX MONTHLY WATCH |
| 08/01/2021 | 000033842 | Payment Received | -163.31 | PAYMENT RECEIVED - THANK YOU |
| 07/26/2021 | 0844741049 | Subscription Invoice | 140.00 | |
| 08/19/2021 | 000033892 | Payment Received | -140.00 | PAYMENT RECEIVED - THANK YOU |
| 08/01/2021 | 0844828359 | Invoice | 58,552.96 | |
| 08/24/2021 | 000033911 | Payment Received | -58,552.96 | PAYMENT RECEIVED - THANK YOU |

## Open charges as of September 1, 2021

| Document date | Document # | Description | Amount USD | Notes | Due Date |
|---|---|---|---|---|---|
| 08/26/2021 | 0844903893 | Subscription Invoice | 140.00 | | 09/25/2021 |
| 09/01/2021 | 0844989163 | Invoice | 58,552.96 | | 10/01/2021 |
| 09/02/2021 | 6143655235 | New Sale Invoice | 163.31 | WCX MONTHLY WATCH | 10/02/2021 |

Open charges in USD as of September 1, 2021      **58,856.27**

The Monthly account summary is a comprehensive report of all account activity for the current subscription billing period. Payments made within the last 48 hours may not be included. Go to http://myaccount.tr.com/westlaw if more details are needed around these invoices or payments.

If you have questions about your outstanding balance, please contact our Accounts Receivable department by calling 1-800-522-0552 and select account information.

| Row Labels | Narrative | Sum of Total Charge |
| --- | --- | --- |





2335-001                                          2,595.72



Grand Total                                       58,552.96

# Invoice

**THOMSON REUTERS®**

Thomson Reuters
West Publishing Corporation
610 Opperman Drive
Eagan MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 845152568
Account #: 1000655554
Invoice date: October 1, 2021
Purchase order #:

BERNSTEIN LITOWITZ BERGER ET AL
TEMP ACCESS WL
1251 AVENUE OF THE AMERICAS FL 44
NEW YORK, NY 10020-1104

| | |
|---|---|
| Total Due in USD | **81,111.88** |
| Payment Due by | **October 31, 2021** |

| Summary | Charge USD | Tax USD | Total USD |
|---|---|---|---|
| ONLINE/SOFTWARE SUBSCRIPTION CHARGES | 74,500.00 | 6,611.88 | 81,111.88 |
| ONLINE/SOFTWARE OUT OF PLAN CHARGES | 0.00 | 0.00 | 0.00 |
| **TOTAL INVOICE AMOUNT** | **74,500.00** | **6,611.88** | **81,111.88** |

**Billing Note**

Find information on how to read your invoice and other commonly asked billing questions under the Billing, payment, returns & refunds section online at legal.thomsonreuters.com/en/support.

---

**Self-Service online resources**

Sign up for E-delivery of invoices at http://ebilling.thomsonreuters.com

To manage your account sign up at MyAccount: http://myaccount.tr.com/westlaw

For online support contact us at http://legal.thomsonreuters.com/en/support

1000655554      Z

**Include this portion with your payment   -  Folding and stapling may delay your payment.**

**BERNSTEIN LITOWITZ BERGER ET AL**
Invoice #: 845152568
Account #: 1000655554
Invoice date: October 1, 2021
Federal Tax ID: 41-1426973
VAT reg #: EU372021573/GB369490158

Invoice due date: October 31, 2021
Amount due in USD: 81,111.88

**Amount enclosed:** _____

**Pay online:**
Log on to http://myaccount.tr.com/westlaw
to make the payment electronically. Set up your payment to be withdrawn electronically using direct debit or credit card.

**Please make checks payable to:**

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

084515256å 0000000000000000000000000 20211001 ZCPG 00å111188 0010 1000655554 3

# Information and **payment details**

 THOMSON REUTERS®

 **Self-service online resources**

**http://myaccount.tr.com/westlaw**
• Manage payments online and review account balances
• Update addresses and review order status
• View and download invoice details
• Manage online users' access

**http://www.quickview.com**
• Obtain free usage reporting for cost recovery
• Obtain eDiscovery matter details

**http://ebilling.thomsonreuters.com**
• Go Green with eInvoicing for time savings and convenience

**https://mytr.thomsonreuters.com/content/MYTR/autopay.html**
• Easily and quickly enroll in our Autopay program
• Easily make updates after setup

 **Contact us online**

**https://legal.thomsonreuters.com/en/support**
• Provides answers to commonly asked questions and web forms for submitting account-related requests

**Thomson Reuters tax information**

**Canadian registration numbers**
Canada GST/HST: 13641 8480 RT0001
British Columbia PST: PST-1000-4632
Quebec QST: 1021623993 TQ001
Saskatchewan PST: 1895663

**VAT Reg Numbers**        **Federal Tax ID**
EU372021573               41-1426973
GB369490158

 **Return policy**

• If you are not completely satisfied with the products you purchase from West (Thomson Reuters), you may return them. In order to receive credit, returns must be received within 45 days of the ship date. If a return is received after 45 days, we regret that we cannot issue a refund or send the merchandise back to you. The ship date can be found online at My Account (http://myaccount.tr.com/westlaw).

• Please note that products included within programs such as, but not limited to, Library Maintenance Agreement/Library Management Arrangement, Library Savings Plan, West Complete, Assured Print Pricing, WestPack, and Special Offer agreements cannot be separately cancelled or returned and are nonrefundable. These programs provide our most favorable terms, and titles within these programs are not eligible for refund.

• To ensure accurate processing, simply return merchandise in its original packaging via a trackable shipping method and insure the merchandise for its value. Always enclose a copy of the original delivery or billing document and include a brief explanation of the reason for the return. All expenses associated with returns are the responsibility of the customer. Customers will forfeit any applicable discounts when returning part of a promotional sale. To verify our receipt of your return and any credit applied, access the Returns History section in My Account (http://myaccount.tr.com/westlaw).

• The return policy does not apply to online, hosted, software, or Thomson Reuters ProView® eBook products. Please refer to your order form.

# Payment options and terms

Include your invoice number to assist with applying your payment or email the remittance to west.arpaymentcenter@thomsonreuters.com

**Pay online**
To make a payment online or sign up for Autopay, please visit
http://myaccount.tr.com/westlaw

**Electronic payments in US currency should be issued to**
West Publishing Corporation
BMO Harris Bank N.A.,
111 West Monroe Street, 9th Floor West, Chicago IL 60603
Bank Routing #:  071000288
Bank Account #:  4445615
SWIFT Code:  HATRUS44

Electronic payment details for other currencies
**http://legal.tr.com/electronic-funds-transfer**

**Pay via phone**
To make a payment via telephone, please call 1-800-328-4880
Say "*Account Services*," then provide account number, say "*make a payment.*"

**Check**
Check payments should be mailed to the address on the front of invoice in the remittance section. To ensure timely application, return the remittance portion with your check payment.

• Terms: Net 30; products are shipped FOB shipping point
• Please do not enclose cash or additional correspondence
• Payments marked "paid in full," or with any other restrictive language, shall not operate as an accord and satisfaction without the prior written approval of West (Thomson Reuters).

**Invoice**

 **THOMSON REUTERS®**

Thomson Reuters
West Publishing Corporation
610 Opperman Drive
Eagan MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 845152568
Account #: 1000655554
Invoice date: October 1, 2021
Purchase order #:

## Product summary **all locations**

### Online/Software Subscription Charges

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| September 1, 2021 - September 30, 2021 | | | | |
| Westlaw LiveNote Multi-Loc Agreement, Special offer (Unique Identifier 0000020260) | | | | |
|    DOWNLOADED SOFTWARE | | 3,780.00 | 335.48 | 4,115.48 |
| September 1, 2021 - September 30, 2021 | | | | |
| Westlaw Multi-Loc Agreement, Special offer (Unique Identifier 0000044491) | | | | |
|    DATABASE CHARGES | | 69,355.00 | 6,155.26 | 75,510.26 |
|    SOFTWARE AS A SERVICE | | 0.00 | 0.00 | 0.00 |
|    DATABASE CHARGES | | 1,365.00 | 121.14 | 1,486.14 |
| **Subtotal** | | **70,720.00** | **6,276.40** | **76,996.40** |

**Online/Software Subscription Charges Total USD**
**81,111.88**

### Online/Software Out of Plan Charges
Usage Period: September 1, 2021 - September 30, 2021

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| DOCKETS IMAGES | 1 | 0.00 | 0.00 | 0.00 |
| DOCKETS TRACK | 5 | 0.00 | 0.00 | 0.00 |
| WOLTERS KLUWER - CCH TIME CLASS | 4:06 | 0.00 | 0.00 | 0.00 |
| WOLTERS KLUWER - CCH WESTLAW LINES | 1296 | 0.00 | 0.00 | 0.00 |

*The values displayed are net totals. If adjustments were applied see the Account location detail pages for additional information.*

**Online/Software Out of Plan Charges Total USD**
**0.00**

**Total USD**
**81,111.88**

## Invoice

**BERNSTEIN LITOWITZ BERGER ET AL**

**THOMSON REUTERS**®

Thomson Reuters
West Publishing Corporation
610 Opperman Drive
Eagan MN 55123-1396

Invoice #: 845152568
Account #: 1000655554
Invoice date: October 1, 2021
Purchase order #:

# Account totals **by location**

| Location | Subscription Charges USD | Out of Plan Charges USD | Tax USD | Total USD |
|---|---|---|---|---|
| 1000590834<br>Reference # 6144316496<br>BERNSTEIN LITOWITZ BERGER ET AL<br>CHARLIE CRUZ<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1104 | 8,871.70 | 0.00 | 787.36 | 9,659.06 |
| 1000655554<br>Reference # 6144316498<br>BERNSTEIN LITOWITZ BERGER ET AL<br>CHRISTOPHER REDLICH<br>1251 AVENUE OF THE AMERICAS FL 44<br>NEW YORK NY 10020-1104 | 65,628.30 | 0.00 | 5,824.52 | 71,452.82 |
| | | | **TOTAL USD** | **81,111.88** |

