# Exhibit 5B

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
Caitlin C. Bozman (Bar No. 343721)
caitlin.bozman@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Lead Counsel for Lead Plaintiff Louisiana*
*Sheriffs' Pension & Relief Fund and the Settlement*
*Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | Case No. 4:20-cv-08600-JST |
| | **DECLARATION OF ROBERT D. KLAUSNER IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES, FILED ON BEHALF OF KLAUSNER, KAUFMAN, JENSEN & LEVINSON** |
| | Judge:        Hon. Jon S. Tigar |
| | Courtroom: 6 |
| | Date:         February 22, 2024 |
| | Time:         2:00 p.m. |

DECLARATION OF ROBERT D.                                    4:20-cv-08600-JST
KLAUSNER IN SUPPORT OF LEAD
COUNSEL'S MOTION FOR ATTORNEYS'
FEES AND LITIGATION EXPENSES

ROBERT D. KLAUSNER declares follows:

1.      I am a principal of the law firm of Klausner, Kaufman, Jensen & Levinson.  I submit this declaration in support of Lead Counsel's motion for attorneys' fees in connection with services rendered in the above-captioned class action (the "Action").[1]   Unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

**Introduction**

2.      My firm is outside counsel for Lead Plaintiff Louisiana Sheriffs' Pension and Relief Fund ("Louisiana Sheriffs").  In that capacity, my firm acts as a fiduciary to Louisiana Sheriffs. During the course of this litigation, my firm worked closely with Lead Counsel Bernstein Litowitz Berger & Grossmann LLP ("Lead Counsel") in providing client communications and coordinating with Louisiana Sheriffs. My firm also performed the following tasks, among others: assisted Louisiana Sheriffs in responding to discovery requests; assisted Louisiana Sheriffs in reviewing substantive pleadings and briefs throughout the litigation; and advised and consulted with Louisiana Sheriffs in formulating its decision-making throughout the case, including its consideration and review of the proposed Settlement.

3.      The information in this declaration and its exhibits regarding the time spent on the Action by the firm's attorneys and other professional support staff is based on contemporaneous daily time records regularly prepared and maintained by my firm.  I am the partner who oversaw and/or conducted the day-to-day activities in the litigation and I reviewed these time records (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration.

4.      The purpose of this review was to confirm both the accuracy of the time entries and the necessity for, and reasonableness of, the time committed to the litigation.  In addition, all time expended in preparing this fee application has been excluded.

---

[1] Unless otherwise defined in this Declaration, all capitalized terms have the meanings set out in the Stipulation and Agreement of Settlement dated January 30, 2023 (ECF No. 117-1).

DECLARATION OF ROBERT D.                    1                    4:20-cv-08600-JST
KLAUSNER IN SUPPORT OF LEAD
COUNSEL'S MOTION FOR ATTORNEYS'
FEES AND LITIGATION EXPENSES

5. As a result of this review, I believe that the time reflected in the firm's lodestar calculation as set forth in this declaration is reasonable in amount and was necessary for the effective and efficient prosecution and resolution of the litigation.

6. The hourly rates for the attorneys in my firm included in the exhibits to this declaration are the usual and customary rates set by the firm in securities litigation. These hourly rates are the same as, or comparable to, the rates accepted by courts in other securities class action litigation or shareholder litigation including courts in this Circuit. My firm's rates are set based on periodic analysis of rates charged by firms performing comparable work and that have been approved by courts.

7. None of the timekeepers listed in the exhibits to this declaration and included in my firm's lodestar for the Action were "contract attorneys" or "contract paralegals." All of the timekeepers listed were either partners of the firm who were entitled to medical and other benefits.

**Hours and Lodestar Information**

8. Attached as Exhibit 1 is a summary lodestar chart which lists (1) the name of each timekeeper in my firm who worked on the Action; (2) their title or position (*e.g.*, partner, associate, staff attorney, paralegal); (3) the total number of hours they worked on the Action from its inception through and including November 30, 2023; (4) their current hourly rate; (5) their lodestar (at both current and historical rates); and (6) a brief description of the primary work they performed in connection with this case.

