# Exhibit 6

# Exhibit 6A



24 January 2023



# Recent Trends in Securities Class Action Litigation: 2022 Full-Year Review

Federal Filings Declined for the Fourth Consecutive Year

Average and Median Settlement Values Increased by More than 50% Compared to 2021

By Janeen McIntosh, Svetlana Starykh, and Edward Flores

Insight in Economics™

# Recent Trends in Securities Class Action Litigation: 2022 Full-Year Review

## Federal Filings Declined for the Fourth Consecutive Year

## Average and Median Settlement Values Increased by More than 50% Compared to 2021

By Janeen McIntosh, Svetlana Starykh, and Edward Flores[1]

24 January 2023

## Foreword

I am excited to share NERA's Recent Trends in Securities Class Action Litigation: 2022 Full-Year Review with you. This year's edition builds on work carried out over more than three decades by many members of NERA's Securities and Finance Practice. This year's report continues our analyses of trends in filings and settlements and presents new analyses related to current topics such as event-driven litigation. Although space does not permit us to present all the analyses the authors have undertaken while working on this year's edition or to provide details on the statistical analysis of settlement amounts, we hope you will contact us if you want to learn more about our research or our work related to securities litigations. On behalf of NERA's Securities and Finance Practice, I thank you for taking the time to review our work and hope you find it informative.

**Dr. David Tabak**, Managing Director

## Introduction

Filings of new securities class actions declined each year from 2019 through 2022. In 2022, there were 205 new federal securities class action suits filed. This significant decline from the 431 cases filed in 2018 was largely due to the lower number of merger-objection and Rule 10b-5 cases filed in 2022. Similarly, there were fewer cases resolved in 2022 than in 2021. The decline in resolutions, since 2021, was driven by the decrease in dismissed non-merger-objection and non–crypto unregistered securities cases, a category that declined by more than 30%.[2] The aggregate settlement amount for cases settled in 2022 was $4 billion, which is approximately $2 billion higher than the inflation-adjusted amount for 2021. With more cases settling for higher values in 2022 compared to 2021, the average settlement value increased by over 70% to $38 million and the median settlement value increased by over 50% to $13 million.

## Trends in Filings

For the fourth consecutive year, there was a decline in the number of new federal securities class action suits filed (see Figure 1).[3] In 2022, there were 205 new cases filed, a decline from the 210 new cases filed in 2021. This decline is a continuation of the downward trend observed since 2018, when more than 400 cases were recorded. This decline has been driven by the lower levels of merger-objection cases and cases with only Rule 10b-5 claims filed in each year (see Figure 2). Of the cases filed in 2022, suits against defendants in the health technology and services sector and the electronic technology and services sector were the most common, each accounting for 27% of total cases (see Figure 3). Although there was a decline in the aggregate number of cases filed in the Second, Third, and Ninth Circuits to the lowest level within the 2018–2022 period, the majority of new filings continue to be concentrated in these jurisdictions (see Figure 4). Of the cases filed in 2022, 33% included an allegation related to misled future performance, the most common allegation for the year. The proportion of cases with an allegation related to a regulatory issue increased from 19% in 2021 to 26% in 2022 (see Figure 5).[4]

Figure 1. **Federal Filings and Number of Companies Listed in the United States**
January 1996–December 2022



Note: Listed companies include those listed on the NYSE and Nasdaq. Listings data obtained from World Federation of Exchanges (WFE). The 2022 listings data is as of November 2022.

Figure 2. **Federal Filings by Type**
January 2013–December 2022



For the fourth consecutive year, there was a decline in the number of new federal securities class action suits filed.

Figure 3. **Percentage of Federal Filings by Sector and Year**
  Excludes Merger Objections and Crypto Unregistered Securities
  January 2018–December 2022



Note: This analysis is based on the FactSet Research Systems, Inc. economic sector classification. Some of the FactSet economic sectors are combined for presentation.

*Filings against defendants in the health technology and services sector and the electronic technology and services sector were the most common in 2022, each accounting for 27% of total cases.*

Figure 4. **Federal Filings by Circuit and Year**
Excludes Merger Objections and Crypto Unregistered Securities
January 2018–December 2022



*Although there was a decline in the aggregate number of cases filed in the Second, Third, and Ninth Circuits to the lowest level within the 2018–2022 period, the majority of new filings continue to be concentrated in these jurisdictions.*

Figure 5. **Allegations**
Shareholder Class Actions with Alleged Violations of Rule 10b-5, Section 11, and/or Section 12
January 2018–December 2022



## Event-Driven and Special Cases

Here we summarize activity and trends in filings over the 2019–2022 period in potential development areas we have identified for securities class actions (see Figures 6 and 7).[5]

### ESG Cases

Environmental, social, and governance (ESG) disclosures and companies' commitments to meet disclosure guidelines have been a developing area of interest to investors and government agencies such as the Securities and Exchange Commission over the recent decade.[6] Along with that interest have come waves of lawsuits filed by plaintiffs alleging fraud related to ESG disclosures. For example, in a securities class action suit filed against CBS Corporation in 2018, plaintiffs alleged the defendant made false and misleading statements and/or failed to disclose that CBS executives engaged in widespread workplace sexual harassment and that the defendant's purported policies were inadequate to prevent the conduct. This suit was settled in 2022 for $14,750,000. Similarly, in the ongoing securities suit filed against Activision Blizzard, Inc., in 2021, plaintiffs allege the defendant made false and misleading statements and/or failed to disclose that there was discrimination against women and minority employees and the existence of numerous complaints about unlawful harassment, discrimination, and retaliation made to human resources that were not addressed. As focus and interest in this area continues, this may lead to a higher number of ESG-related cases being filed.

### Crypto Cases

The first securities class action related to cryptocurrency was filed against GAW Miners, LLC, in June 2016. Since 2017, there have been year-to-year fluctuations in the number of new crypto federal filings each year. In 2022, there were 25 crypto federal class actions suits filed. This is more than double the number of similar suits filed in 2021. This uptick was driven by the increase in the number of crypto unregistered securities cases.

Figure 6. **Number of Crypto Federal Filings**
January 2016–December 2022



### Bribery/Kickbacks

Over the 2019–2020 period, there were 14 cases filed related to allegations of bribery or kickbacks. In 2021, there was a reduction in the number of these cases filed, with only one bribery/kickback-related case filed in that year. In 2022, four such cases were filed.

### Cannabis

In 2019 and 2020, there were seven and six securities class action cases filed against defendants in the cannabis industry, respectively. Since then, there has only been one suit filed against these defendants each year.

### Cybersecurity Breach

Since 2019, there have been at least three securities class action suits filed each year related to a cybersecurity breach. More specifically, between 2019 and 2020, there were a total of six such cases filed, and an additional five suits brought in 2021. In 2022, the number of new federal suits declined slightly to three filings.

### COVID-19

Since the emergence of the COVID-19 pandemic in March 2020, 77 securities class action suits have been filed with claims related to the pandemic. Between March 2020 and December 2020, 33 cases were filed with COVID-19-related claims. In 2021, the number of suits filed declined to 20, but then increased slightly to 24 in 2022.

### Environment

Over the 2019–2022 period, 12 environment-related securities class action suits have been filed. Of these, only three were filed in 2021–2022.

### Money Laundering

In 2019 and 2020, there were three cases filed each year with claims related to money laundering. Between 2021 and 2022, only one such suit has been filed.

### SPAC

In 2019, only one case related to special purpose acquisition companies (SPACs) was filed. Since then, new federal cases related to these claims have increased substantially, with six filings in 2020 and 33 cases filed in 2021. During 2022, there were 24 securities class action suits filed related to SPACs, a 27% decline from 2021.[7]

Figure 7. **Event-Driven and Other Special Cases by Filing Year**
January 2019–December 2022



Number of Filings

## Trends in Resolutions

The number of resolved cases—dismissed and settled cases—declined in 2022 to 214 from 248 in 2021 (see Figure 8).[8] Although 2022 was a record-setting year for the number of settled non-merger-objection, non–crypto unregistered securities cases during the 2013–2022 period, there was a larger decrease in the number of dismissed non-merger-objection, non–crypto unregistered securities cases, which led to a decline in overall resolutions. In addition, in 2022, the number of merger-objection cases resolved declined to 14, a substantial decrease from the 2017–2020 period, when more than 130 such cases were resolved each year. Of the cases filed since 2015, as of 31 December 2022, a larger portion has been dismissed than have settled (see Figure 9). This is consistent with historical trends, which indicate that settlements occur later in the litigation cycle and dismissals tend to occur in the earlier stages. Taking the time between first complaint and resolution to represent the length of time taken to resolve a suit, more than half the cases resolve between one and three years, and 17% of cases resolve more than four years after the first complaint was filed (see Figure 10).

Figure 8. **Number of Resolved Cases: Dismissed or Settled**
January 2013–December 2022



Figure 9. **Status of Cases as Percentage of Federal Filings by Filing Year**
Excludes Merger Objections, Crypto Unregistered Securities, and Verdicts
January 2013–December 2022



Note: Dismissals may include dismissals without prejudice and dismissals under appeal. Component values may not add to 100% due to rounding.

Figure 10. **Time from First Complaint Filing to Resolution**
Excluding Merger Objections and Crypto Unregistered Securities
Cases Filed January 2003–December 2018 and Resolved January 2003–December 2022



## Analysis of Motions

NERA's federal securities class action database tracks filing and resolution activity as well as decisions on motions to dismiss, motions for class certification, and the status of any motion as of the resolution date. For this analysis, we include securities class actions that were filed and resolved over the 2013–2022 period in which purchasers of common stock are part of the class and in which a violation of Rule 10b-5, Section 11, and/or Section 12 is alleged.

### Motion to Dismiss

A motion to dismiss was filed in 96% of the securities class action suits filed and resolved. A decision was reached in 73% of these cases, while 18% were voluntarily dismissed by plaintiffs, 8% settled before a court decision was reached, and 1% of the motions were withdrawn by defendants. Among the cases where a decision was reached, 61% were granted (with or without prejudice) and only 20% were denied (see Figure 11).

