# Exhibit 1

**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
Caitlin C. Bozman (Bar No. 343721)
caitlin.bozman@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Lead Counsel for Lead Plaintiff Louisiana
Sheriffs' Pension & Relief Fund and the Settlement
Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | Case No. 4:20-cv-08600-JST |
| | **SUPPLEMENTAL DECLARATION OF JACK EWASHKO REGARDING (I) MAILING OF NOTICE AND CLAIM FORM; AND (II) REPORT ON REQUESTS FOR EXCLUSION RECEIVED** |
| | Judge:     Hon. Jon S. Tigar<br>Courtroom: 6<br>Date:      February 22, 2024<br>Time:      2:00 p.m. |

I, JACK EWASHKO, hereby declare under penalty of perjury as follows:

1.    I am a Client Services Director of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"). Pursuant to the Court's Corrected Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice (ECF No. 134) ("Preliminary Approval Order"), A.B. Data was authorized to act as the Claims Administrator in connection with the Settlement of the above-captioned action.[1] I submit this Declaration as a supplement to my earlier declaration, the Declaration of Jack Ewashko Regarding (I) Mailing of the Notice and Claim Form; (II) Publication of the Summary Notice; and (III) Report on Requests for Exclusion Received to Date (ECF No. 138-4) (the "Initial Mailing Declaration"). The following statements are based on my personal knowledge and information provided by other A.B. Data employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

## CONTINUED DISSEMINATION OF THE NOTICE PACKET

2.    Since the execution of my Initial Mailing Declaration, A.B. Data has continued to disseminate copies of the Notice and Claim Form (the "Notice Packet") in response to additional requests from potential members of the Settlement Class, brokers, and nominees. Through February 8, 2024, A.B. Data has mailed a total of 298,753 Notice Packets to potential Settlement Class Members and nominees.

3.    In addition, A.B. Data has re-mailed a total of 923 Notice Packets to persons whose original mailing was returned by the U.S. Postal Service and for whom updated addresses were obtained by A.B. Data. The U.S. Postal Service has returned a total of 792 Notice Packets as undeliverable for which A.B. Data has not been able to obtain an updated address. This number of undeliverable notices—which represents less than 0.3% of the total number of Notice Packets mailed, is consistent with (or lower than) the rate of undeliverable notices typically seen in comparable class actions. *See, e.g.*, *In re HP Inc. Sec. Litig.*, Case No. 3:20-cv-01260-SI, Suppl. Decl. of Jack Ewashko at 1 (N.D. Cal. Nov. 1, 2023), ECF No. 134-1 (2.7% of notices were

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated January 30, 2023 (ECF No. 117-1) (the "Stipulation").

SUPPLEMENTAL DECLARATION OF JACK EWASHKO RE MAILING OF NOTICE AND CLAIM FORM

2

4:20-cv-08600-JST

undeliverable); *Larkin v. GoPro, Inc.*, No. 4:16-CV-00654-CW. Post-Distribution Accounting (N.D. Cal. July 29, 2020), ECF No. 145-1 (6% of notices were undeliverable); *In re Yahoo! Inc. Sec. Litig.*, Case No. 5:17-cv-00373-LHK, Post-Distribution Accounting (N.D. Cal. Apr. 17, 2020), ECF No. 160 (2.4% of notices were undeliverable); *In re RH, Inc. Sec. Litig.*, Case No. 4:17-00554-YGR, Post-Distribution Accounting (N.D. Cal. Apr. 2, 2020), ECF No. 131 (1.7% of notices were undeliverable); *In re RH, Inc. Sec. Litig.*, Case No. 4:17-00554-YGR, Suppl. Miller Decl. (N.D. Cal. Oct. 15, 2019), ECF No. 147-4 (citing three cases in which the undeliverable rate ranged from 2% to 5%).

### TELEPHONE HELPLINE AND WEBSITE

4.      A.B. Data continues to maintain the toll-free telephone number (1-877-388-1755) with an interactive voice response system ("IVR") and live operators during business hours to accommodate any inquiries from potential members of the Settlement Class.  Since the administration began on October 18, 2023, A.B. Data has received 96 in-bound calls, which included 9 hours and 17 minutes spent by callers interacting with the IVR and 5 hours and 56 minutes speaking with A.B. Data's live operators.  A.B. Data has made 76 out-bound calls to respond to messages left or to follow up on earlier communications.  A.B. Data has also received 71 emails sent to info@SplunkSecuritiesLitigation.com and has sent 63 outgoing emails in connection with this case.

5.      A.B. Data also continues to maintain the dedicated website for the Action (SplunkSecuritiesLitigation.com) to assist potential members of the Settlement Class.  On December 8, 2023, A.B. Data posted to the website copies of the papers filed in support of the motion for final approval of the Settlement and Plan of Allocation and in support of Lead Counsel's motion for attorneys' fees and expenses.  A.B. Data will continue maintaining and, as appropriate, updating the website and toll-free telephone number until the conclusion of the administration.

**REPORT ON REQUESTS FOR EXCLUSION RECEIVED**

6. The Notice informed potential Settlement Class Members that requests for exclusion from the Settlement Class were to be mailed or otherwise delivered, addressed to *Splunk Securities Litigation*, EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217, such that they were received by A.B. Data no later than January 25, 2024. A.B. Data has been monitoring all mail delivered to that post office box. A.B. Data has received eleven (11) requests for exclusion, all of which were received on or before January 25, 2024. Exhibit 1 attached hereto lists the names of all persons and entities who have requested exclusion from the Settlement Class and their city and state, where available.

**REPORT ON CLAIMS RECEIVED TO DATE**

7. The Notice also informed potential members of the Settlement Class that if they wished to be eligible for a payment from the Settlement they must submit a Claim Form to A.B. Data, with supporting documentation, postmarked (if mailed) or submitted on-line by February 15, 2024. In A.B. Data's experience, the large majority of claimants, and in particular, claimants who file electronic claims, tend to submit their claims on or shortly before the deadline. As of February 8, 2024, A.B. Data has received 10,112 claims by mail or electronically. A.B. Data will need to review and process the claims received and supporting documentation submitted with the claims to determine their validity.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 8, 2024.

_____
JACK EWASHKO

SUPPLEMENTAL DECLARATION OF JACK EWASHKO RE MAILING OF NOTICE AND CLAIM FORM

4

4:20-cv-08600-JST

**Exhibit 1**

1.    Ronald A. Blaz
      Columbus, OH

2.    Janet K. Cass
      Missoula, MT

3.    Alexandra R. Deister
      Wheat Ridge, CO

4.    Gilbert Dlugy, Trustee and
      Monique Dlugy, Trustee
      U/A DTD 1/16/2006
      Wilmington, NC

5.    Mary Anne Farrier
      Salt Lake City, UT

6.    Jack B. Lyle and
      Ruth M. Lyle
      West Melbourne, FL

7.    Malta Pension Investments
      St. Julians, MALTA

8.    Aly Masud

9.    David A. Metzger
      Athens, IL

10.   Benjamin E. and Kathleen M.
      Ramp Living Trust U/A 12/17/15
      Benjamin E. Ramp, Trustee, and
      Kathleen M. Ramp, Trustee
      Geneseo, IL

11.   Eric Taranto
      Bedford, NH

SUPPLEMENTAL DECLARATION OF            5                    4:20-cv-08600-JST
JACK EWASHKO RE MAILING OF
NOTICE AND CLAIM FORM