# EXHIBIT B
## Status Email

Dear Electronic Filer:

Please see the attached spreadsheet containing the status of all accounts received with your electronic filing in regard to the Splunk Securities Litigation as of April 2, 2024.

The information contained in the attached spreadsheet serves as notification of all deficiencies and rejections for all accounts. The first tab of the spreadsheet contains the Deficiency Key, which provides detailed descriptions and resolutions for further assistance. The current status of all claims can be located on the Claim Summary tab in column I, titled Claim Status:

A.  Full: If you fail to respond within twenty (20) days after the date of this notice, or if your response fails to resolve the curable condition(s) identified on the attached file, your Claim will be rejected in its entirety.
B.  Partial: If you fail to respond within twenty (20) days after the date of this notice, or if your response fails to cure the condition(s) identified on the attached file, your Claim will be rejected to the extent that those condition(s) remain uncured.
C.  Accepted: Claim is currently in good standing.

Revisions must be received in the same format as the original file in accordance with the Electronic Claims Filing Guidelines for the case.

If you believe your Claim has been rejected in error, you may request Court review of the determination. To do so, you must - within twenty (20) days after the date of this notice - send us a signed written statement that (a) states your reasons for contesting the rejection of your Claim, along with any supporting documentation, and (b) specifically states that you **request that the Court review the rejection of this Claim**. If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court (with financial account numbers and certain other information redacted). Please note: Court review should only be sought if you disagree with our determination about this Claim. If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court (with financial account numbers and certain other information redacted). Please note: Court review should only be sought if you disagree with our determination about this Claim.

All responses should be sent to the address listed below, or emailed to efiling@abdata.com. Please reference your claim number(s) in all correspondence. You may contact the Splunk Securities Litigation Helpline at 1-877-388-1755 with any inquiries.

The address for mailed responses via standard mail is:

SPLUNK SECURITIES LITIGATION
c/o A.B. DATA, LTD.
PO BOX 173000
MILWAUKEE, WI 53217

The address for mailed response via courier is:

SPLUNK SECURITIES LITIGATION
C/O A.B. DATA, LTD.
3410 WEST HOPKINS STREET
MILWAUKEE, WI 53217

Regards,
Claims Administrator