# EXHIBIT C

## Status Spreadsheet



| Filer ClaimNumber | ClaimNumber | Name1 | Name2 | Name3 | AccountID | Duplicate ClaimNumber | Recognized Claim Amount | Claim Status | Deficient Flags |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 0 | Full Rejection | NOLOS |
| | | | | | | | 0 | Full Rejection | NOLOS, NOPUR |
| | | | | | | | 890 0214 | Accepted | |
| | | | | | | | 0 | Full Rejection | NOLOS, NOPUR, TRNI |
| | | | | | | | 0 | Full Rejection | NOLOS |
| | | | | | | | 0 | Full Rejection | NOLOS, TRNI, TRNO |
| | | | | | | | 225768 0277 | Partial Rejection | TRNI, TRNO |
| | | | | | | | 1703347.666 | Partial Rejection | TRNI, TRNO |
| | | | | | | | 2688513.743 | Partial Rejection | TRNI, TRNO |
| | | | | | | | 0 | Full Rejection | NOLOS, NOPUR, TRNI, TRNO |



| Filer ClaimNumber | ClaimNumber | Name1 | Name2 | Name3 | AccountID | Duplicate ClaimNumber | Recognized Claim Amount | Claim Status | Deficient Flags |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 0 | Full Rejection | NOLOS |
| | | | | | | | 0 | Full Rejection | NOLOS |
| | | | | | | | 0 | Full Rejection | NOLOS |
| | | | | | | | 0 | Full Rejection | NOLOS |
| | | | | | | | 0 | Full Rejection | NOLOS, NOPUR |
| | | | | | | | 0 | Full Rejection | NOLOS |
| | | | | | | | 425 | Accepted | |
| | | | | | | | 0 | Full Rejection | NOLOS, NOPUR |
| | | | | | | | 0 | Full Rejection | NOLOS, NOPUR |
| | | | | | | | 0 | Full Rejection | NOLOS |