# EXHIBIT G
## Invoices

**A.B. DATA, LTD.**
Class Action Administration



IN RE SPLUNK INC. SECURITIES LITIGATION

| Invoice Date | Invoice Number | Amount |
|---|---|---|
| Nov-23 | 305741 | $160,977.93 |
| Dec-23 | 305940 | $504,060.65 |
| Jan-24 | 305992 | $23,527.46 |
| Feb-24 | 306186 | $30,825.75 |
| Mar-24 | 306302 | $44,226.28 |
| Apr-24 | 306423 | $36,727.77 |
| May-24 | 306592 | $2,290.62 |
| Jun-24 | 306723 | $2,673.03 |
| Estimate to Complete | | $29,759.32 |
| Total | | $835,068.81 |

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE** | INV000305741 |
| **PAGE** | 1/1 |
| **DATE** | 11/30/2023 |
| **CLIENT** | 107250 |

## INVOICE

**JOB      54681          Splunk Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Website Setup and Design- Case Specific (One-Time Fee) | 1 | 1,500.00 | $1,500.00 |
| Claims - Minimum Flat Fee | 1 | 65,000.00 | $65,000.00 |
| Per-Claim Charge (Up TO 25,000 Claims) | 137 | 0.75 | $102.75 |
| Printing Of Notice Packets(28pg)(Self-Mailing) | 50,000 | 0.9532 | $47,660.00 |
| Postage | 1 | 31,734.70 | $31,734.70 |
| Media Notices - PR Newswire | 1 | 3,381.25 | $3,381.25 |
| Website Maintenance/Hosting (Monthly Oct/Nov 2023) | 2 | 175 | $350.00 |
| Interactive Voice Response (IVR) (Per Minute) | 28 | 0.48 | $13.44 |
| 800 Number Charges (Per Minute) | 10 | 0.14 | $1.40 |
| IVR and Line Maintenance (Monthly - Oct/Nov 2023) | 2 | 195 | $390.00 |
| Advanced Address Updates | 380 | 1.10 | $418.00 |
| Document Imaging(Per page)(Excluding Claims) | 1 | 0.20 | $0.20 |
| Post Office Box Rental/Renewal | 1 | 1,580.00 | $1,580.00 |
| Bank, Broker, and Nominee Fulfillment Expense | 1 | 8,525.20 | $8,525.20 |
| Electronic Storage | 1 | 220.99 | $220.99 |
| Market Research Fee | 1 | 100.00 | $100.00 |

|  |  |
|---|---|
| **TOTAL** | **$160,977.93** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE #:** | INV000305940 |
| **INVOICE DATE:** | 12/31/2023 |
| **CLIENT:** | 107250 |
| **PAGE:** | 1/1 |
| **TERMS:** | Net 30 |
| **DUE DATE:** | 1/30/2024 |

## INVOICE

**JOB    54681       Splunk Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Up TO 25,000 Claims) | 1,702 | 0.75 | $1,276.50 |
| Printing Of Notice Packets(28pg)(Self-Mailing) | 250,000 | 0.9532 | $238,300.00 |
| Postage | 1 | 235.32 | $235.32 |
| Media Notices - Dow Jones | 1 | 18,699.91 | $18,699.91 |
| Website Maintenance/Hosting (Monthly) | 1 | 175 | $175.00 |
| Interactive Voice Response (IVR) (Per Minute) | 221 | 0.48 | $106.08 |
| 800 Number Charges (Per Minute) | 358 | 0.14 | $50.12 |
| IVR and Line Maintenance (Monthly) | 1 | 195 | $195.00 |
| Advanced Address Updates | 886 | 1.10 | $974.60 |
| Document Imaging(Per page)(Excluding Claims) | 23 | 0.20 | $4.60 |
| Bank, Broker, and Nominee Fulfillment Expense | 1 | 243,967.01 | $243,967.01 |
| Electronic Storage | 1 | 76.51 | $76.51 |

|  | | **TOTAL** | **$504,060.65** |
|---|---|---|---|

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge



**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE #:** | INV000305992 |
| **INVOICE DATE:** | 1/31/2024 |
| **CLIENT:** | 107250 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

