**BERNSTEIN LITOWITZ BERGER**
    **& GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
Caitlin C. Bozman (Bar No. 343721)
caitlin.bozman@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Lead Counsel for Lead Plaintiff Louisiana*
*Sheriffs' Pension & Relief Fund and the Settlement*
*Class*

[Additional Counsel Appear on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | Case No. 4:20-cv-08600-JST<br><br>**STATEMENT OF NON-OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR APPROVAL OF DISTRIBUTION PLAN**<br><br>Judge:      Hon. Jon S. Tigar<br>Courtroom: 6<br>Date:        September 26, 2024<br>Time:        2:00 p.m. |

REPLY & NOTICE OF NON-OPPOS. TO MOTION FOR                4:20-CV-08600-JST
APPROVAL OF DISTRIBUTION PLAN

Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund ("Lead Plaintiff") filed its motion for approval of the plan of distribution of the Net Settlement Fund on July 23, 2024 (ECF No. 144) (the "Motion"). As stated in the Motion, Defendants take no position on the Motion and no claimants have disputed the Claims Administrator's determinations with respect to their claim.

Any opposition to the Motion was due on August 6, 2024. No opposition was filed. Accordingly, the Motion is fully briefed and ready for disposition. Because the Motion is unopposed and in order to begin the process of conducting the distribution to eligible claimants as expeditiously as possible, Lead Plaintiff respectfully submits that a hearing on the Motion is not necessary and thereby requests that the Court consider the unopposed Motion on the papers at this time and enter the proposed Order Approving Distribution Plan (ECF No. 144-4).

Dated: August 7, 2024

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ *Jonathan D. Uslaner*
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
Caitlin C. Bozman (Bar No. 343721)
caitlin.bozman@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*-and-*

John Rizio-Hamilton (admitted *pro hac vice*)
johnr@blbglaw.com
Brandon Slotkin (admitted *pro hac vice*)
brandon.slotkin@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Lead Counsel for Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund and the Settlement Class*

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**
Robert D. Klausner (admitted *pro hac vice*)
bob@robertdklausner.com
7080 NW 4th Street
Plantation, FL 33317
Tel: (954) 916-1202
Fax: (954) 916-1232

*Additional Counsel for Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund*

REPLY & NOTICE OF NON-OPPOS. TO MOTION FOR
APPROVAL OF DISTRIBUTION PLAN

4:20-CV-08600-JST