**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

John Rizio-Hamilton (*pro hac vice*)
johnr@blbglaw.com
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Tel: (212) 554-1505

*Lead Counsel for Lead Plaintiff Louisiana
Sheriffs' Pension & Relief Fund and the Settlement
Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE SPLUNK INC. SECURITIES LITIGATION | Case No. 4:20-cv-08600-JST<br><br>**[PROPOSED] ORDER RELEASING REMAINDER OF ATTORNEYS' FEES**<br><br>Judge: Hon. Jon S. Tigar<br>Courtroom: 6 |

WHEREAS, on March 4, 2024, the Court entered an Order Awarding Attorneys' Fees and Litigation Expenses (ECF No. 143) ("Fee Order") in this Action;

WHEREAS, in the Fee Order, the Court awarded attorney's fees to Plaintiffs' Counsel in the amount of 25% of the Settlement Fund net of litigation expenses awarded (Fee Order ¶ 4), and further ordered that Plaintiffs' Counsel was to be paid 90% of the attorneys' fees immediately upon entry of the Judgment approving the Settlement and the Fee Order, and that the "remaining 10% of the attorneys' fees awarded (and any interest earned thereon) will be paid after Lead Plaintiff conducts the distribution of the Net Settlement Fund to eligible claimants and files a Post-Distribution Accounting" (Fee Order ¶ 5);

WHEREAS, on August 12, 2024, the Court entered an Order Approving Distribution Plan (ECF No. 149) ("Distribution Order"), and, on August 23, 2024, the Claims Administrator conducted the distribution of the Net Settlement Fund to eligible Claimants pursuant to the Distribution Order, which included disseminating $22,906,825.31 by wire transfer and checks to 18,954 Claimants who were eligible for payment;

WHEREAS, on December 12, 2024, twenty-one days after the checks mailed to eligible Claimants in the August 23, 2024 distribution became stale, Lead Plaintiff filed its Post-Distribution Accounting providing details of the distribution with the Court;

WHEREAS, on January 8, 2025, the Court held a Case Management Conference concerning the Post-Distribution Accounting and Distribution Plan (ECF No. 153) and, on January 13, 2025, Lead Counsel submitted a declaration providing additional details as requested by the Court (ECF No. 154);

NOW, THEREFORE, IT IS HEREBY ORDERED THAT the remaining unpaid attorney's fees awarded to Plaintiffs' Counsel in the Fee Order are released and may be paid to Plaintiffs' Counsel from the amounts remaining in the Net Settlement Fund consisting of: (1) uncashed checks following the last stale date of all such checks (i.e., following February 10, 2025); (2) returned payments; (3) amounts remaining as a result of the unused tax reserve; and (4) any tax refunds received by the Net Settlement Fund.  The funds from returned payments and the unused tax reserve may be paid to Plaintiffs' Counsel at this time; the uncashed checks may be

paid to Plaintiffs' Counsel after the stale date of all outstanding checks has passed (i.e., after February 10, 2025); and the tax refund may be paid to Plaintiffs' Counsel upon its receipt by the Net Settlement Fund.

SO ORDERED this _____ day of _____, 2025.

_____
The Honorable Jon S. Tigar
United States District Judge