UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA PAVLOVA-COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SPLUNK INC., et al.,<br><br>Defendants. | Case No. 20-cv-08600-JST<br><br>**ORDER RELEASING REMAINDER OF ATTORNEYS' FEES**<br><br>Re: ECF No. 151 |

Before the Court is Plaintiffs' post-distribution accounting form, ECF No. 151. Lead Counsel requests that "residual remaining funds" from various sources be paid to Plaintiffs' Counsel to compensate for the inadvertent distribution of 10% of the attorneys' fee award to claimants. ECF No. 151 at 4. The Court held a case management conference on January 8, 2025 and directed Lead Counsel to submit a declaration regarding the circumstances surrounding the request. Lead Counsel filed the declaration on January 13, 2025. ECF No. 154.

The Court finds good cause to grant the request and orders that the remaining unpaid attorneys' fees awarded to Plaintiffs' Counsel in the Fee Order, ECF No. 143, are released and may be paid to Plaintiffs' Counsel from the amounts remaining in the Net Settlement Fund consisting of: (1) uncashed checks following the last stale date of all such checks (i.e., following February 10, 2025); (2) returned payments; (3) amounts remaining as a result of the unused tax reserve; and (4) any tax refunds received by the Net Settlement Fund. The funds from returned payments and the unused tax reserve may be paid to Plaintiffs' Counsel at this time; the uncashed checks may be paid to Plaintiffs' Counsel after the stale date of all outstanding checks has passed (i.e., after February 10, 2025); and the tax refund may be paid to Plaintiffs' Counsel upon its receipt by the Net Settlement Fund. The total amount paid to Plaintiffs' Counsel from these

United States District Court
Northern District of California

sources shall not exceed the amount of the fee award inadvertently distributed to class members ($763,268).

**IT IS SO ORDERED.**

Dated:  January 21, 2025



_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California