**Invoice**



Thomson Reuters
West Publishing Corporation
610 Opperman Drive
Eagan MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 845152568
Account #: 1000655554
Invoice date: October 1, 2021
Purchase order #:

## Account location detail

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| 1000590834 Reference # 6144316496 BERNSTEIN LITOWITZ BERGER ET AL CHARLIE CRUZ 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104 | | | | |
| **Online/Software Subscription Charges** | | | | |
| September 1, 2021 - September 30, 2021 Westlaw LiveNote Multi-Loc Agreement, Special offer (Unique Identifier 0000020260) | | | | |
| DOWNLOADED SOFTWARE | | 756.00 | 67.10 | 823.10 |
| September 1, 2021 - September 30, 2021 Westlaw Multi-Loc Agreement, Special offer  (Unique Identifier 0000044491) | | | | |
| DATABASE CHARGES | | 7,433.20 | 659.69 | 8,092.89 |
| SOFTWARE AS A SERVICE | | 0.00 | 0.00 | 0.00 |
| DATABASE CHARGES | | 682.50 | 60.57 | 743.07 |
| **Subtotal** | | **8,115.70** | **720.26** | **8,835.96** |

**Online/Software Subscription Charges Total USD**
**9,659.06**

**Online/Software Out of Plan Charges**
Usage Period: September 1, 2021 - September 30, 2021

| | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| DOCKETS TRACK | 5 | 50.00 | | |
| LESS OFFER CREDIT | | -50.00 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |

**Online/Software Out of Plan Charges Total USD**
**0.00**

**Location Total USD**
**9,659.06**

1000655554
Reference # 6144316498
BERNSTEIN LITOWITZ BERGER ET AL
CHRISTOPHER REDLICH
1251 AVENUE OF THE AMERICAS FL 44
NEW YORK NY 10020-1104

**Online/Software Subscription Charges**

## Invoice

 **THOMSON REUTERS®**

Thomson Reuters
West Publishing Corporation
610 Opperman Drive
Eagan MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 845152568
Account #: 1000655554
Invoice date: October 1, 2021
Purchase order #:

## Account location detail

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| September 1, 2021 - September 30, 2021 | | | | |
| Westlaw LiveNote Multi-Loc Agreement, Special offer (Unique Identifier 0000020260) | | | | |
| DOWNLOADED SOFTWARE | | 3,024.00 | 268.38 | 3,292.38 |
| | | | | |
| September 1, 2021 - September 30, 2021 | | | | |
| Westlaw Multi-Loc Agreement, Special offer  (Unique Identifier 0000044491) | | | | |
| DATABASE CHARGES | | 61,921.80 | 5,495.57 | 67,417.37 |
| SOFTWARE AS A SERVICE | | 0.00 | 0.00 | 0.00 |
| DATABASE CHARGES | | 682.50 | 60.57 | 743.07 |
| **Subtotal** | | **62,604.30** | **5,556.14** | **68,160.44** |

**Online/Software Subscription Charges Total USD**
**71,452.82**

**Online/Software Out of Plan Charges**
Usage Period: September 1, 2021 - September 30, 2021

| | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| DOCKETS IMAGES | 1 | 5.00 | | |
| LESS OFFER CREDIT | | -5.00 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |
| | | | | |
| WOLTERS KLUWER - CCH TIME CLASS | 4:06 | 407.37 | | |
| LESS OFFER CREDIT | | -407.37 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |
| | | | | |
| WOLTERS KLUWER - CCH WESTLAW LINES | 1296 | 64.80 | | |
| LESS OFFER CREDIT | | -64.80 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |

**Online/Software Out of Plan Charges Total USD**
**0.00**

**Location Total USD**
**71,452.82**

**Total USD**
**81,111.88**

*Indicates system credit                    1000655554    Z

**BERNSTEIN LITOWITZ BERGER ET AL**

 THOMSON REUTERS®

Thomson Reuters
West Publishing Corporation
610 Opperman Drive
Eagan MN 55123-1396

# Monthly **account summary**

**Account #:**  1000655554

## Charges cleared between September 2, 2021 and October 1, 2021

| Document date | Document # | Description | Amount USD | Notes |
|---|---|---|---|---|
| 08/26/2021 | 0844903893 | Subscription Invoice | 140.00 | |
| 09/02/2021 | 6143655235 | New Sale Invoice | 163.31 | WCX MONTHLY WATCH |
| 09/20/2021 | 000034017 | Payment Received | -303.31 | PAYMENT RECEIVED - THANK YOU |
| 09/01/2021 | 0844989163 | Invoice | 58,552.96 | |
| 09/28/2021 | 000034041 | Payment Received | -58,552.96 | PAYMENT RECEIVED - THANK YOU |

## Open charges as of October 1, 2021

| Document date | Document # | Description | Amount USD | Notes | Due Date |
|---|---|---|---|---|---|
| 09/26/2021 | 0845069059 | Subscription Invoice | 42.00 | | 10/26/2021 |
| 10/01/2021 | 0845152568 | Invoice | 81,111.88 | | 10/31/2021 |

| Open charges in USD as of October 1, 2021 | **81,153.88** |
|---|---|

The Monthly account summary is a comprehensive report of all account activity for the current subscription billing period. Payments made within the last 48 hours may not be included. Go to http://myaccount.tr.com/westlaw if more details are needed around these invoices or payments.

If you have questions about your outstanding balance, please contact our Accounts Receivable department by calling 1-800-522-0552 and select account information.

| Row Labels | Narrative | Sum of Total Charge |
|---|---|---|





2335-001                                                    1,430.37



                                                    **81,111.88**

# Invoice

 **THOMSON REUTERS®**

Thomson Reuters
West Publishing Corporation
610 Opperman Drive
Eagan, MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 845490022
Account #: 1000655554
Invoice date: December 1, 2021
Purchase order #:

BERNSTEIN LITOWITZ BERGER ET AL
TEMP ACCESS WL
1251 AVENUE OF THE AMERICAS FL 44
NEW YORK, NY 10020-1104

| Total Due in USD |
| --- |
| **81,111.86** |
| Payment Due by |
| **December 31, 2021** |

| Summary | Charge USD | Tax USD | Total USD |
| --- | --- | --- | --- |
| ONLINE/SOFTWARE SUBSCRIPTION CHARGES | 74,500.00 | 6,611.86 | 81,111.86 |
| ONLINE/SOFTWARE OUT OF PLAN CHARGES | 0.00 | 0.00 | 0.00 |
| **TOTAL INVOICE AMOUNT** | **74,500.00** | **6,611.86** | **81,111.86** |

**Billing Note**

Find information on how to read your invoice and other commonly asked billing questions under the Billing, payment, returns & refunds section online at legal.thomsonreuters.com/en/support.

---

**Self-Service online resources**

Sign up for E-delivery of invoices at http://ebilling.thomsonreuters.com

To manage your account sign up at MyAccount: http://myaccount.tr.com/westlaw

For online support contact us at http://legal.thomsonreuters.com/en/support

1000655554    Z

**Include this portion with your payment  - Folding and stapling may delay your payment.**

**BERNSTEIN LITOWITZ BERGER ET AL**
Invoice #: 845490022
Account #: 1000655554
Invoice date: December 1, 2021

**Pay online:**
Log on to http://myaccount.tr.com/westlaw
to make the payment electronically. Set up your
payment to be withdrawn electronically using direct debit or
credit card.

Invoice due date: December 31, 2021
Amount due in USD: 81,111.86

**Amount enclosed:** _____

**Please make checks payable to:**

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

0845490022 00000000000000000000000 20211201 ZCPG 008111186 0010 1000655554 7

# Information and **payment details**

 THOMSON REUTERS®

 **Self-service online resources**

**http://myaccount.tr.com/westlaw**
• Manage payments online and review account balances
• Update addresses and review order status
• View and download invoice details
• Manage online users' access

**http://www.quickview.com**
• Obtain free usage reporting for cost recovery
• Obtain eDiscovery matter details

**http://ebilling.thomsonreuters.com**
• Go Green with eInvoicing for time savings and convenience

**https://mytr.thomsonreuters.com/content/MYTR/autopay.html**
• Easily and quickly enroll in our Autopay program
• Easily make updates after setup

 **Contact us online**

**https://legal.thomsonreuters.com/en/support**
• Provides answers to commonly asked questions and web forms for submitting account-related requests

**Thomson Reuters tax information**

**Canadian registration numbers**
Canada GST/HST: 13641 8480 RT0001
British Columbia PST: PST-1000-4632
Quebec QST: 1021623993 TQ001
Saskatchewan PST: 1895663

| **VAT Reg Numbers** | **Federal Tax ID** |
|---|---|
| EU372021573 | 41-1426973 |
| GB369490158 | |

 **Return policy**

• If you are not completely satisfied with the products you purchase from West (Thomson Reuters), you may return them. In order to receive credit, returns must be received within 45 days of the ship date. If a return is received after 45 days, we regret that we cannot issue a refund or send the merchandise back to you. The ship date can be found online at My Account (http://myaccount.tr.com/westlaw).

• Please note that products included within programs such as, but not limited to, Library Maintenance Agreement/Library Management Arrangement, Library Savings Plan, West Complete, Assured Print Pricing, WestPack, and Special Offer agreements cannot be separately cancelled or returned and are nonrefundable. These programs provide our most favorable terms, and titles within these programs are not eligible for refund.