9. As reflected in Exhibit 1, the total number of hours expended on this Action by my firm through November 30, 2023, is 93.8. The total lodestar for my firm for that period is $70,350.00 at current and $65,825.00 at historical rates.

10. Attached as Exhibit 2 are summary descriptions describing the principal tasks in which each attorney in my firm were involved in this Action.

11. Exhibit 3 sets forth brief biographical summaries for each timekeeper listed in Exhibit 1, including information about their position, education, and relevant experience.

DECLARATION OF ROBERT D. KLAUSNER IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES     2     4:20-cv-08600-JST

12. Exhibit 4 is an Excel spreadsheet which lists (1) the name and position of each timekeeper; (2) the hours incurred by that timekeeper in each month in each of 13 different categories; (3) the hourly rate charged for each timekeeper during that month; (4) his lodestar at that historic rate; (5) the current rate for each timekeeper; and (6) his lodestar at the current rate. The time reflected includes time spent through November 30, 2023.

13. Exhibit 5 summarizes certain of the information contained in Exhibit 4. Specifically, Exhibit 5 (the "Summary of Categories by Month") reflects the total hours spent by all of my firm's timekeepers in each of the 13 categories during each month. Exhibit 5 also shows the total lodestar for all timekeepers for each month at both historic and current rates.

14. Exhibit 6 also summarizes certain of the information contained in Exhibit 4. Specifically, Exhibit 6 (the "Summary of Categories by Timekeeper") reflects the hours spent during the entire case by each timekeeper in each of the 13 categories, and also reflects each timekeeper's individual hours and lodestar at their historic rates and current rate.

15. With respect to the standing of my firm, attached hereto as Exhibit 7 is a brief firm resume, which includes information about my firm and biographical information concerning the firm's attorneys who worked on this matter.

16. Electronic copies of the three Excel spreadsheets, Exhibits 4, 5, and 6, will be lodged with the Courtroom deputy. We will provide the Court with any further documentation or explanation with respect to our lodestar or expenses, including our detailed daily time records, upon request by the Court.

I declare, under penalty of perjury, that the foregoing facts are true and correct.

Executed: December 6, 2023

_____
ROBERT D. KLAUSNER

DECLARATION OF ROBERT D. KLAUSNER IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES

3

4:20-cv-08600-JST

**EXHIBIT 1**

*In re Splunk Inc. Sec. Litig.* , No. 4:20-cv-08600-JST

**Klausner, Kaufman, Jensen, & Levinson**
**Summary Lodestar Chart**
**Inception - November 30, 2023**

| Name | Position | Total Hours | Current Rate | Historical Lodestar | Current Lodestar | Brief Summary of Work Performed |
|---|---|---|---|---|---|---|
| Robert D. Klausner | Principal | 92.0 | $750.00 | $64,565.00 | $69,000.00 | Communications with client; work with client to respond to discovery requests; work with client to review pleadings; assist client in settlement process. |
| Stuart A. Kaufman | Partner | 1.8 | $750.00 | $1,260.00 | $1,350.00 | Assist client with review of mediation statements and discuss mediation statements with client. |
| | **TOTALS:** | **93.8** | | **$65,825.00** | **$70,350.00** | |

**EXHIBIT 2**

*In Splunk Inc. Sec. Litig.*, **No. 4:20-cv-08600-JST**

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**

**SUMMARY DESCRIPTIONS OF WORK PERFORMED**

**PRINCIPAL**

**Robert D. Klausner** (92 hours):  I am the principal at Klausner, Kaufman, Jensen & Levinson.  I served as the principal contact with Lead Plaintiff Louisiana Sheriffs Pension & Relief Fund. Among other things, I coordinated with Lead Counsel and Louisiana Sheriffs concerning discovery matters, including Louisiana Sheriffs' production of documents in response to Defendants' requests.  I also discussed with Louisiana Sheriffs the pleadings and progress of the mediation and settlement negotiations.  Throughout the litigation, I spoke with officers at Louisiana Sheriffs and made presentations to the Board of Louisiana Sheriffs concerning the case, and made recommendations about the Action to Louisiana Sheriffs.