Figure 11. **Filing and Resolutions of Motions to Dismiss**
Cases Filed and Resolved January 2013–December 2022



### Motion for Class Certification

A motion for class certification was filed in only 17% of the securities class action suits filed and resolved, as most cases are either dismissed or settled before the class certification stage is reached. A decision was reached in 60% of the cases where a motion for class certification was filed. Almost all of the other 40% of cases were resolved with a settlement. Among the cases where a decision was reached, the motion for class certification was granted (with or without prejudice) in 86% of cases (see Figure 12). Approximately 65% of decisions on motions for class certification occur within three years of the filing of the first complaint, with nearly all decisions occurring within five years (see Figure 13). The median time was about 2.7 years.

Figure 12. **Filing and Resolutions of Motions for Class Certification**
Cases Filed and Resolved January 2013–December 2022



Figure 13. **Time from First Complaint Filing to Class Certification Decision**
Cases Filed and Resolved January 2013–December 2022



## Trends in Settlement Values

Aggregate settlements for 2022 totaled $4 billion, which is more than double the inflation-adjusted total for 2021 of $1.9 billion.[9] In 2022, the average settlement value was $38 million, an increase of more than 70% compared to the 2021 inflation-adjusted average settlement value (see Figures 14 and 15). The distribution of 2022 settlement values differed from the settlements in 2021, with more cases settling for higher values, and more consistent with the distribution of settlement values observed in 2020 (see Figure 16). This shift is also evident in the median settlement values. The median settlement value for 2022 is $13 million, which is approximately $5 million higher than the 2021 inflation-adjusted median value of $8 million (see Figure 17).[10]

Figure 14. **Average Settlement Value**
Excludes Merger Objections, Crypto Unregistered Securities, and Settlements for $0 to the Class
January 2013–December 2022



Figure 15. **Average Settlement Value**

Excludes Settlements over $1 Billion, Merger Objections, Crypto Unregistered Securities, and Settlements for $0 to the Class
January 2013–December 2022



Figure 16. **Distribution of Settlement Values**

Excludes Merger Objections, Crypto Unregistered Securities, and Settlements for $0 to the Class
January 2018–December 2022



Figure 17. **Median Settlement Value**
Excludes Settlements over $1 Billion, Merger Objections, Crypto Unregistered Securities, and Settlements for $0 to the Class
January 2013–December 2022



## Top Settlements

The top 10 settlements in 2022 ranged from $98 million to $809.5 million and totaled $2.2 billion. The highest settlement reached was against Twitter, Inc., for a case filed in California in 2016 (see Table 1).

Table 1. **Top 10 2022 Securities Class Action Settlements**

| Ranking | Defendant | Filing Date | Settlement Date | Total Settlement Value ($Million) | Plaintiffs' Attorneys' Fees and Expenses Value ($Million) | Circuit | Economic Sector |
|---|---|---|---|---|---|---|---|
| 1 | Twitter, Inc. | 16 Sept 16 | 11 Nov 22 | $809.5 | $185.7 | 9th | Technology Services |
| 2 | Teva Pharmaceutical Industries Ltd. | 6 Nov 16 | 2 Jun 22 | $420.0 | $109.3 | 2nd | Health Technology |
| 3 | Luckin Coffee Inc. | 13 Feb 20 | 22 Jul 22 | $175.0 | $31.3 | 2nd | Consumer Non-Durables |
| 4 | BlackBerry Ltd. | 4 Oct 13 | 29 Sept 22 | $165.0 | $59.5 | 2nd | Technology Services |
| 5 | Granite Construction Inc. | 13 Aug 19 | 24 Feb 22 | $129.0 | $21.7 | 9th | Industrial Services |
| 6 | Endo International plc. | 14 Nov 17 | 23 Feb 22 | $113.4 | $20.9 | 3rd | Health Technology |
| 7 | Walgreen Co. | 10 April 15 | 7 Oct 22 | $105.0 | $31.1 | 7th | Retail Trade |
| 8 | Novo Nordisk A/S | 11 Jan 17 | 27 Jun 22 | $100.0 | $31.7 | 3rd | Health Technology |
| 9 | Stamps.com, Inc. | 13 Mar 19 | 24 Jan 22 | $100.0 | $17.3 | 9th | Commercial Services |
| 10 | Mattel, Inc. | 24 Dec 19 | 2 May 22 | $98.0 | $14.8 | 9th | Consumer Durables |
| | **Total** | | | **$2,214.9** | **$523.4** | | |

The top 10 federal securities class action settlements, as of 31 December 2022, consists of settlements ranging from $1.14 billion to $7.24 billion. From 2018 to 2021, this list remained unchanged because there were no settlements reached in excess of $1.1 billion during this time. In 2022, this list was updated to incorporate the $1.21 billion partial settlement in the ongoing suit against Valeant Pharmaceuticals International, Inc. (see Table 2).

Table 2. **Top 10 Federal Securities Class Action Settlements** (As of 31 December 2022)

| Ranking | Defendant | Filing Date | Settlement Year(s) | Total Settlement Value ($Million) | Codefendent Settlements | | Plaintiffs' Attorneys' Fees and Expenses Value ($Million) | Circuit | Economic Sector |
| | | | | | Financial Institutions Value ($Million) | Accounting Firms Value ($Million) | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | ENRON Corp. | 22 Oct 01 | 2003–2010 | $7,242 | $6,903 | $73 | $798 | 5th | Industrial Services |
| 2 | WorldCom, Inc. | 30 Apr 02 | 2004–2005 | $6,196 | $6,004 | $103 | $530 | 2nd | Communications |
| 3 | Cendant Corp. | 16 Apr 98 | 2000 | $3,692 | $342 | $467 | $324 | 3rd | Finance |
| 4 | Tyco International, Ltd. | 23 Aug 02 | 2007 | $3,200 | No codefendant | $225 | $493 | 1st | Producer Manufacturing |
| 5 | Petroleo Brasileiro S.A.- Petrobras | 8 Dec 14 | 2018 | $3,000 | $0 | $50 | $205 | 2nd | Energy Minerals |
| 6 | AOL Time Warner Inc. | 18 Jul 02 | 2006 | $2,650 | No codefendant | $100 | $151 | 2nd | Consumer Services |
| 7 | Bank of America Corp. | 21 Jan 09 | 2013 | $2,425 | No codefendant | No codefendant | $177 | 2nd | Finance |
| 8 | Household International, Inc. | 19 Aug 02 | 2006–2016 | $1,577 | Dismissed | Dismissed | $427 | 7th | Finance |
| 9 | Valeant Pharmaceuticals International, Inc.* | 22 Oct 15 | 2020 | $1,210 | $0 | $0 | $160 | 3rd | Health Technology |
| 10 | Nortel Networks | 2 Mar 01 | 2006 | $1,143 | No codefendant | $0 | $94 | 2nd | Electronic Technology |
| | **Total** | | | **$32,334** | **$13,249** | **$1,017** | **$3,358** | | |

*Denotes a partial settlement, which is included here due to its sizable amount. Note that this case is not included in any of our resolution or settlement statistics.

## NERA-Defined Investor Losses

To estimate the potential aggregate loss to investors as a result of investing in the defendant's stock during the alleged class period, NERA has developed a proprietary variable, NERA-Defined Investor Losses, using publicly available data. The NERA-Defined Investor Loss measure is constructed assuming investors had invested in stocks during the class period whose performance was comparable to that of the S&P 500 Index. Over the years, NERA has reviewed and examined more than 2,000 settlements and found, of the variables analyzed, this proprietary variable to be the most powerful predictor of settlement amount.[11]

A statistical review reveals that settlement values and NERA-Defined Investor Losses are highly correlated, although the relationship is not linear. The ratio is higher for cases with lower NERA-Defined Investor Losses than for cases with higher Investor Losses (see Figure 18). Since 2013, annual median Investor Losses have ranged from a high of $972 million to a low of $358 million. For cases settled in 2022, the median Investor Losses were $972 million, which is 33% higher than the 2021 value and the highest recorded value during the 2013–2022 period. Between 2020 and 2022, the median ratio of settlement amount to Investor Losses has been stable at 1.8% (see Figure 19).

Figure 18. **Median Settlement Value as a Percentage of NERA-Defined Investor Losses**
By Investor Losses
Cases Filed and Settled December 2011–December 2022



Figure 19. **Median NERA-Defined Investor Losses and Median Ratio of Settlement to Investor Losses by Settlement Year**
January 2013–December 2022



NERA has identified the following key factors as driving settlement amounts:

- NERA-Defined Investor Losses;
- The market capitalization of the issuer immediately after the end of the class period;
- The types of securities (in addition to common stock) alleged to have been affected by the fraud;
- Variables that serve as a proxy for the merit of plaintiffs' allegations (e.g., whether the company has already been sanctioned by a government or regulatory agency or paid a fine in connection with the allegations);
- The stage of litigation at the time of settlement; and
- Whether an institution or public pension fund is named lead plaintiff (see Figure 20).

Figure 20. **Predicted vs. Actual Settlements**
Investor Losses Using S&P 500 Index
Cases Settled December 2011–December 2022



*Among cases settled between December 2011 and December 2022, factors in NERA's statistical model account for a substantial fraction of the variation observed in actual settlements.*

## Trends in Plaintiffs' Attorneys' Fees and Expenses

In 2022, aggregate plaintiffs' attorneys' fees and expenses amounted to $1 billion (see Figure 21). This marks the first year since 2018 that aggregate plaintiffs' attorneys' fees and expenses exceeded $1 billion. The 2022 aggregate fees and expenses is double the amount observed in 2021, driven by an increase in the aggregate fees and expenses associated with settlements between $10 million and $499.9 million and by the $186 million in fees and expenses associated with settlements between $500 million and $999.9 million. Although there are year-to-year fluctuations in the aggregate fees and expenses, the trend in the median of plaintiffs' attorneys' fees and expenses as a percentage of settlement amount has remained stable (see Figure 22). The data reveal that fees and expenses represent an increasing percentage of settlement value as settlement value decreases—a pattern that is consistent in cases settled since 2013 as well as in cases settled between 1996 and 2012. For cases settled in the recent period with a settlement value of $1 billion or higher, fees and expenses accounted for 8.8% of the settlement value. This percentage increases to more than 30% for cases with a settlement value under $10 million.