## INVOICE

**JOB**      **54681**                **Splunk Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Up TO 25,000 Claims) | 2,850 | 0.75 | $2,137.50 |
| Printing Of Notice Packets(28pg)(Self-Mailing) | 3,000 | 3.7600 | $11,280.00 |
| Postage | 1 | 5,404.11 | $5,404.11 |
| Website Maintenance/Hosting (Monthly) | 1 | 175 | $175.00 |
| CSRs/Live Operators (Per Hour) | 34.22 | 55.00 | $1,882.10 |
| Interactive Voice Response (IVR) (Per Minute) | 243 | 0.48 | $116.64 |
| IVR and Line Maintenance (Monthly) | 1 | 195 | $195.00 |
| Advanced Address Updates | 632 | 1.10 | $695.20 |
| Document Imaging(Per page)(Excluding Claims) | 51 | 0.20 | $10.20 |
| Bank, Broker, and Nominee Fulfillment Expense | 1 | 1,532.97 | $1,532.97 |
| Document Storage - Paper (Per Box/Per Month) | 3 | 2.50 | $7.50 |
| Electronic Storage | 1 | 91.24 | $91.24 |

|  |  |
|---|---|
| **TOTAL** | **$23,527.46** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge



**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE #:** | INV000306186 |
| **INVOICE DATE:** | 2/29/2024 |
| **CLIENT:** | 107250 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

## INVOICE

| JOB | 54681 | Splunk Inc. |
|---|---|---|

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Up To 25,000 Claims) | 20,311 | 0.75 | $15,233.25 |
| Per-Claim Charge (Claims 25,000+) | 19,428 | 0.65 | $12,628.20 |
| Postage | 1 | 522.55 | $522.55 |
| Website Maintenance/Hosting (Monthly) | 1 | 175 | $175.00 |
| CSRs/Live Operators (Per Hour) | 18.48 | 55.00 | $1,016.40 |
| Interactive Voice Response (IVR) (Per Minute) | 199 | 0.48 | $95.52 |
| 800 Number Charges (Per Minute) | 461 | 0.14 | $64.54 |
| IVR and Line Maintenance (Monthly) | 1 | 195 | $195.00 |
| Advanced Address Updates | 364 | 1.10 | $400.40 |
| Document Imaging(Per page)(Excluding Claims) | 10 | 0.20 | $2.00 |
| Bank, Broker, and Nominee Fulfillment Expenses | 1 | 381.74 | $381.74 |
| Document Storage - Paper (Per Box/Per Month) | 8 | 2.50 | $20.00 |
| Electronic Storage | 1 | 91.15 | $91.15 |

| | |
|---|---|
| **TOTAL** | **$30,825.75** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE #:** | INV000306302 |
| **INVOICE DATE:** | 3/31/2024 |
| **CLIENT:** | 107250 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

## INVOICE

| JOB | 54681 | Splunk Inc. |
|---|---|---|

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Claims 25,000+) | 65,030 | 0.65 | $42,269.50 |
| Printing & Mailing of Confirmation Postcards | 1,324 | 0.4700 | $622.28 |
| Website Maintenance/Hosting (Monthly) | 1 | 175 | $175.00 |
| CSRs/Live Operators (Per Hour) | 6.14 | 55.00 | $337.70 |
| Interactive Voice Response (IVR) (Per Minute) | 35 | 0.48 | $16.80 |
| 800 Number Charges (Per Minute) | 620 | 0.14 | $86.80 |
| IVR and Line Maintenance (Monthly) | 1 | 195 | $195.00 |
| Advanced Address Updates | 98 | 1.10 | $107.80 |
| Document Imaging(Per page)(Excluding Claims) | 23 | 0.20 | $4.60 |
| Document Storage - Paper (Per Box/Per Month) | 9 | 2.50 | $22.50 |
| Electronic Storage | 1 | 388.30 | $388.30 |

| | |
|---|---|
| **TOTAL** | **$44,226.28** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge



**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE #:** | INV000306423 |
| **INVOICE DATE:** | 4/30/2024 |
| **CLIENT:** | 107250 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

## INVOICE

**JOB**    **54681**      **Splunk Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Claims 25,000+) | 42,000 | 0.65 | $27,300.00 |
| Printing &Mailing of Deficiency/Rejection Letters | 2,845 | 0.8230 | $2,341.44 |
| Postage | 1 | 2,593.30 | $2,593.30 |
| Website Maintenance/Hosting (Monthly) | 1 | 175 | $175.00 |
| CSRs/Live Operators (Per Hour) | 63.43 | 55.00 | $3,488.65 |
| Interactive Voice Response (IVR) (Per Minute) | 285 | 0.48 | $136.80 |
| 800 Number Charges (Per Minute) | 655 | 0.14 | $91.70 |
| IVR and Line Maintenance (Monthly) | 1 | 195 | $195.00 |
| Document Imaging(Per page)(Excluding Claims) | 999 | 0.20 | $199.80 |
| Document Storage - Paper (Per Box/Per Month) | 12 | 2.50 | $30.00 |
| Electronic Storage | 1 | 176.08 | $176.08 |