• To ensure accurate processing, simply return merchandise in its original packaging via a trackable shipping method and insure the merchandise for its value. Always enclose a copy of the original delivery or billing document and include a brief explanation of the reason for the return. All expenses associated with returns are the responsibility of the customer. Customers will forfeit any applicable discounts when returning part of a promotional sale. To verify our receipt of your return and any credit applied, access the Returns History section in My Account (http://myaccount.tr.com/westlaw).

• The return policy does not apply to online, hosted, software, or Thomson Reuters ProView® eBook products. Please refer to your order form.

**Payment options and terms**

Include your invoice number to assist with applying your payment or email the remittance to west.arpaymentcenter@thomsonreuters.com

**Pay online**
To make a payment online or sign up for Autopay, please visit
http://myaccount.tr.com/westlaw

**Electronic payments in US currency should be issued to**
West Publishing Corporation
BMO Harris Bank N.A.,
111 West Monroe Street, 9th Floor West, Chicago IL 60603
Bank Routing #: 071000288
Bank Account #: 4445615
SWIFT Code: HATRUS44

Electronic payment details for other currencies
**http://legal.tr.com/electronic-funds-transfer**

**Pay via phone**
To make a payment via telephone, please call 1-800-328-4880
Say "*Account Services*," then provide account number, say "*make a payment.*"

**Check**
Check payments should be mailed to the address on the front of invoice in the remittance section. To ensure timely application, return the remittance portion with your check payment.

• Terms: Net 30; products are shipped FOB shipping point
• Please do not enclose cash or additional correspondence
• Payments marked "paid in full," or with any other restrictive language, shall not operate as an accord and satisfaction without the prior written approval of West (Thomson Reuters).

## Invoice

 **THOMSON REUTERS**®

Thomson Reuters
West Publishing Corporation
610 Opperman Drive
Eagan, MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 845490022
Account #: 1000655554
Invoice date: December 1, 2021
Purchase order #:

## Product summary **all locations**

**Online/Software Subscription Charges**

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| November 1, 2021 - November 30, 2021 | | | | |
| WL SPECIAL OFFER (Unique Identifier 0000044491) | | | | |
| DATABASE CHARGES | | 69,355.00 | 6,155.24 | 75,510.24 |
| SOFTWARE AS A SERVICE | | 0.00 | 0.00 | 0.00 |
| DATABASE CHARGES | | 1,365.00 | 121.14 | 1,486.14 |
| **Subtotal** | | **70,720.00** | **6,276.38** | **76,996.38** |
| November 1, 2021 - November 30, 2021 | | | | |
| Westlaw LiveNote Multi-Loc Agreement, Special offer (Unique Identifier 0000020260) | | | | |
| DOWNLOADED SOFTWARE | | 3,780.00 | 335.48 | 4,115.48 |

**Online/Software Subscription Charges Total USD**
**81,111.86**

**Online/Software Out of Plan Charges**
 Usage Period: November 1, 2021 - November 30, 2021

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| DOCKETS IMAGES | 14 | 0.00 | 0.00 | 0.00 |
| DOCKETS TRACK | 4 | 0.00 | 0.00 | 0.00 |

*The values displayed are net totals. If adjustments were applied see the Account location detail pages for additional information.*

**Online/Software Out of Plan Charges Total USD**
**0.00**

**Total USD**
**81,111.86**

**Invoice**

 THOMSON REUTERS®

Thomson Reuters
West Publishing Corporation
610 Opperman Drive
Eagan, MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 845490022
Account #: 1000655554
Invoice date: December 1, 2021
Purchase order #:

# Account totals **by location**

| Location | Subscription Charges USD | Out of Plan Charges USD | Tax USD | Total USD |
|---|---|---|---|---|
| 1000590834<br>Reference # 6145411684<br>BERNSTEIN LITOWITZ BERGER ET AL<br>CHARLIE CRUZ<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1104 | 4,938.86 | 0.00 | 438.32 | 5,377.18 |
| 1000655554<br>Reference # 6145411694<br>BERNSTEIN LITOWITZ BERGER ET AL<br>CHRISTOPHER REDLICH<br>1251 AVENUE OF THE AMERICAS FL 44<br>NEW YORK NY 10020-1104 | 69,561.14 | 0.00 | 6,173.54 | 75,734.68 |

**TOTAL USD**
**81,111.86**

# Invoice

 **THOMSON REUTERS®**

Thomson Reuters
West Publishing Corporation
610 Opperman Drive
Eagan, MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 845490022
Account #: 1000655554
Invoice date: December 1, 2021
Purchase order #:

## Account **location detail**

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| 1000590834 Reference # 6145411684 BERNSTEIN LITOWITZ BERGER ET AL CHARLIE CRUZ 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104 | | | | |
| **Online/Software Subscription Charges** | | | | |
| November 1, 2021 - November 30, 2021 WL SPECIAL OFFER  (Unique Identifier 0000044491) | | | | |
| DATABASE CHARGES | | 3,500.36 | 310.65 | 3,811.01 |
| SOFTWARE AS A SERVICE | | 0.00 | 0.00 | 0.00 |
| DATABASE CHARGES | | 682.50 | 60.57 | 743.07 |
| **Subtotal** | | **4,182.86** | **371.22** | **4,554.08** |
| November 1, 2021 - November 30, 2021 Westlaw LiveNote Multi-Loc Agreement, Special offer (Unique Identifier 0000020260) | | | | |
| DOWNLOADED SOFTWARE | | 756.00 | 67.10 | 823.10 |

**Online/Software Subscription Charges Total USD**
**5,377.18**

**Online/Software Out of Plan Charges**
Usage Period: November 1, 2021 - November 30, 2021

| | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| DOCKETS IMAGES | 12 | 60.00 | | |
| LESS OFFER CREDIT | | -60.00 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |
| DOCKETS TRACK | 4 | 40.00 | | |
| LESS OFFER CREDIT | | -40.00 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |

**Online/Software Out of Plan Charges Total USD**
**0.00**

**Location Total USD**
**5,377.18**

# Invoice


Thomson Reuters
West Publishing Corporation
610 Opperman Drive
Eagan, MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 845490022
Account #: 1000655554
Invoice date: December 1, 2021
Purchase order #:

## Account location detail

1000655554
Reference # 6145411694
BERNSTEIN LITOWITZ BERGER ET AL
CHRISTOPHER REDLICH
1251 AVENUE OF THE AMERICAS FL 44
NEW YORK NY 10020-1104

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| **Online/Software Subscription Charges** | | | | |
| November 1, 2021 - November 30, 2021 | | | | |
| WL SPECIAL OFFER  (Unique Identifier 0000044491) | | | | |
|    DATABASE CHARGES | | 65,854.64 | 5,844.59 | 71,699.23 |
|    SOFTWARE AS A SERVICE | | 0.00 | 0.00 | 0.00 |
|    DATABASE CHARGES | | 682.50 | 60.57 | 743.07 |
| **Subtotal** | | **66,537.14** | **5,905.16** | **72,442.30** |
| November 1, 2021 - November 30, 2021 | | | | |
| Westlaw LiveNote Multi-Loc Agreement, Special offer (Unique Identifier 0000020260) | | | | |
|    DOWNLOADED SOFTWARE | | 3,024.00 | 268.38 | 3,292.38 |

**Online/Software Subscription Charges Total USD**
**75,734.68**

**Online/Software Out of Plan Charges**
Usage Period: November 1, 2021 - November 30, 2021

| | Units | Charge | Tax | Total |
|---|---|---|---|---|
| DOCKETS IMAGES | 2 | 10.00 | | |
|   LESS OFFER CREDIT | | -10.00 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |

**Online/Software Out of Plan Charges Total USD**
**0.00**

**Location Total USD**
**75,734.68**

**Total USD**
**81,111.86**

*Indicates system credit                    1000655554    Z

 **THOMSON REUTERS**®

Thomson Reuters
West Publishing Corporation
610 Opperman Drive
Eagan, MN 55123-1396

# Monthly account summary

**Account #:**  1000655554

## Charges cleared between November 2, 2021 and December 1, 2021

| Document date | Document # | Description | Amount USD | Notes |
|---|---|---|---|---|
| 10/05/2021 | 6144370763 | New Sale Invoice | 163.31 | WCX MONTHLY WATCH |
| 11/02/2021 | 000034185 | Payment Received | -163.31 | PAYMENT RECEIVED - THANK YOU |
| | | | | |
| 10/01/2021 | 0845152568 | Invoice | 81,111.88 | |
| 10/26/2021 | 0845238725 | Subscription Invoice | 42.00 | |
| 11/23/2021 | 000034286 | Payment Received | -81,153.88 | PAYMENT RECEIVED - THANK YOU |

## Open charges as of December 1, 2021

| Document date | Document # | Description | Amount USD | Notes | Due Date |
|---|---|---|---|---|---|
| 11/01/2021 | 0845325374 | Invoice | 88,251.70 | | 12/01/2021 |
| 11/25/2021 | 6145015980 | New Sale Invoice | 163.31 | WCX MONTHLY WATCH | 12/25/2021 |
| 11/26/2021 | 0845402786 | Subscription Invoice | 42.00 | | 12/26/2021 |
| 12/01/2021 | 0845490022 | Invoice | 81,111.86 | | 12/31/2021 |

Open charges in USD as of December 1, 2021          **169,568.87**

The Monthly account summary is a comprehensive report of all account activity for the current subscription billing period. Payments made within the last 48 hours may not be included. Go to http://myaccount.tr.com/westlaw if more details are needed around these invoices or payments.