**PARTNER**

**Stuart A. Kaufman** (1.8 hours):  Mr. Kaufman is a partner at Klausner, Kaufman, Jensen & Levinson.  Mr. Kaufman assisted Louisiana Sheriffs in its review of the mediation statements and discussed the mediation statements with Louisiana Sheriffs.

**EXHIBIT 3**

*In Splunk Inc. Sec. Litig.*, **No. 4:20-cv-08600-JST**

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**

**TIMEKEEPER BIOGRAPHIES**

## PRINCIPAL

**ROBERT D. KLAUSNER** is the principal in the law firm of Klausner, Kaufman, Jensen & Levinson.  For 41 years, he has been engaged in the practice of law, specializing in the representation of public employee pension funds.  The firm represents state and local retirement systems in more than 20 states.

As part of its practice of representing public employee pension funds, the firm has advised numerous clients in connection with their service as plaintiffs or class representatives in federal securities class actions.  Among many others, Mr. Klausner represented the Louisiana Sheriffs Pension & Relief Fund in the *In re Wells Fargo & Co. Securities Litigation*, No. 1:20-cv-04494-GHW-SN (S.D.N.Y.), which settled for $1 billion in 2023; the Fort Worth Employees' Retirement Fund in the *In re Bank of America Corp. Securities Litigation*, No. 09 MDL 2058 (S.D.N.Y.), which settled for $2.425 billion in 2013; advised the Louisiana Firefighters' Retirement System in the *In re Citigroup Inc. Bond Action Litigation*, No. 08-cv-9522 (S.D.N.Y.), which settled for $730 million in 2013; and represented the Jacksonville Police & Fire Pension Fund in *Lloyd v. CVB Financial Corp.*, No. 10-cv-06256 (C.D. Cal.), which settled for $6.2 million in 2017.

Mr. Klausner has assisted in the drafting of many state and local laws on public employee retirement throughout the United States.  Mr. Klausner is a frequent speaker on pension education programs and has also published numerous articles on fiduciary obligations of public employee pension trustees.  He is co-author of the book *State and Local Government Employment Liability*, published by Thomson-West Publishers and is the author of the first comprehensive book on the law of public employee retirement systems, *State and Local Government Retirement Law: A Guide for Lawyers, Trustees, and Plan Administrators*, published in April 2009 and an expanded version published in July 2011.  In 2008, Mr. Klausner successfully represented the Commonwealth of Kentucky and the Kentucky Retirement Systems in the United States Supreme Court in *Kentucky Retirement Systems v. Equal Employment Opportunity Commission*, 554 U.S. 135 (2008).

EDUCATION:  University of Florida (B.A. with honors, 1974); University of Florida College of Law (J.D., 1977).  Adjunct professor, Nova University Law School (1987 - 2005); adjunct professor, New York Institute of Technology, School of Labor Relations(1999-2003); instructor, Florida State University Center for Professional Development and Public Service (1980 - present); instructor, International Foundation of Employee Benefit Plans (1986 - present); instructor, National Association of State Retirement Administrators Conference (1996 - present); instructor, National Education Association Benefit Conferences (1989 - present); instructor, Florida Division of Retirement Pension Trustees School (1980 - present); instructor,  Texas Association of Public Employee Retirement

Systems (1990-present); instructor,   Georgia Association of Public Pension Trustees (2020-present).

BAR ADMISSIONS:  Florida, Texas, Wisconsin, U.S. District Courts for the Southern District of Florida, Middle District of Florida, Northern District of Texas, U.S. Courts of Appeals for the Second, Fourth, Fifth, Sixth, Eighth, and Eleventh Circuits, U.S. Court of Claims, U.S. Supreme Court.

Member:                    The Florida Bar; Texas Bar; Wisconsin Bar; American Bar Association; Phi Beta Kappa; Phi Kappa Phi.