Figure 21. **Aggregate Plaintiffs' Attorneys' Fees and Expenses by Settlement Size**
January 2013–December 2022



Figure 22. **Median of Plaintiffs' Attorneys' Fees and Expenses by Size of Settlement**
Excludes Merger Objections, Crypto Unregistered Securities, and Settlements for $0 to the Class



Note: Component values may not add to total value due to rounding.

## Conclusion

In 2022, new filings of federal securities class actions declined for the fourth consecutive year as a result of fewer merger-objection and Rule 10b-5 cases filed. Of the 205 cases filed in 2022, more than 20% were SPAC or crypto-related filings. Total resolutions declined by 14% from 248 in 2021 to 214 in 2022 due to the continued reduction in non-merger-objection and non-crypto unregistered cases. The average settlement value and median settlement value for cases settled in 2022 were $38 million and $13 million, respectively, an increase over the 2021 values.

## Notes

1 This edition of NERA's report on "Recent Trends in Securities Class Action Litigation" expands on previous work by our colleagues Lucy P. Allen, Dr. Vinita Juneja, Dr. Denise Neumann Martin, Dr. Jordan Milev, Robert Patton, Dr. Stephanie Plancich, and others. The authors thank Dr. David Tabak and Benjamin Seggerson for helpful comments on this edition. We thank Vlad Lee and other researchers in NERA's Securities and Finance Practice for their valuable assistance. These individuals receive credit for improving this report; any errors and omissions are those of the authors. NERA's proprietary securities class action database and all analyses reflected in this report are limited to federal case filings and resolutions.

2 In this study we introduced a new category of "special" cases, crypto cases, which consist of two mutually exclusive subgroups: (1) crypto shareholder class actions, which include a class of investors in common stock, American depositary receipts/American depositary shares (ADR/ADS), and/or other registered securities, along with crypto- or digital-currency-related allegations; and (2) crypto unregistered securities class actions, which do not have class investors in any registered securities that are traded on major exchanges (New York Stock Exchange, Nasdaq). We include crypto shareholder class actions in all our analyses that include standard cases. Crypto unregistered securities class actions are excluded from some analyses, which is noted in the titles of our figures.

3 NERA tracks securities class actions that have been filed in federal courts. Most of these cases allege violations of federal securities laws; others allege violations of common law, including breach of fiduciary duty, as with some merger-objection cases; still others are filed in federal court under foreign or state law. If multiple actions are filed against the same defendant, are related to the same allegations, and are in the same circuit, we treat them as a single filing. The first two actions filed in different circuits are treated as separate filings. If cases filed in different circuits are consolidated, we revise our count to reflect the consolidation. Therefore, case counts for a particular year may change over time. Different assumptions for consolidating filings would probably lead to counts that are similar but may, in certain circumstances, lead observers to draw a different conclusion about short-term trends in filings. Data for this report were collected from multiple sources, including Institutional Shareholder Services, Dow Jones Factiva, Bloomberg Finance, FactSet Research Systems, Nasdaq, Intercontinental Exchange, US Securities and Exchange Commission (SEC) filings, complaints, case dockets, and public press reports.

4 Most securities class action complaints include multiple allegations. For this analysis, all allegations from the complaint are included and thus the total number of allegations exceeds the total number of filings.

5 It is important to note that due to the small number of cases in some of these categories, the findings summarized here may be driven by one or two cases.

6 ESG securities class action cases filed in federal courts are included in NERA's database and the analyses in this report. For this update, no analyses have been prepared on this development area specifically.

7 Report updated on 7 February 2023. Analyses for the "SPACs" group were updated to incorporate "blank check" company-related cases and cases that were not originally classified as SPACs prior to publishing.

8 Here "dismissed" is used as shorthand for all class actions resolved without settlement; it includes cases in which a motion to dismiss was granted (and not appealed or appealed unsuccessfully), voluntary dismissals, cases terminated by a successful motion for summary judgment, or an ultimately unsuccessful motion for class certification.

9 While annual average settlement values can be a helpful statistic, these values may be affected by one or a few very high settlement amounts. Unlike averages, the median settlement value is unaffected by these very high outlier settlement amounts. To understand what more typical cases look like, we analyze the average and median settlement values for cases with a settlement amount under $1 billion, thus excluding these outlier settlement amounts. For the analysis of settlement values, we limit our data to non-merger-objection and non–crypto unregistered securities cases with settlements of more than $0 to the class.

10 For our analysis, NERA includes settlements that have had the first settlement-approval hearing. This means we do not include partial settlements or tentative settlements that have been announced by plaintiffs and/or defendants. As a result, although we include the Valeant partial settlement in Table 2 due to its sizable amount, this case is not included in any of our resolution or settlement statistics.

11 NERA-Defined Investor Losses is only calculable for cases involving allegations of damages to common stock based on one or more corrective disclosures moving the stock price to its alleged true value. As a result, we have not calculated this metric for cases such as merger objections.

## About NERA

NERA Economic Consulting (**www.nera.com**) is a global firm of experts dedicated to applying economic, finance, and quantitative principles to complex business and legal challenges. For more than six decades, we have been creating strategies, studies, reports, expert testimony, and policy recommendations for government authorities and the world's leading law firms and corporations. We bring academic rigor, objectivity, and real-world industry experience to issues arising from competition, regulation, public policy, strategy, finance, and litigation.

NERA's clients value our ability to apply and communicate state-of-the-art approaches clearly and convincingly, our commitment to deliver unbiased findings, and our reputation for quality and independence. Our clients rely on the integrity and skills of our unparalleled team of economists and other experts backed by the resources and reliability of one of the world's largest economic consultancies. Continuing our legacy as the first international economic consultancy, NERA serves clients from major cities across North America, Europe, and Asia Pacific.

## Contacts

For further information, please contact:



**Janeen McIntosh**
Senior Consultant
New York City: +1 212 345 1375
janeen.mcintosh@nera.com



**Svetlana Starykh**
Senior Consultant
White Plains, NY: +1 914 448 4123
svetlana.starykh@nera.com



**Edward Flores**
Senior Consultant
New York City: +1 212 345 2955
edward.flores@nera.com

*The opinions expressed herein do not necessarily represent the views of NERA Economic Consulting or any other NERA consultant.*

 To receive publications, news, and insights from NERA, please visit **www.nera.com/subscribe**.



Visit **www.nera.com** to learn more about our practice areas and global offices.

© Copyright 2023
National Economic Research
Associates, Inc.


All rights reserved.
Printed in the USA.

# Exhibit 6B

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| DIAMOND SPORTS GROUP, LLC, *et al.*,[1] | ) |
|  | ) Case No. 23-90116 (CML) |
| Debtors. | ) |
|  | ) (Jointly Administered) |
|  | ) |

**SIXTH MONTHLY FEE STATEMENT OF PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP, AS COUNSEL TO THE DEBTORS
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2023, THROUGH
SEPTEMBER 30, 2023**

| | |
|---|---|
| **Name of Applicant:** | Paul, Weiss, Rifkind, Wharton & Garrison LLP, as Counsel to the Debtors |
| **Date of Retention:** | May 3, 2023, effective as of the Petition Date |
| **Application Period:** | September 1, 2023, through and including September 30, 2023 |
| **Interim Fees Incurred:** | $2,748,706.50 |
| **Interim Payment of Fees Requested (80%):** | $2,198,965.20 |
| **Interim Expenses Incurred:** | $35,382.95 |
| **Total Fees and Expenses Due:** | $2,234,348.15 |

Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), as counsel to the

above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this *Sixth*

*Monthly Fee Statement* (this "Fee Statement") for the period of September 1, 2023, through

September 30, 2023 (the "Application Period"), in accordance with the *Order Establishing*

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DSG.  The Debtors' service address for purposes of these chapter 11 cases is:  c/o Diamond Sports Group, LLC, 3003 Exposition Blvd., Santa Monica, CA 90404.

*Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 512] (the "Interim Compensation Order").

Paul, Weiss requests compensation for professional services rendered in the amount of $2,748,706.50 (the "Fees") and reimbursement of out-of-pocket expenses incurred in the amount of $35,382.95 (the "Expenses") during the Application Period. Eighty percent (80%) of the Fees equals $2,198,965.20 and one hundred percent (100%) of the Expenses equals $35,382.95 for a total requested amount of $2,234,348.15. Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Paul, Weiss' attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Paul, Weiss' invoices for the Application Period are attached hereto as **Exhibit 4**.

### Notice

The Debtors will provide notice of this Fee Statement to the Application Recipients (as defined in the Interim Compensation Order).

*[Remainder of page intentionally left blank]*

WHEREFORE, Paul, Weiss respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of eighty percent (80%) of the compensation sought), in the amount of $2,198,965.20 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $35,382.95 in the total amount of $2,234,348.15.