                                                         **TOTAL**      **$36,727.77**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE #:** | INV000306592 |
| **INVOICE DATE:** | 5/31/2024 |
| **CLIENT:** | 107250 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

# INVOICE

| JOB | 54681 | Splunk Inc. |
|---|---|---|

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Claims 25,000+) | 205 | 0.65 | $133.25 |
| Call Center Notice Requests | 5 | 2.5000 | $12.50 |
| Postage | 1 | 261.04 | $261.04 |
| Website Maintenance/Hosting (Monthly) | 1 | 175 | $175.00 |
| CSRs/Live Operators (Per Hour) | 19.94 | 55.00 | $1,096.70 |
| Interactive Voice Response (IVR) (Per Minute) | 25 | 0.48 | $12.00 |
| 800 Number Charges (Per Minute) | 391 | 0.14 | $54.74 |
| IVR and Line Maintenance (Monthly) | 1 | 195 | $195.00 |
| Document Imaging(Per page)(Excluding Claims) | 1,010 | 0.20 | $202.00 |
| Document Storage - Paper (Per Box/Per Month) | 12 | 2.50 | $30.00 |
| Electronic Storage | 1 | 118.39 | $118.39 |

| | TOTAL | $2,290.62 |
|---|---|---|

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE #:** | INV000306723 |
| **INVOICE DATE:** | 7/15/2024 |
| **CLIENT:** | 107250 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

## INVOICE

| JOB | 54681 | Splunk Inc. |
|---|---|---|

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Claims 25,000+) | 3,019 | 0.65 | $1,962.35 |
| Website Maintenance/Hosting (Monthly) | 1 | 175 | $175.00 |
| CSRs/Live Operators (Per Hour) | 2.80 | 55.00 | $154.00 |
| Interactive Voice Response (IVR) (Per Minute) | 26 | 0.48 | $12.48 |
| 800 Number Charges (Per Minute) | 46 | 0.14 | $6.44 |
| IVR and Line Maintenance (Monthly) | 1 | 195 | $195.00 |
| Document Imaging(Per page)(Excluding Claims) | 77 | 0.20 | $15.40 |
| Document Storage - Paper (Per Box/Per Month) | 12 | 2.50 | $30.00 |
| Electronic Storage | 1 | 122.36 | $122.36 |

| | | TOTAL | $2,673.03 |
|---|---|---|---|

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge



**A.B. Data, Ltd.**
Class Action Administration Company
600 A.B. Data Drive
Milwaukee, WI 53217

Date:    July 17, 2024
Project:    Splunk

| Distribution Estimate | Quantity | Rate ($) | Estimated Cost ($) |
|---|---|---|---|
| **Distribution Fees** | | | |
| Printing and Mailing of De Minimis Postcards | 5,000 | 0.15 | 750.00 |
| Postage-Postcard | 5,000 | 0.34 | 1,700.00 |
| Printing & Mailing Checks | 14,500 | 0.35 | 5,075.00 |
| Reissuance of Checks to Updated Addresses | 3,000 | 0.50 | 1,500.00 |
| Postage-Checks | 14,500 | 0.46 | 6,670.00 |
| | | | |
| **Website and Telephone Support/Charges** | | | |
| Website Maintenance/Hosting *(monthly)* | 12 | 175 | 2,100.00 |
| Interactive Voice Response (IVR) *(per minute)* | 500 | 0.48 | 240.00 |
| CSRs/Live Operators *(per hour)* | 20 | 55 | 1,100.00 |
| 800 Number Charges *(per minute)* | 1,000 | 0.14 | 140.00 |
| IVR and Line Maintenance *(monthly)* | 12 | 195 | 2,340.00 |
| | | | |
| **Project Management and Reporting** | | | |
| Project Management (hourly) | 10 | 225 | 2,250.00 |
| Quality Assurance (hourly) | 5 | 160 | 800.00 |
| Staff  (hourly) | 20 | 105 | 2,100.00 |
| | | | |
| **Miscellaneous Expenses** | | | |
| Advanced Address Updates | 1,000 | 1.10 | 1,100.00 |
| Document Storage ($1.50 per month) | 12 | 1.50 | 18.00 |
| Electronic Storage | 12 | 156.36 | 1,876.32 |
| | | | |
| | | | |
| Total Estimated Cost | | $ | 29,759.32 |