If you have questions about your outstanding balance, please contact our Accounts Receivable department by calling 1-800-522-0552 and select account information.

| Row Labels | Narrative |
| --- | --- |





2335-001                                    1,049.45

# Invoice



Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 845843514
Account #: 1000655554
Invoice date: February 1, 2022
Purchase order #:

BERNSTEIN LITOWITZ BERGER ET AL
TEMP ACCESS WL
1251 AVENUE OF THE AMERICAS FL 44
NEW YORK, NY 10020-1104

| | |
|---|---|
| Total Due in USD | |
| **88,597.06** | |
| Payment Due by | |
| **March 3, 2022** | |

| Summary | Charge USD | Tax USD | Total USD |
|---|---|---|---|
| ONLINE/SOFTWARE SUBSCRIPTION CHARGES | 74,500.00 | 6,611.91 | 81,111.91 |
| ONLINE/SOFTWARE OUT OF PLAN CHARGES | 6,875.00 | 610.15 | 7,485.15 |
| **TOTAL INVOICE AMOUNT** | **81,375.00** | **7,222.06** | **88,597.06** |

**Billing Note**
Find information on how to read your invoice and other commonly asked billing questions under the Billing, payment, returns & refunds section online at legal.thomsonreuters.com/en/support.

---

**Self-Service online resources**

Sign up for E-delivery of invoices at http://ebilling.thomsonreuters.com

To manage your account sign up at MyAccount: http://myaccount.tr.com/westlaw

For online support contact us at http://legal.thomsonreuters.com/en/support

---

1000655554          Z

**Include this portion with your payment   -  Folding and stapling may delay your payment.**

**BERNSTEIN LITOWITZ BERGER ET AL**
Invoice #: 845843514
Account #: 1000655554
Invoice date: February 1, 2022

**Pay online:**
Log on to http://myaccount.tr.com/westlaw
to make the payment electronically. Set up your payment to be withdrawn electronically using direct debit or credit card.

Invoice due date: March 3, 2022
Amount due in USD: 88,597.06

**Amount enclosed:** _____

**Please make checks payable to the following, as agent for Thomson Reuters Enterprise Centre GmbH:**

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

0845843514 00000000000000000000000 20220201 ZCPG 008859706 0010 1000655554 0

# Information and **payment details**

  THOMSON REUTERS®

## Self-service online resources

**http://myaccount.tr.com/westlaw**
• Manage payments online and review account balances
• Update addresses and review order status
• View and download invoice details
• Manage online users' access

**http://www.quickview.com**
• Obtain free usage reporting for cost recovery
• Obtain eDiscovery matter details

**http://ebilling.thomsonreuters.com**
• Go Green with eInvoicing for time savings and convenience

**https://mytr.thomsonreuters.com/content/MYTR/autopay.html**
• Easily and quickly enroll in our Autopay program
• Easily make updates after setup

## Contact us online

**https://legal.thomsonreuters.com/en/support**
• Provides answers to commonly asked questions and web forms for submitting account-related requests

## Thomson Reuters Enterprise Centre GmbH tax information

**VAT Reg Numbers**
CH:CHE107904015MWST

**US Federal Tax ID**
98-0435183

## Payment options and terms

Include your invoice number to assist with applying your payment or email the remittance to west.arpaymentcenter@thomsonreuters.com

**Pay online**
To make a payment online or sign up for Autopay, please visit http://myaccount.tr.com/westlaw

**Electronic payments in US currency should be issued to**
**The following, as agent for Thomson Reuters Enterprise Centre GmbH**
West Publishing Corporation
BMO Harris Bank N.A.,
111 West Monroe Street, 9th Floor West, Chicago IL 60603
Bank Routing #: 071000288
Bank Account #: 4445615
SWIFT Code: HATRUS44

Electronic payment details for other currencies
**http://legal.tr.com/electronic-funds-transfer**

**Pay via phone**
To make a payment via telephone, please call 1-800-328-4880 Say "*Account Services*," then provide account number, say "*make a payment.*"

**Check**
Check payments should be mailed to the address on the front of invoice in the remittance section. To ensure timely application, return the remittance portion with your check payment.

• Terms: Net 30; products are shipped FOB shipping point
• Please do not enclose cash or additional correspondence
• Payments marked "paid in full," or with any other restrictive language, shall not operate as an accord and satisfaction without the prior written approval of Thomson Reuters.

**Invoice**

 THOMSON REUTERS®

Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 845843514
Account #: 1000655554
Invoice date: February 1, 2022
Purchase order #:

## Product summary **all locations**

### Online/Software Subscription Charges

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| January 1, 2022 - January 31, 2022 | | | | |
| WL SPECIAL OFFER (Unique Identifier 0000044491) | | | | |
|   DATABASE CHARGES | | 69,355.00 | 6,155.29 | 75,510.29 |
|   SOFTWARE AS A SERVICE | | 0.00 | 0.00 | 0.00 |
|   DATABASE CHARGES | | 1,365.00 | 121.14 | 1,486.14 |
| **Subtotal** | | **70,720.00** | **6,276.43** | **76,996.43** |
| January 1, 2022 - January 31, 2022 | | | | |
| Westlaw LiveNote Multi-Loc Agreement, Special offer (Unique Identifier 0000020260) | | | | |
|   DOWNLOADED SOFTWARE | | 3,780.00 | 335.48 | 4,115.48 |

**Online/Software Subscription Charges Total USD**
**81,111.91**

### Online/Software Out of Plan Charges
Usage Period: January 1, 2022 - January 31, 2022

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| DOCKETS IMAGES | 4 | 14.67 | 1.30 | 15.97 |
| DOCKETS TRACK | 4 | 29.33 | 2.60 | 31.93 |
| TIME CLASS | :54 | 6,831.00 | 606.25 | 7,437.25 |
| WOLTERS KLUWER - CCH TIME CLASS | 1:32:51 | 6,831.00 | 606.25 | 7,437.25 |

*The values displayed are net totals. If adjustments were applied see the Account location detail pages for additional information.*

**Online/Software Out of Plan Charges Total USD**
**7,485.15**

**Total USD**
**88,597.06**

**Invoice**

THOMSON REUTERS®

Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 845843514
Account #: 1000655554
Invoice date: February 1, 2022
Purchase order #:

# Account totals **by location**

| Location | Subscription Charges USD | Out of Plan Charges USD | Tax USD | Total USD |
|---|---|---|---|---|
| 1000590834<br>Reference # 6146552478<br>BERNSTEIN LITOWITZ BERGER ET AL<br>CHARLIE CRUZ<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1104 | 5,280.20 | 6,542.26 | 1,049.25 | 12,871.71 |
| 1000655554<br>Reference # 6146552486<br>BERNSTEIN LITOWITZ BERGER ET AL<br>CHRISTOPHER REDLICH<br>1251 AVENUE OF THE AMERICAS FL 44<br>NEW YORK NY 10020-1104 | 69,219.80 | 332.74 | 6,172.81 | 75,725.35 |

**TOTAL USD**
**88,597.06**

# **Invoice**



Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 845843514
Account #: 1000655554
Invoice date: February 1, 2022
Purchase order #:

## Account **location detail**

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| 1000590834 | | | | |
| Reference # 6146552478 | | | | |
| BERNSTEIN LITOWITZ BERGER ET AL | | | | |
| CHARLIE CRUZ | | | | |
| 1251 AVENUE OF THE AMERICAS | | | | |
| NEW YORK NY 10020-1104 | | | | |

**Online/Software Subscription Charges**

| | | | | |
|---|---|---|---|---|
| January 1, 2022 - January 31, 2022 | | | | |
| WL SPECIAL OFFER  (Unique Identifier 0000044491) | | | | |
| DATABASE CHARGES | | 3,841.70 | 340.96 | 4,182.66 |
| SOFTWARE AS A SERVICE | | 0.00 | 0.00 | 0.00 |
| DATABASE CHARGES | | 682.50 | 60.57 | 743.07 |
| **Subtotal** | | **4,524.20** | **401.53** | **4,925.73** |

| | | | | |
|---|---|---|---|---|
| January 1, 2022 - January 31, 2022 | | | | |
| Westlaw LiveNote Multi-Loc Agreement, Special offer (Unique Identifier 0000020260) | | | | |
| DOWNLOADED SOFTWARE | | 756.00 | 67.10 | 823.10 |

**Online/Software Subscription Charges Total USD**
**5,748.83**

**Online/Software Out of Plan Charges**
Usage Period: January 1, 2022 - January 31, 2022

| | | | | |
|---|---|---|---|---|
| DOCKETS IMAGES | 4 | 20.00 | | |
| LESS OFFER CREDIT | | -5.33 | | |
| **Subtotal** | | **14.67** | **1.30** | **15.97** |

| | | | | |
|---|---|---|---|---|
| DOCKETS TRACK | 4 | 40.00 | | |
| LESS OFFER CREDIT | | -10.67 | | |
| **Subtotal** | | **29.33** | **2.60** | **31.93** |

| | | | | |
|---|---|---|---|---|
| WOLTERS KLUWER - CCH TIME CLASS | 1:29:11 | 8,861.26 | | |
| LESS OFFER CREDIT | | -2,363.00 | | |
| **Subtotal** | | **6,498.26** | **576.72** | **7,074.98** |

**Online/Software Out of Plan Charges Total USD**
**7,122.88**

**Location Total USD**
**12,871.71**

# Invoice

THOMSON REUTERS®

Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 845843514
Account #: 1000655554
Invoice date: February 1, 2022
Purchase order #:

## Account **location detail**

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|

1000655554
Reference # 6146552486
BERNSTEIN LITOWITZ BERGER ET AL
CHRISTOPHER REDLICH
1251 AVENUE OF THE AMERICAS FL 44
NEW YORK NY 10020-1104