Publications:              Co-Author, <u>State and Local Government Employment Liability</u>, Thomson-Reuters Publishing Co. (annually)

Author, <u>State and Local Government Retirement Law: A Guide for Lawyers, Trustees, and Plan Administrators</u>, Thomson-Reuters Publishing Co. (annually)


## **PARTNER**

**STUART A. KAUFMAN** is a partner in the law firm of Klausner, Kaufman, Jensen & Levinson. After graduation from the University of Miami School of Law in 1989, Mr. Kaufman returned to New York where he practiced in a small firm in New York City for three years as a general litigator.  He returned to Florida in 1993 and joined the law firm as an associate specializing in different facets of labor and employment law, including the representation of public employee pension funds.

In 1997, Mr. Kaufman was retained as General Counsel for the Professional Law Enforcement Association of Dade County, an employee organization dedicated to protecting the rights of law enforcement officers, where he served until January 2001.  Mr. Kaufman was also a sole practitioner at the time operating a general civil practice with an emphasis on employment related matters.  Additionally, he volunteered and served as General Counsel for Cops for Kids, Inc., a charitable organization operated by police officers which benefits underprivileged children in South Florida.  He has represented several hundred police officers throughout Dade and Broward Counties in all matters related to their employment, including disciplinary appeals, grievances, and at shooting scenes.

Since rejoining Klausner, Kaufman, Jensen & Levinson in February 2001, Mr. Kaufman has been solely dedicated to representing public employee pension funds.

EDUCATION:  State University of New York at Binghamton, B.A., Political Science, 1986; University of Miami School of Law, J.D., 1989.

BAR ADMISSIONS:  New York, Florida, U.S. District Court for the Southern District of Florida, U.S. Court of Appeals for the Eleventh Circuit.

EXHIBIT 4

*In re Splunk Inc. Sec. Litig.*, No. 4:20-cv-08600-JST

**Klausner, Kaufman, Jensen & Levinson**
**Categories by Timekeeper and Month**
**Inception - November 30, 2023**

**Category Codes:**

| | | |
|---|---|---|
| 1. Investigation & Analysis | 6. Discovery Communications, Disputes & General | 11. Case Strategy & Analysis |
| 2. Lead Plaintiff Motion | 7. Written/Document Discovery | 12. Docket/News Monitoring |
| 3. Complaint | 8. Expert Work | 13. Client Comunications |
| 4. Motion to Dismiss | 9. Mediation & Settlement | |
| 5. Class Certification | 10. Case Management | |