New York, New York
October 24, 2023

Respectfully submitted,

/s/ Andrew M. Parlen

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Brian S. Hermann (admitted *pro hac vice*)
Andrew M. Parlen (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
Alice Nofzinger (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
bhermann@paulweiss.com
aparlen@paulweiss.com
jgraham@paulweiss.com
anofzinger@paulweiss.com

*Counsel to the Debtors
and Debtors in Possession*

# EXHIBIT 3

## SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF

| Professional | Title | Department | Year Admitted | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Kelley A Cornish | Partner | Restructuring | 1984 | 2,175.00 | 29.00 | 63,075.00 |
| Peter E Fisch | Partner | Real Estate | 1990 | 2,175.00 | 0.80 | 1,740.00 |
| Charles H Googe | Partner | Corporate | 1988 | 2,175.00 | 3.10 | 6,742.50 |
| Brian Hermann | Partner | Restructuring | 1997 | 2,175.00 | 105.10 | 228,592.50 |
| Jeffrey D Marell | Partner | Corporate | 1993 | 2,175.00 | 5.60 | 12,180.00 |
| David Huntington | Partner | Corporate | 1997 | 2,095.00 | 1.00 | 2,095.00 |
| Andrew M Parlen | Partner | Restructuring | 2004 | 2,095.00 | 131.50 | 275,492.50 |
| Charles J Pesant | Partner | Corporate | 2003 | 2,095.00 | 1.50 | 3,142.50 |
| Randy Luskey | Partner | Litigation | 2005 | 1,995.00 | 2.50 | 4,987.50 |
| William Clareman | Partner | Litigation | 2007 | 1,920.00 | 38.60 | 74,112.00 |
| Gregory Laufer | Partner | Litigation | 2008 | 1,920.00 | 28.50 | 54,720.00 |
| Rebecca Coccaro | Partner | Executive Comp | 2000 | 1,815.00 | 2.10 | 3,811.50 |
| Caith Kushner | Partner | Corporate | 2006 | 1,785.00 | 1.00 | 1,785.00 |
| Yotam Barkai | Counsel | Litigation | 2013 | 1,650.00 | 71.60 | 118,140.00 |
| Hilary Christian | Counsel | Corporate | 2012 | 1,650.00 | 7.60 | 12,540.00 |
| Joseph (Joe) Graham | Counsel | Restructuring | 2011 | 1,650.00 | 165.50 | 273,075.00 |
| Jonathan Hurwitz | Counsel | Litigation | 1987 | 1,650.00 | 34.30 | 56,595.00 |
| Allen Wieder | Counsel | Real Estate | 1981 | 1,650.00 | 8.60 | 14,190.00 |
| Mary-Ann Awada | Associate | Corporate | 2015 | 1,380.00 | 5.30 | 7,314.00 |
| Alison R. Benedon | Associate | Litigation | 2017 | 1,355.00 | 84.20 | 114,091.00 |
| Alice Nofzinger | Associate | Restructuring | 2017 | 1,355.00 | 165.80 | 224,659.00 |
| Jessica Lepper | Associate | Corporate | 2018 | 1,315.00 | 12.90 | 16,963.50 |
| Xu Pang | Associate | Restructuring | 2018 | 1,315.00 | 73.20 | 96,258.00 |
| David Weiss | Associate | Restructuring | 2019 | 1,270.00 | 27.10 | 34,417.00 |
| Monica Hanna | Associate | Corporate | 2020 | 1,270.00 | 7.40 | 9,398.00 |
| Stephanie P. Lascano | Associate | Restructuring | 2020 | 1,225.00 | 101.20 | 123,970.00 |
| Isy Le Blanc | Associate | Tax | 2014 | 1,225.00 | 9.40 | 11,515.00 |
| Alexander Jones | Associate | Litigation | 2020 | 1,225.00 | 48.90 | 59,902.50 |
| JiLon Li | Associate | Litigation | 2021 | 1,125.00 | 52.30 | 58,837.50 |
| John Marcin | Associate | Restructuring | 2021 | 1,125.00 | 95.00 | 106,875.00 |

| Professional | Title | Department | Year Admitted | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Alexander B Polsky | Associate | Litigation | 2021 | 1,125.00 | 34.10 | 38,362.50 |
| Michelle Van Sleet | Associate | Corporate | 2021 | 1,125.00 | 17.60 | 19,800.00 |
| Malik F Gerdes | Associate | Litigation | 2022 | 995.00 | 77.50 | 77,112.50 |
| Dessie Otachliska | Associate | Litigation | 2023 | 995.00 | 45.20 | 44,974.00 |
| Leah R Weiser | Associate | Litigation | 2023 | 995.00 | 170.70 | 169,846.50 |
| Jessie Merone | Associate | Corporate | – | 825.00 | 17.60 | 14,520.00 |
| Carlisle Engelhardt | Associate | Restructuring | – | 825.00 | 81.40 | 67,155.00 |
| Lucas Lehmkuhl | Associate | Litigation | – | 825.00 | 100.60 | 82,995.00 |
| Wendi Litt | Staff Attorney | Litigation | 2004 | 625.00 | 37.90 | 23,687.50 |
| Victoria Greenspan | Staff Attorney | Litigation | 1996 | 595.00 | 29.80 | 17,731.00 |
| Kurt Skeete | Staff Attorney | Litigation | 2001 | 595.00 | 32.00 | 19,040.00 |
| Ydalim Ramon | Staff Attorney | Litigation | 2005 | 595.00 | 46.20 | 27,489.00 |
| Eduardo Ramos | Staff Attorney | Litigation | 2005 | 595.00 | 55.70 | 33,141.50 |
| Maria Castro-James | Staff Attorney | Litigation | 2005 | 595.00 | 7.00 | 4,165.00 |
| Margaret McCrone | Staff Attorney | Litigation | 2014 | 595.00 | 18.10 | 10,769.50 |
| Wai Leung | E-Discovery Support | – | – | 435.00 | 9.70 | 4,219.50 |
| Maria Lempert | E-Discovery Support | – | – | 435.00 | 5.60 | 2,436.00 |
| Eric Ng | E-Discovery Project Management | – | – | 435.00 | 25.10 | 10,918.50 |
| Brandon Michael Scott | E-Discovery Project Management | – | – | 435.00 | 9.20 | 4,002.00 |
| Stacy Fiszer | Paralegal | Litigation | – | 410.00 | 5.70 | 2,337.00 |
| Bianca Serbin | Paralegal | Litigation | – | 410.00 | 6.80 | 2,788.00 |
| **TOTAL** | | | | | **2,154.10** | **2,748,706.50** |

# Exhibit 6C

Paul M. Basta
Alice Belisle Eaton
Robert A. Britton
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel to the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RML, LLC[1] | ) | Case No. 22-10784 (DSJ) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |

**SUMMARY SHEET TO THE THIRD INTERIM AND FINAL FEE
APPLICATION OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP,
ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE
PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM JUNE 15, 2022 THROUGH AND INCLUDING APRIL 3, 2023**

| *General Information* | |
|---|---|
| Name of Applicant: | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Authorized to Provide Professional Services to: | The Debtors and Debtors in Possession |
| Date of Order Authorizing Retention: | July 21, 2022, effective as of June 15, 2022 |

---

[1] On May 30, 2023, the Court entered the *Order (I) Consolidating Remaining Matters Under the Remaining Case, (II) Entering Final Decree Closing Certain of the Chapter 11 Cases, (III) Changing the Case Caption of the Remaining Case, and (IV) Granting Related Relief* [Docket No. 1920], closing the affiliated chapter 11 cases and directing that all motions, notices, and other pleadings related to any of the affiliated debtors be filed in this case. The location of RML, LLC's service address for purposes of these Chapter 11 Cases is: 55 Water St., 43rd Floor, New York, NY 10041-0004.

|  |  |
|---|---|
| Prior Applications: | *First Interim Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP, Attorneys for the Debtors and Debtors In Possession, for the Payment of Compensation and Reimbursement of Expenses for the Period From June 15, 2022 Through September 30, 2022* [Docket No. 1004] (the "First Interim Fee Application"). |
|  | *Second Interim Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP, Attorneys for the Debtors and Debtors In Possession, for the Payment of Compensation and Reimbursement of Expenses for the Period From October 1, 2022 Through January 31, 2023* [Docket No. 1630] (the "Second Interim Fee Application"). |

### *Summary of Fees and Expenses Sought for the Third Interim Fee Period*

|  |  |
|---|---|
| Amount of Fees Sought as Actual, Reasonable, and Necessary for the Third Interim Fee Period: | $11,557,497.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Third Interim Fee Period: | $1,377,772.03 |
| Total Fees and Expense Reimbursement Requested for the Third Interim Fee Period: | $12,935,269.03 |
| Period for which compensation and reimbursement is sought: | February 1, 2023 through April 3, 2023 (the "Third Interim Fee Period") |

### *Summary of Fees and Expenses Sought for the Final Fee Period*

|  |  |
|---|---|
| Amount of Fees Sought as Actual, Reasonable, and Necessary for the Final Fee Period: | $57,284,430.65[2] |

---

[2] Following discussions with the U.S. Trustee, Paul, Weiss reduced the amount of fees requested by (a) $175,589.45 in connection with the First Interim Fee Application and (b) $89,842.40 in connection with the Second Interim Fee Application. For the avoidance of doubt, the amount of fees requested for the Final Fee Period does not include these amounts.