**Online/Software Subscription Charges**

| | | | | |
|---|---|---|---|---|
| January 1, 2022 - January 31, 2022 WL SPECIAL OFFER  (Unique Identifier 0000044491) | | | | |
| DATABASE CHARGES | | 65,513.30 | 5,814.33 | 71,327.63 |
| SOFTWARE AS A SERVICE | | 0.00 | 0.00 | 0.00 |
| DATABASE CHARGES | | 682.50 | 60.57 | 743.07 |
| **Subtotal** | | **66,195.80** | **5,874.90** | **72,070.70** |
| January 1, 2022 - January 31, 2022 Westlaw LiveNote Multi-Loc Agreement, Special offer (Unique Identifier 0000020260) | | | | |
| DOWNLOADED SOFTWARE | | 3,024.00 | 268.38 | 3,292.38 |

**Online/Software Subscription Charges Total USD**
**75,363.08**

**Online/Software Out of Plan Charges**
Usage Period: January 1, 2022 - January 31, 2022

| | | | | |
|---|---|---|---|---|
| TIME CLASS | :54 | 89.42 | | |
| LESS OFFER CREDIT | | -23.85 | | |
| **Subtotal** | | **65.57** | **5.82** | **71.39** |
| WOLTERS KLUWER - CCH TIME CLASS | 3:40 | 364.32 | | |
| LESS OFFER CREDIT | | -97.15 | | |
| **Subtotal** | | **267.17** | **23.71** | **290.88** |

**Online/Software Out of Plan Charges Total USD**
**362.27**

**Location Total USD**
**75,725.35**

**Total USD**
**88,597.06**

*\* Indicates system credit*

1000655554    Z

**BERNSTEIN LITOWITZ BERGER ET AL**

 THOMSON REUTERS®

Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

## Monthly account summary

**Account #:** 1000655554

## Charges cleared between January 2, 2022 and February 1, 2022

| Document date | Document # | | Description | Amount USD | Notes |
|---|---|---|---|---|---|
| 12/26/2021 | 0845569530 | ** | Subscription Invoice | 42.00 | |
| 01/13/2022 | 000034508 | ** | Payment Received | -42.00 | PAYMENT RECEIVED - THANK YOU |

## Open charges as of February 1, 2022

| Document date | Document # | | Description | Amount USD | Notes | Due Date |
|---|---|---|---|---|---|---|
| 11/26/2021 | 0845402786 | ** | Subscription Invoice | 42.00 | | 12/26/2021 |
| 01/01/2022 | 0845679845 | | Invoice | 81,111.90 | | 01/31/2022 |
| 01/05/2022 | 6146065142 | ** | New Sale Invoice | 163.31 | WCX MONTHLY WATCH | 02/04/2022 |
| 01/26/2022 | 0845751132 | ** | Subscription Invoice | 42.00 | | 02/25/2022 |
| 02/01/2022 | 0845843514 | | Invoice | 88,597.06 | | 03/03/2022 |

Open charges in USD as of February 1, 2022          **169,956.27**

The Monthly account summary is a comprehensive report of all account activity for the current subscription billing period. Payments made within the last 48 hours may not be included. Go to http://myaccount.tr.com/westlaw if more details are needed around these invoices or payments.

If you have questions about your outstanding balance, please contact our Accounts Receivable department by calling 1-800-522-0552 and select account information.

** Charge from West Publishing Corporation

| Case # | Total | 29,989.70 | 88,597.06 |
| --- | --- | --- | --- |



| 2335-001 | 1,150.49 | 588.71 | 1,739.20 |
| --- | --- | --- | --- |



58,607.36          29,989.77          88,597.06

# **Invoice**



Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 846827210
Account #: 1000655554
Invoice date: August 1, 2022
Purchase order #:

BERNSTEIN LITOWITZ BERGER ET AL
CHRISTOPHER REDLICH
1251 AVENUE OF THE AMERICAS FL 44
NEW YORK, NY 10020-1104

| | |
|---|---|
| Total Due in USD | |
| **81,359.05** | |
| Payment Due by | |
| **August 31, 2022** | |

| Summary | Charge USD | Tax USD | Total USD |
|---|---:|---:|---:|
| ONLINE/SOFTWARE SUBSCRIPTION CHARGES | 74,727.00 | 6,632.05 | 81,359.05 |
| ONLINE/SOFTWARE OUT OF PLAN CHARGES | 0.00 | 0.00 | 0.00 |
| **TOTAL INVOICE AMOUNT** | **74,727.00** | **6,632.05** | **81,359.05** |

**Billing Note**
Find information on how to read your invoice and other commonly asked billing questions under the Billing, payment, returns & refunds section online at legal.thomsonreuters.com/en/support.

---

**Self-Service online resources**

Sign up for E-delivery of invoices at http://ebilling.thomsonreuters.com

To manage your account sign up at MyAccount: http://myaccount.tr.com/westlaw

For online support contact us at http://legal.thomsonreuters.com/en/support

---

1000655554        Z

**Include this portion with your payment   -  Folding and stapling may delay your payment.**

**BERNSTEIN LITOWITZ BERGER ET AL**
Invoice #: 846827210
Account #: 1000655554
Invoice date: August 1, 2022

**Pay online:**
To make a payment electronically log on to
https://www.thomsonreuters.com/en-us/account/billing/guest/pay
Set up your payment to be withdrawn electronically using direct debit or credit card.

Invoice due date: August 31, 2022
Amount due in USD: 81,359.05

**Amount enclosed:** _____

**Please make checks payable to the following, as agent for Thomson Reuters Enterprise Centre GmbH:**

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

0846827210 00000000000000000000000 20220801 ZCPG 008135905 0010 1000655554 6

Information and **payment details**

 THOMSON REUTERS®

 **Do more with your account online**

**http://myaccount.tr.com/westlaw**
- Manage payments online and review account balances
- Update addresses and review order status
- View and download invoice details
- Manage online users' access

**http://www.quickview.com**
- Obtain free usage reporting for cost recovery
- Obtain eDiscovery matter details

**https://legal.thomsonreuters.com/billing-portal-request**
- Sign up to recieve your invoice through a billing portal

**http://ebilling.thomsonreuters.com**
- Go Green with eInvoicing for time savings and convenience

**https://ue.thomsonreuters.com/en-us/account/billing/guest/pay**
- Easily and quickly enroll in our Autopay program
- Easily make updates after setup

 **Contact us online**

**https://legal.thomsonreuters.com/en/support**
- Provides answers to commonly asked questions and web forms for submitting account-related requests

 **Thomson Reuters Enterprise Centre GmbH tax information**

**VAT Reg Numbers**
CHE107904015MWST
EU: EU372043281
UK: 398 1554 53

**Federal Tax ID**
98-0435183

 **Payment options and terms**

Include your invoice number to assist with applying your payment or email the remittance to west.arpaymentcenter@thomsonreuters.com

**Pay online**
To make a payment online or sign up for Autopay, please visit
http://myaccount.tr.com/westlaw

**Electronic payments in US currency should be issued to**
**The following, as agent for Thomson Reuters Enterprise Centre GmbH**
West Publishing Corporation
BMO Harris Bank N.A.,
111 West Monroe Street, 9th Floor West, Chicago IL 60603
Bank Routing #:  071000288
Bank Account #:  4445615
SWIFT Code:  HATRUS44

**Electronic payment details for other currencies**
http://legal.tr.com/electronic-funds-transfer

**Pay via phone**
To make a payment via telephone, please call 1-800-328-4880
Say "*Account Services*," then provide account number, say "*make a payment.*"

**Check**
Check payments should be mailed to the address on the front of invoice in the remittance section. To ensure timely application, return the remittance portion with your check payment.

- Terms: Net 30; products are shipped FOB shipping point
- Please do not enclose cash or additional correspondence
- Payments marked "paid in full," or with any other restrictive language, shall not operate as an accord and satisfaction without the prior written approval of West (Thomson Reuters).

# Invoice



**THOMSON REUTERS**

Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 846827210
Account #: 1000655554
Invoice date: August 1, 2022
Purchase order #:

## Product summary **all locations**

**Online/Software Subscription Charges**

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| July 1, 2022 - July 31, 2022 | | | | |
| WL SPECIAL OFFER (Unique Identifier 0000044491) | | | | |
| DATABASE CHARGES | | 69,355.00 | 6,155.29 | 75,510.29 |
| SOFTWARE AS A SERVICE | | 0.00 | 0.00 | 0.00 |
| DATABASE CHARGES | | 1,365.00 | 121.14 | 1,486.14 |
| **Subtotal** | | **70,720.00** | **6,276.43** | **76,996.43** |
| July 1, 2022 - July 31, 2022 | | | | |
| Westlaw LiveNote Multi-Loc Agreement, Special offer (Unique Identifier 0000020260) | | | | |
| DOWNLOADED SOFTWARE | | 4,007.00 | 355.62 | 4,362.62 |

**Online/Software Subscription Charges Total USD**
**81,359.05**

**Online/Software Out of Plan Charges**
 Usage Period: July 1, 2022 - July 31, 2022

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| DOCKETS IMAGES | 24 | 0.00 | 0.00 | 0.00 |
| PLK US LMLF 2017 DOC DISPLAY 18 | 3 | 0.00 | 0.00 | 0.00 |
| PLK US LMLF 2019 DOC DISPLAY 18 | 15 | 0.00 | 0.00 | 0.00 |
| WN PRO WESTLAW EDGE DB GROUP DOCUMENT DISPLAYS | 26 | 0.00 | 0.00 | 0.00 |
| WN PRO WESTLAW EDGE DB GROUP TIME CLASS | :16 | 0.00 | 0.00 | 0.00 |
| WOLTERS KLUWER - CCH TIME CLASS | 20:14 | 0.00 | 0.00 | 0.00 |
| WOLTERS KLUWER - CCH WESTLAW LINES | 228 | 0.00 | 0.00 | 0.00 |