| TIMEKEEPER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL SUM OF HOURS | HISTORIC RATE | LODESTAR AT HISTORIC RATE | CURRENT RATE | LODESTAR AT CURRENT RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Robert D. Klausner - Principal** | | | | | | | | | | | | | | **92.00** | | **$64,565.00** | $750 | **$69,000.00** |
| January 2021 | 4.00 | | | | | | | | | | | | 0.50 | 4.50 | $700 | $3,150.00 | $750 | $3,375.00 |
| February 2021 | 4.00 | 0.20 | | | | | | | | | | | 1.00 | 5.20 | $700 | $3,640.00 | $750 | $3,900.00 |
| June 2021 | | | 2.00 | | | | | | | | | | 2.50 | 4.50 | $700 | $3,150.00 | $750 | $3,375.00 |
| July 2021 | | | | 3.50 | | | | | | | | | | 3.50 | $700 | $2,450.00 | $750 | $2,625.00 |
| March 2022 | | | | | | | | | | 3.50 | | | 1.00 | 4.50 | $700 | $3,150.00 | $750 | $3,375.00 |
| May 2022 | | | | | | 2.00 | | | 8.00 | | | | 3.00 | 13.00 | $700 | $9,100.00 | $750 | $9,750.00 |
| June 2022 | | | | | | | 5.50 | | | | | | | 5.50 | $700 | $3,850.00 | $750 | $4,125.00 |
| July 2022 | | | | | 6.50 | 3.50 | 4.50 | | | | | | 1.50 | 16.00 | $700 | $11,200.00 | $750 | $12,000.00 |
| August 2022 | | | | | | | 3.70 | | | | | | 1.00 | 4.70 | $700 | $3,290.00 | $750 | $3,525.00 |
| September 2022 | | | | | | | 3.00 | | 6.00 | | | | 2.00 | 11.00 | $700 | $7,700.00 | $750 | $8,250.00 |
| October 2022 | | | | | | | 0.50 | | | | | | | 0.50 | | | $750 | |
| November 2022 | | | | | | 2.50 | | | | | | | 1.00 | 3.50 | | | $750 | |
| December 2022 | | | | | | | | | 12.30 | | | | | 12.30 | | | | |
| February 2023 | | | | | | | | | 1.80 | | | | | 1.80 | | | | |
| June 2023 | | | | | | | | | 1.50 | | | | | 1.50 | | | | |
| **Stuart A. Kaufman - Partner** | | | | | | | | | | | | | | **1.80** | | **$1,260.00** | | **$1,350.00** |
| November 2022 | | | | | | | | | 0.40 | | | | 0.30 | 0.70 | $700 | $490.00 | $750 | $525.00 |
| December 2022 | | | | | | | | | 1.10 | | | | | 1.10 | $700 | $770.00 | $750 | $825.00 |
| **GRAND TOTAL** | **8.00** | **0.20** | **2.00** | **3.50** | **6.50** | **8.00** | **17.20** | **0.00** | **17.10** | **14.00** | **3.50** | **0.00** | **13.80** | **93.80** | | **$65,825.00** | | **$70,350.00** |
| **LODESTAR AT HISTORIC RATE** | **$5,600.00** | **$140.00** | **$1,400.00** | **$2,450.00** | **$4,550.00** | **$5,600.00** | **$12,040.00** | **$0.00** | **$12,135.00** | **$9,800.00** | **$2,450.00** | **$0.00** | **$9,660.00** | | | **$65,825.00** | | |
| **LODESTAR AT CURRENT RATE** | **$6,000.00** | **$150.00** | **$1,500.00** | **$2,625.00** | **$4,875.00** | **$6,000.00** | **$12,900.00** | **$0.00** | **$12,825.00** | **$10,500.00** | **$2,625.00** | **$0.00** | **$10,350.00** | | | | | **$70,350.00** |

**EXHIBIT 5**

*In re Splunk Inc. Sec. Litig., No. 4:20-cv-08600-JST*

**Klausner, Kaufman, Jensen & Levinson**
**Category Lodestar Chart by Month**
**Inception - November 30, 2023**

**Category Codes:**

| | | |
|---|---|---|
| 1. Investigation & Analysis | 6. Discovery Communications, Disputes & General | 11. Case Strategy & Analysis |
| 2. Lead Plaintiff Motion | 7. Written/Document Discovery | 12. Docket/News Monitoring |
| 3. Complaint | 8. Expert Work | 13. Client Comunications |
| 4. Motion to Dismiss | 9. Mediation & Settlement | |
| 5. Class Certification | 10. Case Management | |