**Compensation By Professional for the**
**Third Interim Fee Period (February 1, 2023 through April 3, 2023)**

| Partners and Counsel | Title | Department | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Robert Atkins | Partner | Litigation | 1988 | 2,175.00 | 12.30 | 26,752.50 |
| Paul Basta | Partner | Restructuring | 1993 | 2,175.00 | 141.30 | 307,327.50 |
| Lewis Clayton | Partner | Litigation | 1979 | 2,175.00 | 78.40 | 170,520.00 |
| Thomas de la Bastide | Partner | Corporate | 1997 | 2,175.00 | 150.20 | 326,685.00 |
| Robert Holo | Partner | Tax | 1990 | 2,175.00 | 90.00 | 195,750.00 |
| John Kennedy | Partner | Corporate | 1993 | 2,175.00 | 45.50 | 98,962.50 |
| Elizabeth Sacksteder | Partner | Litigation | 1989 | 2,175.00 | 16.40 | 35,670.00 |
| Lawrence Wee | Partner | Corporate | 1995 | 2,175.00 | 5.40 | 11,745.00 |
| Alice Eaton | Partner | Restructuring | 2000 | 2,095.00 | 205.70 | 430,941.50 |
| Randy Luskey | Partner | Litigation | 2005 | 1,995.00 | 14.90 | 29,725.50 |
| William Clareman | Partner | Litigation | 2007 | 1,920.00 | 124.30 | 238,656.00 |
| Claudine Meredith-Goujon | Partner | Corporate | 1999 | 1,920.00 | 46.80 | 89,856.00 |
| Kyle Kimpler | Partner | Restructuring | 2009 | 1,845.00 | 82.20 | 151,659.00 |
| Robert Britton | Partner | Restructuring | 2008 | 1,815.00 | 388.10 | 704,401.50 |
| David Carmona | Partner | Corporate | 2007 | 1,815.00 | 4.60 | 8,349.00 |
| Brian Bolin | Partner | Restructuring | 2011 | 1,755.00 | 80.70 | 141,628.50 |
| Christodoulos Kaoutzanis | Partner | Corporate | 2012 | 1,695.00 | 8.20 | 13,899.00 |
| Sean Mitchell | Partner | Restructuring | 2015 | 1,695.00 | 242.90 | 411,715.50 |
| Ron Aizen | Counsel | Exec. Comp. | 2006 | 1,650.00 | 66.20 | 109,230.00 |
| Cynthia Akard | Counsel | Exec. Comp. | 2000 | 1,650.00 | 6.00 | 9,900.00 |
| Peter Carey | Counsel | Litigation | 2015 | 1,650.00 | 3.80 | 6,270.00 |
| David Epstein | Counsel | Corporate | 2008 | 1,650.00 | 184.80 | 304,920.00 |
| Jacob Glazeski | Counsel | Exec. Comp. | 2009 | 1,650.00 | 5.20 | 8,580.00 |
| Sarah Harnett | Counsel | Restructuring | 2009 | 1,650.00 | 37.80 | 62,370.00 |
| Jonathan Hurwitz | Counsel | Litigation | 1987 | 1,650.00 | 93.60 | 154,440.00 |
| Marta Kelly | Counsel | Corporate | 2000 | 1,650.00 | 11.80 | 19,470.00 |
| Anne McGinnis | Counsel | Tax | 2014 | 1,650.00 | 139.30 | 229,845.00 |
| William O'Brien | Counsel | Environmental | 1987 | 1,650.00 | 4.70 | 7,755.00 |
| Paul Paterson | Counsel | Litigation | 2010 | 1,650.00 | 190.40 | 314,160.00 |
| Keerthika Subramanian | Counsel | Corporate | 2011 | 1,650.00 | 206.00 | 339,900.00 |
| Gabriella Toossi | Counsel | Corporate | 2010 | 1,650.00 | 3.40 | 5,610.00 |
| Douglas Keeton[1] | Counsel | Restructuring | 2016 | 1,380.00 | 78.00 | 107,640.00 |
| **Total Partners and Counsel:** | | | | | **2,768.90** | **5,074,334.00** |

---

[1] Douglas Keeton was elected to counsel in April 2023, effective January 1, 2023. His billing rate during the Chapter 11 Cases reflects the associate scale.

| Associates | Title | Department | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Jill Braibanti | Associate | Legal Staff | 2010 | 1,380.00 | 172.70 | 238,326.00 |
| David Cole | Associate | Litigation | 2003 | 1,380.00 | 6.50 | 8,970.00 |
| Rebekah Scherr | Associate | Corporate | 2015 | 1,380.00 | 35.90 | 49,542.00 |
| Kamil Ammari | Associate | Litigation | 2017 | 1,355.00 | 134.30 | 181,976.50 |
| T. Patrick Cordova | Associate | Litigation | 2017 | 1,355.00 | 20.80 | 28,184.00 |
| Tamar Holoshitz | Associate | Litigation | 2018 | 1,355.00 | 106.30 | 144,036.50 |
| Irene Blumberg | Associate | Restructuring | 2018 | 1,315.00 | 544.70 | 716,280.50 |
| Jessica Choi | Associate | Restructuring | 2018 | 1,315.00 | 49.40 | 64,961.00 |
| Marta Ferrari | Associate | Corporate | 2018 | 1,315.00 | 359.30 | 472,479.50 |
| Gary Kavarsky | Associate | Corporate | 2018 | 1,315.00 | 78.10 | 102,701.50 |
| Kyle Satterfield | Associate | Restructuring | 2017 | 1,315.00 | 21.20 | 27,878.00 |
| Bharath Mohan | Associate | Corporate | 2018 | 1,315.00 | 55.50 | 72,884.50 |
| Salvatore Daniele | Associate | Corporate | 2019 | 1,270.00 | 45.40 | 57,658.00 |
| Robin Hellebrekers | Associate | Exec. Comp. | 2018 | 1,270.00 | 27.10 | 34,417.00 |
| Valentine Lysikatos Carey | Associate | Tax | 2019 | 1,270.00 | 95.50 | 121,285.00 |
| Omid Rahnama | Associate | Restructuring | 2019 | 1,270.00 | 255.20 | 324,104.00 |
| Jamiesyn Aliano | Associate | Corporate | 2020 | 1,225.00 | 11.90 | 14,577.50 |
| Hunter Blain | Associate | Corporate | 2020 | 1,225.00 | 28.50 | 34,912.50 |
| Alexander Jones | Associate | Litigation | 2020 | 1,225.00 | 66.60 | 81,585.00 |
| Carly Lagrotteria | Associate | Litigation | 2020 | 1,225.00 | 35.90 | 43,977.50 |
| Lara Luo | Associate | Restructuring | 2020 | 1,225.00 | 464.80 | 569,380.00 |
| Alexandra Ritschard | Associate | Exec. Comp. | 2017 | 1,225.00 | 11.80 | 14,455.00 |
| Shimeng Simona Xu | Associate | Litigation | 2021 | 1,225.00 | 67.10 | 82,197.50 |
| John Hotes | Associate | Corporate | 2021 | 1,125.00 | 69.60 | 78,300.00 |
| Marisa Papenfuss | Associate | Litigation | 2021 | 1,125.00 | 109.20 | 122,850.00 |
| Emily Sasso | Associate | Litigation | 2021 | 1,125.00 | 117.50 | 132,187.50 |
| Brian Huang | Associate | Corporate | 2022 | 995.00 | 60.40 | 60,098.00 |
| John Maccio | Associate | Corporate | 2022 | 995.00 | 22.30 | 22,188.50 |
| Alana Page | Associate | Restructuring | 2022 | 995.00 | 524.60 | 521,977.00 |
| Danielle Rabinowitz | Associate | Tax | 2022 | 995.00 | 137.50 | 136,812.50 |
| Evan Rocher | Associate | Corporate | 2022 | 995.00 | 45.80 | 45,571.00 |
| Benjamin Shack Sackler | Associate | Litigation | 2022 | 995.00 | 121.00 | 120,395.00 |
| David Wechsler | Associate | Litigation | 2022 | 995.00 | 87.30 | 86,863.50 |
| Payton Wulff | Associate | Corporate | 2022 | 995.00 | 4.70 | 4,676.50 |
| Sam Baham | Associate | Restructuring | Not yet admitted | 825.00 | 236.10 | 194,782.50 |
| Leo Cen | Associate | Corporate | Not yet admitted | 825.00 | 73.10 | 60,307.50 |
| Matthew Dwelle | Associate | Corporate | Not yet admitted | 825.00 | 38.70 | 31,927.50 |

| Associates | Title | Department | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Julia Heasley | Associate | Restructuring | Not yet admitted | 825.00 | 443.10 | 365,557.50 |
| Matthew Higgins | Associate | Litigation | Not yet admitted | 825.00 | 127.00 | 104,775.00 |
| Joyce Lee | Associate | Litigation | Not yet admitted | 825.00 | 11.70 | 9,652.50 |
| Jordyn Manly | Associate | Litigation | Not yet admitted | 825.00 | 14.90 | 12,292.50 |
| Flint Patterson | Associate | Litigation | Not yet admitted | 825.00 | 86.40 | 71,280.00 |
| RaCia Poston | Associate | Litigation | Not yet admitted | 825.00 | 106.70 | 88,027.50 |
| Vida Robinson | Associate | Restructuring | Not yet admitted | 825.00 | 212.70 | 175,477.50 |
| **Total Associates:** | | | | | **5,344.80** | **5,932,768.50** |

| Staff Attorneys | Title | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| Jennifer Truman | Staff Attorney | 2006 | 625.00 | 4.20 | 2,625.00 |
| Adrian Benjamin Moreira da Silva-Burke | Staff Attorney | 2005 | 595.00 | 37.40 | 22,253.00 |
| Claudia Novod | Staff Attorney | 2004 | 595.00 | 73.80 | 43,911.00 |
| Courtney A. R. Miller | Staff Attorney | 2009 | 595.00 | 94.70 | 56,346.50 |
| Maria Castro-James | Staff Attorney | 2005 | 595.00 | 66.50 | 39,567.50 |
| Max Melion | Staff Attorney | 2008 | 595.00 | 29.40 | 17,493.00 |
| Melinda Feher | Staff Attorney | 2007 | 595.00 | 104.70 | 62,296.50 |
| **Total Staff Attorneys:** | | | | **410.70** | **244,492.50** |

| Paralegals and Non-Legal Staff | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|
| Ronald Conliffe | 470.00 | 14.90 | 7,003.00 |
| Marguerite Melvin | 470.00 | 82.00 | 38,540.00 |
| Shawn Muscat | 470.00 | 148.10 | 69,607.00 |
| Joseph Rwambuya | 470.00 | 38.00 | 17,860.00 |
| Priscilla Abraham | 435.00 | 5.70 | 2,479.50 |
| Hector Carrington | 435.00 | 3.80 | 1,653.00 |
| Bart Irace | 435.00 | 5.90 | 2,566.50 |
| Wai Leung | 435.00 | 4.00 | 1,740.00 |
| Lalla Maiga | 435.00 | 46.00 | 20,010.00 |
| Ritvik Purohit | 435.00 | 5.80 | 2,523.00 |
| Brandon Michael Scott | 435.00 | 45.30 | 19,705.50 |
| Stephanie Tse | 435.00 | 11.00 | 4,785.00 |
| Candy Zhou | 435.00 | 5.10 | 2,218.50 |
| Marina Angelopoulos | 410.00 | 35.80 | 14,678.00 |
| Kirsten Ebenezer | 410.00 | 50.10 | 20,541.00 |
| Stacy Fiszer | 410.00 | 39.20 | 16,072.00 |
| Fiona Guidos | 410.00 | 20.50 | 8,405.00 |
| Julia Hossain | 410.00 | 91.80 | 37,638.00 |
| Maria Nolan | 410.00 | 26.00 | 10,660.00 |
| Natasha Grant | 380.00 | 7.40 | 2,812.00 |
| Daniel McLaughlin | 380.00 | 7.70 | 2,926.00 |
| Janet Peros | 380.00 | 0.30 | 114.00 |
| Ai Na Liu | 350.00 | 3.90 | 1,365.00 |
| **Total Paralegals and Non-Legal Staff:** | | **698.30** | **305,902.00** |

| PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 1,832.62 | 2,768.90 | 5,074,334.00 |
| Associates | 1,110.01 | 5,344.80 | 5,932,768.50 |
| Staff Attorneys | 595.31 | 410.70 | 244,492.50 |
| Paralegals/Non-Legal Staff | 438.07 | 698.30 | 305,902.00 |
| Blended Attorney Rate | 1,319.93 | | |
| Blended Rate All Timekeepers | 1,253.16 | | |
| **Total Fees Incurred** | | **9,222.70** | **11,557,497.00** |