*The values displayed are net totals. If adjustments were applied see the Account location detail pages for additional information.*

**Online/Software Out of Plan Charges Total USD**
**0.00**

**Total USD**
**81,359.05**

# Invoice

 **THOMSON REUTERS**®

Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 846827210
Account #: 1000655554
Invoice date: August 1, 2022
Purchase order #:

## Account totals **by location**

| Location | Subscription Charges USD | Out of Plan Charges USD | Tax USD | Total USD |
|---|---|---|---|---|
| 1000590834<br>Reference # 6149746382<br>BERNSTEIN LITOWITZ BERGER ET AL<br>CHARLIE CRUZ<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1104 | 11,656.74 | 0.00 | 1,034.54 | 12,691.28 |
| 1000655554<br>Reference # 6149746393<br>BERNSTEIN LITOWITZ BERGER ET AL<br>CHRISTOPHER REDLICH<br>1251 AVENUE OF THE AMERICAS FL 44<br>NEW YORK NY 10020-1104 | 63,070.26 | 0.00 | 5,597.51 | 68,667.77 |

**TOTAL USD**
**81,359.05**

# Invoice

 THOMSON REUTERS®

Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

Invoice #: 846827210
Account #: 1000655554
Invoice date: August 1, 2022
Purchase order #:

## Account location detail

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| 1000590834 Reference # 6149746382 BERNSTEIN LITOWITZ BERGER ET AL CHARLIE CRUZ 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104 | | | | |
| **Online/Software Subscription Charges** | | | | |
| July 1, 2022 - July 31, 2022 WL SPECIAL OFFER  (Unique Identifier 0000044491) | | | | |
| DATABASE CHARGES | | 10,172.84 | 902.85 | 11,075.69 |
| SOFTWARE AS A SERVICE | | 0.00 | 0.00 | 0.00 |
| DATABASE CHARGES | | 682.50 | 60.57 | 743.07 |
| **Subtotal** | | **10,855.34** | **963.42** | **11,818.76** |
| July 1, 2022 - July 31, 2022 Westlaw LiveNote Multi-Loc Agreement, Special offer (Unique Identifier 0000020260) | | | | |
| DOWNLOADED SOFTWARE | | 801.40 | 71.12 | 872.52 |

**Online/Software Subscription Charges Total USD**
**12,691.28**

**Online/Software Out of Plan Charges**
Usage Period: July 1, 2022 - July 31, 2022

| | | | | |
|---|---|---|---|---|
| DOCKETS IMAGES | 21 | 105.00 | | |
| LESS OFFER CREDIT | | -105.00 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |
| WN PRO WESTLAW EDGE DB GROUP DOCUMENT DISPLAYS | 2 | 0.00 | 0.00 | 0.00 |
| WOLTERS KLUWER - CCH TIME CLASS | 1:11 | 123.07 | | |
| LESS OFFER CREDIT | | -123.07 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |

**Online/Software Out of Plan Charges Total USD**
**0.00**

**Location Total USD**
**12,691.28**

# Invoice

**THOMSON REUTERS**®

Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 846827210
Account #: 1000655554
Invoice date: August 1, 2022
Purchase order #:

## Account location detail

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| 1000655554 | | | | |
| Reference # 6149746393 | | | | |
| BERNSTEIN LITOWITZ BERGER ET AL | | | | |
| CHRISTOPHER REDLICH | | | | |
| 1251 AVENUE OF THE AMERICAS FL 44 | | | | |
| NEW YORK NY 10020-1104 | | | | |

**Online/Software Subscription Charges**

| | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| July 1, 2022 - July 31, 2022 | | | | |
| WL SPECIAL OFFER  (Unique Identifier 0000044491) | | | | |
| DATABASE CHARGES | | 59,182.16 | 5,252.44 | 64,434.60 |
| SOFTWARE AS A SERVICE | | 0.00 | 0.00 | 0.00 |
| DATABASE CHARGES | | 682.50 | 60.57 | 743.07 |
| **Subtotal** | | **59,864.66** | **5,313.01** | **65,177.67** |

| | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| July 1, 2022 - July 31, 2022 | | | | |
| Westlaw LiveNote Multi-Loc Agreement, Special offer (Unique Identifier 0000020260) | | | | |
| DOWNLOADED SOFTWARE | | 3,205.60 | 284.50 | 3,490.10 |

**Online/Software Subscription Charges Total USD**
**68,667.77**

**Online/Software Out of Plan Charges**
Usage Period: July 1, 2022 - July 31, 2022

| | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| DOCKETS IMAGES | 3 | 15.00 | | |
| LESS OFFER CREDIT | | -15.00 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |
| PLK US LMLF 2017 DOC DISPLAY 18 | 3 | 816.00 | | |
| LESS FREE TRIAL PL AUSPA | | -816.00 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |
| PLK US LMLF 2019 DOC DISPLAY 18 | 15 | 4,080.00 | | |
| LESS FREE TRIAL PL AUSPA | | -4,080.00 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |
| WN PRO WESTLAW EDGE DB GROUP DOCUMENT DISPLAYS | 24 | 440.00 | | |
| LESS FREETRIAL NEW WESTLA | | -440.00 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |

**Invoice**

**BERNSTEIN LITOWITZ BERGER ET AL**


THOMSON REUTERS®

Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

Invoice #: 846827210
Account #: 1000655554
Invoice date: August 1, 2022
Purchase order #:

## Account **location detail**

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| WN PRO WESTLAW EDGE DB GROUP TIME CLASS | :16 | 4.27 | | |
|   LESS FREETRIAL NEW WESTLA | | -4.27 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |
| | | | | |
| WOLTERS KLUWER - CCH TIME CLASS | 19:03 | 1,981.20 | | |
|   LESS OFFER CREDIT | | -1,981.20 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |
| | | | | |
| WOLTERS KLUWER - CCH WESTLAW LINES | 228 | 11.40 | | |
|   LESS OFFER CREDIT | | -11.40 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |

**Online/Software Out of Plan Charges Total USD**
**0.00**

**Location Total USD**
**68,667.77**

**Total USD**
**81,359.05**

*Indicates system credit*

1000655554    Z

 **THOMSON REUTERS**®

Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

# Monthly account summary

**Account #:**  1000655554

## Charges cleared between July 2, 2022 and August 1, 2022

| Document date | Document # | | Description | Amount USD | Notes |
|---|---|---|---|---|---|
| 06/26/2022 | 0846576702 | ** | Subscription Invoice | 42.00 | |
| 07/01/2022 | 0846666262 | | Invoice | 81,358.96 | |
| 07/26/2022 | 000035494 | ** | Payment Received | -81,400.96 | PAYMENT RECEIVED - THANK YOU |

## Open charges as of August 1, 2022

| Document date | Document # | | Description | Amount USD | Notes | Due Date |
|---|---|---|---|---|---|---|
| 01/01/2022 | 6146044549 | | Open Item Partial Balance | 34,509.62 | | 01/31/2022 |
| 02/01/2022 | 6146552486 | | Payment Received Partial Balance | 30,044.10 | + WN TIME CLASS 09 | 03/03/2022 |
| 03/01/2022 | 6147052245 | | Payment Received Partial Balance | 22,806.06 | + WN TIME CLASS 10 | 03/31/2022 |
| 04/01/2022 | 0846159101 | | Invoice | 4,885.58 | | 05/01/2022 |
| 04/01/2022 | 6147616252 | | Payment Received Partial Balance | 17,920.53 | + WN PDF DOCKETS IMGS | 05/01/2022 |
| 05/01/2022 | 0846342843 | | Invoice | 6,376.23 | | 05/31/2022 |
| 06/01/2022 | 0846506224 | | Invoice | 9,844.65 | | 07/01/2022 |
| 06/01/2022 | 6148678023 | | Payment Received Partial Balance | 12,961.41 | + WN COMMUNICATION | 07/01/2022 |
| 07/26/2022 | 035494 | ** | Payment Received | -9,432.04 | Payment inquiry | 07/26/2022 |

**BERNSTEIN LITOWITZ BERGER ET AL**

 THOMSON REUTERS®

Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

## Monthly **account summary**

**Account #:**  1000655554

## Open charges as of August 1, 2022 continued

| Document date | Document # | | Description | Amount USD | Notes | Due Date |
|---|---|---|---|---|---|---|
| | | | Payment Inquiry | | | |
| 07/26/2022 | 0846738561 | ** | Subscription Invoice | 42.00 | | 08/25/2022 |
| 08/01/2022 | 0846827210 | | Invoice | 81,359.05 | | 08/31/2022 |

Open charges in USD as of August 1, 2022      **211,317.19**

The Monthly account summary is a comprehensive report of all account activity for the current subscription billing period. Payments made within the last 48 hours may not be included. Go to http://myaccount.tr.com/westlaw if more details are needed around these invoices or payments.

If you have questions about your outstanding balance, please contact our Accounts Receivable department by calling 1-800-522-0552 and select account information.