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL SUM OF HOURS | LODESTAR AT HISTORIC RATE | LODESTAR AT CURRENT RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January 2021 | 4.00 | | | | | | | | | | | | 0.50 | 4.50 | $3,150.00 | $3,375.00 |
| February 2021 | 4.00 | 0.20 | | | | | | | | | | | 1.00 | 5.20 | $3,640.00 | $3,900.00 |
| June 2021 | | | 2.00 | | | | | | | | | | 2.50 | 4.50 | $3,150.00 | $3,375.00 |
| July 2021 | | | | 3.50 | | | | | | | | | | 3.50 | $2,450.00 | $2,625.00 |
| March 2022 | | | | | | | | | | 3.50 | | | 1.00 | 4.50 | $3,150.00 | $3,375.00 |
| May 2022 | | | | | | 2.00 | | | | 8.00 | | | 3.00 | 13.00 | $9,100.00 | $9,750.00 |
| June 2022 | | | | | | | 5.50 | | | | | | | 5.50 | $3,850.00 | $4,125.00 |
| July 2022 | | | | | 6.50 | 3.50 | 4.50 | | | | | | 1.50 | 16.00 | $11,200.00 | $12,000.00 |
| August 2022 | | | | | | | 3.70 | | | | | | 1.00 | 4.70 | $3,290.00 | $3,525.00 |
| September 2022 | | | | | | | 3.00 | | | 6.00 | | | 2.00 | 11.00 | $7,700.00 | $8,250.00 |
| October 2022 | | | | | | | 0.50 | | | | | | | 0.50 | $350.00 | $375.00 |
| November 2022 | | | | | | 2.50 | | | 0.40 | | | | 1.30 | 4.20 | $2,940.00 | $3,150.00 |
| December 2022 | | | | | | | | | 13.40 | | | | | 13.40 | $9,380.00 | $10,050.00 |
| February 2023 | | | | | | | | | 1.80 | | | | | 1.80 | $1,350.00 | $1,350.00 |
| June 2023 | | | | | | | | | 1.50 | | | | | 1.50 | $1,125.00 | $1,125.00 |
| **TOTAL** | **8.00** | **0.20** | **2.00** | **3.50** | **6.50** | **8.00** | **17.20** | **0.00** | **17.10** | **14.00** | **3.50** | **0.00** | **13.80** | **93.80** | **$65,825.00** | **$70,350.00** |

**EXHIBIT 6**

*In re Splunk Inc. Sec. Litig.* , No. 4:20-cv-08600-JST

**Klausner, Kaufman, Jensen & Levinson**
**Category Lodestar Chart by Timekeeper**
**Inception - November 30, 2023**

**Category Codes:**

1. Investigation & Analysis
2. Lead Plaintiff Motion
3. Complaint
4. Motion to Dismiss
5. Class Certification

6. Discovery Communications, Disputes & General
7. Written/Document Discovery
8. Expert Work
9. Mediation & Settlement
10. Case Management

11. Case Strategy & Analysis
12. Docket/News Monitoring
13. Client Comunications

| TIMEKEEPER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | TOTAL SUM OF HOURS | LODESTAR AT HISTORIC RATE | LODESTAR AT CURRENT RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert D. Klausner - Principal | 8.00 | 0.20 | 2.00 | 3.50 | 6.50 | 8.00 | 17.20 | | 15.60 | 14.00 | 3.50 | | 13.50 | 92.00 | $64,565.00 | $69,000.00 |
| Stuart A. Kaufman - Partner | | | | | | | | | 1.50 | | | | 0.30 | 1.80 | $1,260.00 | $1,350.00 |
| **TOTAL** | **8.00** | **0.20** | **2.00** | **3.50** | **6.50** | **8.00** | **17.20** | **0.00** | **17.10** | **14.00** | **3.50** | **0.00** | **13.80** | **93.80** | **$65,825.00** | **$70,350.00** |

**EXHIBIT 7**

*In Splunk Inc. Sec. Litig.*, **No. 4:20-cv-08600-JST**

**Klausner, Kaufman, Jensen & Levinson**

**FIRM RESUME**

The law firm of **Klausner, Kaufman, Jensen & Levinson** specializes exclusively in the representation of retirement and benefit systems and related labor and employment relations matters. The firm has provided legal services to more than 200 state and local government retirement systems in more than 25 states and territories. The firm is composed of 7 lawyers in South Florida and Robert E. Tarzca, Of Counsel (New Orleans).  In addition, we have six clerical/paraprofessional employees, an administrator, and a deputy administrator/conference director.

As a result of our substantial involvement on a national level in public employee retirement matters, we have developed a unique level of knowledge and experience.  By concentrating our practice in the area of public employee retirement and related employment issues, we are able to keep a focus on changing trends in the law that more general practitioners would consider a luxury.