# Exhibit 6D

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re:<br><br>APPHARVEST PRODUCTS, LLC, *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-90745 (CML)<br><br>(Jointly Administered) |

## SUMMARY COVER SHEET
## FOR FIRST AND FINAL FEE APPLICATION
## OF SIDLEY AUSTIN LLP AS CO-COUNSEL TO THE DEBTORS
## FOR THE FEE PERIOD FROM JULY 23, 2023 THROUGH SEPTEMBER 14, 2023

| **Name of Applicant:** | Sidley Austin LLP | |
|---|---|---|
| Applicant's Role in Case: | Debtors' Co-Counsel | |
| Docket No. of Employment Order(s): | Docket No. 434 | |
| Interim Application    (  )    No. __<br>Final Application      (X) | First and Final | |
|  | **Beginning Date** | **End Date** |
| Time period covered by this Application for which interim compensation has not previously been awarded: | 7/23/2023 | 9/14/2023 |
| Were the services provided necessary to the administration of or beneficial at the time rendered toward the completion of the case?  **Yes** | | |
| Were the services performed in a reasonable amount of time commensurate with the complexity, importance and nature of the issues addressed? **Yes** | | |
| Is the requested compensation reasonable based on the customary compensation charged by comparably skilled practitioners in other non-bankruptcy cases? **Yes** | | |
| Do expense reimbursements represent actual and necessary expenses incurred? **Yes** | | |

---

[1] The Debtors in this chapter 11 case, together with the last four digits of the Debtors' federal tax identification number, are: AppHarvest Operations, Inc. (5929), AppHarvest, Inc. (2965), AppHarvest Farms, LLC (7067), AppHarvest Morehead Farm, LLC (1527), AppHarvest Richmond Farm, LLC (0632), AppHarvest Berea Farm, LLC (3140), AppHarvest Pulaski Farm, LLC (2052), AppHarvest Development, LLC (None), Rowan County Development Company, LLC (0700), AppHarvest Technology, Inc. (4868), AppHarvest Products, LLC (5929), and AppHarvest Foundation, LLC (None). The Debtor's service address is 500 Appalachian Way, Morehead, KY 40351.

| Compensation Breakdown for Time Period Covered by this Application | |
|---|---|
| Total professional fees requested in this Application: | $3,431,290.50 |
| Total professional hours covered by this Application: | 2,944.30 |
| Average hourly rate for professionals: | $1,165.40 |
| Total paraprofessional fees requested in this Application: | $137,418.00 |
| Total paraprofessional hours covered by this Application: | 251.00 |
| Average hourly rate for paraprofessionals: | $547.48 |
| Total fees requested in this Application: | $3,568,708.50 |
| Total expense reimbursements requested in this Application: | $57,792.45 |
| **Total fees and expenses requested in <u>this</u> Application:** | **$3,626,500.95** |
| **Total fees and expenses awarded in all <u>prior</u> Interim Applications:** | **$0.00** |

**Plan Status:** On September 14, 2023, after a hearing before the United States Bankruptcy Court for the Southern District of Texas (the "<u>Court</u>"), the Court entered the *Order Approving the Debtors' Disclosure Statement and Confirming the Amended Joint Plan of Liquidation of AppHarvest Products, LLC and its Debtor Affiliates* [Docket No. 471], confirming the *Second Amended Joint Plan of Liquidation of AppHarvest Products, LLC and Its Debtor Affiliates* [Docket No. 458] (the "<u>Plan</u>"). As of the date hereof, the effective date of the Plan has not yet occurred.

**Primary Benefits:** Sidley advised the Debtors on a variety of complex matters and issues, including administration of the chapter 11 cases, a comprehensive sale process, negotiation of definitive documentation related thereto with applicable stakeholders, preparation of and participation in Court hearings, responses and negotiations regarding various formal and informal objections and inquiries regarding the chapter 11 cases, and confirmation of the Plan.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |
|---|---|
| In re:<br><br>APPHARVEST PRODUCTS, LLC, *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-90745 (CML)<br><br>(Jointly Administered) |

## FIRST AND FINAL FEE APPLICATION OF
## SIDLEY AUSTIN LLP AS CO-COUNSEL TO THE DEBTORS
## FOR THE FEE PERIOD FROM JULY 23, 2023 THROUGH SEPTEMBER 14, 2023

> **If you object to the relief requested, you must respond in writing. Unless otherwise directed by the Court, you must file your response electronically at https://ecf.txsb.uscourts.gov/ within twenty-one days from the date this motion was filed. If you do not have electronic filing privileges, you must file a written objection that is actually received by the clerk within twenty-one days from the date this motion was filed. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested**.

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Southern District of Texas (the "Local Rules"), and this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* entered on September 12, 2023 [Docket No. 435] (the "Compensation Procedures Order"), Sidley Austin LLP ("Sidley"),

---

[1] The Debtors in this chapter 11 case, together with the last four digits of the Debtors' federal tax identification number, are: AppHarvest Operations, Inc. (5929), AppHarvest, Inc. (2965), AppHarvest Farms, LLC (7067), AppHarvest Morehead Farm, LLC (1527), AppHarvest Richmond Farm, LLC (0632), AppHarvest Berea Farm, LLC (3140), AppHarvest Pulaski Farm, LLC (2052), AppHarvest Development, LLC (None), Rowan County Development Company, LLC (0700), AppHarvest Technology, Inc. (4868), AppHarvest Products, LLC (5929), and AppHarvest Foundation, LLC (None). The Debtor's service address is 500 Appalachian Way, Morehead, KY 40351.

**EXHIBIT B**

**SUMMARY OF TOTAL FEES AND HOURS BY ATTORNEYS AND PARAPROFESSIONALS FOR THE FIRST AND FINAL FEE PERIOD
JULY 23, 2023 – SEPTEMBER 14, 2023**

| Name | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Chris E. Abbinante | Partner Private Equity | 1997 | $1,600 | 4.30 | $6,880.00 |
| Suresh Advani | Partner Tax | 1992 | $1,850 | 3.70 | $6,845.00 |
| Beatriz Azcuy | Partner Real Estate | 1994 | $1,475 | 13.90 | $20,502.50 |
| Jim Ducayet | Partner Litigation | 1996 | $1,450 | 60.80 | $88,160.00 |
| Anthony R. Grossi | Partner Restructuring | 2010 | $1,600 | 154.80 | $247,680.00 |
| Istvan Hajdu | Partner Capital Markets | 2005 | $1,500 | 3.40 | $5,100.00 |
| Stephen E. Hessler | Partner Restructuring | 2002 | $1,950 | 33.90 | $66,105.00 |
| Duston K. McFaul | Partner Restructuring | 1997 | $1,500 | 9.00 | $13,500.00 |
| Mary C. Niehaus | Partner Employee Benefits | 1988 | $1,450 | 84.80 | $122,960.00 |
| Katherine A. Roberts | Partner Labor/Employment | 2008 | $1,350 | 6.50 | $8,775.00 |
| Ryan S. Scofield | Partner Private Equity | 2010 | $1,425 | 16.90 | $24,082.50 |
| Walter C. Carlson | Senior Counsel Litigation | 1978 | $1,725 | 7.60 | $13,110.00 |
| Mark G. Adler | Counsel Global Finance | 2014 | $1,500 | 37.20 | $55,800.00 |
| Julia M. Chester | Counsel Private Equity | 1998 | $1,300 | 9.10 | $11,830.00 |
| Edward W. Sharon | Counsel Private Equity | 2002 | $1,300 | 5.70 | $7,410.00 |
| Margaret R. Alden | Associate Restructuring | 2020 | $1,060 | 298.10 | $315,986.00 |
| Andres Barajas | Associate Restructuring | 2019 | $1,175 | 363.20 | $426,760.00 |
| Dzenela Becic | Associate Private Equity | 2022 | $830 | 5.80 | $4,814.00 |
| Kostian Ciko | Associate Capital Markets | 2015 | $1,275 | 11.30 | $14,407.50 |
| Shayona Dhanak | Associate Global Finance | 2016 | $1,255 | 43.60 | $54,718.00 |
| Weiru Fang | Associate Restructuring | 2019 | $1,125 | 288.30 | $324,337.50 |