** Charge from West Publishing Corporation

**Client ID**      **Total**





2335-001          4489.36



**Grand Total**      81,359.05

# Invoice


THOMSON REUTERS®

Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 847003144
Account #: 1000655554
Invoice date: September 1, 2022
Purchase order #:

BERNSTEIN LITOWITZ BERGER ET AL
CHRISTOPHER REDLICH
1251 AVENUE OF THE AMERICAS FL 44
NEW YORK, NY 10020-1104

| Total Due in USD |
| --- |
| **81,359.05** |
| Payment Due by |
| **October 1, 2022** |

| Summary | Charge USD | Tax USD | Total USD |
| --- | --- | --- | --- |
| ONLINE/SOFTWARE SUBSCRIPTION CHARGES | 74,727.00 | 6,632.05 | 81,359.05 |
| ONLINE/SOFTWARE OUT OF PLAN CHARGES | 0.00 | 0.00 | 0.00 |
| **TOTAL INVOICE AMOUNT** | **74,727.00** | **6,632.05** | **81,359.05** |

**Billing Note**
Find information on how to read your invoice and other commonly asked billing questions under the Billing, payment, returns & refunds section online at legal.thomsonreuters.com/en/support.

| **Self-Service online resources** |
| --- |
| Sign up for E-delivery of invoices at http://ebilling.thomsonreuters.com |
| To manage your account sign up at MyAccount: http://myaccount.tr.com/westlaw |
| For online support contact us at http://legal.thomsonreuters.com/en/support |

1000655554        Z

## Include this portion with your payment   -   Folding and stapling may delay your payment.

**BERNSTEIN LITOWITZ BERGER ET AL**
Invoice #: 847003144
Account #: 1000655554
Invoice date: September 1, 2022

**Pay online:**
To make a payment electronically log on to
https://www.thomsonreuters.com/en-us/account/billing/guest/pay
Set up your payment to be withdrawn electronically using direct debit or credit card.

Invoice due date: October 1, 2022
Amount due in USD: 81,359.05

**Amount enclosed:** _____

**Please make checks payable to the following, as agent for Thomson Reuters Enterprise Centre GmbH:**

Thomson Reuters - West
Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

0847003144 0000000000000000000000000 20220901 ZCPG 008135905 0010 1000655554 2

# Information and **payment details**

 THOMSON REUTERS®

 **Do more with your account online**

**http://myaccount.tr.com/westlaw**
• Manage payments online and review account balances
• Update addresses and review order status
• View and download invoice details
• Manage online users' access

**http://www.quickview.com**
• Obtain free usage reporting for cost recovery
• Obtain eDiscovery matter details

**https://legal.thomsonreuters.com/billing-portal-request**
• Sign up to recieve your invoice through a billing portal

**http://ebilling.thomsonreuters.com**
• Go Green with eInvoicing for time savings and convenience

**https://ue.thomsonreuters.com/en-us/account/billing/guest/pay**
• Easily and quickly enroll in our Autopay program
• Easily make updates after setup

 **Contact us online**

**https://legal.thomsonreuters.com/en/support**
• Provides answers to commonly asked questions and web forms for submitting account-related requests

 **Thomson Reuters Enterprise Centre GmbH tax information**

**VAT Reg Numbers**
CHE107904015MWST
EU: EU372043281
UK: 398 1554 53

**Federal Tax ID**
98-0435183

 **Payment options and terms**

Include your invoice number to assist with applying your payment or email the remittance to west.arpaymentcenter@thomsonreuters.com

**Pay online**
To make a payment online or sign up for Autopay, please visit
http://myaccount.tr.com/westlaw

**Electronic payments in US currency should be issued to
The following, as agent for Thomson Reuters Enterprise Centre GmbH**
West Publishing Corporation
BMO Harris Bank N.A.,
111 West Monroe Street, 9th Floor West, Chicago IL 60603
Bank Routing #: 071000288
Bank Account #: 4445615
SWIFT Code: HATRUS44

**Electronic payment details for other currencies**
http://legal.tr.com/electronic-funds-transfer

**Pay via phone**
To make a payment via telephone, please call 1-800-328-4880
Say "*Account Services*," then provide account number, say "*make a payment.*"

**Check**
Check payments should be mailed to the address on the front of invoice in the remittance section. To ensure timely application, return the remittance portion with your check payment.

• Terms: Net 30; products are shipped FOB shipping point
• Please do not enclose cash or additional correspondence
• Payments marked "paid in full," or with any other restrictive language, shall not operate as an accord and satisfaction without the prior written approval of West (Thomson Reuters).

# **Invoice**

**THOMSON REUTERS**®

Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 847003144
Account #: 1000655554
Invoice date: September 1, 2022
Purchase order #:

## Product summary **all locations**

### Online/Software Subscription Charges

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| August 1, 2022 - August 31, 2022 | | | | |
| WL SPECIAL OFFER (Unique Identifier 0000044491) | | | | |
|   DATABASE CHARGES | | 69,355.00 | 6,155.29 | 75,510.29 |
|   SOFTWARE AS A SERVICE | | 0.00 | 0.00 | 0.00 |
|   DATABASE CHARGES | | 1,365.00 | 121.14 | 1,486.14 |
| **Subtotal** | | **70,720.00** | **6,276.43** | **76,996.43** |
| August 1, 2022 - August 31, 2022 | | | | |
| Westlaw LiveNote Multi-Loc Agreement, Special offer (Unique Identifier 0000020260) | | | | |
|   DOWNLOADED SOFTWARE | | 4,007.00 | 355.62 | 4,362.62 |

**Online/Software Subscription Charges Total USD**
**81,359.05**

### Online/Software Out of Plan Charges
Usage Period: August 1, 2022 - August 31, 2022

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| DOCKETS IMAGES | 17 | 0.00 | 0.00 | 0.00 |
| PLK US LMLF 2017 DOC DISPLAY | 11 | 0.00 | 0.00 | 0.00 |
| PLK US LMLF 2019 DOC DISPLAY | 4 | 0.00 | 0.00 | 0.00 |
| TIME CLASS | :52 | 0.00 | 0.00 | 0.00 |
| WN PRO WESTLAW EDGE DB GROUP DOCUMENT DISPLAYS | 3 | 0.00 | 0.00 | 0.00 |
| WOLTERS KLUWER - CCH DOCUMENT DISPLAYS | 3 | 0.00 | 0.00 | 0.00 |
| WOLTERS KLUWER - CCH TIME CLASS | 5:00 | 0.00 | 0.00 | 0.00 |

*The values displayed are net totals. If adjustments were applied see the Account location detail pages for additional information.*

**Online/Software Out of Plan Charges Total USD**
**0.00**

**Total USD**
**81,359.05**

**THOMSON REUTERS**®

# **Invoice**

 **THOMSON REUTERS**®

Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 847003144
Account #: 1000655554
Invoice date: September 1, 2022
Purchase order #:

## Account totals **by location**

| Location | Subscription Charges USD | Out of Plan Charges USD | Tax USD | Total USD |
|---|---|---|---|---|
| 1000590834 Reference # 6150337551 BERNSTEIN LITOWITZ BERGER ET AL CHARLIE CRUZ 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104 | 8,633.37 | 0.00 | 766.21 | 9,399.58 |
| 1000655554 Reference # 6150337556 BERNSTEIN LITOWITZ BERGER ET AL CHRISTOPHER REDLICH 1251 AVENUE OF THE AMERICAS FL 44 NEW YORK NY 10020-1104 | 66,093.63 | 0.00 | 5,865.84 | 71,959.47 |

**TOTAL USD**
**81,359.05**

**Invoice**

THOMSON REUTERS®

Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 847003144
Account #: 1000655554
Invoice date: September 1, 2022
Purchase order #:

# Account location detail

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| 1000590834 Reference # 6150337551 BERNSTEIN LITOWITZ BERGER ET AL CHARLIE CRUZ 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104 | | | | |
| **Online/Software Subscription Charges** | | | | |
| August 1, 2022 - August 31, 2022 WL SPECIAL OFFER (Unique Identifier 0000044491) | | | | |
| DATABASE CHARGES | | 7,149.47 | 634.52 | 7,783.99 |
| SOFTWARE AS A SERVICE | | 0.00 | 0.00 | 0.00 |
| DATABASE CHARGES | | 682.50 | 60.57 | 743.07 |
| **Subtotal** | | **7,831.97** | **695.09** | **8,527.06** |
| August 1, 2022 - August 31, 2022 Westlaw LiveNote Multi-Loc Agreement, Special offer (Unique Identifier 0000020260) | | | | |
| DOWNLOADED SOFTWARE | | 801.40 | 71.12 | 872.52 |

**Online/Software Subscription Charges Total USD 9,399.58**

**Online/Software Out of Plan Charges**
Usage Period: August 1, 2022 - August 31, 2022

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| DOCKETS IMAGES | 13 | 65.00 | | |
| LESS OFFER CREDIT | | -65.00 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |
| PLK US LMLF 2017 DOC DISPLAY | 1 | 272.00 | | |
| LESS FREE TRIAL PL AUSPA | | -272.00 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |
| WOLTERS KLUWER - CCH DOCUMENT DISPLAYS | 3 | 459.00 | | |
| LESS OFFER CREDIT | | -459.00 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |

**Online/Software Out of Plan Charges Total USD 0.00**

**Location Total USD 9,399.58**

*Indicates system credit*

*Continued on next page*

## Invoice

**THOMSON REUTERS**

Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

**BERNSTEIN LITOWITZ BERGER ET AL**

Invoice #: 847003144
Account #: 1000655554
Invoice date: September 1, 2022
Purchase order #:

# Account location detail

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| | | | | |

1000655554
Reference # 6150337556
BERNSTEIN LITOWITZ BERGER ET AL
CHRISTOPHER REDLICH
1251 AVENUE OF THE AMERICAS FL 44
NEW YORK NY 10020-1104

**Online/Software Subscription Charges**

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| August 1, 2022 - August 31, 2022 | | | | |
| WL SPECIAL OFFER  (Unique Identifier 0000044491) | | | | |
| DATABASE CHARGES | | 62,205.53 | 5,520.77 | 67,726.30 |
| SOFTWARE AS A SERVICE | | 0.00 | 0.00 | 0.00 |
| DATABASE CHARGES | | 682.50 | 60.57 | 743.07 |
| **Subtotal** | | **62,888.03** | **5,581.34** | **68,469.37** |
| August 1, 2022 - August 31, 2022 | | | | |
| Westlaw LiveNote Multi-Loc Agreement, Special offer (Unique Identifier 0000020260) | | | | |
| DOWNLOADED SOFTWARE | | 3,205.60 | 284.50 | 3,490.10 |