The law firm of Klausner, Kaufman, Jensen & Levinson, among the most highly regarded in the country in the area of pension issues, is frequently called upon as an educational and fiduciary consultant by state and local governments throughout the United States on some of the newest and most sophisticated issues involving public retirement systems.  The examples of those areas are:

**Plan Design**

The firm provides services to dozens of public employee pension plans throughout the United States in the area of plan review, design, and legislative drafting.  On both the state and local levels, statutes and ordinances are reviewed for the purposes of maintaining compliance with current and pending Internal Revenue Code Regulations affecting public plans, as well as compliance with provisions of the Americans With Disabilities Act, the Older Workers Protections Act, Veterans' re-employment laws, and the Pension Protection Act.  When benefit changes occur we prepare all necessary legislative drafts and appear before the appropriate legislative body to answer questions concerning those drafts. We also offer creative solutions to plan design issues brought about by unexpected economic pressures and balancing those solutions against constitutional or statutory benefit guarantees.

**Fiduciary Education**

The primary duty of a pension fund lawyer is to ensure that the trustees do the right thing.  It is our practice to design and present a variety of educational materials and programs which explain the general principles of fiduciary responsibility, as well as more specific principles regarding voting conflicts, compliance with open meeting laws, conflict of interest laws, etc.  We regularly apprise the boards of trustees and administrators through newsletters, memoranda and updates on our website of changes in the law, both legislatively and judicially, which impact upon their duties.

We also conduct training workshops to improve the trustees' skills in conducting disability and other benefit hearings.  As a result of our regular participation and educational programs on a monthly basis, all of the materials prepared as speaker materials for those programs are distributed without additional charge to our clients.  Our firm provides its clients, as part of the fees charged for legal and consulting services, an annual pension conference in South Florida.  This national event draws internationally known legal and financial experts and has been attended by more than 3500 trustees and administrators from throughout the United States.  Only clients of the firm are permitted to attend and fees paid include attendance at the conference.

**Plan Policies, Rules, and Procedures**

It has been our experience that boards of trustees find themselves in costly and unnecessary litigation because of inconsistency in the administration of the fund.  Accordingly, we have worked with our trustee clients in developing policies, rules, and procedures for the administration of the trust fund.  The development of these rules ensures uniformity of plan practices and guarantees the due process rights of persons appearing before the board.  They also serve to help organize and highlight those situations in which the legislation creating the fund may be in need of revision.  By utilizing rule making powers, the board of trustees can help give definition and more practical application to sometimes vague legislative language.

**Legal Counseling**

In the course of its duties, the board of trustees and administrators will be called upon from time to time to interpret various provisions of the ordinance or statute which governs its conduct.  The plan will also be presented with various factual situations which do not lend themselves to easy interpretation.  As a result, counsel to the plan is responsible for issuing legal opinions to assist the trustees and staff in performing their function in managing the trust.  It is our practice to maintain an orderly system of the issuance of legal opinions so that they can form part of the overall body of law that guides the retirement plan.  As changes in the law occur, it is our practice to update those legal opinions to ensure that the subjects which they cover are in conformance with the current state of the law.

**Summary Plan Descriptions**

Many state laws require that pension plans provide their members with a plain language explanation of their benefits and rights under the plan. Given the complexity of most pension laws, it is also good benefits administration practice. Part of the responsibilities of a fiduciary is to ensure that plan members understand their rights and the benefits which they have earned.  We frequently draft plain language summary plan descriptions using a format which is easily updatable as plan provisions change.  We are also advising plans on liability issues associated with electronic communication between funds and members as part of our continuing effort at efficient risk management.

**Litigation**

Despite the best efforts and intentions of the trustees and staff, there will be times when the plan finds itself as either a plaintiff or defendant in a legal action. We have successfully defended retirement plans in claims for benefits, actions regarding under-funding, constitutional questions, discrimination in plan design, and failure of plan fiduciaries to fulfill their responsibilities to the trust. The firm has substantial state and federal court trial and appellate experience, including the successful defense of a state retirement system in the Supreme Court of the United States. The firm also has a substantial role in monitoring securities litigation and regularly argues complex appellate matters on both the state and federal levels. We pride ourselves on the vigorous representation of our clients while maintaining close watch on the substantial costs that are often associated with litigation. We are often called upon to provide support in a variety of cases brought by others as expert witnesses or through appearance as an *amicus curiae* (Friend of the Court).