| Name | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Ian C. Ferrell | Associate Restructuring | 2021 | $960 | 266.10 | $255,456.00 |
| Marian Fielding | Associate Employee Benefits | 2012 | $1,300 | 3.30 | $4,290.00 |
| Ryan Fink | Associate Restructuring | 2021 | $960 | 134.50 | $129,120.00 |
| Benjamin I. Friedman | Associate Litigation | 2014 | $1,275 | 60.10 | $76,627.50 |
| Joseph Ha | Associate Global Finance | 2021 | $1,060 | 24.10 | $25,546.00 |
| Vera M. Iwankiw | Associate Labor/Employment | 2017 | $1,175 | 15.80 | $18,565.00 |
| Dina M. Kang | Associate Private Equity | 2020 | $960 | 6.40 | $6,144.00 |
| Mitchell Li | Associate Tax | 2014 | $1,125 | 11.20 | $12,600.00 |
| Courtney Luster | Associate Private Equity | 2018 | $1,125 | 61.50 | $69,187.50 |
| Gregory C. Matisoff | Associate Private Equity | 2010 | $1,255 | 13.00 | $16,315.00 |
| Chelsea McManus | Associate Restructuring | 2022 | $700 | 165.50 | $115,850.00 |
| Katherine Medianik | Associate Real Estate | 2019 | $1,125 | 3.10 | $3,487.50 |
| Jeri Leigh Miller | Associate Restructuring | 2016 | $1,230 | 226.10 | $278,103.00 |
| James P. Mooney | Associate Litigation | 2020 | $1,060 | 32.60 | $34,556.00 |
| Jeremy B. Pettit | Associate Energy | 2014 | $1,275 | 41.40 | $52,785.00 |
| Ashley S. Rogers | Associate Private Equity | 2021 | $830 | 45.30 | $37,599.00 |
| Bill Turnbull III | Associate Global Finance | 2023 | $700 | 5.20 | $3,640.00 |
| Patrick Venter | Associate Restructuring | 2016 | $1,230 | 367.20 | $451,656.00 |
| David J. Lutes | Paralegal Restructuring | 37 years | $555 | 206.20 | $114,441.00 |
| Pamela Santos | Paralegal Restructuring | 21 years | $540 | 34.00 | $18,360.00 |
| Dana L. Velkovich | Paralegal Litigation | 20 years | $540 | 5.40 | $2,916.00 |
| Nate G. Petty | Project Assistant IP Litigation | >1 year | $315 | 5.40 | $1,701.00 |
| | | | **Total** | **3,195.30** | **$3,568,708.50[1]** |
| | | | | **Blended Rate** | **$1,116.86** |

[1] This total includes a voluntary reduction of $50,246.50 representing 51.30 hours for the First and Final Fee Period.

# Exhibit 6E

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRICIDA, INC.,[1] | Case No. 23-10024 (JTD) |
| Debtor. | **Obj. Deadline: July 12, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date: July 18, 2023 at 3:00 p.m. (ET)** |

## SUMMARY OF FIFTH MONTHLY AND FINAL FEE APPLICATION OF SIDLEY AUSTIN LLP, AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 11, 2023 TO AND INCLUDING JUNE 12, 2023

| | |
|---|---|
| Name of Applicant: | Sidley Austin LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | January 11, 2023<br>(order entered February 7, 2023) |
| Monthly Period for which compensation and reimbursement is sought: | May 1, 2023 to June 12, 2023 |
| Monthly Amount of compensation sought as actual, reasonable, and necessary: | $1,058,524.50 |
| Monthly Amount of expense reimbursement sought as actual, reasonable, and necessary: | $61,312.24 |
| Final Period for which compensation and reimbursement is sought: | January 11, 2023 to June 12, 2023 |
| Final Amount of compensation sought as actual, reasonable, and necessary: | $5,759,248.00 |
| Final Amount of expense reimbursement sought as actual, reasonable, and necessary: | $118,145.06 |

---

[1] The Debtor in this chapter 11 case, together with the last four digits of the Debtor's federal tax identification number, is Tricida, Inc. (2526). The Debtor's service address is 2108 N Street, Suite 4935, Sacramento, California 95815.

1

This is a:  **X**  monthly  ___  interim  **X** final application.

This monthly and final fee application includes 56.8 hours and $34,978.00 in fees incurred in connection with the preparation of the Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees ($) | Expenses ($) | Fees ($) | Expenses ($) |
| 03/08/2023 Dkt. 278 | 01/11/2023 – 01/31/2023 | 525,458.50 | 2,231.28 | PENDING | PENDING |
| 03/27/2023 Dkt. 335 | 02/01/2023 – 02/28/2023 | 1,487,542.00 | 9,849.53 | PENDING | PENDING |
| 04/28/2023 Dkt. 419 | 03/01/2023 – 03/31/2023 | 977,428.50 | 30,946.16 | PENDING | PENDING |
| 05/16/2023 Dkt. 474 | 04/01/2023 – 04/30/2023 | 1,710,294.50 | 13,805.85 | PENDING | PENDING |
| | **Total** | **4,700,723.50** | **56,832.82** | **$0.00** | **$0.00** |

Amounts Not Previously Requested:

| *Period Covered* | *Fees* | *Expenses* |
|---|---|---|
| 5/1/2023 – 6/12/2023 | $1,058,524.50 | $61,312.24 |

3

**MONTHLY COMPENSATION BY INDIVIDUAL**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Advani, Suresh T. | Partner since 2000. Joined firm as an associate in 1992. Member of the Illinois Bar since 1992. | 1,850 | 2.0 | 3,700.00 |
| Levin, Geoffrey W. | Joined firm as a Partner in 2015. Member of the New York Bar since 1994. | 1,700 | 32.6 | 55,420.00 |
| Brody, Sara B. | Joined firm as a Partner in 2008. Member of the California Bar since 1987. | 1,600 | 1.3 | 2,080.00 |
| Kuster, John J. | Partner since 1999. Joined firm as an associate in 1995. Member of the New York Bar since 1992. | 1,600 | 21.3 | 34,080.00 |
| Gorsen, Maureen F. | Joined firm as a Partner in 2021. Member of California Bar since 1994. | 1,525 | 0.4 | 610.00 |
| Hajdu, Istvan A. | Partner since 2023. Joined firm as an associate in 2007. Member of the New York Bar since 2005. | 1,500 | 4.5 | 6,750.00 |
| Newman, Samuel A. | Joined firm as a Partner in 2019. Member of the California Bar since 2001. | 1,500 | 93.5 | 140,250.00 |
| Barros, Sonia G. | Joined firm as a Partner in 2021. Member of District of Columbia Bar since 2001. | 1,450 | 0.9 | 1,305.00 |
| Niehaus, Mary C. | Partner since 1996. Joined firm as an associate in 1988. Member of the Illinois Bar since 1988. | 1,450 | 4.6 | 6,670.00 |
| Dolan, Matthew J. | Partner since 2019. Joined firm as an associate in 2014. Member of the California Bar since 2013. | 1,350 | 0.7 | 945.00 |

4

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Weiner, Genevieve G. | Partner since 2023.  Joined firm as counsel in 2019.  Member of the California Bar since 2007. | 1,350 | 34.1 | 46,035.00 |
| Persons, Charles M. | Partner since 2021.  Joined firm as an associate in 2019.  Member of the Texas Bar since 2007 | 1,325 | 165.8 | 219,685.00 |
| Hemmendinger, Sarah | Partner since 2023. Joined firm as an associate in 2014.  Member of California Bar since 2014. | 1,300 | 0.7 | 910.00 |
| Ciko, Kostian | Joined firm as an associate in 2014.  Member of the New York Bar since 2015. | 1,275 | 9.0 | 11,475.00 |
| Miller, Jeri Leigh | Joined firm as an associate in 2020.  Member of the Texas Bar since 2016. | 1,230 | 171.8 | 211,314.00 |
| Teo, Cammie | Joined firm as an associate in 2021.  Member of the New York Bar since 2022 and practicing as a solicitor in Australia since 2015. | 1,230 | 0.4 | 492.00 |
| Domino, Tyler J. | Joined firm as an associate in 2022.  Member of the New York Bar since 2018. | 1,175 | 33.1 | 38,892.50 |
| Blau, Amanda M. | Joined firm as an associate in 2018.  Member of the New York Bar since 2019 and Rhode Island Bar since 2020. | 1,125 | 6.6 | 7,425.00 |
| Roth, Julia Philips | Joined firm as an associate in 2019.  Member of the California Bar since 2019. | 1,125 | 60.1 | 67,612.50 |
| Sabino, Michael | Joined firm as an associate in 2021.  Member of the New York Bar since 2014. | 1,125 | 74.3 | 83,587.50 |

5

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Hasbrouck, Alyssa M. | Joined firm as an associate in 2019.  Member of the New York Bar since 2020. | 1,060 | 20.2 | 21,412.00 |
| Gallo, Sarah E. | Joined firm as an associate in 2021.  Member of California Bar since 2021. | 960 | 0.1 | 96.00 |
| Becic, Dzenela | Joined firm as an associate in 2021.  Member of the New York Bar since 2022. | 830 | 5.7 | 4,731.00 |
| Henry, Daniel L. | Joined firm as an associate in 2021.  Member of the Illinois Bar since 2021. | 830 | 2.8 | 2,324.00 |
| Moffett, Megan | Joined firm as an associate in 2022.  Member of the District of Columbia Bar since 2022. | 830 | 4.5 | 3,735.00 |
| Schwartz, Rachel | Joined firm as an associate in 2021.  Member of the New York Bar since 2022. | 830 | 1.8 | 1,494.00 |
| McManus, Chelsea | Joined firm as an associate in 2022.  Member of the Texas Bar since 2022. | 700 | 49.7 | 34,790.00 |
| Rabinowitz, Ralph | Joined firm as an associate in 2022.  Member of the New York Bar since 2023. | 700 | 3.8 | 2,660.00 |
| Salmonson, Sara E. | Joined firm as an associate in 2022.  Member of the Washington, D.C. Bar since 2023. | 700 | 1.3 | 910.00 |
| Shelby, Staci C. | Joined firm as an associate in 2022.  Member of the Texas Bar since 2022. | 700 | 3.3 | 2,310.00 |
| Sigalow, Martin W. | Joined firm as an associate in 2022.  Member of the New York Bar since 2023. | 700 | 4.9 | 3,430.00 |

6

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Brodnitz, Nora L. | Joined firm as an associate in 2022.  Application for the New York Bar has been submitted and is currently pending review. | 680 | 6.4 | 4,352.00 |
| Kim, Phillip | Joined firm as an associate in 2022.  Application for the New York Bar has been submitted and is currently pending review. | 680 | 2.3 | 1,564.00 |
| Santos, Pamela | Paralegal | 540 | 65.7 | 35,478.00 |
| **Grand Total:** | | ■ | 890.2 | 1,058,524.50 |
| **Blended Rate:** | | $1,189.09 | ■ | |