**Online/Software Subscription Charges Total USD**
**71,959.47**

**Online/Software Out of Plan Charges**
Usage Period: August 1, 2022 - August 31, 2022

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| DOCKETS IMAGES | 4 | 20.00 | | |
| LESS OFFER CREDIT | | -20.00 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |
| PLK US LMLF 2017 DOC DISPLAY | 10 | 2,720.00 | | |
| LESS FREE TRIAL PL AUSPA | | -2,720.00 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |
| PLK US LMLF 2019 DOC DISPLAY | 4 | 1,088.00 | | |
| LESS FREE TRIAL PL AUSPA | | -1,088.00 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |
| TIME CLASS | :52 | 90.13 | | |
| LESS OFFER CREDIT | | -90.13 | | |

*Indicates system credit

1000655554    Z

Continued on next page

# Invoice

 **THOMSON REUTERS**®

**BERNSTEIN LITOWITZ BERGER ET AL**

Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

Invoice #: 847003144
Account #: 1000655554
Invoice date: September 1, 2022
Purchase order #:

## Account **location detail**

| Product Detail | Units | Charge USD | Tax USD | Total USD |
|---|---|---|---|---|
| **Subtotal** | | **0.00** | **0.00** | **0.00** |
| | | | | |
| WN PRO WESTLAW EDGE DB GROUP DOCUMENT DISPLAYS | 3 | 55.00 | | |
| LESS FREETRIAL NEW WESTLA | | -55.00 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |
| | | | | |
| WOLTERS KLUWER - CCH TIME CLASS | 5:00 | 520.00 | | |
| LESS OFFER CREDIT | | -520.00 | | |
| **Subtotal** | | **0.00** | **0.00** | **0.00** |

**Online/Software Out of Plan Charges Total USD**
**0.00**

**Location Total USD**
**71,959.47**

**Total USD**
**81,359.05**

*\* Indicates system credit*

 **THOMSON REUTERS**®

Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

# Monthly account summary

**Account #:** 1000655554

## Charges cleared between August 2, 2022 and September 1, 2022

| Document date | Document # | | Description | Amount USD | Notes |
|---|---|---|---|---|---|
| 07/26/2022 | 0846738561 | ** | Subscription Invoice | 42.00 | |
| 08/27/2022 | 000035639 | | Payment Received | -42.00 | PAYMENT RECEIVED - THANK YOU |
| | | | | | |
| 01/01/2022 | 6146044549 | | Open Item<br>Partial Balance | 25,077.58 | + WN PR SEARCHES 3 |
| | | | | | |
| 04/01/2022 | 6147616252 | | Open Item<br>Partial Balance | 14,853.72 | + WN PDF DOCKETS IMGS |
| 08/25/2022 | | | Open Item | 4,479.17 | |
| 08/25/2022 | | | Open Item | -19,332.89 | |
| | | | | | |
| 01/01/2022 | 6146044549 | | Open Item<br>Partial Balance | 34,509.62 | + WN PR SEARCHES 3 |
| 02/01/2022 | 6146552486 | | Payment Received<br>Partial Balance | 30,044.10 | + WN TIME CLASS 09 |
| 03/01/2022 | 6147052245 | | Payment Received<br>Partial Balance | 22,806.06 | + WN TIME CLASS 10 |
| 04/01/2022 | 0846159101 | | Invoice | 4,885.58 | |
| 04/01/2022 | 6147616252 | | Payment Received<br>Partial Balance | 17,920.53 | + WN PDF DOCKETS IMGS |
| 06/26/2022 | 0846576702 | ** | Subscription Invoice | 42.00 | |
| 07/26/2022 | 000035494 | | Payment Received | -81,400.96 | PAYMENT RECEIVED - THANK YOU |
| 07/26/2022 | 035494 | | Payment Received<br>Payment Inquiry | -9,432.04 | Payment inquiry |
| 08/25/2022 | | | Open Item | -19,374.89 | |

 **THOMSON REUTERS**®

 **THOMSON REUTERS**®

Thomson Reuters
West Publishing Corporation, as agent for
Thomson Reuters Enterprise Centre GmbH
610 Opperman Drive
Eagan, MN 55123-1396

# Monthly **account summary**

**Account #:**  1000655554

## Open charges as of September 1, 2022

| Document date | Document # | | Description | Amount USD | Notes | Due Date |
|---|---|---|---|---|---|---|
| 04/01/2022 | 6147616252 | | Open Item Partial Balance | 14,895.72 | | 05/01/2022 |
| 05/01/2022 | 0846342843 | | Invoice | 6,376.23 | | 05/31/2022 |
| 06/01/2022 | 0846506224 | | Invoice | 9,844.65 | | 07/01/2022 |
| 06/01/2022 | 6148678023 | | Payment Received Partial Balance | 12,961.41 | + WN COMMUNICATION | 07/01/2022 |
| 07/01/2022 | 0846666262 | | Invoice | 81,358.96 | | 07/31/2022 |
| 08/01/2022 | 0846827210 | | Invoice | 81,359.05 | | 08/31/2022 |
| 08/26/2022 | 0846914849 | ** | Subscription Invoice | 42.00 | | 09/25/2022 |
| 09/01/2022 | 0847003144 | | Invoice | 81,359.05 | | 10/01/2022 |

Open charges in USD as of September 1, 2022          **288,197.07**

The Monthly account summary is a comprehensive report of all account activity for the current subscription billing period. Payments made within the last 48 hours may not be included. Go to http://myaccount.tr.com/westlaw if more details are needed around these invoices or payments.

If you have questions about your outstanding balance, please contact our Accounts Receivable department by calling 1-800-522-0552 and select account information.

** Charge from West Publishing Corporation

**Client ID**       **Total**





2335-001                1640.77



**Grand Total**        81,359.05

# STATEMENT



**Date**
**09/02/22 through 11/30/23**

Bill To:

**John Rizio-Hamilton Esq.**
**Bernstein Litowitz Berger & Grossmann**
**1251 Avenue of the Americas**
**44th Floor**
**New York NY 10020**
**US**

| | |
|---|---|
| **Reference #:** | **1425038432 - Rep# 1** |
| Billing Specialist: | **Hart, Lynne** |
| Email: | **lhart@jamsadr.com** |
| Telephone: | **949-224-4628** |
| Employer ID: | **68-0542699** |

RE: **Louisiana Sheriffs' Pension & Relief Fund and the Class vs. Splunk, Inc., et al.**

Representing: **Louisiana Sheriffs' Pension and Retirement Fund**

Neutral(s): **Jed Melnick, Esq.**

Hearing Type: **MEDIATION**

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| | | | Balance Forward: | | | $0.00 |
| 12/14/22 | Jed D Melnick Esq. Review of mediation statements and exhibits and preparation for the mediation. | 8.00 | $1,150.00 | $9,200.00 | 2 | $4,600.00 |
| 12/15/22 9:30 AM | Jed D Melnick Esq. Session Time | 8.00 | | $16,500.00 | 2 | $8,250.00 |
| 12/15/22 9:30 AM | Jed D Melnick Esq. Additional Session Time | 1.50 | $1,150.00 | $1,725.00 | 2 | $862.50 |
| 3/14/23 | Jed D Melnick Esq. Review of derivative related materials and preparation for the mediation, inclusive of Orna Artal's coordination calls in advance of the mediation. | 4.00 | $1,150.00 | $4,600.00 | 2 | $2,300.00 |
| 3/14/23 | Jed D Melnick Esq. Review of derivative related materials and preparation for the mediation, inclusive of Orna Artal's coordination calls in advance of the mediation. | 4.00 | $575.00 | ($2,300.00) | 0 | ($2,300.00) |
| 3/15/23 12:00 PM | Jed D Melnick Esq. Session Time | 8.00 | | $16,500.00 | 2 | $8,250.00 |
| 3/15/23 12:00 PM | Jed D Melnick Esq. Session Time | 8.00 | | ($8,250.00) | 0 | ($8,250.00) |
| 11/30/23 | Case Management Fee | | | | | $560.62 |
| 10/6/22 | Initial Non-Refundable Fee | | | | | $475.00 |
| | | | | Fees: | | $14,748.12 |

**Expenses:**

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 11/15/22 | Jed D Melnick Esq. LOOP UP CHARGE for conference call between Neutral and counsel. | | | $8.89 | 2 | $4.45 |

Unused Deposits will not be refunded until the conclusion of the case.

Statement total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc.

| Standard mail: | Overnight mail: |
|---|---|
| **P.O. Box 845402** | **18881 Von Karman Ave. Suite 350** |
| **Los Angeles, CA 90084** | **Irvine, CA 92612** |

**STATEMENT**



**Date**
**09/02/22 through 11/30/23**

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| | | | | | Expenses: | $4.45 |
| | | | | | Total: | $14,752.57 |

**Payment Activity:**

| | | | |
|---|---|---|---|
| 11/11/22 | Check No. WT<br>Paid By: Bernstein Litowitz Berger & Grossmann | | ($15,025.00) |
| 2/17/23 | Check No. WT<br>Paid By: Bernstein Litowitz Berger & Grossmann | | ($10,000.00) |
| 4/10/23 | Check No. WT<br>Paid By: Bernstein Litowitz Berger & Grossmann | | ($1,649.08) |
| 11/30/23 | Refund 363022<br>Paid to: Bernstein Litowitz Berger & Grossmann | | $11,921.51 |
| | | Total Payments: | ($14,752.57) |
| | | Balance Due: | $0.00 |

Unused Deposits will not be refunded until the conclusion of the case.

Statement total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc.

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**