**SUMMARY OF COMPENSATION BY**
**INDIVIDUAL INCLUDED IN THE FINAL APPLICATION**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Advani, Suresh T. | Partner since 2000. Joined firm as an associate in 1992. Member of the Illinois Bar since 1992. | 1,850 | 65.2 | 120,620.00 |
| Carlson, Walter | Senior Counsel as of 2023; Partner since 1986. Joined firm as an associate in 1980. Member of Illinois Bar since 1978. | 1,725 | 1.6 | 2,760.00 |
| Levin, Geoffrey W. | Joined firm as a Partner in 2015. Member of the New York Bar since 1994. | 1,700 | 206.4 | 350,880.00 |
| Rashkover, Barry W. | Partner since 2004. Member of New York Bar since 1987. | 1,625 | 2.0 | 3,250.00 |
| Brody, Sara B. | Joined firm as a Partner in 2008. Member of the California Bar since 1987. | 1,600 | 31.1 | 49,760.00 |
| Grossi, Anthony | Partner since 2021. Member of New York Bar since 2010. | 1,600 | 0.3 | 480.00 |
| Kuster, John J. | Partner since 1999. Joined firm as an associate in 1995. Member of the New York Bar since 1992. | 1,600 | 66.5 | 106,400.00 |
| Barbuto, Christopher M. | Partner since 2014. Member of New York Bar since 1996. | 1,575 | 10.1 | 15,907.50 |
| Gorsen, Maureen F. | Joined firm as a Partner in 2021. Member of California Bar since 1994. | 1,525 | 0.9 | 1,372.50 |
| Hajdu, Istvan A. | Partner since 2023. Joined firm as an associate in 2007. Member of the New York Bar since 2005. | 1,500 | 21.6 | 32,400.00 |
| Labuda, Thomas A. | Partner since 2015. Member of Illinois Bar since 1994. | 1,500 | 3.3 | 4,950.00 |

10

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Newman, Samuel A. | Joined firm as a Partner in 2019. Member of the California Bar since 2001. | 1,500 | 479.4 | 719,100.00 |
| Barros, Sonia G. | Joined firm as a Partner in 2021. Member of District of Columbia Bar since 2001. | 1,450 | 8.0 | 11,600.00 |
| Niehaus, Mary C. | Partner since 1996. Joined firm as an associate in 1988. Member of the Illinois Bar since 1988. | 1,450 | 27.9 | 40,455.00 |
| Theil, Chaim P. | Joined firm as a Partner in 2021. Member of New York Bar since 2008. | 1,450 | 44.2 | 64,090.00 |
| Hofheimer, Joshua T. | Partner since 2003. Joined firm as an associate in 2001. Member of California Bar since 1997. | 1,425 | 1.6 | 2,280.00 |
| Mehraban, Lara S. | Joined firm as a Partner in 2022. Member of New York Bar since 2000. | 1,400 | 0.5 | 700.00 |
| Nager, Benjamin L. | Partner since 1997. Joined firm as an associate in 2000. Member of New York Bar since 1997. | 1,400 | 0.3 | 420.00 |
| Dolan, Matthew J. | Partner since 2019. Joined firm as an associate in 2014. Member of the California Bar since 2013. | 1,350 | 11.9 | 16,065.00 |
| Roberts, Katherine A. | Partner since 2018. Joined firm as an associate in 2010. Member of California Bar since 2008. | 1,350 | 1.3 | 1,755.00 |
| Weiner, Genevieve G. | Partner since 2023. Joined firm as counsel in 2019. Member of the California Bar since 2007. | 1,350 | 137.2 | 185,220.00 |

11

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Persons, Charles M. | Partner since 2021. Joined firm as an associate in 2019. Member of the Texas Bar since 2007 | 1,325 | 635.7 | 842,302.50 |
| Del Prete, Keith H. | Partner since 2022. Joined firm as an associate in 2016. Member of California Bar since 2013. | 1,300 | 1.5 | 1,950.00 |
| Hemmendinger, Sarah | Partner since 2023. Joined firm as an associate in 2014. Member of California Bar since 2014. | 1,300 | 12.1 | 15,730.00 |
| Wechkin, Robin E. | Joined firm as counsel in 2014. Admitted to Washington Bar since 1995. | 1,300 | 1.6 | 2,080.00 |
| Ciko, Kostian | Joined firm as an associate in 2014. Member of the New York Bar since 2015. | 1,275 | 17.3 | 22,057.50 |
| Koh, Jonathan H. | Joined firm as an associate in 2018. Member of California Bar since 2014. | 1,275 | 1.4 | 6,120.00 |
| Miller, Jeri Leigh | Joined firm as an associate in 2020. Member of the Texas Bar since 2016. | 1,230 | 740.5 | 910,815.00 |
| Teo, Cammie | Joined firm as an associate in 2021. Member of the New York Bar since 2022 and practicing as a solicitor in Australia since 2015. | 1,230 | 49.6 | 61,008.00 |
| Domino, Tyler J. | Joined firm as an associate in 2022. Member of the New York Bar since 2018. | 1,175 | 159.0 | 186,825.00 |
| Lan, Lanna | Joined firm as an associate in 2020. Member of New York Bar since 2018. | 1,175 | 64.3 | 75,552.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Blau, Amanda M. | Joined firm as an associate in 2018. Member of the New York Bar since 2019 and Rhode Island Bar since 2020. | 1,125 | 68.5 | 77,062.50 |
| Roth, Julia Philips | Joined firm as an associate in 2019. Member of the California Bar since 2019. | 1,125 | 377.5 | 424,687.50 |
| Sabino, Michael | Joined firm as an associate in 2021. Member of the New York Bar since 2014. | 1,125 | 463.5 | 521,437.50 |
| Hasbrouck, Alyssa M. | Joined firm as an associate in 2019. Member of the New York Bar since 2020. | 1,060 | 108.3 | 114,798.00 |
| Gallo, Sarah E. | Joined firm as an associate in 2021. Member of California Bar since 2021. | 960 | 13.9 | 13,344.00 |
| Ortega-Rivero, Carmen M. | Joined firm as an associate in 2022. Member of the Florida Bar since 2020. | 960 | 14.2 | 13,632.00 |
| Turner, Cameasha | Joined firm as an associate in 2021. Member of the Texas Bar since 2020. | 960 | 36.1 | 34,656.00 |
| Arabaci, Kristen T. | Joined firm as an associate in 2021. Member of the California Bar since 2021. | 830 | 17.5 | 14,525.00 |
| Becic, Dzenela | Joined firm as an associate in 2021. Member of the New York Bar since 2022. | 830 | 22.4 | 18,592.00 |
| Ford, Jerry II | Joined firm as an associate in 2021. Member of New York Bar since 2022 and Texas Bar since 2023. | 830 | 115.1 | 95,533.00 |
| Henry, Daniel L. | Joined firm as an associate in 2021. Member of the Illinois Bar since 2021. | 830 | 53.3 | 44,239.00 |

13

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Moffett, Megan | Joined firm as an associate in 2022. Member of the District of Columbia Bar since 2022. | 830 | 27.0 | 22,410.00 |
| Pringle, Erika B. | Joined firm as an associate in 2021. Member of the California Bar since 2021. | 830 | 6.4 | 5,312.00 |
| Schwartz, Rachel | Joined firm as an associate in 2021. Member of the New York Bar since 2022. | 830 | 9.3 | 7,719.00 |
| Courtney, Veronica A. | Joined firm as an associate in 2022. Member of the Texas Bar since 2022. | 700 | 38.7 | 27,090.00 |
| Dhanoa, Sudeep S. | Joined firm as an associate in 2022. Member of the Illinois Bar since 2022. | 700 | 14.8 | 10,360.00 |
| Hannah, Micaela A. | Joined firm as an associate in 2022. Member of the Texas Bar since October 2022. | 700 | 9.8 | 6,860.00 |
| Mackler, Joel N. | Joined firm as an associate in 2022. Member of Illinois Bar since 2021. | 700 | 1.4 | 980.00 |
| McManus, Chelsea | Joined firm as an associate in 2022. Member of the Texas Bar since 2022. | 700 | 240.6 | 168,420.00 |
| Murtland, Thomas B. | Joined firm as an associate in 2022. Member of the California Bar since 2022. | 700 | 9.7 | 36,960.00 |
| Rabinowitz, Ralph | Joined firm as an associate in 2022. Member of the New York Bar since 2023. | 700 | 4.8 | 3,360.00 |
| Rita Abed Elahad | Joined firm as an associate in 2022. Member of the California Bar since 2022. | 700 | 8.7 | 6,090.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Roberts, Caroline | Joined firm as an associate in 2022. Member of the Texas Bar since 2022. | 700 | 14.5 | 10,150.00 |
| Salmonson, Sara E. | Joined firm as an associate in 2022. Member of the Washington, D.C. Bar since 2023. | 700 | 1.3 | 910.00 |
| Shelby, Staci C. | Joined firm as an associate in 2022. Member of the Texas Bar since 2022. | 700 | 31.3 | 21,910.00 |
| Sigalow, Martin W. | Joined firm as an associate in 2022. Member of the New York Bar since 2023. | 700 | 31.0 | 21,700.00 |
| Brodnitz, Nora L. | Joined firm as an associate in 2022. Application for the New York Bar has been submitted and is currently pending review. | 680 | 57.3 | 38,964.00 |
| Kim, Phillip | Joined firm as an associate in 2022. Application for the New York Bar has been submitted and is currently pending review. | 680 | 37.3 | 25,364.00 |
| Okwara, Courtney | Joined firm as an associate in 2022. Application for the New York Bar has been submitted and is currently pending review. | 680 | 8.2 | 5,576.00 |
| Wang, Greg | Joined firm as an associate in 2022. Not yet admitted to the New York Bar. | 680 | 19.2 | 13,056.00 |
| Wattenmaker, Annie L. | Joined firm as an associate in 2022. Not yet admitted to the New York Bar. | 680 | 10.7 | 7,276.00 |
| Santos, Pamela | Paralegal | 540 | 233.1 | 125,874.00 |

15

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| | Grand Total: | | 4,909.7 | 5,759,248.00 |
| | Blended Rate: | 1,173.03 | | |

16